**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TYLER HIMES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIVE BELOW, INC., and JOEL ANDERSON,<br><br>Defendants. | Case No. 2:24-cv-03638-GAM |
| CITY OF ORLANDO POLICE OFFICERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIVE BELOW, INC., JOEL ANDERSON, KENNETH BULL, and KRISTY CHIPMAN,<br><br>Defendants. | Case No. 2:24-cv-04905-GAM |

**MOTION OF MOHAMMED RAHMAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

Mohammed Rahman ("Rahman") respectfully moves this Court for an order: (1) consolidating the above-captioned related actions; (2) appointing Rahman as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving Rahman's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class; and (4) granting such other relief as the Court may deem to be just and proper (the "Motion").

Rahman seeks consolidation of related actions, appointment as lead plaintiff, and approval of his choice of counsel pursuant to the Exchange Act and the PSLRA. This motion is based on the attached memorandum of law, the Declaration of Lee Albert, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

                            Respectfully submitted,

DATED: September 30, 2024        **GLANCY PRONGAY & MURRAY LLP**

                            By:  */s/ Lee Albert*
                            Lee Albert (PA No. 46852)
                            230 Park Ave., Suite 358
                            New York, NY 10169
                            Telephone: (212) 682-5340
                            Facsimile: (212) 884-0988
                            lalbert@glancylaw.com

                                -and-

                            Robert V. Prongay
                            Charles H. Linehan
                            1925 Century Park East, Suite 2100
                            Los Angeles, CA 90067
                            Telephone: (310) 201-9150
                            Facsimile: (310) 201-9160
                            *Counsel for Mohammed Rahman and Proposed*
                            *Lead Counsel for the Class*

1

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

2

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On September 30, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of Pennsylvania, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 30, 2024, at Lafayette Hill, Pennsylvania.

*/s/ Lee Albert*
Lee Albert