**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TYLER HIMES, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>FIVE BELOW, INC., and JOEL ANDERSON,<br><br>      Defendants. | Case No. 2:24-cv-03638-GAM |
| CITY OF ORLANDO POLICE OFFICERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>FIVE BELOW, INC., JOEL ANDERSON, KENNETH BULL, and KRISTY CHIPMAN,<br><br>      Defendants. | Case No. 2:24-cv-04905-GAM |

**[PROPOSED] ORDER**

Having considered the Motion of Mohammed Rahman for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel for the Class (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Five Below, Inc. Securities Litigation*, Master File No. 2:24-cv-03638-GAM;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Mohammed Rahman as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2024        _____
                                         HON. GERALD A. MCHUGH
                                         UNITED STATES DISTRICT JUDGE