# EXHIBIT A



*Source:* Levi & Korsinsky, LLP

*August 01, 2024 17:48 ET*

## SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Five Below, Inc. Securities and Sets a Lead Plaintiff Deadline of September 30, 2024

NEW YORK, Aug. 01, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Five Below, Inc. ("FIVE" or the "Company") (NASDAQ: FIVE) between March 20, 2024 to July 16, 2024, both dates inclusive. You are hereby notified** that the class action lawsuit *Tyler Himes v. Five Below, Inc., et al.* (Case No. 2:24-cv-03638) has been commenced in the United States District Court for the Eastern District of Pennsylvania. To get more information **go to:**

[https://zlk.com/pslra-1/five-below-lawsuit-submission-form](https://zlk.com/pslra-1/five-below-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants provided investors with false and/or materially misleading information about FIVE's financial strength and operations, including its outlook for the first quarter and full year 2024. This information included FIVE's statement that net sales are expected to be in the range of $826 million to $846 million based on opening approximately 55 to 60 new stores in the first quarter. Further, FIVE claimed that net sales

for the full year are expected to be in the range of $3.97 billion to $4.07 billion based on opening between 225 and 235 new stores.

Investors discovered that these statements were false and/or materially misleading when, on June 5, 2024, FIVE announced disappointing first quarter 2024 sales result and cut its full year 2024 guidance stating, "Net sales are expected to be in the range of $3.79 billion to $3.87 billion based on opening approximately 230 new stores." At the same time, FIVE claimed that for the second quarter, "Net sales are expected to be in the range of $830 million to $850 million based on opening approximately 60 new stores." In response to the disclosure, FIVE's stock price declined $14.07/per share within the span of just one day.

On July 16, 2024, FIVE announced the resignation of Joel Anderson from his positions as President and Chief Executive Officer, as well as from his seat on the Company's Board of Directors. Concurrently, FIVE projected a decrease of 6% to 7% in comparable sales for the fiscal second quarter ending August 3, 2024. Following this news, FIVE's stock price dropped over 25% on July 17, 2024.

**If you suffered a loss in FIVE securities, you have until September 30, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com