# EXHIBIT C

# Financial Interest Analysis

**Company Name:** Five Below, Inc.
**Ticker:** FIVE
**Class Period:** 03/20/2024 - 07/16/2024
**Name:** Mohammed Rahman

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/3/2024 | 20 | $170.0000 | -$3,400.0000 | | $0.0000 | -$3,400.00 |
| 4/12/2024 | 20 | $158.2200 | -$3,164.4000 | | $0.0000 | -$3,164.40 |
| 4/15/2024 | 20 | $155.0000 | -$3,100.0000 | | $0.0000 | -$3,100.00 |
| 4/16/2024 | 20 | $150.0000 | -$3,000.0000 | | $0.0000 | -$3,000.00 |
| 4/23/2024 | 32 | $145.0000 | -$4,640.0000 | | $0.0000 | -$4,640.00 |
| 4/23/2024 | 18 | $145.0000 | -$2,610.0000 | | $0.0000 | -$2,610.00 |
| 5/9/2024 | 20 | $144.2800 | -$2,885.6000 | | $0.0000 | -$2,885.60 |
| 5/10/2024 | 12 | $140.0000 | -$1,680.0000 | | $0.0000 | -$1,680.00 |
| 5/10/2024 | 18 | $140.0000 | -$2,520.0000 | | $0.0000 | -$2,520.00 |
| 5/10/2024 | 7 | $140.0000 | -$980.0000 | | $0.0000 | -$980.00 |
| 5/10/2024 | 13 | $140.0000 | -$1,820.0000 | | $0.0000 | -$1,820.00 |
| 5/10/2024 | 150 | $140.0000 | -$21,000.0000 | | $0.0000 | -$21,000.00 |
| 5/20/2024 | 50 | $135.0000 | -$6,750.0000 | | $0.0000 | -$6,750.00 |
| 5/22/2024 | 60 | $130.0000 | -$7,800.0000 | | $0.0000 | -$7,800.00 |
| 6/5/2024 | 200 | $111.8000 | -$22,360.0000 | | $0.0000 | -$22,360.00 |
| 6/5/2024 | 60 | $111.9999 | -$6,719.9940 | | $0.0000 | -$6,719.99 |
| 6/5/2024 | 100 | $112.0000 | -$11,200.0000 | | $0.0000 | -$11,200.00 |
| 6/5/2024 | 100 | $110.0000 | -$11,000.0000 | | $0.0000 | -$11,000.00 |
| 7/15/2024 | 50 | $99.2500 | -$4,962.5000 | | $0.0000 | -$4,962.50 |
| 7/16/2024 | 50 | $91.7300 | -$4,586.5000 | | $0.0000 | -$4,586.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,020** | | | | **Subtotal:** | **-$126,178.99** |
| | | **90-Day Average Price** | **Shares Retained** | | **90-Day Average:** | **$81,704.50** |
| | | $80.1025 | 1,020 | | **Total:** | **-$44,474.49** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between July 17th, 2024 and September 30, 2024.