**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TYLER HIMES, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No.: 2:24-cv-03638-GAM |
| v. | CLASS ACTION |
| FIVE BELOW, INC., and JOEL ANDERSON, | |
| Defendants. | |
| CITY OF ORLANDO POLICE OFFICERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No.: 2:24-cv-04905-GAM |
| v. | CLASS ACTION |
| FIVE BELOW, INC., JOEL ANDERSON, KENNETH BULL, and KRISTY CHIPMAN, | |
| Defendants. | |

**MOTION OF DAVID FELTON FOR CONSOLIDATION OF THE ACTIONS,**
**APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL**
**OF SELECTION OF COUNSEL**

David Felton ("Movant") hereby moves for an order: (1) appointing Movant as lead plaintiff in the Action pursuant to the Private Securities Litigation Reform Act of 1995 ("PLSRA"); and (2) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel and Bielli & Klauder, LLC as Liaison Counsel.

*[Signatures on following page]*

2

DATED: September 30, 2024                    Respectfully Submitted,

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder (No. 207309)
Ryan M. Ernst (No. 202191)
1204 N. King Street
Wilmington, Delaware 19801
Tel.: (302) 803-4600
Email: dklauder@bk-legal.com
Email: rernst@bk-legal.com

*Proposed Liaison Counsel for Lead Plaintiff*
*Movant David Felton and the Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton
(*pro hac vice* forthcoming)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Proposed Lead Counsel for Lead Plaintiff*
*Movant David Felton and the Class*