## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 30, 2024, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF

participants.


Dated: September 30, 2024

*/s/ David M. Klauder*
David M. Klauder
