**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TYLER HIMES, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br>     Plaintiff, <br><br> v. <br><br> FIVE BELOW, INC., and JOEL ANDERSON, <br><br>     Defendants. | Case No. 2:24-cv-03638 |
| CITY OF ORLANDO POLICE OFFICERS' PENSION FUND, individually and on behalf of all others similarly situated, <br><br>     Plaintiffs, <br><br> v. <br><br> FIVE BELOW, INC., JOEL ANDERSON, KENNETH BULL, and KRISTY CHIPMAN, <br><br>     Defendants. | Case No. 2:24-cv-04905 |

**TREVOR BIXBY'S MOTION FOR**
**(A) CONSOLIDATION OF RELATED CASES,**
**(B) APPOINTMENT AS LEAD PLAINTIFF, AND**
**(C) APPOINTMENT OF LEAD COUNSEL**

Proposed Lead Plaintiff Trevor Bixby hereby moves this Court for an order: (i) consolidating the above-captioned cases; (ii) appointing Trevor Bixby as Lead Plaintiff in the consolidated action pursuant to the PSLRA; and (iii) approving Trevor Bixby's selection of Block & Leviton LLP to serve as Lead Counsel. In support of this Motion, Trevor Bixby submits herewith a Memorandum of Law and Declaration of Irene Lax, dated September 30, 2024.

September 30, 2024

Respectfully submitted,

*/s/ Irene Lax*
Irene Lax (PA# 314239)
**BLOCK & LEVITON LLP**
222 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 499-3600 phone
irene@blockleviton.com

1

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on September 30, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Irene Lax
Irene Lax