**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TYLER HIMES, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>     Plaintiff,<br><br>v.<br><br>FIVE BELOW, INC., and JOEL ANDERSON,<br><br>     Defendants. | Case No. 2:24-cv-03638-GAM |
| CITY OF ORLANDO POLICE OFFICERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>FIVE BELOW, INC., JOEL ANDERSON, KENNETH BULL, and KRISTY CHIPMAN,<br><br>     Defendants. | Case No. 2:24-cv-04905 |

**[PROPOSED] ORDER GRANTING TREVOR BIXBY'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPOINTMENT OF <u>LEAD COUNSEL</u>**

Having considered Trevor Bixby's motion for Consolidation of Related Cases, Appointment as Lead Plaintiff, and Appointment of Lead Counsel, the Memorandum of Law, and Declaration of Irene Lax in support thereof and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. All securities class actions on behalf of purchasers of Five Below, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action and this Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must

1

file an application for relief from this Order within ten days after the action is consolidated into this action;

3.  Trevor Bixby is appointed as Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B); and

4.  Block & Leviton LLP is appointed as Lead Counsel for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

    (a) the preparation and filing of all pleadings;

    (b) the briefing and argument of all motions;

    (c) the conduct of all discovery proceedings and depositions;

    (d) settlement negotiations with defendants;

    (e) the pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

    (f) the supervision of all other matters concerning the prosecution or resolution of this action.

IT IS SO ORDERED.

DATED: _____    _____
                                       GERALD A. MCHUGH
                                       UNITED STATES DISTRICT JUDGE

2