**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TYLER HIMES, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br>     Plaintiff, <br><br> v. <br><br> FIVE BELOW, INC., and JOEL ANDERSON, <br><br>     Defendants. | Case No. 2:24-cv-03638-GAM |
| CITY OF ORLANDO POLICE OFFICERS' PENSION FUND, individually and on behalf of all others similarly situated, <br><br>     Plaintiffs, <br><br> v. <br><br> FIVE BELOW, INC., JOEL ANDERSON, KENNETH BULL, and KRISTY CHIPMAN, <br><br>     Defendants. | Case No. 2:24-cv-04905 |

**DECLARATION OF IRENE LAX IN SUPPORT OF**
**TREVOR BIXBY'S MOTION FOR**
**(A) CONSOLIDATION OF RELATED CASES,**
**(B) APPOINTMENT AS LEAD PLAINTIFF, AND**
**(C) APPOINTMENT OF LEAD COUNSEL**

I, Irene Lax, declare as follows:

1.    I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am admitted to practice before this Court. I am Senior Counsel at the law offices of Block & Leviton LLP, proposed Lead Counsel for Trevor Bixby. I submit this declaration in support of Trevor Bixby's motion for consolidation, appointment as Lead Plaintiff, and approval of selection of counsel. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A: Press release entitled "SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Five Below, Inc. Securities and Sets a Lead Plaintiff Deadline of September 30, 2024," published on August 1, 2024 via Globe Newswire.

Exhibit B: Press release entitled "Shareholder Alert: Bernstein Litowitz Berger & Grossmann LLP Announces the Filing of Securities Class Action Lawsuit Against Five Below, Inc," published on September 16, 2024, via Business Wire.

Exhibit C: Trevor Bixby's Certification under the PSLRA.

Exhibit D: Loss estimate for Trevor Bixby, prepared by counsel.

Exhibit E: Block & Leviton LLP's firm resume.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September, 2024.

/s/ Irene Lax
Irene Lax (PA #314239)

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all

counsel of record.

/s/ Irene Lax
Irene Lax

2