# Exhibit C

**Certification Pursuant to Federal Securities Laws**

1. I, Trevor Bixby, make this declaration pursuant to Section 27(a)(2) of the Securities act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Five Below, Inc. ("FIVE" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not transact in Five Below, Inc. securities at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired: Five Below, Inc. securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. Attached hereto as Schedule A is a list of all of my transactions in Five Below, Inc. securities during the Class Period, as specified in the Complaint.

6. During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

7. I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury that the foregoing is true and correct.


Executed on:  09/16/2024


_Trevor Jay Bixby_
Trevor Bixby

**Schedule A**

Trevor Bixby's Transactions in Five Below, Inc. (FIVE):

| Type of Security | Date | Transaction | Quantity of Shares | Price per Share |
|---|---|---|---|---|
| Common Stock | 6/7/2024 | Buy | 1 | $118.04 |
| Common Stock | 6/7/2024 | Buy | 20 | $118.32 |
| Common Stock | 6/7/2024 | Buy | 100 | $118.74 |
| Common Stock | 6/7/2024 | Buy | 1,710 | $119.75 |
| Common Stock | 6/7/2024 | Buy | 226 | $118.50 |
| Common Stock | 6/7/2024 | Buy | 1 | $118.50 |
| Common Stock | 6/7/2024 | Sell | 2,058 | $122.86 |
| Common Stock | 6/10/2024 | Buy | 1,000 | $115.89 |
| Common Stock | 6/11/2024 | Sell | 1,000 | $120.52 |
| Common Stock | 6/12/2024 | Buy | 95 | $117.82 |
| Common Stock | 6/12/2024 | Buy | 1,000 | $124.84 |
| Common Stock | 6/13/2024 | Buy | 4.37675 | $114.24 |
| Common Stock | 6/16/2024 | Buy | 0.62 | $113.19 |
| Common Stock | 6/19/2024 | Buy | 0.00325 | $113.85 |
| Common Stock | 7/5/2024 | Buy | 20 | $105.42 |
| Common Stock | 7/15/2024 | Buy | 300 | $100.88 |