# Exhibit D

# Trevor Bixby - Five Below Loss Analysis

| Date | Shares | | Price Per Share | | Total Expenditure | Date | | Price Per Share | | Total Return | | Profit (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/7/24 | 1 | $ | 118.04 | $ | 118.04 | 6/7/24 | $ | 122.86 | $ | 122.86 | $ | 4.82 |
| 6/7/24 | 20 | $ | 118.32 | $ | 2,366.40 | 6/7/24 | $ | 122.86 | $ | 2,457.20 | $ | 90.80 |
| 6/7/24 | 100 | $ | 118.74 | $ | 11,874.00 | 6/7/24 | $ | 122.86 | $ | 12,286.00 | $ | 412.00 |
| 6/7/24 | 1710 | $ | 119.75 | $ | 204,772.50 | 6/7/24 | $ | 122.86 | $ | 210,090.60 | $ | 5,318.10 |
| 6/7/24 | 226 | $ | 118.50 | $ | 26,781.00 | 6/7/24 | $ | 122.86 | $ | 27,766.36 | $ | 985.36 |
| 6/7/24 | 1 | $ | 118.50 | $ | 118.50 | 6/7/24 | $ | 122.86 | $ | 122.86 | $ | 4.36 |
| 6/10/24 | 1000 | $ | 115.89 | $ | 115,890.00 | 6/11/24 | $ | 120.52 | $ | 120,520.00 | $ | 4,630.00 |
| 6/12/24 | 95 | $ | 117.82 | $ | 11,192.90 | Lookback* | $ | 79.94 | $ | 7,594.30 | $ | (3,598.60) |
| 6/12/24 | 1000 | $ | 124.84 | $ | 124,840.00 | Lookback* | $ | 79.94 | $ | 79,940.00 | $ | (44,900.00) |
| 6/13/24 | 4.3765 | $ | 114.24 | $ | 499.97 | Lookback* | $ | 79.94 | $ | 349.86 | $ | (150.11) |
| 6/16/24 | 0.62 | $ | 113.19 | $ | 70.18 | Lookback* | $ | 79.94 | $ | 49.56 | $ | (20.62) |
| 6/19/24 | 0.00325 | $ | 113.85 | $ | 0.37 | Lookback* | $ | 79.94 | $ | 0.26 | $ | (0.11) |
| 7/5/24 | 20 | $ | 105.42 | $ | 2,108.40 | Lookback* | $ | 79.94 | $ | 1,598.80 | $ | (509.60) |
| 7/15/24 | 300 | $ | 100.88 | $ | 30,264.00 | Lookback* | $ | 79.94 | $ | 23,982.00 | $ | (6,282.00) |
| **Totals** | 4477.99975 | | | $ | 530,896.26 | | | | $ | 486,880.66 | **$** | **(44,015.60)** |

Shares Held at End of Class Period                1,420

* - Lookback price for shares held at end of class period is average closing price between 7/17/24 and 9/27/24.