**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TYLER HIMES, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>FIVE BELOW, INC., and JOEL ANDERSON,<br><br>        Defendants. | Case No. 2:24-cv-03638-GAM<br><br>CLASS ACTION |
| CITY OF ORLANDO POLICE OFFICERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>FIVE BELOW, INC., JOEL ANDERSON, KENNETH BULL, and KRISTY CHIPMAN,<br><br>        Defendants. | Case No. 2:24-cv-04905-GAM<br><br>CLASS ACTION |

**MOTION OF ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM AND ARKANSAS TEACHER RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFFS, APPROVAL OF SELECTION OF CO-LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

Arkansas Public Employees' Retirement System and Arkansas Teacher Retirement System (collectively, the "Arkansas Funds"), by and through their counsel, respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i) appointing the Arkansas Funds as Lead Plaintiffs; (ii) approving their selection of Berger Montague PC ("Berger Montague") and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Co-Lead Counsel for the proposed Class; (iii) consolidation of the above-captioned related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (iv) for any such further relief as the Court may deem just and proper (the "Motion").

This Motion is made on the grounds that the Arkansas Funds believe that they are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiffs. Specifically, the Arkansas Funds believe they have the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the approximately $5.02 million in losses, as calculated on a last-in, first-out basis, that they incurred on their purchases of 67,676 shares of Five Below, Inc. common stock between December 1, 2022, and July 16, 2024, inclusive. The Arkansas Funds also otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class. Moreover, the Arkansas Funds are sophisticated institutional investors with a substantial financial stake in the litigation – precisely the sort of investors Congress intended to supervise securities litigation when it enacted the PSLRA.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Michael Dell'Angelo and exhibits thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the Arkansas Funds respectfully request that the Court: (i) appoint the Arkansas Funds to serve as Lead Plaintiffs; (ii) approve the Arkansas Funds' selection of Berger Montague and Bernstein Litowitz as Co-Lead Counsel for the Class; (iii) consolidate the above-captioned actions; and (iv) grant any such further relief as the Court may deem just and proper.

Dated: September 30, 2024

By: */s/ Michael Dell'Angelo*
Michael Dell'Angelo
Andrew D. Abramowitz
Alex B. Heller
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
mdellangelo@bm.net
aabramowitz@bm.net
aheller@bm.net

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Hannah Ross
Avi Josefson
Scott R. Foglietta
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
hannah@blbglaw.com
avi@blbglaw.com
scott.foglietta@blbglaw.com

*Counsel for Proposed Lead Plaintiff the Arkansas Funds and Proposed Co-Lead Counsel for the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 30, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Michael Dell'Angelo*
Michael Dell'Angelo
