**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TYLER HIMES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FIVE BELOW, INC., and JOEL ANDERSON, <br><br> Defendants. | Case No. 2:24-cv-03638-GAM <br><br> <u>CLASS ACTION</u> |
| CITY OF ORLANDO POLICE OFFICERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FIVE BELOW, INC., JOEL ANDERSON, KENNETH BULL, and KRISTY CHIPMAN, <br><br> Defendants. | Case No. 2:24-cv-04905-GAM <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF MICHAEL DELL'ANGELO**
**IN SUPPORT OF THE MOTION OF ARKANSAS PUBLIC EMPLOYEES'**
**RETIREMENT SYSTEM AND ARKANSAS TEACHER RETIREMENT SYSTEM FOR**
**APPOINTMENT AS LEAD PLAINTIFFS, APPROVAL OF SELECTION OF CO-LEAD**
**<u>COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS</u>**

I, Michael Dell'Angelo, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the State of Pennsylvania and this Court. I am an Executive Shareholder and the General Counsel of the law firm of Berger Montague PC ("Berger Montague"). I make this declaration in support of the Motion filed by Arkansas Public Employees' Retirement System and Arkansas Teacher Retirement System (collectively, the "Arkansas Funds") for: (i) appointment as Lead Plaintiffs;

(ii) approval of their selection of Berger Montague and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Co-Lead Counsel for the proposed Class; (iii) consolidation of the above-captioned related actions; and (iv) any such further relief as the Court may deem just and proper (the "Motion"). I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Sworn Certifications of the Arkansas Funds pursuant to the Private Securities Litigation Reform Act;

Exhibit B:      Charts of the Arkansas Funds' estimated losses, prepared by counsel;

Exhibit C:      Joint Declaration of Mark White and Amy Fecher in support of the Motion;

Exhibit D:      Notice of pendency of *Himes v. Five Below, Inc.*, No. 2:24-cv-03638-GAM (E.D. Pa.) published on *Globe Newswire*, a national business-oriented wire service, on August 1, 2024;

Exhibit E:      Notice of pendency of *City of Orlando Police Officers' Pension Fund v. Five Below, Inc.*, No. 2:24-cv-04905-GAM (E.D. Pa.) published on *Business Wire*, a national business-oriented wire service, on September 16, 2024;

Exhibit F:      Berger Montague firm résumé; and

Exhibit G:      Bernstein Litowitz firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September 2024, at Philadelphia, Pennsylvania.

*/s/ Michael Dell'Angelo*
Michael Dell'Angelo

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Michael Dell'Angelo*
Michael Dell'Angelo