**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TYLER HIMES, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>FIVE BELOW, INC., and JOEL ANDERSON,<br><br>        Defendants. | Case No. 2:24-cv-03638-GAM<br><br><u>CLASS ACTION</u> |
| CITY OF ORLANDO POLICE OFFICERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>FIVE BELOW, INC., JOEL ANDERSON, KENNETH BULL, and KRISTY CHIPMAN,<br><br>        Defendants. | Case No. 2:24-cv-04905-GAM<br><br><u>CLASS ACTION</u> |

**INDEX OF EXHIBITS FOR THE MOTION OF ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM AND ARKANSAS TEACHER RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFFS, APPROVAL OF SELECTION OF CO-LEAD <u>COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS</u>**

| Exhibit | Description |
|---|---|
| A | Sworn Certifications of the Arkansas Funds pursuant to the Private Securities Litigation Reform Act |
| B | Charts of the Arkansas Funds' estimated losses |
| C | Joint Declaration of Mark White and Amy Fecher in support of the Motion |
| D | Notice of pendency of *Himes v. Five Below, Inc.*, No. 2:24-cv-03638-GAM (E.D. Pa.) published on *Globe Newswire*, a national business-oriented wire service, on August 1, 2024 |

| E | Notice of pendency of *City of Orlando Police Officers' Pension Fund v. Five Below, Inc.*, No. 2:24-cv-04905-GAM (E.D. Pa.) published on *Business Wire*, a national business-oriented wire service, on September 16, 2024 |
|---|---|
| F | Berger Montague firm résumé |
| G | Bernstein Litowitz firm résumé |