# EXHIBIT A

**FIVE BELOW, INC. (NASDAQ: FIVE)**
**CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Amy Fecher, on behalf of Arkansas Public Employees' Retirement System ("APERS"), declare that:

1.      I am the Executive Director of APERS. I have reviewed the facts and allegations of a complaint filed in this action against Five Below, Inc. ("Five Below"), and APERS has authorized the filing of a motion for appointment as Lead Plaintiff.

2.      APERS did not purchase and/or acquire the security that is the subject of this action at the direction of its counsel, nor in order to participate in any private action under the federal securities laws.

3.      APERS is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. APERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class. APERS understands that this is not a claim form, and that APERS's ability to share in any recovery as a member of the class is not dependent upon execution of this Certification.

4.      APERS's transactions in Five Below securities during the proposed Class Period set forth in the complaint are attached hereto in Schedule A. APERS has complete authority to bring a suit to recover investment losses for all securities set forth in Schedule A.

5.      During the three (3) year period preceding the date on which this certification is signed, APERS has sought to serve as a representative party on behalf of a class under the United States federal securities laws in the following action:

   *In re Seagate Technology Holdings plc Securities Litigation*, Case No. 3:23-cv-03431-RFL (N.D. Cal.).

6.      During the three (3) year period preceding the date on which this certification is signed, APERS has been appointed to serve as a representative party on behalf of a class under the United States federal securities laws in the following action:

   *In re Seagate Technology Holdings plc Securities Litigation*, Case No. 3:23-cv-03431-RFL (N.D. Cal.).

7.    APERS has not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  September 30, 2024
          Little Rock, Arkansas

DocuSigned by:

*Amy Fecher*
230EA489D64A4D6...

Amy Fecher
Executive Director
Arkansas Public Employees' Retirement System

## Schedule A

| Transactions of Arkansas Public Employees' Retirement System ("APERS") in Five Below, Inc. (NASDAQ: FIVE) During the Class Period of December 1, 2022 to July 16, 2024, Inclusive | | | | |
|---|---|---|---|---|
| **Date** | **Transaction** | **Security** | **Shares** | **Price** |
| 12/01/22 | Purchase | Common Stock | 860 | $184.609 |
| 12/01/22 | Purchase | Common Stock | 380 | $184.609 |
| 12/06/22 | Purchase | Common Stock | 590 | $179.893 |
| 12/06/22 | Purchase | Common Stock | 270 | $179.893 |
| 12/07/22 | Purchase | Common Stock | 180 | $179.091 |
| 12/07/22 | Purchase | Common Stock | 400 | $179.091 |
| 03/20/23 | Purchase | Common Stock | 215 | $197.306 |
| 05/15/23 | Purchase | Common Stock | 98 | $198.924 |
| 05/15/23 | Purchase | Common Stock | 99 | $198.908 |
| 06/02/23 | Purchase | Common Stock | 3,682 | $180.764 |
| 12/21/23 | Purchase | Common Stock | 5,299 | $196.597 |
| 03/21/24 | Purchase | Common Stock | 4,859 | $178.769 |
| 04/24/24 | Purchase | Common Stock | 4,615 | $148.798 |
| 05/30/24 | Purchase | Common Stock | 1,436 | $133.940 |
| 05/30/24 | Purchase | Common Stock | 2,452 | $133.940 |
| 06/11/24 | Purchase | Common Stock | 1,045 | $119.979 |
| 06/11/24 | Purchase | Common Stock | 373 | $118.934 |
| 06/11/24 | Purchase | Common Stock | 48 | $117.293 |
| 06/11/24 | Purchase | Common Stock | 859 | $119.719 |
| 06/11/24 | Purchase | Common Stock | 939 | $119.979 |
| 06/11/24 | Purchase | Common Stock | 332 | $118.934 |
| 06/11/24 | Purchase | Common Stock | 775 | $119.719 |
| 06/11/24 | Purchase | Common Stock | 44 | $117.293 |
| 06/13/24 | Purchase | Common Stock | 1,383 | $113.899 |
| 06/13/24 | Purchase | Common Stock | 2,302 | $113.899 |
| | | | | |
| 08/24/23 | Sale | Common Stock | 340 | $181.042 |
| 08/28/23 | Sale | Common Stock | 530 | $177.283 |
| 08/29/23 | Sale | Common Stock | 380 | $182.601 |
| 08/30/23 | Sale | Common Stock | 480 | $183.188 |
| 08/31/23 | Sale | Common Stock | 950 | $174.024 |

**CERTIFICATION PURSUANT TO
THE FEDERAL SECURITIES LAWS**

I, Mark White, on behalf of Arkansas Teacher Retirement System ("ATRS"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am Executive Director of ATRS. I have reviewed a complaint filed in this matter. ATRS has authorized the filing of this motion for appointment as lead plaintiff.

2. ATRS did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. ATRS is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. ATRS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. ATRS's transactions in the Five Below, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. ATRS has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *DeKalb County Pension Fund v. Roblox Corporation*, No. 23-cv-6618 (N.D. Cal.)
   *Lilien v. Olaplex Holdings, Inc.*, No. 22-cv-8395 (C.D. Cal.)

6. ATRS has sought to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for appointment as lead plaintiff or was not appointed lead plaintiff:

   *Parot v. Clarivate PLC*, No. 22-cv-394 (E.D.N.Y.)

7.  ATRS will not accept any payment for serving as a representative party on behalf of the Class beyond ATRS's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of September, 2024.

Mark White
Executive Director
Arkansas Teacher Retirement System

**Arkansas Teacher Retirement System**
**Transactions in Five Below, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/20/2023 | 314 | 197.3058 |
| Purchase | 5/15/2023 | 130 | 198.9076 |
| Purchase | 5/15/2023 | 129 | 198.9242 |
| Purchase | 6/2/2023 | 4,402 | 180.7637 |
| Purchase | 12/21/2023 | 6,424 | 196.5975 |
| Purchase | 3/21/2024 | 5,882 | 178.7687 |
| Purchase | 5/30/2024 | 4,768 | 133.9403 |
| Purchase | 6/11/2024 | 1,208 | 118.9338 |
| Purchase | 6/11/2024 | 2,810 | 119.7186 |
| Purchase | 6/11/2024 | 3,407 | 119.9792 |
| Purchase | 6/11/2024 | 159 | 117.2932 |
| Purchase | 6/13/2024 | 4,508 | 113.8986 |