# EXHIBIT B

**Arkansas Public Employees' Retirement System**
LIFO Loss in Five Below, Inc. (FIVE)
Class Period: 12/01/22 - 07/16/24
CUSIP 33829M101
Retained share price: $79.9438 (07/17/24 - 09/27/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 12,091 | | | | | | | $0.00 |
| | | | | | *Shares offsetting against pre-class holdings* | | 0 | | $0.00 |
| Purchase | 12/1/2022 | 860 | 184.6093 | $158,764.00 | | | | | |
| Purchase | 12/1/2022 | 380 | 184.6093 | $70,151.53 | | | | | |
| Purchase | 12/6/2022 | 590 | 179.8934 | $106,137.11 | | | | | |
| Purchase | 12/6/2022 | 270 | 179.8934 | $48,571.22 | | | | | |
| Purchase | 12/7/2022 | 180 | 179.0911 | $32,236.40 | | | | | |
| Purchase | 12/7/2022 | 400 | 179.0911 | $71,636.44 | | | | | |
| Purchase | 3/20/2023 | 215 | 197.3058 | $42,420.75 | | | | | |
| Purchase | 5/15/2023 | 98 | 198.9242 | $19,494.57 | | | | | |
| Purchase | 5/15/2023 | 99 | 198.9076 | $19,691.85 | | | | | |
| Purchase | 6/2/2023 | 3,682 | 180.7637 | $665,571.94 | | | | | |
| Purchase | 12/21/2023 | 5,299 | 196.5975 | $1,041,770.15 | | | | | |
| Purchase | 3/21/2024 | 4,859 | 178.7687 | $868,637.11 | | | | | |
| Purchase | 4/24/2024 | 4,615 | 148.7982 | $686,703.69 | | | | | |
| Purchase | 5/30/2024 | 2,452 | 133.9403 | $328,421.62 | | | | | |
| Purchase | 5/30/2024 | 1,436 | 133.9403 | $192,338.27 | | | | | |
| Purchase | 6/11/2024 | 1,045 | 119.9792 | $125,378.26 | Sale | 8/24/2023 | (340) | 181.0415 | ($61,554.11) |
| Purchase | 6/11/2024 | 373 | 118.9338 | $44,362.31 | Sale | 8/28/2023 | (530) | 177.2834 | ($93,960.20) |
| Purchase | 6/11/2024 | 48 | 117.2931 | $5,630.07 | Sale | 8/29/2023 | (380) | 182.6012 | ($69,388.46) |
| Purchase | 6/11/2024 | 859 | 119.7186 | $102,838.28 | Sale | 8/30/2023 | (480) | 183.1875 | ($87,930.00) |
| Purchase | 6/11/2024 | 939 | 119.9792 | $112,660.47 | Sale | 8/31/2023 | (950) | 174.0238 | ($165,322.61) |
| Purchase | 6/11/2024 | 332 | 118.9338 | $39,486.02 | | | | | |
| Purchase | 6/11/2024 | 775 | 119.7186 | $92,781.92 | Sale* | 7/23/2024 | (6,739) | 76.8400 | ($517,824.76) |
| Purchase | 6/11/2024 | 44 | 117.2932 | $5,160.90 | Sale* | 7/23/2024 | (3,035) | 76.8400 | ($233,209.40) |
| Purchase | 6/13/2024 | 2,302 | 113.8986 | $262,194.58 | | | | | |
| Purchase | 6/13/2024 | 1,383 | 113.8986 | $157,521.76 | Retained | | (21,081) | 79.9438 | ($1,685,296.22) |
| | | 33,535 | | $5,300,561.21 | | | (33,535) | | ($2,914,485.76) |

**LIFO Loss    ($2,386,075.45)**

*Shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

**Arkansas Teacher Retirement System**
LIFO Loss in Five Below, Inc. (FIVE)
Class Period: 12/01/22 - 07/16/24
CUSIP 33829M101
Retained share price: $79.9438 (07/17/24 - 09/27/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 14,413 | | | | | | | $0.00 |
| | | | | | *Shares offsetting against pre-class holdings* | | 0 | | $0.00 |
| Purchase | 3/20/2023 | 314 | 197.3058 | $61,954.02 | | | | | |
| Purchase | 5/15/2023 | 129 | 198.9242 | $25,661.22 | | | | | |
| Purchase | 5/15/2023 | 130 | 198.9076 | $25,857.99 | | | | | |
| Purchase | 6/2/2023 | 4,402 | 180.7637 | $795,721.81 | | | | | |
| Purchase | 12/21/2023 | 6,424 | 196.5975 | $1,262,942.34 | | | | | |
| Purchase | 3/21/2024 | 5,882 | 178.7687 | $1,051,517.49 | | | | | |
| Purchase | 5/30/2024 | 4,768 | 133.9403 | $638,627.35 | | | | | |
| Purchase | 6/11/2024 | 159 | 117.2932 | $18,649.62 | | | | | |
| Purchase | 6/11/2024 | 3,407 | 119.9792 | $408,769.13 | Sale* | 7/17/2024 | (18,224) | 76.5000 | ($1,394,136.00) |
| Purchase | 6/11/2024 | 1,208 | 118.9338 | $143,672.03 | Sale* | 7/23/2024 | (6,281) | 76.8400 | ($482,632.04) |
| Purchase | 6/11/2024 | 2,810 | 119.7186 | $336,409.27 | | | | | |
| Purchase | 6/13/2024 | 4,508 | 113.8986 | $513,454.89 | Retained | | (9,636) | 79.9438 | ($770,338.90) |
| | | 34,141 | | $5,283,237.16 | | | (34,141) | | ($2,647,106.94) |
| | | | | | | | **LIFO Loss** | | **($2,636,130.22)** |

*Shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*