# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TYLER HIMES, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:24-cv-03638-GAM |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| FIVE BELOW, INC., and JOEL ANDERSON, | |
| Defendants. | |
| CITY OF ORLANDO POLICE OFFICERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:24-cv-04905-GAM |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| FIVE BELOW, INC., JOEL ANDERSON, KENNETH BULL, and KRISTY CHIPMAN, | |
| Defendants. | |

**JOINT DECLARATION OF MARK WHITE AND AMY FECHER IN SUPPORT OF THE MOTION OF ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM AND ARKANSAS TEACHER RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFFS, APPROVAL OF SELECTION OF CO-LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

We, Mark White and Amy Fecher, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We respectfully submit this Joint Declaration in support of the motion (the "Motion") of Arkansas Public Employees' Retirement System ("APERS") and Arkansas Teacher Retirement System ("ATRS") for appointment as Lead Plaintiffs, approval of their selection of Berger Montague PC ("Berger Montague") and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") to serve as Co-Lead Counsel for the proposed Class in the securities class action litigation against Five Below, Inc. ("Five Below" or the "Company") and certain of its senior executives (collectively, "Defendants"), and consolidation of the above-captioned related actions. We are informed of and understand the requirements and duties imposed on the Lead Plaintiff by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), including the selection and retention of counsel, and overseeing the prosecution of the action. We each have personal knowledge about the information in this Joint Declaration relating to the institution with which we are respectively associated.

2.      I, Mark White, am the Executive Director of ATRS, and I am authorized to make this declaration on behalf of ATRS. Headquartered in Little Rock, Arkansas, ATRS is a state-wide defined benefit plan that provides retirement benefits for the employees of public schools and other educational institutions in Arkansas. As reflected in its certification, ATRS purchased Five Below common stock between December 1, 2022, and July 16, 2024 (the "Class Period"), and suffered substantial losses on those investments as a result of the violations of the federal securities laws alleged in this action.

3.      ATRS is a sophisticated institutional investor with significant experience supervising counsel and acting as a fiduciary. ATRS understands and accepts the duties and responsibilities with which a lead plaintiff is charged under the PSLRA, including to oversee and

supervise the litigation separate and apart from counsel. ATRS's familiarity with the PSLRA is informed by, among other things, its experience successfully serving as lead plaintiff in other securities class actions, including working together with APERS. Indeed, ATRS has achieved outstanding results for investors when serving as a lead plaintiff or class representative in other securities class actions. *See, e.g.*, *In re Citigroup Inc. Bond Litig.*, No. 08–cv-9522 (S.D.N.Y.) (ATRS served as a class representative, with Bernstein Litowitz as lead counsel, and recovered $730 million); *In re Schering-Plough Corp./Enhance Litig.*, No. 08-cv-397 (D.N.J.) (ATRS served as lead plaintiff along with three other institutional investors, with Bernstein Litowitz as lead counsel, and recovered $473 million); *In re Williams Sec. Litig.*, No. 02-cv-72 (N.D. Okla.) (ATRS served as lead plaintiff alongside another institutional investor, with Bernstein Litowitz as lead counsel, and recovered $311 million); and *In re JPMorgan Chase & Co. Sec. Litig.*, No. 12-cv-3852 (S.D.N.Y.) (ATRS served as lead plaintiff together with three other institutional investors, with Bernstein Litowitz as co-lead counsel, and recovered $150 million).

4.  I, Amy Fecher, am the Executive Director of APERS, and I am authorized to make this declaration on behalf of APERS. Headquartered in Little Rock, Arkansas, APERS is a state-wide defined benefit plan that provides retirement benefits for qualified employees of the State of Arkansas. As reflected in its certification, APERS purchased Five Below common stock during the Class Period and suffered substantial losses on those investments as a result of the violations of the federal securities laws alleged in this action.

5.  APERS is a sophisticated institutional investor with significant experience supervising counsel and acting as a fiduciary. APERS understands and accepts the duties and responsibilities with which a lead plaintiff is charged under the PSLRA, including to oversee and supervise the litigation separate and apart from counsel. APERS's familiarity with the PSLRA is

informed by, among other things, its experience successfully serving as lead plaintiff in other securities class actions, including working together with ATRS. Indeed, APERS has achieved outstanding results for investors when serving as a lead plaintiff or class representative in other securities class actions, including in: *In re Brocade Sec. Litig.*, No. 05-cv-2042 (N.D. Cal.) (APERS served as lead plaintiff and co-class representative with another institutional investor and recovered $160 million); *Baker v. SeaWorld Ent., Inc.*, No. 14-cv-2129 (S.D. Cal.) (APERS served as lead plaintiff together with another institutional investor and recovered $65 million); and *Hughes v. Huron Consulting Grp., Inc.*, No. 09-cv-4734 (N.D. Ill.) (APERS served as lead plaintiff alongside four other institutional investors, with Bernstein Litowitz as lead counsel, and recovered $38 million).

6.      As statewide retirement systems for the State of Arkansas, ATRS and APERS are closely familiar with each other and have a relationship that long pre-dates the filing of this action. Indeed, we, as well as other ATRS and APERS personnel, have a business relationship that precedes ATRS's and APERS's decision to collaborate in the joint prosecution of this case. As noted, ATRS's and APERS's pre-existing relationship also extends to their collaboration in jointly prosecuting another securities class action, having served together as lead plaintiff in *In re The Bancorp Inc. Securities Litigation*, No. 14-cv-952 (D. Del.), in which they achieved a $17.5 million recovery for investors, with Bernstein Litowitz as co-lead counsel.

7.      ATRS and APERS are each highly motivated to recover the significant losses that they and the class incurred as a result of Defendants' violations of the federal securities laws. The primary goal of ATRS and APERS in this litigation is to maximize the proposed Class's recovery from all potentially culpable parties. Accordingly, ATRS and APERS both believe that it is important for this case to be led by committed institutional investors with experience leading class

3

action lawsuits under the PSLRA and supervising the work of outside counsel, as well as a financial interest substantial enough to ensure that the claims are litigated vigorously, efficiently, and in the best interests of the Class.

8.    ATRS and APERS each followed their own deliberative processes to determine whether to seek a leadership role in this action. As part of those processes, which included full consideration of the merits of the claims by decision-makers for each institution, as well as consideration of the substantial economic interest that ATRS and APERS each have in this action, ATRS and APERS independently determined to seek appointment as Lead Plaintiff in this case, and informed their respective counsel of their decision.

9.    As a result of their long-standing relationship, ATRS and APERS are aware of each other's experience overseeing securities class action litigation. In exploring their decision to pursue a leadership position in this case, ATRS and APERS each considered and discussed with each other whether there would be an opportunity to potentially seek appointment as Lead Plaintiff jointly with each other, and whether doing so would be in each of their respective interests and in the best interests of the Class. As part of its process to consider whether to pursue an active role in this action, members of APERS's Board of Trustees on the Investments and Finance subcommittee held a meeting to discuss APERS's options with respect to the securities class action against Five Below. Prior to filing their Motion, ATRS's Board of Trustees also met and decided that it was in ATRS's and the Class's best interests to partner with APERS in this case.

10.    Given ATRS's and APERS's pre-existing relationship, and their prior experiences serving as part of lead plaintiff groups to prosecute securities fraud claims, ATRS and APERS recognize the benefits to the class that result from having a small, cohesive group of sophisticated institutions cooperate in the prosecution of complex securities actions. Based on those prior

4

experiences, ATRS and APERS each independently determined that serving as Lead Plaintiff together would allow them to maximize the recovery for all Class members, and approved the filing of their joint Motion.

11.    ATRS and APERS understand that the PSLRA and courts throughout the country, including courts in this District, permit groups of institutional investors to serve as lead plaintiff when they are able to effectively oversee counsel in an independent manner and demonstrate that they will vigorously prosecute the action in the best interests of the class. Based on their prior experiences serving as lead plaintiffs, together and with other institutional investors in other securities class actions, ATRS and APERS believe that their joint oversight of the action can benefit the Class by allowing them to share perspectives, experiences, and resources, and provide input on case strategy. ATRS and APERS intend to prosecute this action in such a collaborative manner, and they have the necessary experience and familiarity with each other to do so.

12.    ATRS and APERS intend to share their perspectives, experiences, and resources to direct this litigation. Representatives from ATRS and APERS understand the importance of joint decision-making and maintaining open lines of communication. To that end, and given ATRS's and APERS's long-standing relationship, we have in place procedures that will enable ATRS and APERS to confer, with or without counsel, via telephone and/or email on short notice to ensure that they are able to make timely decisions affecting the action. ATRS and APERS are committed to taking an active role in supervising the prosecution of the action and intend to communicate with proposed Co-Lead Counsel, and with each other separately from proposed Co-Lead Counsel, as often as necessary to discuss major litigation developments and ensure the vigorous and efficient prosecution of the action.

13.     ATRS and APERS also understand that it is the Co-Lead Plaintiff's obligation under the PSLRA to select qualified Lead Counsel and supervise their prosecution of the case to ensure that the action is prosecuted vigorously and efficiently. ATRS and APERS decided to jointly seek appointment as Lead Plaintiffs, in part, because of their shared desire to ensure that this action is prosecuted in an efficient and economical manner. As Lead Plaintiffs, ATRS and APERS will ensure that Co-Lead Counsel only acts pursuant to their mandate. With respect to counsel selected by ATRS and APERS, Bernstein Litowitz and Berger Montague, we believe that the proposed Class will benefit from having law firms that are highly experienced in prosecuting complex securities class actions successfully as lead counsel.

14.     ATRS and APERS are familiar with the experience, resources, and qualifications of Bernstein Litowitz and Berger Montague, and are aware that they are accomplished law firms that have achieved significant recoveries from defendants in securities class actions like this case, as well as other shareholder lawsuits.  ATRS and APERS are also aware that Bernstein Litowitz and Berger Montague have previously worked together as co-lead counsel in *In re CVR Refining, LP Unitholder Litigation*, No. 2019-0062 (Del. Ch.), which resulted in a recovery of $78.5 million for investors. As a result, ATRS and APERS fully believe that, under their leadership, Bernstein Litowitz and Berger Montague will prosecute this litigation in a zealous and efficient manner, and in the best interests of the Class. That belief is further informed by the prior experience of ATRS and APERS as lead plaintiff overseeing the work of Bernstein Litowitz or Berger Montague.

15.     The decision by ATRS and APERS to jointly pursue appointment as Lead Plaintiffs was also informed by an analysis of the claims against Defendants conducted by representatives of each of our respective funds, as well as the work done by our proposed Co-Lead Counsel. Indeed, we are aware that Bernstein Litowitz and Berger Montague conducted investigations of

the claims against Five Below, and Bernstein Litowitz filed an action that expanded the claims and allegations made in a previously filed complaint.

16.    ATRS and APERS are committed to satisfying the fiduciary obligations that they will assume if appointed Lead Plaintiffs, including conferring with counsel regarding litigation strategy and other matters, attending court proceedings, depositions, settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, ATRS and APERS will ensure that the securities class action against Defendants will be vigorously prosecuted consistent with the Lead Plaintiff's obligations under the PSLRA and in the best interests of the Class.

**[REMAINDER INTENTIONALLY BLANK]**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to ATRS are true and correct to the best of my knowledge.

Executed this 30th day of September, 2024.


_____

Mark White, Executive Director

*On Behalf of Arkansas Teacher Retirement System*

Docusign Envelope ID: 1E560031-7181-4B9E-9F9D-EA5FA86BE867

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to APERS are true and correct to the best of my knowledge.

Executed this 30th day of September, 2024.



DocuSigned by:

230FA489D64A4D6...

Amy Fecher, Executive Director

*On Behalf of Arkansas Public Employees'*
*Retirement System*