# EXHIBIT D

 GlobeNewswire by notified

NEWSROOM    SERVICES    CONTACT US    ENGLISH ⌄    SIGN IN    REGISTER



# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Five Below, Inc. Securities and Sets a Lead Plaintiff Deadline of September 30, 2024

August 01, 2024 17:48 ET    | Source: **Levi & Korsinsky, LLP**    Follow

## Company Profile

**Levi & Korsinsky, LLP**

Industry: Specialized Consumer Services

Website: https://zlk.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**







NEW YORK, Aug. 01, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Five Below, Inc. ("FIVE" or the "Company") (NASDAQ: FIVE) between March 20, 2024 to July 16, 2024, both dates inclusive. You are hereby notified** that the class action lawsuit *Tyler Himes v. Five Below, Inc., et al.* (Case No. 2:24-cv-03638) has been commenced in the United States District Court for the Eastern District of Pennsylvania. To get more information **go to:**

https://zlk.com/pslra-1/five-below-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**



first quarter and full year 2024. This information included FIVE's statement that net sales are expected to be in the range of $826 million to $846 million based on opening approximately 55 to 60 new stores in the first quarter. Further, FIVE claimed that net sales for the full year are expected to be in the range of $3.97 billion to $4.07 billion based on opening between 225 and 235 new stores.

Investors discovered that these statements were false and/or materially misleading when, on June 5, 2024, FIVE announced disappointing first quarter 2024 sales result and cut its full year 2024 guidance stating, "Net sales are expected to be in the range of $3.79 billion to $3.87 billion based on opening approximately 230 new stores." At the same time, FIVE claimed that for the second quarter, "Net sales are expected to be in the range of $830 million to $850 million based on opening approximately 60 new stores." In response to the disclosure, FIVE's stock price declined $14.07/per share within the span of just one day.

On July 16, 2024, FIVE announced the resignation of Joel Anderson from his positions as President and Chief Executive Officer, as well as from his seat on the Company's Board of Directors. Concurrently, FIVE projected a decrease of 6% to 7% in comparable sales for the fiscal second quarter ending August 3, 2024. Following this news, FIVE's stock price dropped over 25% on July 17, 2024.

**If you suffered a loss in FIVE securities, you have until September 30, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi &



NEWSROOM          SERVICES          CONTACT US                    SIGN IN          REGISTER

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

www.zlk.com

---

**Tags**

Class Action

# Recommended Reading

September 30, 2024 13:59 ET

Source:  Levi & Korsinsky, LLP

**Shareholders that lost money on DXC Technology Company(DXC) should contact Levi & Korsinsky about pending Class Action - DXC**

NEW YORK, Sept. 30, 2024 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in DXC Technology Company ("DXC Technology" or the "Company") (NYSE: DXC) of a class action securities...



September 30, 2024 13:57 ET

Source:  Levi & Korsinsky, LLP

**Starbucks Corporation Sued for Securities Law Violations - Contact Levi & Korsinsky Before October 28, 2024 to Discuss Your Rights – SBUX**

NEW YORK, Sept. 30, 2024 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in Starbucks Corporation ("Starbucks" or the "Company") (NASDAQ: SBUX) of a class action securities lawsuit....



# Explore

