**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TYLER HIMES, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>    v.<br><br>FIVE BELOW, INC., and JOEL ANDERSON,<br><br>               Defendants. | Case No.  2:24-cv-03638-GAM |
| CITY OF ORLANDO POLICE OFFICERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>    v.<br><br>FIVE BELOW, INC., JOEL ANDERSON, KENNETH BULL, and KRISTY CHIPMAN,<br><br>               Defendants. | Case No.  2:24-cv-04905-GAM |

**NOTICE OF MOTION OF THE
NOVA SCOTIA PUBLIC SERVICE SUPERANNUATION PLAN FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND
<u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the Nova Scotia Public Service Superannuation Plan ("PSS"), by and through its counsel, will and does hereby move this Court pursuant to Federal Rule of Civil Procedure 42 and §21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) consolidating the above-captioned related securities fraud class actions; (2) appointing PSS as Lead Plaintiff on behalf of a class (the "Class") consisting of all investors that purchased or otherwise acquired Five Below, Inc. securities between December 1, 2022 and July 16, 2024, both dates inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:   September 30, 2024

Respectfully submitted,

**POMERANTZ LLP**

*s/ Emily C. Finestone*
Emily C. Finestone (SBN 323709)
Matthew L. Tuccillo
(*pro hac vice* application forthcoming)
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
efinestone@pomlaw.com
mltuccillo@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff Movant Nova Scotia*
*Public Service Superannuation Plan and Proposed*
*Lead Counsel for the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 30, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

Dated:  September 30, 2024

*s/ Emily C. Finestone*
Emily C. Finestone
