**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TYLER HIMES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FIVE BELOW, INC., and JOEL ANDERSON, <br><br> Defendants. | Case No.  2:24-cv-03638-GAM |
| CITY OF ORLANDO POLICE OFFICERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FIVE BELOW, INC., JOEL ANDERSON, KENNETH BULL, and KRISTY CHIPMAN, <br><br> Defendants. | Case No.  2:24-cv-04905-GAM |

**DECLARATION OF MATTHEW L. TUCCILLO, ESQ. IN SUPPORT OF**
**THE MOTION OF THE NOVA SCOTIA PUBLIC SERVICE SUPERANNUATION PLAN**
**FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND**
**APPROVAL OF SELECTION OF LEAD COUNSEL**

Pursuant to 28.U.S.C. §1746, I, MATTHEW L. TUCCILLO, declare as follows:

1.      I am over twenty-one years of age, and I am fully competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration.

2.      I am a Partner at the law firm Pomerantz LLP ("Pomerantz"), counsel for lead plaintiff movant Nova Scotia Public Service Superannuation Plan ("PSS") in the above-captioned related actions (the "Related Actions").  My office is located at 600 Third Avenue, New York, NY 10016.

3.      I am a member in good standing of the Bars of the States of Connecticut and New York and the Commonwealth of Massachusetts, the United States Supreme Court, the United States Circuit Courts of Appeals for the Second, Fifth, and Ninth Circuits, and the United States District Courts for the District of Connecticut, the District of Massachusetts, the Eastern and Southern Districts of New York, the Southern District of Texas, the Northern District of Illinois, and the Eastern District of Wisconsin.

4.      I submit this Declaration in support of PSS's motion, pursuant to the Private Securities Litigation Reform Act of 1995, for consolidation of the above-captioned Related Actions, appointment as Lead Plaintiff for the Class in the Related Actions, and approval of its selection of Pomerantz as Lead Counsel for the Class in the Related Actions.

5.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth PSS's financial interest in this litigation;

Exhibit B:    Press release published via *Globe Newswire* on August 1, 2024, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:    Shareholder Certification executed on behalf of PSS; and

Exhibit D:    Firm resume of Pomerantz.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 30, 2024.

/s/ Matthew L. Tuccillo

Matthew L. Tuccillo

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 30, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

Dated:  September 30, 2024

*s/ Emily C. Finestone*
Emily C. Finestone

3