# EXHIBIT A

**Five Below, Inc. (FIVE)**
**Class Period: December 1, 2022 to July 16, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**
**Nova Scotia Public Service Superannuation Plan**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 3/20/2024 Corrective Shares Retained | 73-Days* Mean Price $79.9438 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nova Scotia Public Service Superannuation Plan | 6/20/2023 | 5,460 | $193.6875 | ($1,057,534) | 10/20/2023 | (710) | $174.5853 | $123,956 | | | | |
| Nova Scotia Public Service Superannuation Plan | 7/28/2023 | 130 | $205.9712 | ($26,776) | 5/9/2024 | (750) | $143.0409 | $107,281 | | | | |
| Nova Scotia Public Service Superannuation Plan | 8/21/2023 | 320 | $192.7341 | ($61,675) | 5/9/2024 | (60) | $143.1050 | $8,586 | | | | |
| Nova Scotia Public Service Superannuation Plan | 8/22/2023 | 280 | $186.5840 | ($52,244) | 5/10/2024 | (1,870) | $140.5755 | $262,876 | | | | |
| Nova Scotia Public Service Superannuation Plan | 1/31/2024 | 90 | $180.1544 | ($16,214) | 5/13/2024 | (130) | $140.1000 | $18,213 | | | | |
| Nova Scotia Public Service Superannuation Plan | | | | | 5/13/2024 | (2,760) | $140.5906 | $388,030 | | | | |
| **Nova Scotia Public Service Superannuation Plan** | | **6,280** | | **($1,214,442)** | | **(6,280)** | | **$908,942** | **5,570** | **$0** | **($305,501)** | **($305,501)** |

*Avg Closing Prices from July 17, 2024 to September 27, 2024

**Five Below, Inc. (FIVE)**                                    **Nova Scotia Public Service Superannuation Plan**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 6/20/2023 | 5,460 | $193.6875 |
| Purchase/Acquisition | 7/28/2023 | 130 | $205.9712 |
| Purchase/Acquisition | 8/21/2023 | 320 | $192.7341 |
| Purchase/Acquisition | 8/22/2023 | 280 | $186.5840 |
| Purchase/Acquisition | 1/31/2024 | 90 | $180.1544 |
| Sale | 10/20/2023 | (710) | $174.5853 |
| Sale | 5/9/2024 | (750) | $143.0409 |
| Sale | 5/9/2024 | (60) | $143.1050 |
| Sale | 5/10/2024 | (1,870) | $140.5755 |
| Sale | 5/13/2024 | (130) | $140.1000 |
| Sale | 5/13/2024 | (2,760) | $140.5906 |