**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TYLER HIMES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FIVE BELOW, INC., and JOEL ANDERSON, <br><br> Defendants. | Case No.  2:24-cv-03638-GAM |
| CITY OF ORLANDO POLICE OFFICERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FIVE BELOW, INC., JOEL ANDERSON, KENNETH BULL, and KRISTY CHIPMAN, <br><br> Defendants. | Case No.  2:24-cv-04905-GAM |

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS,**
**APPOINTING LEAD PLAINTIFF, AND**
**APPROVING SELECTION OF LEAD COUNSEL**

**WHEREAS**, the Court has considered the competing motions for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel,

**IT IS HEREBY ORDERED THAT**:

## I.    CONSOLIDATION OF RELATED ACTIONS

1.    Pursuant to Federal Rule of Civil Procedure 42, the above-captioned related actions are hereby consolidated for all purposes into one action.

2.    These actions shall be referred to herein as the "Consolidated Action."  This Order shall apply to the Consolidated Action and to each case that is subsequently filed in this Court that relates to the same subject matter as in the Consolidated Action, including any later-filed related or tag-along securities class action lawsuits alleging similar claims during putative class periods that are temporally overlapping, contiguous, or reasonably before or after the class period at issue in the Consolidated Action.

3.    Every pleading and Order in the Consolidated Action, and any related action that is consolidated with the Consolidated Action, shall hereafter bear the following caption, which shall all list "All actions" or the specific actions to which such pleading or Order relates:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE FIVE BELOW, INC. SECURITIES LITIGATION | Case No.  2:24-cv-03638-GAM |
| THIS DOCUMENT RELATES TO: <br><br> [IDENTIFICATION OF ACTION(S)] | CLASS ACTION <br><br> [TITLE OF DOCUMENT] |

4.    This Court requests assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case which might be related and might be properly consolidated as part of this Consolidated Action.

1

## II.    MASTER DOCKET AND MASTER FILE

5.    A Master Docket and Master File shall be established for the Consolidated Action.  The Master File shall be No. 2:24-cv-03638-GAM.  All orders, pleadings, motions, and other documents, when filed and docketed in the Master File, shall be deemed filed and docketed in each individual case to the extent applicable.  When an order, pleading, motion, or document is filed with a caption indicating that it is applicable to fewer than all individual actions in the Consolidated Action, the clerk shall file such pleadings in the Master File and note such filing in the Master Docket and in the docket of each action referenced.

## III.    APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

6.    Having reviewed all pending motions and accompanying memoranda of law, the Court hereby appoints the Nova Scotia Public Service Superannuation Plan ("PSS") as Lead Plaintiff in the Consolidated Action pursuant to §21D(a)(3)(B)(i) of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4(a)(3)(B)(iii).  PSS satisfies the requirements for appointment as Lead Plaintiff pursuant to PSLRA §21D(a)(3)(B)(iii), 15 U.S.C. §78u-4(a)(3)(B)(iii).

7.    Lead Plaintiff PSS, pursuant to §21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(v), has selected and retained Pomerantz LLP as Lead Counsel for the Class in the Consolidated Action, and its selection is hereby approved.

8.    Lead Counsel shall have the following primary responsibilities and duties, to be carried out either personally or through counsel whom lead counsel shall designate:

> (a)    to oversee, coordinate, and conduct the preparation of all pleadings;
>
> (b)    to oversee, coordinate, and conduct the briefing and argument of motions;
>
> (c)    to oversee, coordinate, and conduct discovery and discovery-related proceedings;

(d)     to oversee, coordinate, and conduct examination of witnesses in depositions;

(e)     to select counsel to act as a spokesperson at pretrial conferences;

(f)     to oversee, coordinate, and conduct all settlement negotiations with counsel for defendants;

(g)     to oversee, coordinate, and conduct the preparation for trial and the trial of this matter;

(h)     in fulfilling these responsibilities, to delegate work to selected supporting counsel as may be required;

(i)     to supervise any other matters concerning the prosecution, resolution, or settlement of the Consolidated Action; and

(j)     to call meetings of and otherwise coordinate with the plaintiffs' counsel in any related actions as Lead Counsel deems necessary and appropriate.

9.      No complaint, motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs, nor any expansion or alteration of the class period attempted by any plaintiffs, without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of Lead Counsel.

10.     Counsel in any related action that is consolidated with this Consolidated Action shall be bound by this organization of plaintiffs' counsel.  No competing or tag-along class actions shall be filed attempting to evade this organization of plaintiffs' counsel.

11.     Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices, as needed.

12.     Lead Counsel shall be the contact between plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

13.     Defendants shall effect service of papers on plaintiffs by serving a copy of same on Lead Counsel by overnight mail service, electronic or hand delivery.  Plaintiffs shall effect

3

service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail service, electronic or hand delivery.

14.     During the pendency of this Consolidated Action, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information which is relevant or which may lead to the discovery of information relevant to the subject matter of the pending litigation.


        **SO ORDERED.**


Dated: _____, 2024
            Philadelphia, Pennsylvania

                                        _____
                                        HONORABLE GERALD A. MCHUGH
                                        UNITED STATES DISTRICT JUDGE
                                        EASTERN DISTRICT OF PENNSYLVANIA