**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TYLER HIMES, Individually and on Behalf of All Others Similarly Situated** | : : : | |
| v. | : : | **CIVIL ACTION No. 24-3638** |
| **FIVE BELOW, INC. and JOEL ANDERSON** | : : : | |

| | | |
|---|---|---|
| **CITY OF ORLANDO POLICE OFFICERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated** | : : : : | |
| v. | : : | **CIVIL ACTION No. 24-4905** |
| **FIVE BELOW, INC., JOEL ANDERSON, KENNETH BULL, and KRISTY CHIPMAN** | : : : | |

**<u>ORDER</u>**

This 28th day of October, 2024 it is hereby **ORDERED** that:

1. With respect to consolidation, Movants' unopposed requests to consolidate these matters (No. 24-3638, ECFs 14, 15, 16, 17, 18; No. 24-4905, ECF 3) are **GRANTED** pursuant to Federal Rule of Civil Procedure 42(a) in light of the common issues of law and fact that predominate both cases. Prospectively, *Himes v. Five Below, Inc. et al*., No. 24-3638 and *City of Orlando Police Officers Pension Fund v. Five Below, Inc., et al.*, No. 24-4905 are **CONSOLIDATED** as: *In re Five Below, Inc. Securities Litigation*, Civil Action No. 24-3638.

2. The file in Case No. 24-3638 shall constitute the Master File for every action in the consolidated action.  It is **REQUESTED** that the Clerk administratively close the other action (24-4905).  All orders, pleadings, motions, and other documents, when filed and docketed in the Master File, shall be deemed filed and docketed in each individual case to the extent applicable.  When the document being filed pertains to all actions, parties should write "This Document Relates To: All Actions" in the caption beneath "In re Five Below, Inc. Securities Litigation."  When a pleading applies to some, but not all, of the actions, the caption should list "This Document Relates To:" followed by the docket number for the individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

   a. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3. Upon consideration of the Motions for Appointment of Lead Plaintiff and Lead Counsel filed by all Movants,[1] and for the reasons stated in the accompanying Memorandum Opinion, the Arkansas Funds Group's Motion for Appointment of Lead Plaintiff and Lead Counsel is **GRANTED**.  All other Movants' motions are **DENIED** with respect to the appointment of lead plaintiff and counsel.   The Arkansas Funds Group shall be Lead Plaintiff and Berger Montague PC and Bernstein Litowitz Berger & Grossmann LLP shall be Co-Lead Counsel for

---

[1] The Movants consist of the Arkansas Public Employees' Retirement System and Arkansas Teacher Retirement System ("Arkansas Funds Group") (*Himes*, ECF 17), David Felton (*Himes*, ECF 15), Nova Scotia Public Service Superannuation Plan (*Himes*, ECF 18), and Trevor Bixby (*Himes*, ECF 16).  Mohammed Rahman also filed a Motion for Appointment of Lead Plaintiff and Lead Counsel, but withdrew his motion.  *Himes*, ECF 21.  David Felton and the Nova Scotia Public Service Superannuation Plan both filed Notices of Non-Opposition to the Arkansas Funds Group's Motion.  *Himes*, ECF 19, ECF 20.

consolidated cases *In re Five Below, Inc. Securities Litigation* (24-3638 and 24-4905).

       /s/ Gerald Austin McHugh
       United States District Judge