**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE FIVE BELOW, INC. SECURITIES LITIGATION | Case No. 2:24-cv-03638-GAM |

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2025, upon consideration of Defendants' Motion to Dismiss the Consolidated Amended Complaint, Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint, and any reply thereto, it is hereby ORDERED that Defendants' Motion is DENIED.

BY THE COURT:

_____
Hon. Gerald Austin McHugh
United States District Judge

1