IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE FIVE BELOW, INC.    : | |
| SECURITIES LITIGATION    : | CIVIL ACTION |
| : | No. 24-3638 |
| : | |

## ORDER

This 25th day of August, 2025, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF 42) is **GRANTED in part and DENIED in part**, as follows.

The following statements from the Amended Complaint (ECF 40) remain, as they allege actionable statements:

- AC ¶ 211 ("Our stores are stocked and ready with an amazing assortment of value products that promises to delight our customers.")
- AC ¶ 211 ("Our teams continue to move quickly to adjust to changing customer preferences.")
- AC ¶ 212 (entire paragraph)
- AC ¶ 213 ("And we're pretty nimble and quick. There's not a lot of bureaucracy at Five Below. When we identify something, we move really quick to get that in the store, test it and then push it out to the stores.")
- AC ¶ 214 ("We stay on top of hot trends and swiftly move to capitalize on them. . . . The flexibility of our model . . . is unique and enables swift recognition and introduction of trend-right and relevant products to our customers, and we honed our expertise and discipline to effectively manage the constant cycling of these trends.")
- AC ¶ 215(a) ("We monitor trends in the ever-changing tween and teen markets and are able to quickly identify and respond to trends.")
- AC ¶ 215(b) ("We deliver an edited assortment of trend-right as well as everyday products within each of our category worlds that changes frequently to create a sense of anticipation and freshness . . . .")
- AC ¶ 216 ("While our customers face multiple macro headwinds, we continue to be there for them, flexing our offering to bring them the Wow products they need and want. Our broad-based sales performance and transaction trends demonstrate that we are gaining trips and customers through our amazing value, trend-right products and Five Beyond prototype. . .")
- AC ¶ 217 ("we can quickly capitalize on a trend.")
- AC ¶ 219 ("Our merchants have sourced . . . fresh and trend-right products at outstanding values.")

2

- AC ¶ 220 ("We . . . effectively capitalized on multiple trends.")
- AC ¶ 222 (the "flexibility of our model with our 8 worlds is unique and enables our teams to quickly introduce trend-right relevant products to our customers.")
- AC ¶ 223 ("[C]hasing trends has always been a strength of ours. And we will continue to quickly identify and capitalize on trends, bringing them in-store quickly . . ." )
- AC ¶ 228 (entire paragraph)
- AC ¶ 231 (entire paragraph)
- AC ¶ 232 (entire paragraph)
- AC ¶ 234 (entire paragraph)
- AC ¶ 235 (entire paragraph)
- AC ¶ 236 (entire paragraph)

All other statements are dismissed from the Amended Complaint to the extent that they purport to allege actionable statements, but remain as relevant factual context for other, actionable statements.

It is further **REQUESTED** that the Clerk of Court **TERMINATE** Kristy Chipman from the action, as she is not a listed defendant in the Amended Complaint.

 /s/ Gerald Austin McHugh  
United States District Judge
