IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYLER HIMES, ET AL.** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-3638** |
| | : | |
| **FIVE BELOW, INC., ET AL.** | : | |

## ORDER

This 7th day of November, 2025, following a preliminary pretrial conference with counsel, it is hereby **ORDERED** that the following timeline shall govern management of this case:

| Event | Date |
|---|---|
| Deadline to reach agreement re: search terms for documents from agreed-upon key custodians | December 10, 2025 |
| Deadline for substantial completion of all rolling document production | February 6, 2026 |
| Deadline for Lead Plaintiffs to move for class certification and file expert disclosures and reports relating to class certification | January 16, 2026 |
| Deadline to make Lead Plaintiffs' expert available for deposition | February 2, 2026 |
| Deadline to exchange initial privilege logs (after which Parties are to exchange privilege logs on a rolling basis within 14 days of production) | March 6, 2026 |
| Deadline to file any opposition to class certification and file rebuttal expert disclosure and reports relating to class certification | March 13, 2026 |
| Deadline to make Defendants' expert available for deposition | April 1, 2026 |
| Deadline to file reply in support of class certification and file reply expert disclosure and reports relating to class certification | April 30, 2026 |
| Hearing for class certification | To be specified by the Court |
| Fact discovery cutoff | June 30, 2026 |
| Deadline to serve opening expert reports for the party bearing the burden of proof | July 17, 2026 |
| Deadline to depose merits experts | August 28, 2026 |
| Deadline to serve rebuttal expert reports | September 18, 2026 |
| Deadline to serve reply expert reports | October 16, 2026 |

| Expert discovery cutoff | November 13, 2026 |
|---|---|
| Summary judgment | December 11, 2026 |
| Summary judgment opposition | January 29, 2027 |
| Summary judgment reply | March 5, 2027 |
| Hearing for summary judgment | To be specified by the Court |

**Notice:**  Throughout the course of this litigation, counsel should refer to Judge McHugh's Guidelines for Counsel, which can be found on the Court's website, for assistance with efficient management of this case.

 /s/ Gerald Austin McHugh  
United States District Judge