**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE FIVE BELOW, INC. SECURITIES LITIGATION SECURITIES LITIGATION | Case No. 2:24-cv-03638-GAM |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2026, upon consideration of Lead Plaintiffs' Motion For Class Certification, Defendants' Memorandum Of Law In Opposition To Lead Plaintiffs' Motion For Class Certification, and any reply thereto, it is hereby ORDERED that Lead Plaintiffs' Motion For Class Certification is DENIED.

BY THE COURT:

_____
Hon. Gerald Austin McHugh
United States District Judge