**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE FIVE BELOW, INC. SECURITIES LITIGATION SECURITIES LITIGATION | Case No. 2:24-cv-03638-GAM |

**DECLARATION OF JAY A. DUBOW**

I, Jay A. Dubow, of full age, hereby certify and say as follows:

1.    I am a partner with the law firm Troutman Pepper Locke LLP, counsel for Defendants Five Below, Inc. ("Five Below"), Joel Anderson, and Kenneth Bull in the above-captioned matter.

2.    I respectfully submit this Declaration in support of Defendants' Memorandum Of Law In Opposition To Lead Plaintiffs' Motion For Class Certification.  For the convenience of the Court, copies of certain documents referenced in Defendants' Memorandum Of Law In Opposition To Lead Plaintiffs' Motion For Class Certification are attached hereto as follows:

a.    Attached hereto as Exhibit A is Evgeny (Eugene) Orlov, Ph.D.'s Deposition Transcript, taken on March 3, 2026 [FILED UNDER SEAL].

b.    Attached hereto as Exhibit B is a true and correct copy of a Telsey Advisory Group report, dated June 6, 2024.

c.    Attached hereto as Exhibit C is a true and correct copy of a UBS report, dated July 17, 2024.

d.    Attached hereto as Exhibit D is a true and correct copy of the Expert Report of Jennifer Marietta-Westberg, Ph.D. with accompanying appendices [FILED UNDER SEAL].

e.    Attached hereto as Exhibit E is a true and correct copy of the Expert Report of Evgeny (Eugene) Orlov, Ph.D. filed in *S.E.C. v. Cambridge Inv. Rsch. Advisors Inc.*, No. 22-00071, ECF 213 (S.D. Iowa June 10, 2024).

f.    Attached hereto as Exhibit F is a true and correct copy of the Expert Report of Evgeny (Eugene) Orlov, Ph.D. filed in *S.E.C. v. Ballout*, No. 24-81170, 2025 WL 1627432 (S.D. Fla. Apr. 3, 2025).

g.    Attached hereto as Exhibit G is Excerpts of Amy Fecher's (30(b)(6) Representative of APERS) Deposition Transcript, taken on February 11, 2026 [FILED UNDER SEAL].

h.    Attached hereto as Exhibit H is Excerpts of Samuel Chase's (30(b)(6) Representative of Stephens Investment Management Group) Deposition Transcript, taken on February 18, 2026 [FILED UNDER SEAL].

i.    Attached hereto as Exhibit I is Excerpts of Gregory Baxter's (30(b)(6) Representative of CastleArk Management, LLC) Deposition Transcript, taken on February 20, 2026 [FILED UNDER SEAL].

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 13, 2026                          */s/ Jay A. Dubow*
                                               Jay A. Dubow