# EXHIBIT B



**TAG** ® TELSEY ADVISORY GROUP

DISCOUNTERS

**EARNINGS REVIEW**

**JUNE 6, 2024**

---

## FIVE - $132.79    OUTPERFORM

| | |
|---|---|
| Price Target (Current) | $155.00 |
| Price Target (Previous) | $220.00 |

| Market Statistics | 06/05/2024 |
|---|---|
| Market Capitalization ($MM): | $7,609.3 |
| Enterprise Value (MM): | $8,887.8 |
| Shares Outstanding (MM): | 55.2 |
| Avg. Daily Trading Volume (Shrs, 000s): | 884.6 |
| Short Interest/Float: | 5.3% |
| Insider Ownership (% of Total Shrs Out): | 2.7% |
| Dividend Yield: | 0.0% |
| Stock Exchange: | NYSE |

| Price Performance | 06/05/2024 |
|---|---|
| 52-Week Range: | $128.64-$216.18 |
| YTD % Change: | 21,100,314.5% |
| YTD % Change Relative to Index: | 21,100,303.5% |
| Implied Return to Price Target: | 16.7% |



Five Below, Inc.

| Valuation Metrics(FYE December) | 2023 | 2024E | 2025E |
|---|---|---|---|
| P/E Ratio | 24.5x | 25.2x | 21.2x |
| EV/Sales | 2.5x | 2.3x | 2.0x |
| EV/EBITDA | 17.2x | 16.5x | 14.1x |
| Book Value/Share | 28.49 | 26.44 | 30.70 |
| Debt/Capitalization | 0.0% | 0.0% | 0.0% |

| Same-Store Sales | | | EPS (Operating) | | |
|---|---|---|---|---|---|
| Period | Current | Previous | Period | Current | Previous |
| 1Q23 | 2.7% | - | 1Q23 | $0.67 | - |
| 2Q23 | 2.7% | - | 2Q23 | $0.84 | - |
| 3Q23 | 2.5% | - | 3Q23 | $0.26 | - |
| 4Q23 | 3.1% | - | 4Q23 | $3.65 | - |
| 2023 | 2.8% | - | 2023 | $5.41 | - |
| 1Q24 | (2.3)% | 1.0% | 1Q24 | $0.60 | $0.64 |
| 2Q24E | (5.0)% | 2.5% | 2Q24E | $0.64 | $1.01 |
| 3Q24E | (4.5)% | 3.0% | 3Q24E | $0.28 | $0.50 |
| 4Q24E | (4.0)% | 0.5% | 4Q24E | $3.76 | $3.93 |
| 2024E | (4.0)% | 1.5% | 2024E | $5.28 | $6.09 |
| 1Q25E | 2.5% | 3.5% | 1Q25E | $0.65 | $0.81 |
| 2Q25E | 3.5% | 2.5% | 2Q25E | $0.82 | $1.21 |
| 3Q25E | 3.0% | 2.0% | 3Q25E | $0.37 | $0.61 |
| 4Q25E | 3.0% | - | 4Q25E | $4.44 | $4.67 |
| 2025E | 3.0% | 2.8% | 2025E | $6.28 | $7.31 |

Source: FactSet, company reports, and TAG estimates.

**Joseph Feldman**
212.584.4605 / jfeldman@telseygroup.com
**Sarang Vora, CFA**
212.660.5436 / svora@telseygroup.com
**Cristina Fernández, CPA**
212.584.4612 / cfernandez@telseygroup.com
**Nicholas Vidger**
212.660.5422 / nvidger@telseygroup.com

# FIVE BELOW, INC.

## FIVE - Soft 1Q24 Earnings; Lowered 2024 Guidance

**TAG View:** Five Below reported disappointing 1Q24 earnings and lowered its 2024 guidance. We were surprised by the magnitude of comp decline to the negative MSD area post-Easter and the continuation of the weak trend. The company saw the slowdown in all geographies, and it was more pronounced among lower income consumers. Furthermore, the lapping of key trends, such as Squishmallow, pressured the performance. This was partly offset by strength in consumable categories and share gains from higher income consumers. At this point, Five Below expects these trends to continue in 2Q24 and through the end of the year, which is reflected in the comp guidance of (MSD) for 2Q24 and (3.0%)-(5.0%) for 2024. To offset the pressure, Five Below is undertaking actions to increase customer engagement, including expanding trend-right consumables and Five Beyond items, testing new lower prices in ~100 stores before a broader rollout, stepping up shrink mitigation via assisted self-checkout, launching a new marketing test in a region, and optimizing the cost structure, with expected savings in 2024 and beyond.

In after-hours trading, Five Below shares were down double digits on the disappointing comp trend and reduced guidance. We are frustrated by the inconsistent operating performance in the past six months caused by higher-than-expected shrink pressure and the sudden drop in demand since Easter. The soft comp trend is likely due to a combination of factors, including the uncertain consumer spending environment, increased competition from mass merchants, like Walmart (WMT; Outperform; PT= $70), and online retailers, like Temu, a lack of hot trends and product newness, and higher price points. Whatever the cause of the pressue, we expect the stock to be a "show me" story in the near term.

That said, at the current valuation level, we believe the stock is close to a bottom, with the bad news reflected in the share price. We expect the company's focus on merchandising and operational improvement to boost performance, especially in 2025. Importantly, we continue to believe Five Below has a long runway of growth ahead as it progresses on its Triple-Double strategy, which aims to triple the store base to 3,500+ by 2030, with strong in-store gains to come from the expansion of Five Beyond— nearly 80% of the store base will be in the Five Beyond format by the end of 2024. Taken together, we are maintaining our Outperform rating but are lowering our 12-month price target by $65 to $155, based on applying a P/E multiple of ~25x to our new lower 2025 EPS estimate of $6.28.

## Key Strategic Initiatives

**Real Estate Update:** In 2024, the company plans to open ~230 new stores to total 1,774 stores, equating to a growth of ~15%. These stores are helping Five Below enter new markets and densify existing markets. Longer term, the company reiterated its plan to open 3,500+ stores by 2030, given the success of the format in all markets —urban, rural, and semi-rural markets.

**Five Beyond Update:** Five Below remains encouraged by the continued increase in penetration of Five Beyond across its product assortment and store base, with positive feedback from customers. In 1Q24, the company converted 84 stores to the Five Beyond format, which in total now represents ~60% of its comp store base. In 2024, the company plans to convert ~180 stores to the Five Beyond format, which combined with new stores would reach 80% of its comp store base by the end of the year. Early results of the Five Beyond stores remain encouraging—comp and traffic lift of MSD in year one and relatively healthy performance in year two.

## 1Q24 Earnings Snapshot

**EPS and Sales:** Five Below reported 1Q24 EPS of $0.60, below our estimate of $0.64 and the FactSet (FS) consensus of $0.63. Total sales increased 11.8% to $812MM, with a weak comp of (2.3%) (traffic -2.8%; ticket +0.5% on lower units per transaction) vs. our forecast of 1.0% and FS at 1.2%. Five Below noticed softness in Easter sales, followed by a significant slowdown through the remainder of 1Q24 across all geographies and among lower income consumers (partly as tax refunds were exhausted). Furthermore, the company started lapping key trends, such as Squishmallow, which pressured performance. This was partly offset by the strength in consumable categories, such as candy, food and beverage, and health and beauty products, as well as ongoing share gains from higher income consumers.

**Profits:** The 1Q24 operating margin compressed 114 bps to 4.7% vs. TAG and FS at 5.0%. The gross margin expanded 13 bps to 32.5% (TAG 32.3%; FS 32.4%), on lower inbound freight, partly offset by higher shrink and deleverage of fixed costs. The SG&A ratio deleveraged 127 bps to 27.8% (TAG 27.3%; FS at 27.4%), due to deleverage of costs, higher pre-opening expenses (61 new stores in 1Q24 vs. 27 in 1Q23), and a planned shift in marketing spend. Overall, EBIT dollars decreased 10.0% to ~$38.2MM vs. our inline target of $42MM.

| KEY FINANCIAL METRICS | | | | | | |
|---|---|---|---|---|---|---|
| **FYE January** | **1Q24** | **1Q24** | **FactSet** | **Change** | **1Q23** | **Change** |
| **$MM, Except per Share Data** | **Act.** | **Est.** | **Consensus** | **A vs. E** | **Act.** | **A vs. LY** |
| Total Sales | $811.9 | $835.2 | $834.0 | ($23.3) | $726.2 | 11.8% |
| Total Same-Store Sales | (2.3%) | 1.0% | 1.2% | (363) | 2.7% | (500) |
| Gross Margin | 32.5% | 32.3% | 32.4% | 14 | 32.3% | 13 |
| Operating Expense Margin | 27.8% | 27.3% | 27.4% | 52 | 26.5% | 127 |
| Operating Income | $38.2 | $42.1 | $42.0 | ($3.9) | $42.4 | (10.0%) |
| Operating Margin | 4.7% | 5.0% | 5.0% | (37) | 5.8% | (114) |
| EPS - Continuing Operations | $0.60 | $0.64 | $0.63 | ($0.04) | $0.67 | (11.2%) |
| Inventory | $630.0 | $603.9 | $598.0 | $26.1 | $534.4 | 17.9% |

Source: Company reports, TAG Research, FactSet

## Lowered 2024 Guidance and TAG Estimates

**2Q24 Guidance:** For 2Q24, Five Below expects EPS of $0.57-$0.69 vs. FS at $0.99. This is based on total sales growth of 9.4%-12.0% to $830MM-$850MM vs. FS at $884MM, with a comp of (MSD) vs. FS at 2.1%. The company indicated the comp has remained in the (MSD) area in May and early June, which is expected to continue in 2Q24. From a profitability standpoint, Five Below expects operating margin contraction of ~250 bps to 5.2% (at the midpoint), reflecting deleverage on fixed costs and higher shrink, partly offset by lower freight and distribution costs as well as lower incentive compensation. The company expects the gross margin to compress ~130 bps YoY.

**2024 Guidance:** For 2024, Five Below lowered its adjusted EPS guidance to $5.00-$5.40 from $5.71-$6.22 vs. FS at $6.00. Total sales growth is projected to be 6.5%-8.7% to $3.79B-$3.87B vs. FS at $4.0B, with a comp of (3.0%)-(5.0%), down from 0.0%-3.0% previously, vs. FS at 1.2%. From a profitability standpoint, Five Below expects operating margin deleverage of ~100 bps to 9.8% (at the midpoint), primarily due to deleverage of fixed costs, partly offset by lower inbound freight, lower incentive compensation, and select cost optimization strategies. Specifically, the company expects the gross margin to decline 130 bps in 2Q24, increase 200 bps in 3Q24 (due to the lapping a one-time shrink true-up in 3Q23), and be flattish in 4Q24. The SG&A expense ratio is expected to deleverage by 120 bps in 2Q24, over 200 bps in 3Q24, and 50 bps in 4Q24. Gross capex was lowered to $345MM-$350MM from ~$365MM previously vs. $335MM in 2023, reflecting ~230 new stores, ~180 remodels, DC expansion in Arizona, Georgia, and Indiana, and investments in IT systems and tools.

**TAG Estimate Changes:** For 2Q24, we are lowering our EPS estimate to $0.64 from $1.01 (FS $0.99), reflecting a comp of (5.0%) vs. 2.5% previously (FS 2.1%) and operating margin compression of 240 bps to 5.3% vs. 8.1% previously (FS 7.8%). For 2024, our new EPS estimate is $5.28, down from $6.09 previously (FS $6.00), on a lower comp of (4.0%) vs. 1.5% previously (FS 1.2%) and operating margin contraction of ~100 bps to 9.8% vs. 10.8% previously (FS 10.7%). For 2025, we now estimate EPS of $6.28, down from $7.31 (FS $7.12), on a comp of

3.0% vs. 2.8% previously (FS 2.8%) and operating margin expansion of ~30 bps to 10.1% vs. 11.3% previously (FS 11.0%).

| FIVE BELOW FINANCIAL MODEL | | | | | | | | | | | | 53rd wk | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2019 | 2020 | 2021 | 1Q22 | 2Q22 | 3Q22 | 4Q22 | 2022 | 1Q23 | 2Q23 | 3Q23 | 4Q23 | 2023 | 1Q24 | 2Q24E | 3Q24E | 4Q24E | 2024E | 2025E |
| **Income Statement Highlights** | TOTAL | TOTAL | TOTAL | TOTAL | TOTAL | TOTAL | TOTAL | TOTAL | TOTAL | TOTAL | TOTAL | TOTAL | TOTAL | TOTAL | TOTAL | TOTAL | TOTAL | TOTAL | TOTAL |
| **Total Sales** | $1,846.7 | $1,962.1 | $2,848.4 | 639.6 | 668.9 | 645.0 | 1122.8 | $3,076.3 | 726.2 | 759.0 | 736.4 | 1337.7 | $3,559.4 | 811.9 | 834.9 | 802.7 | 1410.0 | $3,859.4 | $4,475.3 |
| | | | | | | | | | | | | | | | | | | | |
| Total Gross Profit | 674.0 | 652.3 | 1030.4 | 206.8 | 228.5 | 207.8 | 452.4 | 1095.5 | 234.8 | 264.6 | 222.8 | 551.6 | 1273.8 | 263.5 | 281.0 | 258.9 | 582.8 | 1386.3 | 1614.5 |
| Total SG&A Expenses | 456.7 | 497.5 | 650.6 | 164.4 | 172.5 | 186.9 | 226.6 | 750.4 | 192.4 | 206.0 | 206.7 | 283.2 | 888.3 | 225.4 | 236.6 | 239.8 | 305.5 | 1007.3 | 1162.2 |
| **Total Operating Income** | 217.3 | 154.8 | 379.9 | 42.3 | 56.0 | 20.9 | 225.8 | 345.0 | 42.4 | 58.6 | 16.1 | 268.4 | 385.6 | 38.2 | 44.4 | 19.2 | 277.3 | 379.0 | 452.3 |
| | | | | | | | | | | | | | | | | | | | |
| Pretax Income | 221.6 | 153.1 | 366.7 | 42.1 | 56.1 | 21.4 | 227.9 | 347.5 | 46.1 | 62.9 | 19.6 | 272.5 | 401.1 | 43.1 | 47.8 | 21.2 | 279.9 | 392.0 | 462.1 |
| Taxes (Benefit) | 46.5 | 29.7 | 87.9 | 9.4 | 14.8 | 5.3 | 56.6 | 86.0 | 8.6 | 16.1 | 5.0 | 70.4 | 100.0 | 10.2 | 12.3 | 5.5 | 72.2 | 100.2 | 114.8 |
| Net Income | 175.1 | 123.4 | 278.8 | 32.7 | 41.3 | 16.1 | 171.3 | 261.5 | 37.5 | 46.8 | 14.6 | 202.2 | 301.1 | 33.0 | 35.4 | 15.7 | 207.7 | 291.9 | 347.3 |
| Diluted Shares Outstanding | 56.1 | 56.0 | 56.3 | 55.8 | 55.6 | 55.7 | 55.8 | 55.7 | 55.8 | 55.8 | 55.6 | 55.4 | 55.6 | 55.3 | 55.3 | 55.3 | 55.3 | 55.3 | 55.3 |
| | | | | | | | | | | | | | | | | | | | |
| **Diluted EPS** | $3.12 | $2.20 | $4.95 | $0.59 | $0.74 | $0.29 | $3.07 | $4.69 | $0.67 | $0.84 | $0.26 | $3.65 | $5.41 | $0.60 | $0.64 | $0.28 | $3.76 | $5.28 | $6.28 |
| *YoY change* | *17%* | *(29%)* | *125%* | *(34%)* | *(35%)* | *(32%)* | *23%* | *(5%)* | *15%* | *13%* | *(9%)* | *19%* | *15%* | *(11%)* | *(24%)* | *8%* | *3%* | *(2%)* | *19%* |
| | | | | | | | | | | | | | | | | | | | |
| **Select Growth Rates and Margins** | | | | | | | | | | | | | | | | | | | |
| Total Sales | 18.4% | 6.2% | 45.2% | 7.0% | 3.5% | 6.2% | 12.7% | 8.0% | 13.5% | 13.5% | 14.2% | 19.1% | 15.7% | 11.8% | 10.0% | 9.0% | 5.4% | 8.4% | 16.0% |
| **Same-Store Sales** | 0.5% | (5.5%) | 30.2% | (3.6%) | (5.8%) | (2.7%) | 1.9% | (2.0%) | 2.7% | 2.7% | 2.5% | 3.1% | 2.8% | (2.3%) | (5.0%) | (4.5%) | (4.0%) | (4.0%) | 3.0% |
| | | | | | | | | | | | | | | | | | | | |
| **Gross Margin** | 36.5% | 33.2% | 36.2% | 32.3% | 34.2% | 32.2% | 40.3% | 35.6% | 32.3% | 34.9% | 30.3% | 41.2% | 35.8% | 32.5% | 33.7% | 32.3% | 41.3% | 35.9% | 36.1% |
| **SG&A Ratio** | 24.7% | 25.4% | 22.8% | 25.7% | 25.8% | 29.0% | 20.2% | 24.4% | 22.5% | 23.1% | 23.5% | 18.4% | 21.3% | 23.2% | 23.7% | 24.9% | 18.6% | 22.0% | 22.0% |
| **Operating Margin** | 11.8% | 7.9% | 13.3% | 6.6% | 8.4% | 3.2% | 20.1% | 11.2% | 5.8% | 7.7% | 2.2% | 20.1% | 10.8% | 4.7% | 5.3% | 2.4% | 19.7% | 9.8% | 10.1% |
| *YoY bps change* | *(24)* | *(388)* | *545* | *(404)* | *(495)* | *(374)* | *128* | *(212)* | *(78)* | *(65)* | *(106)* | *(4)* | *(38)* | *(114)* | *(240)* | *20* | *(40)* | *(101)* | *29* |
| YoY growth | 16% | (29%) | 145% | (34%) | (35%) | (51%) | 20% | (9%) | 0% | 5% | (23%) | 19% | 12% | (10%) | (24%) | 19% | 3% | (2%) | 19% |
| Tax Rate | 21.0% | 19.4% | 24.0% | 22.3% | 26.3% | 24.6% | 24.8% | 24.7% | 18.6% | 25.6% | 25.4% | 25.8% | 24.9% | 23.6% | 25.8% | 25.8% | 25.8% | 25.6% | 24.8% |
| | | | | | | | | | | | | | | | | | | | |
| **Other Key Metrincs** | | | | | | | | | | | | | | | | | | | |
| **Total Stores** | 900 | 1020 | 1190 | 1225 | 1252 | 1292 | 1340 | 1340 | 1367 | 1407 | 1481 | 1544 | 1544 | 1605 | 1665 | 1750 | 1774 | 1774 | 2039 |
| *YoY change* | *20.0%* | *13.3%* | *16.7%* | *12.7%* | *11.7%* | *10.1%* | *12.6%* | *12.6%* | *11.6%* | *12.4%* | *14.6%* | *15.2%* | *15.2%* | *17.4%* | *18.3%* | *18.2%* | *14.9%* | *14.9%* | *14.9%* |
| EBITDA | 272.3 | 224.1 | 464.7 | 66.3 | 81.2 | 48.5 | 254.7 | 450.7 | 71.6 | 89.5 | 49.7 | 305.5 | 516.3 | 75.3 | 83.0 | 58.8 | 319.9 | 537.1 | 628.7 |
| EBITDA Margin | 14.7% | 11.4% | 16.3% | 10.4% | 12.1% | 7.5% | 22.7% | 14.6% | 9.9% | 11.8% | 6.7% | 22.8% | 14.5% | 9.3% | 9.9% | 7.3% | 22.7% | 13.9% | 14.0% |
| Total Debt | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Debt to EBITDA (LTM) | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x |
| Depreciation & Amortization | 55 | 69 | 85 | 24 | 25 | 28 | 29 | 106 | 29 | 31 | 34 | 37 | 131 | 37 | 39 | 40 | 43 | 158 | 176 |
| Capital Expenditures | 212 | 200 | 288 | 58 | 52 | 64 | 78 | 252 | 45 | 71 | 115 | 103 | 335 | 88 | 89 | 91 | 86 | 355 | 412 |

*Source: Company Reports and TAG Estimates*

**ADDENDUM**
**Important Disclosures:**

Valuation Method for Target Price: Price-to-Earnings, enterprise-value-to-EBITDA, P/E to growth, price to free cash flow, and discounted cash flow analysis.

Investment Risks: Telsey Advisory Group's (TAG's) equity research department covers consumer-focused sectors including apparel manufacturers, cannabis, children's and teen retailers, consumer electronics retailers, cosmetics, department stores, discounters, footwear, home furnishings retailers, home improvement retailers, internet, luxury goods, office supply retailers, off-price retailers, restaurants, specialty apparel retailers, sporting goods retailers, and supermarkets. Risks across or specific to one or more of these sectors include volatility of commodity costs, consumer spending, currency, rising interest rates, weaker consumer confidence and unemployment rates. Additionally, access to capital, supply chain disruptions, commodity costs, private label distribution, currency, geopolitical uncertainty, unfavorable government regulations, lack of appropriate real estate sites, and the use of the World Wide Web to sell merchandise represent unique industry risks.

### Analyst Certification
The Research Analysts, Joseph Feldman, Sarang Vora, CFA, Cristina Fernández, CPA and Nicholas Vidger, who prepared the research report hereby certify that the views expressed in this report accurately reflect the Analyst(s) personal views about the subject companies and their securities. The Research Analyst(s) also certify that the Analyst(s) have not been, are not, and will not be receiving direct or indirect compensation for expressing the specific recommendation(s) or view(s) in this report.

### Company Specific Disclosures



**Five Below, Inc. Rating History as of 06/05/2024**

* Telsey with ratings are effective as of 09/11/14

**Ratings Distribution & Investment Banking Disclosure**

| Rating | Count | Ratings Distribution | Count | *Investment Banking |
|---|---|---|---|---|
| OUTPERFORM | 43 | 50.00% | 3 | 6.98% |
| MARKET PERFORM | 43 | 50.00% | 0 | 0.00% |
| UNDERPERFORM | 0 | 0.00% | 0 | 0.00% |

**On 09-11-2014 TAG launched a three-tiered rating system of Outperform, Market Perform, and Underperform to evaluate its stocks under coverage. Price targets continue to be used in conjunction with the new rating system.**

### Ratings Definition and Distribution

Our recommendation system is based on a stock's expected total return relative to the industry universe over the next 12 months.

We divide stocks under coverage into three categories, each defined by a prospective rate of return:

**Outperform** – the stock is expected to outperform the average total return of the industry universe over the next 12 months.

**Market Perform** – the stock is expected to perform in line with the average total return of the industry universe over the next 12 months.

**Underperform** – the stock is expected to underperform the average total return of the industry universe over the next 12 months.

Disclosures required by United States laws and regulations

Case 2:24-cv-03638-GAM    Document 62-4    Filed 03/13/26    Page 6 of 6

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; market making and/or specialist role.

The following are additional required disclosures:

Ownership and material conflicts of interest: TAG prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage.

Analyst compensation: TAG's employees/analysts do not receive any compensation from subject companies for inclusion in our research. Analysts are paid in part based on the overall profitability of TAG which may include investment banking revenues.

Analyst as officer or director: TAG analysts, persons reporting to analysts or members of their households do not serve as officers, directors, advisory board members or employees of any of our subject companies in the analyst's area of coverage.

Investment banking activities: TAG provides investment banking, other non-investment banking securities related services, and non-securities services and may seek such relationships from subject companies.

TAG is a member of FINRA (http://www.finra.org) and SIPC (http://www.sipc.org).

Other Disclaimers

TAG is a registered broker dealer offering equity research, trading and investment banking services. The Equity Research Department of TAG produces and distributes research products to institutional clients of TAG. The research products are for institutional investors only. The research products may not contain information necessary for others to make investment decisions. Consult your financial adviser or an investment professional if you are not an institutional investor. This research is based on current public information that we consider reliable. We seek to update our research as appropriate. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment. TAG updates research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions of TAG analysts. All TAG publications are prepared in accordance with TAG compliance and conflict management policies. TAG is committed to the integrity, objectivity, and independence of our research. Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients, which may reflect opinions that are contrary to the opinions expressed in this research. This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. These publications are furnished for informational purposes only and on the condition that it will not form the sole basis for any investment decision. Any opinion contained herein may not be suitable for all investors or investment decisions. Each investor must make its own determination of the appropriateness of an investment in any company referred to herein based on considerations applicable to such investor and its own investment strategy. By virtue of these publications, neither TAG nor any of its employees, nor any data provider or any of its employees shall be responsible for any investment decision. The price and value of the investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. All research reports made available to clients are simultaneously available on our website, https://telseylibrary.bluematrix.com/. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

TAG publications may not be reproduced, distributed, or published without the prior consent of TAG.

© 2024. All rights reserved by Telsey Advisory Group. Telsey Advisory Group and its logo are registered trademarks of Telsey Advisory Group LLC.