# EXHIBIT D

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE FIVE BELOW, INC. <br> SECURITIES LITIGATION | Case No. 24-3638 |

EXPERT REPORT OF JENNIFER MARIETTA-WESTBERG, PH.D.

March 13, 2026

# Table of Contents

I.  Qualifications ................................................................................................................ 1

II.  Assignment ................................................................................................................... 2

III.  Summary of Opinions ................................................................................................... 3

IV.  Background ................................................................................................................... 7

    A.  Five Below .......................................................................................................... 7

    B.  Alleged Misrepresentations ................................................................................ 9

    C.  Alleged Corrective Disclosures ........................................................................ 12

V.  Changes in Macroeconomic and Industry Conditions Negatively Affected Companies in the Dollar Store Industry during the Proposed Class Period ............................................ 14

    A.  Identification of Peer Companies to Five Below ................................................ 14

    B.  Five Below's Peers Attributed Their Disappointing Sales Results in Q1 2024 – Q2 2024 to Macroeconomic Headwinds ........................................................................ 15

    C.  Five Below's Peers Identified Shrink as a Significant Headwind for Gross Margin in Q3 2023 – Q2 2024 ..................................................................................................... 19

    D.  Five Below's Peers Identified Theft as a Driving Cause of Shrink During the Proposed Class Period ..................................................................................................... 21

VI.  Five Below's Stock Price Declines on June 6 and July 17, 2024 Are Not Economic Evidence of Price Impact of the Prior Alleged Misrepresentations ................................. 23

    A.  The Content of Reports from Sell-Side Equity Analysts Provides a Useful Measure of the Information That Would Be Expected to Impact the Stock Price in an Efficient Market ................................................................................................................. 24

    B.  Five Below's Stock Price Declines on June 6 and July 17, 2024 Are Not Economic Evidence of Price Impact of Alleged Misrepresentations Made Before March 20, 2024 Regarding the Company's Execution of its Trend-Right Strategy ......... 28

        1.  Five Below's Reported Sales Results and Guidance Prior to March 20, 2024 Were Consistent with Equity Analyst Consensus Estimates ...... 30

        2.  Five Below's Reported Sales Results and Guidance on June 5, 2024 and July 16, 2024 Were Disappointing Relative to Equity Analyst Consensus Estimates ............................................................................................................... 35

        3.  Five Below's Disclosures on June 5 and July 16, 2024 and Subsequent Equity Analyst Commentary Do Not Indicate that the Alleged Corrective Disclosures Conveyed New Information Regarding the Company's Ability to Execute Upon Its Trend-Right Strategy Prior to Q1 2024 ................................... 39

C.      Five Below's Stock Price Declines on June 6 and July 17, 2024 Are Not Economic Evidence of Price Impact of Earlier Alleged Misrepresentations Regarding the Extent and Cause of Shrink............................................................................................ 44

        1.      Five Below's Earnings Results and Guidance Prior to March 20, 2024 Were Consistent with Equity Analyst Consensus Estimates ................................. 45

        2.      Five Below's Disclosures on June 5, 2024 and July 16, 2024 and Subsequent Equity Analyst Commentary Do Not Indicate that the Alleged Corrective Disclosures Conveyed New Information Regarding the Extent and Cause of Shrink in Prior Quarters.......................................................................... 48

        3.      Five Below's Disclosures on June 5 and July 16, 2024 and Subsequent Equity Analyst Commentary Do Not Suggest that the Company Previously Used Shrink to Mask Underperformance Due to Other Reasons .................................. 51

VII.    Dr. Orlov Fails to Proffer a Class-Wide Damages Methodology Capable of Measuring Damages Attributable to Plaintiffs' Theories of Liability ................................................ 53

    A.      Dr. Orlov's Damages Methodology........................................................................ 53

    B.      Dr. Orlov Fails to Propose a Damages Methodology Consistent with Plaintiffs' Theories of Liability ................................................................................................ 55

        1.      Dr. Orlov Cannot Use the Price Declines Following the Alleged Corrective Disclosures on June 5, 2024 and July 16, 2024 as a Measure of Inflation Earlier During the Proposed Class Period............................................. 55

        2.      Dr. Orlov Has Not Proposed a Methodology that is Capable of Reliably Measuring Inflation Associated with a Concealed or Understated Risk .............. 57

        3.      Dr. Orlov Has Not Articulated a Damages Methodology that Can Account for Economic Changes in Five Below's Business and Industry Conditions during the Proposed Class Period...................................................................................... 60

    C.      Dr. Orlov Does Not Articulate a Damages Methodology Capable of Reliably Controlling for Confounding Information on the Alleged Corrective Disclosure Dates.. 63

    D.      Dr. Orlov Has Failed to Articulate a Damages Methodology That Can Disaggregate Inflation Associated with Plaintiffs' Different Theories of Liability ......... 71

## I.    Qualifications

1.    I am a Vice President at Cornerstone Research, an economic and financial consulting firm.  At Cornerstone Research, I consult with clients on economic and financial issues arising in litigation and regulatory investigations in financial markets and provide economic analyses pertaining to various topics, including equity and bond trading, financial reporting, valuation, market making, asset management, and mergers and acquisitions ("M&A").

2.    I previously served as a member of the U.S. Securities and Exchange Commission ("SEC" or "Commission") Investor Advisory Committee ("IAC"), created under the Dodd-Frank Act.  Among other things, the IAC advises the Commission on regulatory priorities, the effectiveness of disclosure, and initiatives to protect investor interests, and works to promote investor confidence and the integrity of the securities marketplace.  As a member of the IAC, I participated in quarterly public meetings with various market participants and submitted analyses and recommendations for consideration by the Commission.  In 2021, I completed my four-year tenure on the IAC after serving as Chair of the IAC for one year.  In addition, I served as a member of the Board of Advisors to the Institute for Law and Economics at the University of Pennsylvania and as a Practitioner Director of the Financial Management Association.

3.    Prior to joining Cornerstone Research, I spent ten years at the SEC, including as Deputy Director and Deputy Chief Economist at the Division of Economic and Risk Analysis ("DERA").  As the Deputy Director/Deputy Chief Economist, my responsibilities included, among others, leading teams of economists conducting economic research and crafting economic analyses for SEC rulemakings in a wide variety of areas, including the regulation of broker-dealers, investment advisers, corporate issuers, and markets and exchanges.  In addition, I led international economic initiatives and served, sequentially, as the Vice-Chair and Chair of the International Organization of Securities Commissions' Committee on Emerging Risks.

4.    I earned a Ph.D. in Finance from the University of Iowa.  For six years, I was an Assistant Professor within the Finance department at Michigan State University.  While an Assistant Professor, I conducted economic research on initial public offerings ("IPOs"), stock underwriting, divergence of investor opinion, and managerial ownership at investment management firms, among other topics.  My work has been published in peer-reviewed academic

journals such as the Journal of Corporate Finance, Journal of Accounting and Economics, and European Financial Management. I also taught the foundational Investments course to both undergraduates and graduate MBA students. My lectures covered a broad array of investment topics, including portfolio theory and security valuation for equities, bonds, and derivatives, among other topics.

5. My work as an economist routinely involves reviewing, understanding, and applying academic research, formulating and testing hypotheses, performing statistical analyses of data, and drawing economic conclusions. My experience at the SEC and Cornerstone Research includes economic analysis across policy, investigation, and litigation issues. Throughout my career, I have applied my training and expertise to economic and statistical analyses on a wide range of topics and across various markets, both in the U.S. and internationally. As mentioned above, my work has also been published in prominent, peer-reviewed finance and accounting journals.

6. Cornerstone Research is being compensated at my standard billing rate, which is currently $1,350 per hour. I have been assisted in this matter by staff of Cornerstone Research, who worked under my direction. Neither my compensation nor the compensation of Cornerstone Research staff who assisted me is affected by the outcome of this matter.

7. A copy of my curriculum vitae and a list of prior testimony over the last four years are attached as **Appendix A** of this report.

## II.    Assignment

8. I have been retained by counsel for Five Below, Inc. ("Five Below" or the "Company"), Joel Anderson, and Kenneth Bull (collectively, "Defendants") to address the following:

    a.   Evaluate whether Five Below's stock price declines on June 6, 2024 and July 17, 2024 constitute economic evidence of price impact of the prior alleged misrepresentations regarding "trend-right" and the "extent and cause of shrink"

that remain at issue in this matter following the Court's ruling on the Motion to Dismiss;[1] and

b. Review and respond to certain opinions offered in the Expert Report of Evgeny (Eugene) Orlov, Ph.D. dated January 16, 2026 (the "Orlov Report"). Specifically, I have been asked to evaluate whether the purported damages methodology offered by Dr. Orlov can be used to measure damages that are attributable to Plaintiffs' theories of liability in this matter.[2]

9. In formulating the conclusions and opinions set forth in this report, I have relied on my knowledge, my prior experience, my academic research on relevant topics, and my formal training in economics and finance, which have informed the analyses set forth in this report. A list of documents, data, and other information that I have considered in forming the opinions set forth in this report is attached hereto as **Appendix B**. I reserve the right to revise my opinions in light of my ongoing review of the materials I have considered, as well as additional materials, including data, documents, and deposition or other testimony that may subsequently come to light, or if I am asked to perform further research or analysis.

### III.    Summary of Opinions

10. The opinions I have reached to date are summarized here and discussed in further detail in the remainder of this report.

11. Five Below's stock price declines on June 6 and July 17, 2024 are not economic evidence of price impact of alleged misrepresentations made before March 20, 2024 regarding the Company's execution of its trend-right strategy.

a. As an initial matter, Plaintiffs' allegations that the Company "[o]bscure[d] [its] [s]trategic [f]ailings [with trend-right execution and inventory management throughout the Proposed Class Period] [b]y [f]alsely [b]laming [t]he Company's

---

[1] Memorandum on Motion to Dismiss, *In Re Five Below, Inc. Securities Litigation*, United States District Court for the Eastern District of Pennsylvania, Case No. 24-3638, August 25, 2025 ("MTD Memorandum"), pp. 42, 51; Order, *In Re Five Below, Inc. Securities Litigation*, United States District Court for the Eastern District of Pennsylvania, Case No. 24-3638, August 25, 2025 ("MTD Order").

[2] I understand from counsel that Plaintiffs allege multiple theories of liability based on different categories of alleged misrepresentations. I further understand that, following the MTD Order, there are two surviving theories of liability based on alleged misrepresentations regarding "trend-right" and the "extent and cause of shrink."

[p]roblems [o]n [s]hrink" are inconsistent with economics and financial accounting.[3]  From the perspective of economics, problems with Five Below's ability to have on-trend products in its stores or its ability to manage inventory (as it relates to having the right products on shelves) would affect the Company's *revenue/sales*.  Shrinkage in inventory, on the other hand, is recorded as a *cost*, which would affect the Company's gross margin and earnings.  Given the fundamental difference between how trend-right and shrink would affect Five Below's financial results, from an economic perspective, the Company's disclosures about shrink headwinds in Q4 2022 (ended January 28, 2023) – Q4 2023 (ended February 3, 2024) would not be expected to mask any failures in execution of its trend-right strategy during the same period.

b.  Further, Five Below's disclosures on June 5, 2024 and July 16, 2024 and the equity analyst commentary following those disclosures do not indicate that the alleged corrective disclosures provided new information regarding the Company's ability to execute on its trend-right strategy prior to Q1 2024 (beginning February 4, 2024).  The Company's disclosures on June 5, 2024 and July 16, 2024 and the subsequent analyst commentary addressed Five Below's performance in FY 2024 (beginning February 4, 2024).  Based on my review, I have seen no indication that the alleged corrective disclosures conveyed new information about Five Below's ability to execute on its trend-right strategy prior to February 4, 2024.

c.  The lack of any new information on June 5, 2024 and July 16, 2024 about Five Below's ability to execute on its trend-right strategy at the time of the alleged misrepresentations prior to March 20, 2024[4] is consistent with the fact that the Company's reported revenues and guidance prior to March 20, 2024 were in line

---

[3] *See* Consolidated Amended Complaint for Violations of the Federal Securities Laws, *In Re Five Below, Inc. Securities Litigation*, United States District Court for the Eastern District of Pennsylvania, Case No. 24-3638, January 13, 2025 ("Complaint"), § IV.C.

[4] On March 20, 2024 the Company first issued revenue guidance for FY 2024 (beginning February 4, 2024).  Prior to March 20, 2024, Five Below reported financial results for Q3 2022 ended October 29, 2022 through Q4 2023 ended February 3, 2024.  *See* Five Below, Inc., Form 8-K, filed March 20, 2024.

with equity analyst consensus estimates,[5] while Five Below's reported revenues for Q1 – Q2 2024 (period beginning February 4, 2024) and guidance for FY 2024 announced on June 5, 2024 and July 16, 2024[6] were disappointing relative to equity analyst consensus estimates.

12.    Five Below's stock price declines on June 6 and July 17, 2024 are not economic evidence of price impact of earlier alleged misrepresentations regarding the extent and cause of shrink.

   a.   Five Below's disclosures on June 5, 2024 and July 16, 2024 and subsequent analyst commentary do not indicate that the alleged corrective disclosures conveyed new information regarding the extent and cause of shrink in quarters prior to Q1 2024 (beginning February 4, 2024).  The Company's disclosures on June 5, 2024 did not address the cause of shrink or discuss shrink as a primary driver of lower earnings, either in Q1 2024 or in prior quarters.  Five Below's July 16, 2024 disclosures did not include any commentary on shrink (for any period).  Based on my review, following these disclosures, equity analysts did not comment on the extent and cause of shrink in quarters prior to Q1 2024 (beginning February 4, 2024).

   b.   As discussed above, Plaintiffs' contention that the Company's disclosures of "unfavorable product mix"[7] on June 5 or July 16, 2024 corrected prior alleged misrepresentations, including statements about shrink being the primary driver of the Company's earnings underperformance in Q3 2023 – Q4 2023 (ended February 3, 2024), is inconsistent with economics and financial accounting, as market participants would reasonably be expected to be able to disentangle factors affecting the Company's revenues (trend-right) from factors affecting the Company's costs (shrink).  Given these economic differences, Five Below's stock

---

[5] When I discuss equity analyst consensus estimates, I am referring to median equity analyst estimates as calculated by either *Refinitiv* or *Visible Alpha*.  The use of median equity analyst estimates as equity analyst consensus estimates is consistent with academic research.  *See*, e.g. J. Claus and J. Thomas, "Equity Premia as Low as Three Percent? Evidence from Analysts' Earnings Forecasts for Domestic and International Stock Markets," *Journal of Finance*, 56(5), pp. 1629–1666, at p. 1657 ("We compute the forecast error for each firm in our sample, representing the median consensus forecast … less actual earnings[.]").

[6] On June 5, 2024, Five Below reported financial results for Q1 2024 ended May 4, 2024.  On July 16, 2024, Five Below reported quarter-to-date financial results for Q2 2024 ended August 3, 2024.

[7] *See* Complaint, ¶¶ 165, 181.

price declines on June 6, 2024 and July 17, 2024 are not economic evidence of price impact of earlier alleged misrepresentations regarding the extent and cause of shrink.

13.    Dr. Orlov has failed to propose a class-wide damages methodology that is capable of measuring damages attributable to Plaintiffs' theories of liability in this matter.

       a.  Dr. Orlov stated that the starting point of his damages analysis will be an event study analysis of the alleged corrective disclosure dates. However, given the differences in economic content of the alleged corrective disclosures and the alleged misrepresentations (discussed above), Dr. Orlov has not established that Five Below's stock price declines on June 6, 2024 and July 17, 2024 (following the alleged corrective disclosures) would serve as a reasonable starting point to reliably measure inflation, if any, in Five Below's stock price.

       b.  Further, to the extent that the alleged corrective disclosures on June 5 and July 16, 2024 represent materialization of risk, as Plaintiffs' allegations suggest, Dr. Orlov has not proposed a methodology that is capable of reliably measuring inflation associated with a concealed or understated risk. From an economic perspective, the residual stock price decline when a risk materializes measures the value impact of that *realization* of risk, and would overstate the value impact of a hypothetical earlier disclosure of the concealed *risk*.[8]

       c.  Dr. Orlov has also not articulated a damages methodology that can account for economic changes in Five Below's business and industry conditions during the Proposed Class Period (December 1, 2022 – July 16, 2024). For example, Five Below had various operational developments during the Proposed Class Period, which could imply changing inflation. Additionally, macroeconomic conditions affecting the discretionary spending of Five Below's customers changed throughout the Proposed Class Period. Moreover, Five Below's and dollar store industry disclosures regarding shrink changed during the Proposed Class Period. Dr. Orlov, however, has not articulated how his damages methodology, including

---

[8] To the extent that other (potentially confounding) information is released simultaneously with the materialization of the risk, that would pose further challenges to reliably measuring inflation associated with the concealed or understated risk.

potentially back-casting the residual stock price declines following the alleged corrective disclosures, could reliably account for such changes in business and industry conditions.

d.   Additionally, Dr. Orlov has not explained how he would account for potentially confounding information that was disclosed simultaneously with the alleged corrective disclosures, such that his proposed damages methodology would be able to estimate damages attributable only to Plaintiffs' theories of liability.  This failure is particularly important in this matter, given my understanding that the Court has dismissed certain categories of alleged misrepresentations that Plaintiffs claim contributed to Five Below's stock price declines following the alleged corrective disclosures.[9]

e.   Finally, Dr. Orlov has not articulated a damages methodology that can disaggregate inflation associated with Plaintiffs' different theories of liability in this matter.  From an economic perspective, Plaintiffs' allegations imply that different alleged misrepresentations may have introduced inflation into Five Below's stock price at different points in time and that certain Company disclosures conveyed information that corrected different types of alleged misrepresentations.  However, Dr. Orlov has not proffered a damages methodology that can reliably apportion inflation across different alleged misrepresentations or that can separately estimate inflation corresponding to each of Plaintiffs' theories of liability over time.

## IV.   Background

### A.   Five Below

14.   Five Below is a "value retailer offering trend-right, high-quality products loved by tweens, teens and beyond."[10]  The Company was described as a "dollar store" in equity analyst

---

[9] MTD Order.
[10] Five Below, Inc., Form 10-K for the Fiscal Year ended on February 1, 2025, filed March 20, 2025 ("Five Below 2024 10-K"), p. 6.

reports.[11]  It is incorporated and headquartered in Pennsylvania,[12] and its common stock trades on the Nasdaq Stock Market under the symbol "FIVE."[13]  Five Below sells products priced mostly at $5 and below, across eight "worlds": Style, Room, Sports, Tech, Create, Party, Candy, and New & Now.[14]  Five Below's typical store features in excess of 4,000 products.[15]  Five Below refers to its products as "trend-right" because it "purchase[s] products in reaction to existing marketplace trends."[16]  Five Below describes its merchandising strategy as "maintaining core categories within [its] stores but aim[ing] to generate high item velocity and sell-through to keep [its] assortment fresh and drive repeat visits."[17]

15.    During FY 2022 – FY 2024,[18] Five Below described store expansion as a strategic pillar and the Company's primary growth engine.[19]  The Company planned to densify existing markets and enter new ones,[20] diversifying venue types, and expanding into urban, semi-rural, and grocery-anchored centers.[21]  As of January 30, 2022, Five Below operated a total of 1,190 stores.[22]  The Company planned to reach "3,500 plus" Five Below stores by 2030, which the Company referred to as the "Triple-Double" plan (triple the number of stores and double the earnings).[23]  During the same period, Five Below also grew through the introduction of Five Beyond—the Company's strategic initiative to offer products priced above $5.[24]  Five Below reported that

---

[11] *See, e.g.*, "Nobody Likes Shrinkage … Notes Post CEO/CFO/COO Callback & 2Q23 Results, Stay Buy-Rated," *Gordon Haskett*, August 30, 2023, p. 5; "Defying Gravity & Delivering Growth," *Evercore ISI*, November 30, 2023, p. 4; "2024 Outlook: Tougher Fundamental Year on Deck; Selectivity Likely to Be Key—Downgrading BJ, FIVE, UNFI Top Picks Include USFD, PFGC, WMT, DLTR, and CASY," *Wells Fargo*, January 4, 2024, p. 29.

[12] Five Below 2024 10-K, p. 6.

[13] Five Below 2024 10-K, title page.

[14] Five Below 2024 10-K, p. 6.

[15] Five Below 2024 10-K, p. 9.

[16] Five Below 2024 10-K, p. 6.

[17] Five Below 2024 10-K, p. 9.

[18] FY 2022 ended January 28, 2023, FY 2023 ended February 3, 2024, and FY 2024 ended February 1, 2025.

[19] Five Below Inc., Earnings Call Transcript for Q4 2022, March 15, 2023 ("Five Below, Q4 2022 Earnings Call"), p. 5.

[20] Five Below, Q4 2022 Earnings Call, pp. 4–5, 8, 16.

[21] Five Below, Q4 2022 Earnings Call, pp. 5, 16.

[22] Five Below 2024 10-K, pp. 6, 11.

[23] Five Below Inc., Earnings Call Transcript for Q4 2023, March 20, 2024 ("Five Below, Q4 2023 Earnings Call"), pp. 3–4; Five Below, ICR Conference, January 8, 2024, p. 3.

[24] Five Below, Inc., Investor Conference, January 8, 2024, p. 4.

converting its stores to include Five Beyond increased both average sales and the number of transactions per store.[25]

### B.    Alleged Misrepresentations

16.    I understand that Plaintiffs allege that, during the period from December 1, 2022 to July 16, 2024 (the "Proposed Class Period"), Defendants made "materially false and misleading" statements and "omitted key material facts"[26] regarding the following theories of liability:

    a.    **Trend-right**:  Defendants allegedly "touted Five Below's ability to find the right mix of 'trend-right' products and to bring those products into their stores to meet customer demand as the most critical operational feature to the Company's success," while referring to this as its "secret sauce."[27]  Plaintiffs allege that these statements were materially false and misleading because "Five Below did not operate with any real ability to stock its stores with in-demand products [and]…lacked the infrastructure and ability to identify trends, as well as the ability to allocate and track inventory so that 'trend-right' products were available in sufficient volume to meet and drive customer demand."[28]

    b.    **Triple-Double**:  Defendants allegedly "sold investors on their ability to take Five Below's trend-right practices to new heights through its 'Triple-Double' initiative, an ambitious plan to triple Five Below's locations while doubling its sales and more than doubling its earnings per share."[29]  Plaintiffs allege that these statements were materially false and misleading because "[a]bsent from [these] statements was any mention of the toll the Triple-Double plan was taking on management or the distractions it was creating internally."[30]  Plaintiffs also allege

---

[25] Five Below Inc., Earnings Call Transcript for Q1 2023, June 1, 2023 ("Five Below, Q1 2023 Earnings Call"), p. 9; Five Below Inc., Earnings Call Transcript for Q2 2023, August 30, 2023 ("Five Below, Q2 2023 Earnings Call"), p. 4.
[26] Complaint, ¶ 4.
[27] Complaint, ¶ 3.
[28] Complaint, ¶ 4.
[29] Complaint, ¶ 6.
[30] Complaint, ¶ 130.

that the Company "simply was not prepared to profitably maintain its growth, … which it severely cut back following [CEO Joel] Anderson's departure."[31]

c. **Extent and Cause of Shrink**: Plaintiffs allege that, starting on March 15, 2023, Defendants "blamed increasingly constrained results on 'higher-than-expected shrink.'"[32] For example, during the Company's March 20, 2024 earnings call, Defendants announced "lower-than-expected earnings per share and claimed the disappointing results 'can be fully attributed to higher-than-planned shrink.'"[33] Plaintiffs allege that these statements were materially false and misleading because "Defendants' efforts to solely blame the 'societal' problem of shrink for the Company's declining performance…[was] a mirage created to conceal Five Below's true problems [with stocking stores with on-trend products]."[34]

d. **Shrink Mitigation Efforts**: According to Plaintiffs, Defendants allegedly "coupled [blaming theft for its underperformance] with claims that Five Below was addressing the problem, claiming that it was 'doing things on our part to mitigate shrink' and later specifying that it had 'dedicated a team to look at all different areas to help with mitigation efforts.'"[35] Plaintiffs allege that Defendants' "attempts to assuage [underperformance] concerns based on 'mitigation efforts,' [were also] a mirage created to conceal Five Below's true problems."[36]

17. I understand that, in the MTD Order, the Court dismissed the alleged misrepresentations associated with Five Below's Triple-Double initiative and the Company's shrink mitigation efforts.[37] I further understand that the surviving alleged misrepresentations in this matter pertain to trend-right and the extent and cause of shrink, and thus only two of Plaintiffs' theories of liability remain at issue following the MTD Order. Specifically, I understand that the alleged misrepresentations about Five Below's trend-right strategy that remain at issue following the

---

[31] Complaint, ¶ 150.
[32] Complaint, ¶ 7.
[33] Complaint, ¶ 7.
[34] Complaint, ¶¶ 7, 114.
[35] Complaint, ¶ 7.
[36] Complaint, ¶ 7.
[37] MTD Memorandum, pp. 43, 51. *See also* MTD Memorandum, fn. 17.

MTD Order are limited to Five Below's *present* statements regarding the Company's ability to "execute upon their trend-right strategy and stock trend-right items in stores."[38]  For example:[39]

 a. "Our stores are stocked and ready with an amazing assortment of value products that promises to delight our customers."

 b. "Our teams continue to move quickly to adjust to changing customer preferences."

 c. "[I]t was a very good holiday. Trends were strong, Squishmallows, Slime Lickers, Hello Kitty. And I think that's something that – I've been here eight years now, we've really got a good cadence with those [trends], how to get into them, how to get out of them."

 d. "And we're pretty nimble and quick. There's not a lot of bureaucracy at Five Below. When we identify something, we move really quick to get that in the store, test it and then push it out to the stores."

 e. "We stay on top of hot trends and swiftly move to capitalize on them. . . . The flexibility of our model . . . is unique and enables swift recognition and introduction of trend-right and relevant products to our customers, and we honed our expertise and discipline to effectively manage the constant cycling of these trends."

18. I also understand that the alleged misrepresentations regarding the extent and cause of shrink at Five Below that remain at issue following the MTD Order include the Company's statements about theft being the primary cause of shrink, the extent of shrink, and the contribution of shrink to Five Below's underperformance.[40]  For example:[41]

 a. "I think you're all familiar with the recent media and videos that are out there where retailers across the sector are experiencing increased levels of shrink and related crime incidents and we are not immune to this as we're finding out."

---

[38] MTD Memorandum, p. 24; MTD Order.
[39] MTD Memorandum, fn. 17.
[40] MTD Memorandum, p. 34; MTD Order.
[41] MTD Memorandum, fn. 22.

b. "'We talked about theft in our second quarter call. Theft is real, it's impacting all retailers.' [CEO Joel Anderson] later claimed 'this is a real societal problem and we've got to lean together with the politicians to figure this out.'"

c. "Shrink is industry-wide and a societal problem that accelerated over the last year."

d. Five Below experienced "higher-than-expected shrink," and "[o]n an annual basis, shrink for 2022 was approximately 30 basis points higher than what we experienced in 2021."

e. "Gross margin decreased by approximately 190 basis points [in Q3 2023] to 30.3%, as anticipated. This decline was primarily driven by recording actual shrink results for the stores that completed their physical inventories in August as well as recording the true-up of shrink reserves for the full chain, which we shared during our last quarter's earnings call."

f. "Despite these strong sales results [in Q4 2023 (ended February 3, 2024)], earnings per share of $3.65 was at the low end of our internal expectations and can be fully attributed to higher-than planned shrink."

19.    **Exhibit 1** summarizes the alleged misrepresentations that I understand remain at issue following the Court's MTD Order.

### C.    Alleged Corrective Disclosures

20.    I understand that Plaintiffs claim that the truth about Defendants' alleged misrepresentations was revealed through alleged corrective disclosures on June 5, 2024 and July 16, 2024.[42]  Specifically, I understand that Plaintiffs assert the following as allegedly corrective of the alleged misrepresentations:

a. **June 5, 2024:**  After market close, Five Below filed a Form 8-K that included financial results for Q1 2024 (beginning February 4, 2024), as well as guidance for Q2 2024 (beginning May 5, 2024) and FY 2024 (beginning February 4,

---

[42] Lead Plaintiffs' Memorandum of Law in Support of Motion for Class Certification, *In Re Five Below, Inc. Securities Litigation*, United States District Court for the Eastern District of Pennsylvania, Case No. 24-3638, January 16, 2026, pp. 5–6.

2024).[43]  Plaintiffs allege that the Company's statements that "unfavorable product mix significantly impacted its financial results, noting the Company's declining sales and older merchandise trends led by Squishmallows'" revealed to investors that "Five Below's inability to stock trend-right products, mitigate shrink as it said it would, and execute the expansion strategy, [were] the true reasons underlying the performance decline."[44]  Plaintiffs further allege that Five Below's statements that it had "'proven harder for us to lap some of the big trends from last year,'" and "'that's probably been the biggest difference from last year's outperformance to this year'" revealed to investors that "trend-right failures were a cause of its deteriorating financial results."[45]  In addition, Plaintiffs allege that the Company's statement in a one-on-one call with Truist analysts that it was a "'fair assumption'" that "'there just [wasn't] a lot of 'new' and 'exciting product' right now in the stores'" provided "further confirmation that the Company's trend-right failures were the main cause of its deteriorating financial results."[46]  Five Below's stock declined by $14.07 (10.6%) on June 6, 2024, the impact date of the June 5, 2024 earnings announcement.[47]

b. **July 16, 2024**:  After market close, Five Below filed a Form 8-K that announced the departure of its CEO and provided quarter-to-date financial results and guidance for full Q2 2024 revenue and earnings per share ("EPS").[48]  Plaintiffs allege that "[b]ased on admissions from management in communications directly with analysts following the July 16[, 2024] press release, analyst reports made clear that there were fundamental issues with the Company, belying Defendants' earlier insistence that macroeconomic trends, including shrink, were to blame."[49]  Plaintiffs allege that analyst commentary suggesting that management described "'the seasonal product merchandised for this year … as "stale,"'" "'many of the

---

[43] Five Below, Inc., Form 8-K, filed June 5, 2024 ("Five Below Form 8-K, June 5, 2024").

[44] Complaint, ¶ 165.

[45] Complaint, ¶ 166.

[46] Complaint, ¶ 172.

[47] According to Dr. Orlov's regression analysis, Five Below's residual stock price decline on this day is statistically significant at the 5% significance level.  *See*, Orlov Report, Figure 6.

[48] Five Below, Inc., Form 8-K, filed July 16, 2024 ("Five Below Form 8-K, July 16, 2024").

[49] Complaint, ¶ 181.

recent demand pressures [as] self-inflicted,'" and the Company "'having "strayed" from the historical three-fold playbook during and exiting the pandemic'" provided "further confirmation by the Company that its trend-right failures were the main cause of its deteriorating financial results."[50]  Five Below's stock price declined by $25.57 (25.1%) on July 17, 2024, the impact date of the July 16, 2024 announcement.[51]

## V.    Changes in Macroeconomic and Industry Conditions Negatively Affected Companies in the Dollar Store Industry during the Proposed Class Period

### A.    Identification of Peer Companies to Five Below

21.    To identify Five Below's peers in the dollar store industry, I reviewed sell-side equity analyst reports covering Five Below for mentions of the Company's peers and competitors.  As discussed in more detail in **Section VI.A** below, sell-side equity analysts develop expertise in particular industries and typically cover multiple companies within such industries.  I identified 16 unique contributors who tabulated Five Below's peers, typically in exhibits summarizing various operating and performance metrics for Five Below and peer firms, as summarized in **Exhibit 2**.  Based on my review, equity analysts most commonly described Five Below's industry as "dollar stores,"[52] with some analysts also referring to "discount stores" or "value retailers."[53]  In all the analyst reports I reviewed, contributors who described Five Below's industry listed Dollar General and Dollar Tree under the same industry classification.  In addition, Dollar General and Dollar Tree were most frequently identified by equity analysts as

---

[50] Complaint, ¶¶ 182–183, 187.

[51] According to Dr. Orlov's regression analysis, Five Below's residual stock price decline on July 17, 2024 is statistically significant at the 5% significance level.  *See* Orlov Report, footnote 52.

[52] Evercore ISI in their report dated December 1, 2022, and Gordon Haskett in their report dated August 30, 2023, listed Five Below under "Dollar Stores" category.  *See*, *e.g.*, "Retail Resilience," *Evercore ISI*, December 1, 2022, p. 3; "Nobody Likes Shrinkage … Notes Post CEO/CFO/COO Callback & 2Q23 Results, Stay Buy-Rated," *Gordon Haskett*, August 30, 2023, p. 5.

[53] Deutsche Bank in their report dated July 17, 2024, listed Five Below under "Discounter/Dollar Store Peer Group" category.  BNP Paribas in their report dated December 15, 2022, listed Five Below under "Discount Store" category in multiple tables.  Bank of America in their report dated June 14, 2024, listed Five Below under "Value Retailers" category.  *See*, e.g., "Up High (Challenges), Down Low (Performance); Downgrade to Hold," *Deutsche Bank*, July 17, 2024, p. 4; "The Best Things in Life (Cost Less Than $5)," *BNP Paribas*, December 15, 2022, pp. 32, 55; "Taking Five as We Wait for Better Visibility; Reinstate at Neutral," *Bank of America*, June 14, 2024, p. 3.

Five Below's peers, with each company being mentioned by 15 unique contributors.[54]  Other companies mentioned by a plurality of analysts included Ollie's Bargain Outlet (mentioned by 9 unique contributors), Big Lots and Target (each mentioned by 7 unique contributors), and Walmart (mentioned by 6 unique contributors).  I focus my analysis in this report on Dollar General and Dollar Tree, the most frequently identified peers to Five Below.[55]

22.    **Exhibit 3** charts the stock prices of Five Below, Dollar General, and Dollar Tree during the Proposed Class Period.  The prices of Dollar General and Dollar Tree are pegged to Five Below's stock price of $160.86 on November 30, 2022, the last trading day prior to the beginning of the Proposed Class Period.

### B.    Five Below's Peers Attributed Their Disappointing Sales Results in Q1 2024 – Q2 2024 to Macroeconomic Headwinds

23.    Dollar General and Dollar Tree suffered deterioration in their sales in Q1 2024 and Q2 2024.[56]  Based on my review of their earnings announcements and conference calls, the declines in discretionary product sales of Dollar Tree and Dollar General were attributed to macroeconomic headwinds, particularly to pressures on lower-income customers caused by inflation.  For example, Dollar General commented that "the softness in sales in the discretionary category during Q1 is a reflection of the continued pressure our core customers feel on their spending. They continue to be very value-oriented in their shopping behavior, which we see manifested in accelerated share growth in private brand sales as well as increased engagement with items at or below the $1 price point."[57]  Similarly, Dollar Tree noted that its Q1 2024 "discretionary comp declined 3.2%," representing "the first discretionary comp decline we've seen at Dollar Tree since the first quarter of 2020 at the outset of the pandemic," and attributing

---

[54] Truist mentioned Dollar General, but not Dollar Tree, as Five Below's peer in their report dated November 22, 2023.  *See*, "CY3Q23 Hardline/Broadline Retail: AZO, DG, FIVE and OLLI; Sales Still Pretty Stable; Raising FIVE Ests," *Truist Securities*, November 22, 2023, p. 2.  Oppenheimer mentioned Dollar Tree, but not Dollar General, as Five Below's peer in their report dated January 30, 2024.  *See*, "FIVE Growth Engine Moderating? Downgrade to Perform," *Oppenheimer*, January 30, 2024, p. 22.

[55] The Complaint references Defendant Anderson comparing Five Below's performance to Dollar General and Dollar Tree.  *See*, e.g., Complaint ¶ 167.

[56] Dollar General Corp, Earnings Call Transcript for Q1 2024, May 30, 2024 ("Dollar General Corp, Q1 2024 Earnings Call"), p. 3; Dollar Tree Inc., Earnings Call Transcript for Q1 2024, June 5, 2024 ("Dollar Tree Inc., Q1 2024 Earnings Call"), p. 5; Dollar General Corp, Earnings Call Transcript for Q2 2024, August 29, 2024 ("Dollar General Corp, Q2 2024 Earnings Call"), pp. 5, 7.

[57] Dollar General Corp, Q1 2024 Earnings Call, p. 3.

the disappointing sales results to "lower income consumers [continuing] to deal with inflation, higher interest rates, and reduced government benefits."[58]

24.     With respect to its financial results for Q2 2024, Dollar General commented that "[based on] continued softness in discretionary sales in our own customer data and survey work, we believe the softer-than-anticipated sales performance in Q2 is at least partially attributable to a core customer that is less confident of their financial position."[59]  Dollar General further noted that:[60]

> The majority of [our customers] state that they feel worse off financially than they were six months ago as higher prices, softer employment levels and increased borrowing costs have negatively impacted low-income consumer sentiment. As a result, our core customer who contributes approximately 60% of our overall sales comes predominantly from households earning less than $35,000 annually. Inflation has continued to negatively impact these households with more than 60% claiming they have had to sacrifice on purchasing basic necessities due to the higher cost of those items, in addition to paying more for expenses such as rent, utilities and health care.

Similarly, Dollar Tree commented with respect to its Q2 2024 financial results that "comp softness was primarily on the discretionary side of the business and reflected the increasing effect of macro pressures on the purchasing behavior of the Dollar Tree's middle and higher income-customers. Our original second quarter outlook did not anticipate those pressures migrating to Dollar Tree's customer base to the degree that they did."[61]

25.     Consistent with commentary from Dollar General and Dollar Tree management, equity analysts also attributed the disappointing sales performance of these companies in Q1 2024 and

---

[58] Dollar Tree Inc., Q1 2024 Earnings Call, pp. 4–5.
[59] Dollar General Corp, Q2 2024 Earnings Call, p. 3.
[60] Dollar General Corp, Q2 2024 Earnings Call, p. 3.
[61] Dollar Tree Inc., Earnings Call Transcript for Q2 2024, September 4, 2024 ("Dollar Tree Inc., Q2 2024 Earnings Call"), p. 7.

Q2 2024 to macroeconomic headwinds.[62]  For example, analysts commented that Dollar General customers faced "greater stress" which pressured discretionary spending in Q1 2024:

> [M]anagement reported that **customers are still budget conscious given the current macroeconomic scenario** … Consumables posted a nice rebound in sales performance on a sequential basis (consumables sales were up [high single digits], +8.3% y-o-y). However, **more discretionary items, non-consumables, were still negatively impacted by more cautious consumers** (-9.9% y-o-y) and apparel was down -1.9% (y-o-y).[63]

> The increases [in sales] remain concentrated in their Consumables offerings, suggesting that lower-income consumers ([Dollar General's] core base) continue to focus their spending on needs-based products.[64]

26.    Analysts covering Dollar Tree similarly commented on lower discretionary demand, which contributed to softness in Dollar Tree's Q1 2024 sales.  For example:

> Specifically, **core Dollar Tree comps were soft** at +1.7%, missing the +3% to +4% buy-side expectations, **reflecting a weaker Easter and discretionary demand**, and 2Q [same store sales] was guided to +2% to +4% with the FY reiterated at +[mid-single digits].[65]

> Core [Dollar Tree] Slows in a Weaker Backdrop … The **weak lower-end discretionary backdrop** impacted core [Dollar Tree] in Q1.[66]

> Dollar Tree's **fiscal 2024 first-quarter results were uninspiring**, and we plan to slightly reduce our full-year comparable sales growth and margin forecast because of the **tighter spending environment**. … Similar to other retailers under our coverage, management noted that a **3% drop in discretionary comp sales**

---

[62] I reviewed all equity analyst reports covering Dollar Tree and Dollar General that were publicly available through Capital IQ and LSEG Workspace published one day before and up to nine days after each company's Q1 and Q2 2024 earnings releases.  I excluded reports from contributors that, in my experience as a financial economist, do not typically provide fundamental analysis of companies or provide earnings forecasts, instead focusing on technical information such as past price movements.  The list of analyst reports for Dollar Tree and Dollar General that I reviewed are listed in **Appendix B**.

[63] "Hold: A Triple Beat in 1QFY25 Results, But Not Enough to Lift Shares Higher," *HSBC Global Research*, May 30, 2024, pp. 1, 3 (emphasis added).

[64] "1Q24: 1Q ~In-Line; Core Consumer Focused on Needs, But May be Starting to Stabilize," *Truist Securities*, May 30, 2024, p. 1.

[65] "Family Drama Coming to an End?" *Deutsche Bank*, June 6, 2024, p. 1 (emphasis added).

[66] "Taking More Aggressive Action to Unlock Value; Announces Review of FDO Alternatives Against a Soft Q1; Remain Bullish," *Wells Fargo*, June 5, 2024, p. 1 (emphasis added).

**contributed to the company's weaker-than-expected results** and represented the first annual decline in discretionary sales since early 2020.[67]

27.    Analysts again highlighted the impact of macroeconomic pressures on Dollar General and Dollar Tree in Q2 2024.  For example, in line with statements made by Dollar General during its Q2 2024 earnings call, analysts noted that pressures on low-income customers had a negative impact on the company's financial performance:

> [Dollar General's] **F2Q comps were negatively impacted by weaker sales** for [its] core customer (~60% of sales & predominantly households earning less than $35k annually) than anticipated. [Dollar General] noted its three softest comp sales weeks were the last week of each calendar month, suggesting **these customers are less able to stretch their budgets**.[68]

> **[I]nflation's outsized impact on the low-income consumer is pressuring [Dollar General]'s core customer** and a relatively low unemployment rate (~4.3% in July vs. ~10% during the [Global Financial Crisis]) has limited the rate of trade-down from middle- and high-income consumers. Without a sharp macro recovery or hard landing, [Dollar General's] **comps could remain below-average** for the medium-term.[69]

28.    Analysts similarly commented that macroeconomic pressures on consumers contributed to Q2 2024 sales deterioration and headwinds for Dollar Tree.

> While **headwinds from a challenging low-income consumer were expected**, management attributed the lowered outlook for [Dollar Tree] comps to a weakening middle and higher-income consumer.[70]

> Driving the **sequential deterioration in Dollar Tree comp performance throughout 2Q**, management cited **expanding macroeconomic pressures** to the middle-income shopper and greater than $125K HHI customer demographic, which drove a **continued shift to need-based consumables merchandise and resistance to discretionary** (extending into Party items & beyond big-ticket), w/

---

[67] "Dollar Tree Earnings: Weak Discretionary Spending Beginning to Weigh on Comp Growth," *Morningstar*, June 5, 2024, p. 1 (emphasis added).

[68] "Low-Income Core Consumer Pressures 2Q Comp, See Continued Risks; Underperform," *Bank of America*, August 30, 2024, p. 1 (emphasis added).

[69] "Tougher Path to Growth: Downgrading to Equal-Weight," *Morgan Stanley*, August 30, 2024, p. 2 (emphasis added).

[70] "Downgrading and Cutting TP; Our Final Straw," *BMO Capital Markets*, September 5, 2024, p. 1 (emphasis added).

2Q [Dollar Tree] consumables comps +4.7% vs. discretionary comps -1.9% resulting in consumables sales mix increasing 210bps in 2Q.[71]

[C]omp sales at the Family Dollar banner came in flat (versus narrow-moat Dollar General's 0.5% gain) as its **core low-income shopper remains constrained**. In light of a **softer spending environment** and intensifying competition, management lowered its full-year EPS guidance to $5.20-$5.60 (from $6.50-$7.00). … With a **precarious demand environment** and elevated investments at the store and supply chain level occurring simultaneously, we maintain our view that **financial results are likely to be choppy** in the coming quarters.[72]

29.     **Exhibit 4** shows that the stock prices of Dollar General and Dollar Tree declined after each company announced its Q1 2024 earnings, with Dollar General's stock price declining 8.14% and Dollar Tree's stock price declining 4.92%.[73]   The exhibit also shows that the stock prices of Dollar General and Dollar Tree declined by 32.15% and 22.16%, respectively, when the companies announced their financial results for Q2 2024.[74]

### C.    Five Below's Peers Identified Shrink as a Significant Headwind for Gross Margin in Q3 2023 – Q2 2024

30.     Five Below's peers repeatedly disclosed shrink as a headwind for their earnings during the Q3 2023 – Q2 2024 period.[75]   Lead Plaintiffs' investment advisor, Stephens Investment Management Group ("Plaintiffs' Advisor Stephens"), also described elevated shrink as a "very common theme" during the Proposed Class Period.[76]   Both Dollar General and Dollar Tree

---

[71] "2Q Miss & Lower; "Core" Erosion w/ Profitability Concerns; Downgrade to Neutral," *J.P. Morgan*, September 4, 2024, pp. 1–3 (emphasis added).

[72] "Dollar Tree's Turnaround Strategy Should Yield Improving Financial Performance Longer Term," *Morningstar*, September 5, 2024, p. 2 (emphasis added).

[73] Dollar General Corp, Q1 2024 Earnings Call; Dollar Tree Inc., Q1 2024 Earnings Call.

[74] Dollar General Corp, Q2 2024 Earnings Call; Dollar Tree Inc., Q2 2024 Earnings Call.

[75] Dollar General Corp, Earnings Call Transcript for Q3 2023, December 7, 2023 ("Dollar General Corp, Q3 2023 Earnings Call"); Dollar General Corp, Earnings Call Transcript for Q4 2023, March 14, 2024 ("Dollar General Corp, Q4 2023 Earnings Call"); Dollar General Corp, Q1 2024 Earnings Call; Dollar General Corp, Q2 2024 Earnings Call.  Dollar Tree Inc., Earnings Call Transcript for Q3 2023, November 29, 2023 ("Dollar Tree Inc., Q3 2023 Earnings Call"); Dollar Tree Inc., Earnings Call Transcript for Q4 2023, March 13, 2024 ("Dollar Tree Inc., Q4 2023 Earnings Call"); Dollar Tree Inc., Q1 2024 Earnings Call; Dollar Tree Inc., Q2 2024 Earnings Call.

[76] Deposition of Samuel Chase, February 18, 2026 ("Chase Deposition"), 31:12–19 ("Q. And was that shrink being felt at other companies in which you were either investing or considering investing? A. Yes. Q. So it was a common theme at that -- in that various time?  A. If you had stores in certain parts of the country, it was a very common theme.").

identified shrink as the primary driver of each company's reported decline in gross margin (the difference between revenue and costs of goods sold)[77] in Q3 2023.  For example:

a.  Dollar General stated that its gross profit margin decreased 147 basis points, which was "**primarily attributable to an increase in shrink**, lower inventory markups and increased markdowns. … Within gross margin, in addition to sales mix pressure in our previously announced markdowns, shrink has continued to be a sizable headwind, and we expect this will remain with us into next year as any shrink improvement typically takes at least a year from a store's most recent count to show up in our financial results."[78]

b.  Dollar Tree stated that "[g]ross margin contracted **primarily from higher shrink**, unfavorable product mix, increased distribution costs and markdowns from the OTC recall. … Consistent with our prior expectations and the patterns we have seen throughout the year, we expect shrink trends will remain unfavorable in the fourth quarter."[79]

31.     Dollar General continued to identify shrink as the primary driver of the decline in its gross margin in Q4 2023, while Dollar Tree stated that shrink was unexpectedly high:

a.  Dollar General reported a decrease in its gross profit margin in Q4 2023, which "was **primarily attributable to increases in shrink** and markdowns, lower inventory markups and a greater proportion of sales coming from the consumables category."[80]  Dollar General also noted that "year-over-year shrink headwinds continued to build during the year," increasing for both Q4 and FY 2023.[81]

b.  Dollar Tree stated that "**shrink and mix hurt EPS** by approximately $1.15 on a full year basis, which [was] **more than [it] originally expected**."[82]

---

[77] "Inventory Handbook," *KPMG*, October 2025, https://kpmg.com/us/en/frv/reference-library/2025/handbook-inventory.html, p. 73.

[78] Dollar General Corp, Q3 2023 Earnings Call, pp. 6–7 (emphasis added).

[79] Dollar Tree Inc., Q3 2023 Earnings Call, pp. 5–6 (emphasis added).

[80] Dollar General Corp, Q4 2023 Earnings Call, p. 4 (emphasis added).

[81] Dollar General Corp, Q4 2023 Earnings Call, p. 4.

[82] Dollar Tree Inc., Q4 2023 Earnings Call, p. 7 (emphasis added).

32.    Dollar General stated that shrink was worse than previously expected in Q1 2024, and Dollar Tree reported shrink to still be a problem:

        a.   <u>Dollar General</u> stated that "shrink is currently trending **worse than we initially expected** coming into the year and we now expect this headwind to be greater in 2024 than what was originally contemplated in the financial guidance we provided on our earnings call in March."[83]

        b.   <u>Dollar Tree</u> also reinforced that "**shrink is still a problem**" during its Q1 2024 earnings call, and while it was tracking in the right direction, shrink trends "still are not good."[84]

33.    Both companies similarly reported shrink to be a problem in Q2 2024:

        a.   <u>Dollar General</u> stated that "**[s]hrink continues to be a significant headwind**" during its Q2 2024 earnings call.[85]

        b.   <u>Dollar Tree</u> noted that "[s]hrink remains a major topic across retail," and while its mitigation efforts helped its shrink rate in Q2 2024, "**shrink remains unacceptably high**" and Dollar Tree "still [had] some additional work to do."[86]

### D.    Five Below's Peers Identified Theft as a Driving Cause of Shrink During the Proposed Class Period

34.    Five Below's peers also identified theft as a factor contributing to increased shrink during the Proposed Class Period.  For example:

        a.   <u>Dollar Tree</u> stated during an investor conference on June 21, 2023 that "retail organized crime" may be the cause for increased shrink across its stores:[87]

> Hey, listen, shrink, number one, it's a retail prop right now. Here is -- to me, is a very fascinating statement. We have 4 straight categories for our stores: Group 1, 2, 3 and 4. Group 4 would be the, what I would call the higher theft areas and Group 1 would be suburbia. **Our shrink is going up the same amount in all 4 categories, which tells you that it's not just internal. It tells you there's a retail organized crime going on out**

---

[83] Dollar General Corp, Q1 2024 Earnings Call, p. 5 (emphasis added).
[84] Dollar Tree Inc., Q1 2024 Earnings Call, p. 14 (emphasis added).
[85] Dollar General Corp, Q2 2024 Earnings Call, p. 5 (emphasis added).
[86] Dollar Tree Corp, Q2 2024 Earnings Call, p. 5 (emphasis added).
[87] Dollar Tree Inc., Investor Conference, June 21, 2023, p. 40.

**there**. There's [sic] also the issues now where the police will not respond to any shop lifting incident that's less than $1,000. And it's not additive. So I could go in and steal $900 every day and not be in trouble. And that's leading us to a no [sic] way of the way we're looking at things. Now I don't know if it makes sense to lock everything up, but there'll be some categories where you can probably get away with that.

b. Dollar General listed inventory theft as one of the causes of inventory shrinkage in a risk disclosure in its Form 10-K for FY 2023:

We experience significant inventory shrinkage and damages. Although some level of inventory shrinkage and damages is an unavoidable cost of doing business, higher rates of inventory shrinkage and damages or increased security measures or other costs to combat inventory theft could adversely affect our results of operations and financial condition.[88]

35.    Both Dollar General and Dollar Tree also discussed their efforts to mitigate shrink by reducing the level of theft in their stores.  For example, both companies discussed defensive merchandising (e.g., locking up inventory), eliminating self-checkout, and adding staff:

a. Dollar Tree, Q2 2023:  "We are now taking a very defensive approach to shrink. And it's taken us a quarter, but we have several new shrink formats that we'll introduce in the back half of the year. And it goes everything from moving certain SKUs to behind the check stand. It has to do with some cases being locked up. And even to the point where we have some stores that can't keep a certain SKU on the shelf just discontinuing the item. So we have a lot of things in the works that's going to roll forward."[89]

b. Dollar Tree, Q3 2023:  "[W]e've put in … an anti-sweep OTC panel that's basically like sliding doors. And you move -- it doesn't lock the counter up, but you move that little door over and you could only pull one item out at a time, which prevents a thief from coming in and cleaning out the whole shelf."[90]

---

[88] Dollar General Corporation, Form 10-K for the Fiscal Year ended on February 2, 2024, filed March 25, 2024, p. 13.
[89] Dollar Tree Inc., Earnings Call Transcript for Q2 2023, August 24, 2023, p. 11.
[90] Dollar Tree Inc., Q3 2023 Earnings Call, p. 14.

c. <u>Dollar General, Q3 2023</u>:  "[The redeployment of labor spend] helps on the sales line because we've got somebody to meet, greet and ring up the customer. It also helps on the shrink line because you've got somebody at the front end of the store that is always there to monitor the front end of the store."[91]

d. <u>Dollar General, Q4 2023</u>:  "[W]e plan to completely remove self-checkout from more than 300 of our highest shrink stores. … we believe these actions have the potential to have a material and positive impact on shrink as we move into the back half of the year and into 2025."[92]

## VI.    Five Below's Stock Price Declines on June 6 and July 17, 2024 Are Not Economic Evidence of Price Impact of the Prior Alleged Misrepresentations

36.    Plaintiffs assert that the alleged corrective disclosures on June 5, 2024 and July 16, 2024 "revealed certain true facts that were previously the subject of Defendants' false and misleading statements and omissions," and that Five Below's stock price declined as a result of these disclosures.[93]  In this section, I explain why the price declines on June 6, 2024 and July 17, 2024 do not constitute economic evidence of price impact of alleged misrepresentations earlier during the Proposed Class Period.

37.    **Section VI.A** explains the central role that equity analysts play as information intermediaries, including the economic motivation for analysts to provide timely and accurate information to their clients and analysts' extensive experience and training with specific industries.  If the alleged corrective disclosures conveyed new value-relevant information regarding Five Below's alleged inability to execute on its trend-right strategy or the extent and cause of shrink earlier during the Proposed Class Period, I would expect to see discussion of that information in subsequent analyst reports.

38.    **Section VI.B** discusses how the Company's disclosures on June 5, 2024 and July 16, 2024 and subsequent analyst commentary do not indicate that the alleged corrective disclosures

---

[91] Dollar General Corp, Q3 2023 Earnings Call, pp. 8–9.
[92] Dollar General Corp, Q4 2023 Earnings Call, p. 7.
[93] Complaint, ¶¶ 319, 321.

provided new information about Five Below's ability to execute on its trend-right strategy prior to March 20, 2024.

39.      Finally, **Section VI.C** discusses how the Company's disclosures on June 5, 2024 and July 16, 2024 and subsequent analyst commentary do not indicate that the alleged corrective disclosures provided new information regarding the extent and cause of shrink at Five Below in quarters prior to Q1 2024 (beginning February 4, 2024), or that the Company used shrink to mask underperformance attributable to other reasons earlier during the Proposed Class Period.

> **A.      The Content of Reports from Sell-Side Equity Analysts Provides a Useful Measure of the Information That Would Be Expected to Impact the Stock Price in an Efficient Market**

40.      Sell-side equity analysts serve as important information intermediaries in public markets who collect and disseminate information that would be relevant to investors' valuation of a company's stock.  Analysts do so by producing in-depth research and investment recommendations on publicly traded companies or securities.  As part of this research, analysts collect and analyze data from diverse sources, including macroeconomic news, industry publications, regulatory filings, subject matter experts, and other company announcements.  They also engage directly with management through earnings calls, analyst conferences, and private communications.[94]

41.      Analysts evaluate this array of information and produce research reports, which typically feature three key components:  an earnings forecast, an investment recommendation (buy, sell, or hold), and a price target.[95]  These analyst reports also often include qualitative discussions that

---

[94] L. D. Brown et al. (2015), "Inside the 'Black Box' of Sell-Side Financial Analysts," *Journal of Accounting Research*, 53(1), pp. 1–47 ("Brown et al. (2015)") at p. 11; M. T. Bradshaw (2011), "Analysts' Forecasts: What Do We Know After Decades of Work?" Working Paper, https://papers.ssrn.com/sol3/papers.cfm?abstract_id=1880339, p. 5 ("[F]or any given stock that is covered, the analyst has access to a wide array of information, including security prices, firm-specific financial and operating information, industry data, and macroeconomic factors.").

[95] P. Asquith, M. B. Mikhail, and A. S. Au (2005), "Information Content of Equity Analyst Reports," *Journal of Financial Economics*, 75(2), pp. 245–282 ("Asquith, Mikhail, and Au (2005)") at p. 246 ("The majority of these reports include three key summary measures: an earnings forecast, a stock recommendation—such as buy, sell, or hold—and a price target.").

support the analyst's assessment of the company.[96]  Research reports produced by sell-side equity analysts are typically widely disseminated.[97]

42.      Analysts often develop expertise in a particular industry, following and disseminating information about multiple companies in the same industry and periodically issuing industry-wide reports.[98]  Academic research has found that industry expertise is a "critical component of analysts' human capital"[99] which allows them to develop deep knowledge of the business model, industry-specific trends, and relevant regulations for a firm.[100]

43.      Analysts' industry knowledge is also considered an important aspect of their expertise that can impact their career success and compensation.[101]  Studies have found that institutions

---

[96] Asquith, Mikhail, and Au (2005), p. 246.

[97] L. D. Brown et al. (2016), "The Activities of Buy-Side Analysts and the Determinants of Their Stock Recommendations," *Journal of Accounting and Economics*, 62(1), pp. 139–156 at p. 140 ("In contrast to sell-side analysts whose stock recommendations are distributed widely to their clients and who often receive coverage in the business press, buy-side analysts' stock recommendations are not available to anyone outside their own firm.").

[98] O. Kadan et al. (2012), "Analysts' Industry Expertise," *Journal of Accounting and Economics*, 54(2–3), pp. 95–120 ("Kadan et al. (2012)") at p. 96 ("[F]irm-level analysts, who constitute the vast majority of the sell-side research personnel, specialize by industry. At the firm level, they analyze specific firms in their assigned industry, providing earnings estimates, recommendations, price targets, etc. At the industry level, they write periodic industry reports, mostly from a bottom-up perspective, and often incorporate into their reports the industry recommendation advice from the strategists."); D. Bradley, S. Gokkaya, and X. Liu (2017), "Before an Analyst Becomes an Analyst: Does Industry Experience Matter?" *The Journal of Finance*, 72(2), pp. 751–791 ("Bradley, Gokkaya, and Liu (2017)") at p. 756 ("[I]t is well known that domestic analysts tend to specialize by industry.").

[99] D. Bradley et al. (2017), "Are All Analysts Created Equal? Industry Expertise and Monitoring Effectiveness of Financial Analysts," *Journal of Accounting and Economics*, 63(2–3), pp. 179–206 ("Bradley et al. (2017)") at p. 180.

[100] *See, e.g.*, Bradley et al. (2017), p. 180 ("Richer and more in-depth industry knowledge can enhance analysts' ability to analyze firms' financial information and evaluate the strategies and decisions proposed or implemented by firm management. Therefore, analysts with related industry expertise, i.e., industry expert analysts, are better equipped and thus more likely to identify and bring attention to firm policies that do not serve shareholders' best interests."); Brown et al. (2015), p. 10 ("Table 1 reveals that industry knowledge is the single most useful input to both analysts' earnings forecasts (panel A) and their stock recommendations (panel B). Industry knowledge includes understanding the industry's key trends and technologies; its supply chains, distribution models, and margins; and its customers, labor, and management teams.").

[101] Brown et al. (2015), p. 29 ("Industry knowledge is potentially important to analysts' compensation for several reasons. First, providing buy-side analysts with industry knowledge helps sell-side analysts generate broker votes. Second, analysts who are industry experts are more likely to develop investment banking relationships, which are important to their employers. Third, institutional investors highly value sell-side analysts' industry knowledge, suggesting brokerage houses likely reward industry experts in an effort to prevent them from being hired away by competitors.").

consistently rank industry knowledge as the most important analyst trait,[102] and analysts themselves recognize industry knowledge as the most important determinant of their performance and career success.[103]  Academic research has also found that industry knowledge is positively related to the earnings forecast accuracy of analysts.[104]

44.    The academic research has found that institutional investors (*e.g.*, hedge funds, mutual funds, and pension funds) are the main clients of analysts,[105] and that analysts are more likely to cover a given company when their clients demand information for that company,[106] and to produce research when institutional attention on a given company is high.[107]  As such, analysts

---

[102] *See, e.g.*, Bradley, Gokkaya, and Liu (2017), p. 751 ("Each October, *Institutional Investor (II)* releases its annual all-star analyst rankings, which polls buy-side institutions and ranks the top sell-side analysts in each industry. In addition to a list of top analysts, *II* provides information on the qualities that respondents view as most important. Industry knowledge has been consistently ranked the most important trait."); Brown et al. (2015), p. 3 ("*Institutional Investor* (*II)* surveys regularly find that sell-side analysts' industry knowledge is extremely valuable to their buy-side clients."); Kadan et al. (2012), p. 95 ("Industry knowledge in sell-side research is highly valued by investors. For example, *Institutional Investor Magazine* has been surveying institutional investors on the importance of various attributes in sell-side research analysts. For each year in the period 1998–2010 industry knowledge was deemed the most important research attribute of equity analysts.").

[103] Brown et al. (2015), p. 10 ("Table 1 reveals that industry knowledge is the single most useful input to both analysts' earnings forecasts (panel A) and their stock recommendations (panel B). Industry knowledge includes understanding the industry's key trends and technologies; its supply chains, distribution models, and margins; and its customers, labor, and management teams. Consistent with evidence from archival research that industry knowledge is an important strength of sell-side analysts…, [sell-side analysts] indicate that industry knowledge is the most useful input to their earnings forecasts and stock recommendations."), p. 25 ("[S]ell-side analysts rate industry knowledge and their standing in analyst rankings or broker votes as the most important determinants of their compensation.").

[104] Bradley, Gokkaya, and Liu (2017) find that "relative earnings accuracy of forecasts by analysts with related [industry] experience is significantly better than that of analysts with unrelated [industry] experience or of inexperienced analysts," and they argue that industry experience provides analysts with a better understanding of industry dynamics that likely improves analyst performance.  *See* Bradley, Gokkaya, and Liu (2017), pp. 752, 756.

[105] Brown et al. (2015), pp. 38–39.

[106] Brown et al. (2015), p. 38 ("Table 13 reveals that client demand for information about the company is the most important determinant of analysts' coverage decisions, with less than 1% of analysts saying this factor is not important to their coverage decision.").

[107] P.-C. Chiu et al. (2021), "Cater to Thy Client: Analyst Responsiveness to Institutional Investor Attention," *Management Science*, 67(12), pp. 7455–7471 ("Chiu et al. (2021)") at p. 7456 ("[W]e find that analysts are more likely to produce timely forecasts (i.e., forecasts issued on the earnings announcement day or the next day) when institutional attention to the firm is high.… We find a positive association between institutional attention and the order in which an analyst produces research for multiple firms that announce earnings on the same day.").

are economically incentivized to provide accurate, value-relevant, and timely information to their clients.[108]

45.    Beyond economic motivations, analysts' qualifications and expertise reinforce their ability to serve as information intermediaries.  Many analysts hold the Chartered Financial Analyst ("CFA") credential,[109] a globally recognized designation that requires passing three examinations on a curriculum that spans investment analysis, asset valuation, and portfolio management.[110]  Similarly, many analysts hold advanced degrees (Ph.D., MBA, and other master's degrees),[111] which should provide them with the necessary analytical tools required to acquire and disseminate value-relevant information on the companies they cover.

46.    Analysts are subject to certain regulations and professional standards that govern their occupation.  In particular, they are required to be registered with the Financial Industry Regulatory Authority ("FINRA"), to have passed the Securities Industry Essentials ("SIE") exam, and to have passed a qualification examination, known as the Series 86/87.[112]  The Series 86/87 "is intended to ensure that… analysts are competent to perform their jobs"[113] and covers four critical job functions of analysts:  (i) information and data collection; (ii) analysis, modeling,

---

[108] *See, e.g.*, Brown et al. (2015), p. 34 ("Demand from their clients is analysts' most important motivation for making profitable stock recommendations and their second most important motivation for issuing accurate earnings forecasts. Analysts' concerns about their standings in analyst rankings, compensation, job security, and job mobility are more important for motivating them to make profitable stock recommendations than to make accurate earnings forecasts."); Chiu et al. (2021), p. 7456 ("If analysts' clients value timeliness, then analysts should be rewarded accordingly. Moreover, if institutional investors value analysts' responsiveness to their information needs, then responsive analysts should experience better career outcomes. We find evidence consistent with these predictions. Analysts who issue timely forecasts are more likely to be named all-star analysts by *Institutional Investor* magazine in the following year, and they are less likely to be demoted to a smaller brokerage. Consistent with responsiveness to institutional attention mattering to analysts' careers, the effects of timeliness are stronger when timely research is produced for firms with high institutional attention.").

[109] Brown et al. (2015) find that 35% of the sell-side analysts in their sample hold the CFA credential.  *See* Brown et al. (2015), Online Appendix at Table A1.

[110] "Become a Chartered Financial Analyst," *CFA Institute*, https://www.cfainstitute.org/programs/cfa-program.

[111] Brown et al. (2015) find that 45% of the sell-side analysts in their sample hold an MBA, 21% hold a different master's degree, and 3% hold a Ph.D.  *See* Brown et al. (2015), Online Appendix at Table A1.

[112] "1220. Registration Categories," *FINRA*, July 1, 2021, https://www.finra.org/rules-guidance/rulebooks/finra-rules/1220; "Research Analyst Qualification Exam (Series 86 / 87): Content Outline," *FINRA*, 2015, https://www.finra.org/sites/default/files/Industry/p006473.pdf.  Before October 1, 2018, FINRA did not require the SIE exam.  *See* "1050. Registration of Research Analysts," *FINRA*, October 1, 2018, https://www.finra.org/rules-guidance/rulebooks/retired-rules/1050; "Rule 344. Research Analysts and Supervisory Analysts," *FINRA*, October 1, 2018, https://www.finra.org/rules-guidance/rulebooks/retired-rules/rule-344.

[113] "Research Analyst Qualification Exam (Series 86 / 87): Content Outline," *FINRA*, 2015, https://www.finra.org/sites/default/files/Industry/p006473.pdf.

and valuation; (iii) preparation of research reports; and (iv) dissemination of information.[114]  The competencies expected from analysts include obtaining information about regulatory issues in the industry in which the covered company operates and "[a]ssess[ing] the relevance and importance of the information gathered to identify the drivers that influence the performance of the industry and/or the subject company."[115]  Analysts are also required to follow procedures to manage conflicts of interests, and to ensure that their reports are based on reliable information and that their analysis and recommendations have a reasonable basis.[116]

47.    Given the important role played by analysts as information intermediaries between companies and investors—in particular, institutional investors—and the guidelines they are required to follow in terms of diligence, independence, and quality of research, analyst reports provide a useful measure of available public information that would be important to investors' valuation and decision-making process.  That information includes assessment of factors contributing to a company's out or underperformance relative to investor expectations, as well as factors affecting a company's stock performance.

48.    To conduct analyses presented in this report, I reviewed analyst reports provided to me by counsel, as well as all analyst reports covering Five Below published from November 29, 2022 through July 24, 2024 that are publicly available through *Capital IQ* and *LSEG Workspace*.[117]

**B.    Five Below's Stock Price Declines on June 6 and July 17, 2024 Are Not Economic Evidence of Price Impact of Alleged Misrepresentations Made Before March 20, 2024 Regarding the Company's Execution of its Trend-Right Strategy**

49.    As an economic matter, the Five Below stock price declines on June 6, 2024 and July 17, 2024 could only provide evidence of price impact of earlier alleged misrepresentations regarding

---

[114] "Research Analyst Qualification Exam (Series 86 / 87): Content Outline," *FINRA*, 2015, https://www.finra.org/sites/default/files/Industry/p006473.pdf.

[115] "Research Analyst Qualification Exam (Series 86 / 87): Content Outline," *FINRA*, 2015, https://www.finra.org/sites/default/files/Industry/p006473.pdf.

[116] "2241. Research Analysts and Research Reports," *FINRA*, August 16, 2019, https://www.finra.org/rules-guidance/rulebooks/finra-rules/2241.

[117] I excluded reports from contributors that, in my experience as a financial economist, do not typically provide fundamental analysis of companies or provide earnings forecasts, instead focusing on technical information such as past price movements.  Analyst reports provided by counsel included analyst reports covering Five Below's industry as well as analyst reports from contributors that are not covered by *Capital IQ* or *LSEG Workspace*.

trend-right if those price declines could be attributed to new information revealing (at least in part) the truth allegedly concealed by those earlier alleged misrepresentations. However, Five Below's disclosures on June 5, 2024 and July 16, 2024 and the subsequent equity analyst commentary provide no indication that the alleged corrective disclosures revealed any new information regarding the Company's ability to execute on its trend-right strategy when the alleged misrepresentations prior to March 20, 2024 were made. Five Below's disclosures on June 5, 2024 and July 16, 2024 and the subsequent analyst commentary concerned the Company's performance in FY 2024, which spanned the period from February 4, 2024 through February 1, 2025. I understand that, following the MTD Order, the first alleged misrepresentation made after the beginning of FY 2024 was on March 20, 2024, when the Company issued guidance for FY 2024. I further understand that the alleged misrepresentations prior to March 20, 2024 were regarding Five Below's financial performance and guidance for FY 2022 (ended January 28, 2023) through FY 2023 (ended February 3, 2024). As discussed in more detail below, the Company's disclosures on June 5, 2024 and July 16, 2024 and the subsequent analyst commentary do not appear to convey new information about Five Below's financial performance in FY 2022 or FY 2023.

50.    The lack of any new information on June 5, 2024 and July 16, 2024 about Five Below's ability to execute on its trend-right strategy when the alleged misrepresentations prior to March 20, 2024 were made is consistent with the fact that the Company's reported revenues and guidance prior to March 20, 2024 (when Five Below announced its Q4 2023 financial results and issued guidance for FY 2024) were in line with equity analyst consensus estimates, while the reported revenues and guidance announced on June 5, 2024 and July 16, 2024 were disappointing relative to equity analyst consensus estimates.[118] Collectively, these findings support my opinion that the stock price declines on June 6, 2024 and July 17, 2024 are not economic evidence of price impact of alleged misrepresentations made prior to March 20, 2024 regarding Five Below's execution of its trend-right strategy.

---

[118] Q4 2023 ended February 2, 2024, and FY 2024 ended February 1, 2025.

1.    **Five Below's Reported Sales Results and Guidance Prior to March 20, 2024 Were Consistent with Equity Analyst Consensus Estimates**

51.    Plaintiffs allege that the Company "[o]bscure[d] [its] [s]trategic [f]ailings [with trend-right execution and inventory management throughout the Proposed Class Period] [b]y [f]alsely [b]laming [t]he Company's [p]roblems [o]n [s]hrink."[119]  Plaintiffs contend that the Company's disclosures of "unfavorable product mix" corrected prior alleged misrepresentations, including statements about shrink being the primary driver of the Company's underperformance in Q3 2023 and Q4 2023 (ended February 3, 2024) because these disclosures acknowledged that "Five Below's inability to stock trend-right products, mitigate shrink as it said it would, and execute the expansion strategy, [were] the true reasons underlying the performance decline."[120]

52.    As an initial matter, Plaintiffs' allegations are inconsistent with economics and financial accounting.  From the perspective of economics, problems with Five Below's ability to have on-trend products in its stores or its ability to manage inventory (as it relates to having the right products on shelves) would affect the Company's *revenue/sales*.  Shrinkage in inventory, on the other hand, is recorded as a *cost*, which would also affect the Company's gross margin and earnings.[121]  Based on my review, Five Below's alleged misrepresentations regarding shrink were made in the context of the Company's gross margin and earnings, not its revenues.[122]

53.    In other words, Five Below's execution of its trend-right strategy and the effects of shrink would be recorded differently in the Company's financial statements. Given this difference, market participants would reasonably be expected to be able to disentangle factors affecting the Company's revenues (trend-right) from factors affecting the Company's costs (shrink).  Indeed, testimony from the investment advisor for the Lead Plaintiff in this matter indicates their understanding that shrink affected Five Below's costs and margins, not its revenues.  For

---

[119] Complaint, § IV.C.

[120] Complaint, ¶ 165.

[121] D. E. Kieso et al. (2016), "Chapter 8: Valuation of Inventories: A Cost-Basis Approach," in *Intermediate Accounting*," 16th ed., New York, NY: John Wiley & Sons, pp. 386–441, at pp. 390–391.

[122] For example, Five Below Inc., Earnings Call Transcript for Q3 2023, November 29, 2023 ("Five Below, Inc., Q3 2023 Earnings Call"), p. 6 (emphasis added) ("**Gross margin** decreased by approximately 190 basis points to 30.3% as anticipated. This decline was primarily driven by recording actual shrink results[.]") *See also*, Five Below Inc., Q4 2023 Earnings Call, p. 3 (emphasis added) ("Despite these strong sales results, **earnings per share** of $3.65 was at the low end of our internal expectations and can be fully attributed to higher-than-planned shrink.")

example, when asked "[elevated shrink is] not impacting sales, though, correct?" a representative for Plaintiffs' Advisor Stephens replied "No, sir."[123]  Similarly, the representative for Plaintiffs' Advisor Stephens replied "Correct" when asked "[Five Below was] reporting that the sales [in Q4 2022] are -- are good, but they're -- shrink is impacting their -- their net margins, correct?," acknowledging that Five Below could report strong sales results while having margins impacted by shrink.[124] In other words, given the fundamental difference between how trend-right and shrink would affect Five Below's financial results, from an economic perspective, the Company's disclosures about shrink headwinds during the period from Q4 2022 (announced March 15, 2023) through Q1 2024 (beginning February 4, 2024) would not be expected to mask any failures in execution of its trend-right strategy during the same period.

54.    In any case, the Company's sales results and guidance during the period from Q3 2022 through Q4 2023 (ended February 3, 2024)[125] indicate that Five Below's revenue performance was generally consistent with the Company's guidance and equity analyst consensus estimates. As shown in **Exhibit 5**, during the period from Q3 2022 through Q4 2023, Five Below's revenues grew year-over-year in each quarter.  **Exhibit 6** shows that Five Below's reported revenues in each quarter were close to equity analyst consensus estimates.  As demonstrated in **Exhibit 7.A**, the Company's revenue guidance for FY 2023 (ended February 3, 2024) remained around $3.55 billion during the period from Q3 2022 through Q4 2023, and analyst consensus estimates for FY 2023 also remained close to that value.  The Company's reported revenues for FY 2023, announced on March 20, 2024, came in slightly higher at $3.56 billion, within the previously issued guidance and the range of analyst forecasts.[126]

55.    Comparable sales growth, which analysts monitored as an indicator of the Company's ability to grow existing store sales, also shows that Five Below performed in line with Company guidance and equity analyst consensus estimates in FY 2023.[127]  **Exhibit 8** shows growth in comparable sales for Five Below during the period from Q4 2022 through Q4 2023 (ended February 3, 2024).  As shown in **Exhibit 9**, comparable sales growth exceeded equity analyst

---

[123] Chase Deposition, 108:19–21
[124] Chase Deposition, 97:13–25;  Five Below, Q4 2022 Earnings Call, p. 7.
[125] Q3 2022 ended October 29, 2022 and Q4 2023 ended February 3, 2024.
[126] Five Below, Q4 2023 Earnings Call, p. 5.  Five Below, Inc., Form 8-K, filed November 29, 2023.
[127] Comparable sales growth consists of growth in net sales from stores that have been open for at least 15 full months from their opening day, and e-commerce sales.

consensus estimates in all but one quarter from Q3 2022 through Q4 2023. **Exhibit 10.A** also shows that comparable sales for FY 2023 were at the top end of the Company's guidance range and consistent with equity analyst consensus estimates.

56.    Throughout the period from Q3 2022 through Q4 2023, analysts highlighted the Company's sales growth and on-trend product selection. Following Five Below's earnings release for Q3 2022, analysts noted the Company's ability to stock trend-right items as a positive factor contributing to its sales results and guidance. For example:

> Management attributes the better-than-expected sales outlook to the company's leading value proposition, **strong merchandise assortment**, healthy in-stock levels, increasing mix of its "Five Beyond" offering, and improvements in marketing effectiveness.[128]

> Five Below exceeded expectations for 3Q22 sales and earnings and raised its 4Q22 and 2022 outlook, reflecting store expansion, innovation of its store format, **trend-right product newness** (e.g., Five Beyond items), enhancements to its supply chain network, and solid execution[.][129]

57.    Following Five Below's earnings release for Q4 2022, analysts commented that the Company was well-positioned for the current environment, as well as for FY 2023 (ending February 3, 2024), due to its trend-right strategy. For example:

> FIVE reported 4Q22 EPS of $3.07, in line with the [Goldman Sachs estimate] and consensus … Encouragingly, FIVE exited the quarter with a strong January, and the company's **trend-right value offering appears well positioned** in the current environment.[130]

> The company is **adept at finding and developing hot trends**, often moving quickly to capitalize on them and creating fun for customers with events, like Sunday Squish Day for exclusive squish toys.[131]

---

[128] "Strong Third-Quarter Momentum Continues Into Holiday, Driving Upside to Fourth-Quarter Guide; Resuming Coverage at Outperform," *William Blair*, December 6, 2022, p. 2 (emphasis added).

[129] "3Q22 Beat and Higher 4Q22 Outlook; Raising Estimates & PT," *Telsey Advisory Group*, December 1, 2022, p. 1 (emphasis added).

[130] "4Q22 EPS in line with consensus; Store base on track to grow 15% in FY23," *Goldman Sachs*, March 15, 2023, p. 1 (emphasis added).

[131] "4Q22 Beat and Solid, Inline 2023 Guidance," *Telsey Advisory Group*, March 16, 2023, p. 1 (emphasis added).

58.     Following Five Below's earnings release for Q1 2023, analysts commented that the Company had effectively stocked trend-right merchandise, resulting in strong financial performance.  For example:

> [T]ransaction growth of nearly 4% in Q1 suggests the company's product assortment and value offerings continue to resonate with FIVE's core customers despite a weakening retail environment.[132]

> Better than feared Q1'23 with trends holding up better than discretionary peers – and highlighting FIVE's differentiated store concept, merchandising & value proposition.[133]

59.     Following Five Below's earnings release for Q2 2023, analysts again commented on the positive impact on financial results of the Company's ability to stock trend-right merchandise and discussed a number of trendy product categories that performed particularly well at Five Below's stores.  For example:

> Five Below reported solid, inline 2Q23 EPS, reflecting gains from store expansion, innovation of its store format (Five Beyond conversions), **trend-right and value-focused product newness**, higher interest income, and solid execution in a challenging economic environment.[134]

> Categories that performed well [in Q2 2023 included] Squish, Hello Kitty, anime, collectibles, and candy/snacks/beverages. FIVE saw strength in licenses (Super Mario and Barbie) and products related to Taylor Swift including clothing and friendship bracelets.[135]

60.     Following Five Below's earnings release for Q3 2023, analysts commented that Five Below's financial performance for the quarter exceeded expectations due, in part, to the Company's ability to effectively execute its trend-right strategy.  Analysts also expressed optimism regarding Five Below's continued success in this area.  For example:

---

[132] "Solid Q1 Results And Better-Than-Feared Guidance Stand Out From The Pack. Reiterate BUY Rating And Lowering Price Target To $224," *Craig-Hallum*, June 2, 2023, p. 1.

[133] "Bucking the Discretionary Trend; OW, $210 PT," *Morgan Stanley*, June 2, 2023, p. 1.

[134] "2Q23 Results Inline, but Shrink Leading to Lower 2023 Outlook," *Telsey Advisory Group*,  August 31, 2023, p. 1 (emphasis added).

[135] "2Q Recap: EPS Guide Lowered on Shrink, But Still Confident in 2H Reacceleration," *Bank of America*, August 30, 2023, p. 1.

> Five Below reported solid 3Q23 earnings and provided better-than anticipated 4Q23 guidance—driven by gains from store expansion, innovation of its store format (i.e., Five Beyond conversions), trend-right and value-focused product newness, positive traffic, and solid execution.[136]

> Our [Five Below] store visits suggest stores are in good shape for holiday ... Our store visits show solid in stock position, engaged store associates, and new/cool (in our view) products to engage new customers and gain wallet share from existing ones.[137]

61.     Following Five Below's earnings release for Q4 2023 (ended February 3, 2024), analysts again commented that Five Below's ability to stock merchandise corresponding to trends in customer demands had positively impacted its financial performance.  For example:

> All in, we continue to like the long-term story, consisting of a long runway for store expansion (with [new store productivity] in the mid-80% range), **solid merchandising consisting of innovation and newness (strength in Hello Kitty, Disney, Harry Potter)**, and the Five Beyond opportunity (driving higher frequency visits).[138]

> While the investing landscape for consumer/retail remains difficult, we believe **FIVE has strong merchandising** and store remodeling opportunities to help navigate the next two to three years. As such, we believe FIVE remains one of the most compelling growth opportunities in retailing as we look out [long term].[139]

62.     In summary, the period from Q3 2022 through Q4 2023 (ended February 3, 2024) was one of favorable revenue growth for Five Below.[140]  From an economic perspective, the Company's disclosures of shrink as a headwind during this period and that shrink was the

---

[136] "3Q23 Beat; 4Q23 Guidance Exceeds Expectations – Among Our Picks for Holiday 2023 Winners," *Telsey Advisory Group*, November 30, 2023, p. 1.

[137] "Defying Gravity & Delivering Growth," *Evercore*, November 30, 2023, p. 1.

[138] "Shrinking the Self-Checkout Line," *Deutsche Bank*, March 25, 2024, p. 1 (emphasis added).

[139] "FIVE: Shrink Problems, LT Story Intact," *KeyBanc*, March 20, 2024, p. 1 (emphasis added).

[140] A representative for Plaintiffs' Advisor Stephens testified that the Company reported positive comp sales growth throughout FY 2023 while many other companies were struggling.  *See* Chase Deposition, 48:12–18 ("[A] But the stimulus ended in 20 -- well, beyond 20 -- before '23. And a lot of companies started to struggle in '23, and Five Below did not, which was one reason that we were still involved with the security. I think their comps were still positive through all of '23, if I remember correctly.").  *See also* Chase Deposition, 59:1–10: ("Q. And so for the first -- again, in 2023, those purchases, was that -- was it based on statements that the -- that Five Below was making? Their financials? What was it that -- why you purchased at that period of time? A. I totally -- I can't totally remember today. I do know their -- their numbers were still very good compared to their peers. And I felt like it was a nice place to be, compared to the rest of the consumer discretionary.").

primary driver of lower earnings would not be expected to obscure the market's ability to assess the Company's sales performance (reflecting, among other things, its execution of its trend-right strategy). Any hypothetical but-for disclosure regarding the Company's ability to execute on its trend-right strategy during this period would presumably have included, or been made in the context of, favorable sales results and revenue guidance.

**2.      Five Below's Reported Sales Results and Guidance on June 5, 2024 and July 16, 2024 Were Disappointing Relative to Equity Analyst Consensus Estimates**

63.      In contrast to the Company's strong sales performance during the period from Q3 2022 through Q4 2023,[141] the alleged corrective disclosures on June 5, 2024 and July 16, 2024 occurred in the context of Five Below announcing disappointing financial performance in Q1 – Q2 2024 (period beginning February 4, 2024) and guidance for the remainder of FY 2024.[142] On June 5, 2024, the Company reported a 2.6% Q1 2024 sales miss relative to equity analyst consensus estimates for that period and lowered its revenue guidance for FY 2024 (beginning February 4, 2024).[143] As shown in **Exhibit 9**, Five Below's comparable sales growth in Q1 2024 (beginning February 4, 2024) was *negative* 2.3%, compared with equity analyst consensus estimates of 1.0% growth in that quarter. **Exhibit 10.B** also shows that the Company lowered its guidance for comparable sales growth in FY 2024 from the previously provided range of positive 0%-3% to *negative* 3%-5% (i.e., guiding to a decline in comparable sales for FY 2024).

64.      The Company attributed these disappointing results to the deterioration in discretionary demand by lower-income consumers:

> **[C]onsumers were more discerning with their dollars**, increasingly buying to need. We saw this in the types of products they purchase, choosing more items in our version of consumable categories, such as candy, food and beverage, beauty,

---

[141] Q3 2022 ended October 29, 2022, and Q4 2023 ended February 3, 2024.

[142] A representative for Plaintiffs' Advisor Stephens testified that Five Below's sales performance in the first half of FY 2024 "fell out of bed very quickly." Chase Deposition, 58:8–14 ("And in 2024, when they started having same source sales issues, I started buying the stock at that time because I thought -- it didn't -- to be quite honest, the same-store sales issues didn't totally make sense to me because they were fine in '23 forever, and then it kind of fell out of bed in '24 very quickly.").

[143] See **Exhibit 6** and **Exhibit 7.B**.

and [health and beauty aids]… [our core customers] are clearly prioritizing needs [over] wants… [a]nd **that had a big impact on our performance in Q1**.[144]

The quarter solidified that consumers are feeling the impact of multiple years of inflation across many key categories, such as food, fuel and rent and are therefore **far more deliberate with their discretionary dollars**.[145]

65.    As discussed in **Section V.B** above, Five Below's peers also attributed their disappointing Q1 2024 sales to the macro headwinds associated with inflationary pressures on lower-income consumers.  Analyst commentary following the June 5, 2024 disclosure indicates that equity analysts similarly attributed the disappointing sales results and guidance to macroeconomic issues and described it as a "common theme" across Five Below and its peers.  Based on my review, I have seen no indication that either the Company or equity analysts attributed Five Below's disappointing sales results in Q1 2024 or the reduction in sales guidance for FY 2024 to shrink.  For example:

FIVE discussed **pressure on its low income consumer**, which has been a **common theme**. We've heard other companies that cater to the lower income cohort discuss a **more discerning consumer with less money to spend**.[146]

FIVE's **softer demand was largely a function of a pressured lower-income consumer** which management cited as being more deliberate with their discretionary purchases.[147]

 [Q1 2024 same store sales] dropped 2.3% (vs. our/Street 0.0%/0.9%), with transactions falling 2.8% as **consumers became increasingly discerning given the current macro**.[148]

[M]gmt cited "consumers were more discerning with their dollars" and increasingly buying to need during the quarter noting a shift to consumable categories (i.e. candy, food and beverage, beauty, and [health and beauty aids])

---

[144] Five Below Inc., Earnings Call Transcript for Q1 2024, June 5, 2024 ("Five Below Inc., Q1 2024 Earnings Call"), pp. 3, 16 (emphasis added).

[145] Five Below Inc., Q1 2024 Earnings Call, p. 3 (emphasis added).

[146] "New Problems but at a Lower Price; Still Feels Mostly Cyclical and Recoverable," *Barclays*, June 6, 2024, p. 3 (emphasis added).

[147] "Five Below Inc. (FIVE): 1Q24 Miss and Guidance Lowered; Maintain Buy After Recent Sell Off," *Goldman Sachs*, June 5, 2024, p. 2 (emphasis added).

[148] "In Need of Some Brotherly Love Post 1Q24 Miss; Lowering Estimates and PT to $140," *Gordon Haskett*, June 10, 2024, p. 1 (emphasis added).

**consistent with lateral discount peers**. By income cohort, mgmt called out positive comps from higher income cohorts (= trade down), more than offset by **underperformance in the lower income demographic**.[149]

66.    On July 16, 2024, Five Below provided quarter-to-date sales results and reduced guidance for revenue for the full quarter of Q2 2024 (beginning May 5, 2024).  As shown in **Exhibit 6** and **Exhibit 9**, the Company's revenue guidance for Q2 2024 came in 1.6% below equity analyst consensus estimates and the expected decline in comparable sales disclosed by Five Below (a 6.5% decline at the mid-point of the range) was larger than the 5.0% decline anticipated by analysts for Q2 2024.  As shown in **Exhibits 7.B and 10.B**, following the July 16, 2024 disclosure, equity analyst consensus estimates for revenues and comparable sales growth in FY 2024 declined.

67.    Analyst commentary indicates that equity analysts attributed Five Below's disappointing sales results to the macroeconomic pressures on lower-income customers and the need for the Company to improve the price/value characteristics of its products.  Based on my review, I have seen no indication that either the Company or equity analysts attributed the disappointing sales results or guidance for Q2 2024 to shrink.  For example:

> Regarding the same-store-sales trajectory, management by our recent access cited the **primary driver of the deceleration** in trends to close 1Q and into 2Q (relative to February) was a deterioration in comp performance at the low-income customer cohort (relative to positive comp performance in 1Q at the high-income cohorts of $90K+ HHI) associated in management's view with **macro-related pressure to the low-income consumer's discretionary wallet** (cost of living pressures, higher cost of borrowing, rising credit delinquencies).[150]

> FIVE discussed **macro pressures related to the low income consumer** again; much of the business is discretionary, so this makes sense … FIVE should be performing better, with the right offering, as a value retailer in the current environment[.] [151]

---

[149] "1Q Miss & Lower on Micro/Macro Combo; Remain Neutral w/ PT to $122," *J.P. Morgan*, June 6, 2024, p. 1 (emphasis added).

[150] "2Q Cut & CEO Transition; Mgmt Access Takes; Remain Neutral Lowering PT to $87," *J.P. Morgan*, July 17, 2024, p. 3 (emphasis added).

[151] "Bruised, Not Broken, But Moving to the Sidelines; Framing Some Key Issues," *Barclays*, July 17, 2024, p. 1 (emphasis added).

**Price/value equation a key point of focus**: Mgmt conveyed urgency in addressing challenges in their business, citing their own execution as the biggest factor. We can't ignore that the **macro backdrop is unfavorable for FIVE (customer buying more needs-based vs discretionary items)**. We believe FIVE's focus on the Five Beyond assortment has taken them off track as they introduce more higher price point items at a time the customer is seeking value.[152]

Several data points have indicated that **[same store sales] weakened over the past month with guidance implying July [estimated same store sales] are expected down [high single digits]**. The key question to answer is whether slowing comps is the result of a weaker product assortment, increased competition, a lack of perceived value from higher price points, or some combination thereof. Recent price tests on products indicate **management believes price/value is the primary driver of weaker trends**, but investors are likely to remain skeptical until definitive progress is made.[153]

68.     According to analyst reports published on July 17, 2024, in the context of its disappointing sales and guidance, Five Below acknowledged in one-on-one conversations with analysts the need to refocus on providing extreme value and trend-right products for lower-income customers.  For example:

Said differently, management cited the bifurcation of comp performance between the low-income cohorts versus high-income cohorts has never widened to this degree, with Interim-CEO Bull post close citing a **need to refocus on delivering extreme value and trend-right product to improve the customer experience for this low-income cohort**.[154]

Management cited multi-year plans to remain a "growth company" having **'strayed' from the historical three-fold playbook during and exiting the pandemic** and citing the need to (i) Get back to trend-right product, (ii) Refocus on extreme values, and (iii) Execute to a more consistent, fun and enjoyable in-store experience.[155]

However, management notes that, as an extreme value retailer, it shouldn't be as vulnerable to the economy and that product, value, and experience self-infliction

---

[152] "Too Many Headwinds to Fight; Downgrading from Buy to Neutral," *Citi*, July 17, 2024, p. 3 (emphasis added).
[153] "CEO Steps Down And Guidance Lowered Again As SSS Plunge. Reiterating HOLD Rating And Lowering Price Target To $108," *Craig-Hallum*, July 17, 2024, p. 1 (emphasis added).
[154] "2Q Cut & CEO Transition; Mgmt Access Takes; Remain Neutral Lowering PT to $87," *J.P. Morgan*, July 17, 2024, p. 3 (emphasis added).
[155] "2Q Cut & CEO Transition; Mgmt Access Takes; Remain Neutral Lowering PT to $87," *J.P. Morgan*, July 17, 2024, p. 1 (emphasis added).

are also at work. In fact, it stressed multiple times **a need to return to the extreme value product distortion and differentiated 'wow' experience** that made the brand unique.[156]

### 3. Five Below's Disclosures on June 5 and July 16, 2024 and Subsequent Equity Analyst Commentary Do Not Indicate that the Alleged Corrective Disclosures Conveyed New Information Regarding the Company's Ability to Execute Upon Its Trend-Right Strategy Prior to Q1 2024

69.     My finding that the economic content of any hypothetical but-for disclosure about Five Below's execution of its trend-right strategy prior to Q1 2024 (beginning February 4, 2024) would have been different from the economic content of the alleged corrective disclosures on June 5 and July 16, 2024, as discussed above, is further supported by my review of the Company's disclosures and analyst reports published subsequently. Based on my review, neither Five Below's disclosures on June 5, 2024 and July 16, 2024 nor equity analyst commentary indicates that the alleged corrective disclosures revealed new information regarding the Company's ability to execute upon its trend-right strategy prior to Q1 2024.

#### a) Five Below's Disclosures on June 5, 2024 Appear to Address the Company's Recent Financial Performance

70.     As an initial matter, the alleged corrective disclosures identified by Plaintiffs on June 5, 2024 (that the Company "admitted that part of the Company's [financial underperformance relative to the prior year] stemmed from 'declining sales and older merchandise trends,' and that it had 'proven harder for [the Company] to lap some of the big trends from last year'")[157] themselves suggest that the issue of older merchandise trends arose in Q1 2024 (beginning February 4, 2024) and was not present before February 4, 2024.

71.     Based on my review, Five Below's disclosures on June 5, 2024 appear to address the Company's sales performance in Q1 2024, and I have seen no indication that they conveyed new information about how Five Below had executed on its trend-right strategy prior to Q1 2024. If

---

[156] "As If Things Couldn't Get Worse, Comps Leg Lower and the CEO Resigns-We Cut Our Estimates and PT, to $125, But Stay BUY-Rated On Secular Growth," *Guggenheim*, July 17, 2024, p. 2 (emphasis added).
[157] Complaint, ¶ 11.

anything, the Company contrasted its 2024 performance with "last year's outperformance."  For example:

> [Q.] We've obviously seen declines in discretionary demand at many of your peers, but … **up until this quarter**, Five had outperformed a lot of those peers and it does seem like that gap has narrowed a lot **this quarter**. Any more perspective on that and why it seems like there's been a sharper slowdown here?
>
> [A.] [I]n terms of self-inflicted, we're never perfect on that. What I would tell you, I think the one change that's happened is it's proven harder for us to lap some of the **big trends from last year**, namely Squishmallows. … But I think that's probably been the **biggest difference from last year's outperformance to this year** being more in line with those that have discretionary categories.[158]
>
> While sales did not meet our expectations for **the first quarter**, we are pleased with the team's ability to quickly react to the dynamic environment.[159]

**b)      Equity Analyst Commentary Does Not Indicate that the June 5, 2024 Disclosures Conveyed New Information Regarding Five Below's Ability to Execute on its Trend-Right Strategy Prior to Q1 2024**

72.     Following the June 5, 2024 disclosures, equity analysts also commented on Five Below's product mix and trends in Q1 2024.  Analyst commentary indicates that equity analysts partially attributed the decline in sales to the "give-back of the outperformance from the last few years."[160] The commentary also strongly suggests that the issues with product newness were recent and had not been present in prior quarters during the Proposed Class Period.  For example:

a.  Truist reported that they "asked if we could be in a situation that there just isn't a lot of 'new' and 'exciting product' **right now** in the stores and mgmt said it was a 'fair assumption.'"[161]  Truist further stated "the store is currently **more 'stale' than it has been in quite some time** and while that is a clear negative for current trends, their merchandising is **usually very good**, and we would expect

---

[158] Five Below, Inc., Q1 2024 Earnings Call, p. 8 (emphasis added).

[159] Five Below Inc., Q1 2024 Earnings Call, p. 6 (emphasis added).

[160] "Looking Beyond or Below?" *UBS*, June 6, 2024, p. 1.

[161] "Painful Print/Guide; Sizable Slowdown in Back Half of 1Q; Seems Like a Kitchen Sink Scenario to Us," *Truist Securities*, June 5, 2024, p. 1 (emphasis added).

improvement in the future. In other words, any self-inflicted damage is likely to be remedied over time."[162]

b. <u>Craig-Hallum</u> noted that same store sales "decelerated meaningfully" and "older trends, such as Squishmallows, were called out as **softening in recent months** along with a lack of any material licensing goods." Craig-Hallum added that "there could be a **lack of trends near-term** that is the real culprit behind softer comps."[163]

c. <u>KeyBanc</u> stated that "the softer than expected comps in 1Q were largely due to a **slowdown in trends late in the quarter**, particularly among the low-income consumer," and that "[d]eclining sales and older merchandise trends, led by Squishmallows, created larger comp headwinds than previously expected."[164]

d. <u>Telsey Advisory Group</u> reported on the "inconsistent operating performance in the past six months caused by higher-than-expected shrink pressure and the **sudden drop in demand since Easter**," and attributed soft comp trends for FY 2024 (beginning February 4, 2024) to a combination of factors, including "a lack of hot trends and product newness."[165]

73. Based on my review, none of the analyst reports published following the June 5, 2024 alleged corrective disclosure indicate that there was new information regarding the Company's ability to execute upon its trend-right strategy prior to Q1 2024.

### c) Five Below's Disclosures on July 16, 2024 Appear to Address the Company's Recent Financial Performance

74. Plaintiffs allege that the truth about the Company's trend-right strategy was further revealed on July 16, 2024 when the Company disclosed the resignation of its CEO, quarter-to-date financial results, and guidance for the remainder of the quarter, as well as in the ensuing

---

[162] "Painful Print/Guide; Sizable Slowdown in Back Half of 1Q; Seems Like a Kitchen Sink Scenario to Us," *Truist Securities*, June 5, 2024, p. 2 (emphasis added).

[163] "Rapid Deceleration of Trends Leads to Deep Cuts to Guidance. Reiterating HOLD Rating and Lowering Price Target to $124," *Craig Hallum*, June 6, 2024, p. 1 (emphasis added).

[164] "Consumer Catching a Cold? Or Trends Slowing?" *KeyBanc*, June 5, 2024, p. 3 (emphasis added).

[165] "Soft 1Q24 Earnings; Lowered 2024 Guidance," *Telsey Advisory Group*, June 6, 2024, p. 1 (emphasis added).

one-on-one conversations with analysts.[166]  Plaintiffs further claim that analyst commentary suggesting that management described "the seasonal product merchandised for this year … as 'stale,'" "many of the recent demand pressures [as] self-inflicted," and the Company "having 'strayed' from the historical three-fold playbook during and exiting the pandemic" provided "further confirmation by the Company that its trend-right failures were the main cause of its deteriorating financial results."[167]

75.    Again, the alleged corrective disclosures referenced by Plaintiffs indicate that the product mix issues appeared "this year" and that the demand pressures were "recent."  Based on my review, these disclosures do not seem to convey new information about Five Below's execution of its trend-right strategy earlier during the Proposed Class Period, during the period from Q3 2022 (announced November 30, 2022) through Q4 2023 (ended February 3, 2024).  The Company's press release does not specifically discuss its trend-right strategy, and Five Below did not hold a conference call following the July 16, 2024 disclosure.

> **d)    Equity Analyst Commentary Does Not Indicate that the July 16, 2024 Disclosures Conveyed New Information Regarding Five Below's Ability to Execute on its Trend-Right Strategy Prior to Q1 2024**

76.    Analyst commentary following Five Below's disclosures on July 16, 2024 and the one-on-one calls with management similarly indicate that the issues with Five Below's product mix were recent.  For example:

> [Management] citing the need to improve trend-right product in stores (w/ the seasonal product merchandised for **this year** characterized as "stale" w/ teams focused on improving 2025 buys.[168]

> Trend sales penetration in 1Q declining by 100bps Y/Y **lapping strong Squish trends last year** & representing a comp headwind.[169]

---

[166] Complaint, ¶¶ 179–181.

[167] Complaint, ¶¶ 182–183, 187.

[168] "2Q Cut & CEO Transition; Mgmt Access Takes; Remain Neutral Lowering PT to $87," *J.P. Morgan*, July 17, 2024, p. 3 (emphasis added).

[169] "2Q Cut & CEO Transition; Mgmt Access Takes; Remain Neutral Lowering PT to $87," *J.P. Morgan*, July 17, 2024, p. 3 (emphasis added).

Management may be diagnosing the issues, but addressing them and eliciting a consumer response in the **current** climate could take time with the shares in the penalty box awaiting a sustained inflection.[170]

FIVE should be performing better, with the right offering, as a value retailer in the **current** environment.[171]

Our OW thesis was based on productive mid-teens % annual unit growth, an ability to consistently comp through merchandising acumen, and benefitting from trade down in weaker economic environments. The **current** backdrop has proved challenging for these factors which drives our downgrade to EW.[172]

The **seemingly sudden, significant comp deterioration**—from a 3% increase in the 4Q to a high-[single digits] decline—is puzzling and concerning with both macro and company-specific factors at work … The **challenging macro backdrop** is a factor, as it is for most of the peers in Exhibit 3. However, management notes that, as an extreme value retailer, it shouldn't be as vulnerable to **the economy** and that product, value, and experience self-infliction are also at work. In fact, it stressed multiple times a need to return to the extreme value product distortion and differentiated "wow" experience that made the brand unique.[173]

Management highlighted that many of the **recent** demand pressures are self-inflicted, suggesting the headwinds are more structural in nature, and the company plans to return to its roots by driving demand through trend-right product, extreme value, and an experiential shopping experience. Given the management turnover, we believe the company is entering an era of restructuring that will likely include investments into store labor, lower prices, and repositioning of the product, which could pressure margins in the second half of 2024 and into 2025.[174]

Value is increasingly resonating in the **current** environment, yet FIVE is underperforming. Management indicated that a significant part of **this year's** top-line challenges is self-inflicted from less-than-exciting product assortment and likely suboptimal pricing. On our callback yesterday, management highlighted the

---

[170] "As If Things Couldn't Get Worse, Comps Leg Lower and the CEO Resigns-We Cut Our Estimates and PT, to $125, But Stay BUY-Rated On Secular Growth," *Guggenheim*, July 17, 2024, p. 2 (emphasis added).

[171] "Bruised, Not Broken, But Moving to the Sidelines; Framing Some Key Issues," *Barclays*, July 17, 2024, p. 1 (emphasis added).

[172] "Downgrading to Equal-weight," *Morgan Stanley*, July 17, 2024, p. 1 (emphasis added).

[173] "As If Things Couldn't Get Worse, Comps Leg Lower and the CEO Resigns-We Cut Our Estimates and PT, to $125, But Stay BUY-Rated On Secular Growth," *Guggenheim*, July 17, 2024, pp. 1–2 (emphasis added).

[174] "Surprise CEO Departure and Weaker-Than-Expected Second-Quarter Preview; Downgrading Shares to Market Perform," *William Blair*, July 17, 2024, p. 1 (emphasis added).

continued bifurcation of income cohorts, with the lower-income consumer still remaining challenged. At the same time, we believe part of the underperformance is likely related to increased competition (AMZN, WMT, Temu, etc.). We expect efforts to refocus the merchandising assortment will intensify in the coming months, and see the likelihood of greater product markdowns to move inventory.[175]

77.   In summary, based on my review of Five Below's disclosures on June 5, 2024 and July 16, 2024 and the subsequent analyst commentary, there is no indication that the alleged corrective disclosures revealed any new information regarding Five Below's ability to execute on its trend-right strategy when the alleged misrepresentations were made earlier during the Proposed Class Period.  The disappointing sales results and guidance for the period from Q1 2024 through Q2 2024 (period beginning February 4, 2024) were attributed, at least in part, to the industry-wide decline in spending on discretionary products by lower-income consumers, which could not have been disclosed earlier in the Proposed Class Period.[176]  Company disclosures and analyst commentary also indicate that Five Below's performance in the first half of FY 2024 and the environment in which the Company operated during that time contrasted from earlier in the Proposed Class Period.  As an economic matter, given these differences, the stock price declines on June 6, 2024 and July 17, 2024 are not economic evidence of price impact of the alleged misrepresentations made prior to March 20, 2024 regarding Five Below's execution of its trend-right strategy.

### C.   Five Below's Stock Price Declines on June 6 and July 17, 2024 Are Not Economic Evidence of Price Impact of Earlier Alleged Misrepresentations Regarding the Extent and Cause of Shrink

78.   As an economic matter, Five Below's stock price declines on June 6, 2024 and July 17, 2024 could only provide evidence of price impact of earlier alleged misrepresentations regarding the extent and cause of shrink if those price declines could be attributed to new information revealing (at least in part) the truth allegedly concealed by those earlier alleged misrepresentations.  However, Five Below's disclosures on June 5, 2024 and July 16, 2024 and

---

[175] "Up High (Challenges), Down Low (Performance); Downgrade to Hold," *Deutsche Bank*, July 17, 2024, p. 1 (emphasis added).
[176] Q1 2024 ended May 4, 2024, and Q2 2024 ended August 3, 2024.

the subsequent analyst commentary provide no indication that the alleged corrective disclosures revealed any new information regarding the extent and cause of shrink in prior quarters during the Proposed Class Period. It is my understanding that, following the MTD Order, the surviving alleged misrepresentations pertained to the extent and cause of shrink during the period from Q4 2022 through Q4 2023 (ended February 3, 2024).[177] As discussed in more detail below, Five Below's disclosures on June 5 and July 16, 2024 and the subsequent analyst commentary concerned the extent of shrink in Q1 2024 (beginning February 4, 2024), and provide no new information for earlier periods.

### 1.    Five Below's Earnings Results and Guidance Prior to March 20, 2024 Were Consistent with Equity Analyst Consensus Estimates

79.    Five Below first disclosed elevated shrink and its impact on the Company's gross margin in Q4 2022, stating:

[Q4 2022] **The increase in gross margin** was driven primarily by cost management strategies and distribution in freight expenses, **partially offset by higher-than-expected shrink**. On an annual basis, **shrink for 2022 was approximately 30 basis points higher than what we experienced in 2021**.[178]

[Q1 2023] Look, shrink is definitely something that's impacted retail. We're no exclusion to it. **We trued that up last year, and it had an impact on our fourth quarter**. **We are accruing at the higher rates this year** and doing things on our part to mitigate shrink.[179]

[Q2 2023] With respect to operating margin, at the midpoint, we are lowering guidance by approximately 20 basis points to 11.1%. For the year, **we still expect gross margin leverage** due to lower freight costs, though the magnitude of leverage is lower than prior guidance **due to higher anticipated shrink reserves**.[180]

[Q3 2023] **Gross margin decreased by approximately 190 basis points** to 30.3% as anticipated. **This decline was primarily driven by recording actual shrink results** for the stores that completed their physical inventories in August

---

[177] MTD Order.
[178] Five Below Inc., Q4 2022 Earnings Call, p. 7 (emphasis added).
[179] Five Below Inc., Q1 2023 Earnings Call, p. 11 (emphasis added).
[180] Five Below Inc., Q2 2023 Earnings Call, p. 7 (emphasis added).

as well as recording the true-up of shrink reserves for the full chain, which we shared during our last quarter's earnings call.[181]

80.    As shown in **Exhibit 11**, throughout the period from Q4 2022 through Q3 2023 (period ended October 28, 2023), Five Below's reported EPS was generally at or above equity analyst consensus estimates.  **Exhibit 12.A** also shows that Five Below generally maintained its EPS guidance for FY 2023 in the range of $5.25–$5.75, lowering the guidance range once on August 30, 2023.  The Company attributed this reduction in FY 2023 earnings guidance to elevated shrink:

> Additionally, as many retailers have discussed, **we also expect higher than originally anticipated shrink levels for the year and have adjusted our guidance accordingly**.[182]

> As it relates to shrink, we're currently conducting interim physical inventory counts on a subset of our stores and anticipate results will reflect the negative trends seen across the industry. **Therefore, we believe it is prudent to increase our shrink reserve for the balance of the year, and we expect a significant impact in the third quarter due to the anticipated year-to-date true-up and higher rate compared to last year**. [183]

81.    Five Below first announced disappointing earnings relative to equity analyst consensus estimates on March 20, 2024, when the Company announced its financial results for Q4 2023 (ended February 4, 2024).  Five Below attributed its lower earnings in Q4 2023 primarily to higher-than-expected shrink.  For example:

> Despite these strong sales results, earnings per share of $3.65 was at the low end of our internal expectations and **can be fully attributed to higher-than-planned shrink**.[184]

---

[181] Five Below Inc., Q3 2023 Earnings Call, p. 6 (emphasis added).
[182] Five Below Inc., Q2 2023 Earnings Call, p. 5 (emphasis added).
[183] Five Below Inc., Q2 2023 Earnings Call, p. 7 (emphasis added).
[184] Five Below Inc., Q4 2023 Earnings Call, p. 3 (emphasis added).

**Our prior expectations assumed that our mitigation efforts would result in a reduction of the shrink rate** we observed earlier in the year versus the consistent rate we noted in our January physical inventories.[185]

82.    As shown in **Exhibit 11**, the Company continued to report disappointing earnings results and guidance relative to equity analyst consensus estimates on June 5, 2024 and July 16, 2024.[186] Five Below attributed its disappointing sales for Q1 2024 (beginning February 4, 2024) to a slowdown in the second half of the quarter, caused primarily by a decline in the number of transactions and macroeconomic factors impacting its customer base.  For example:

> These results fell short of our expectations as we experienced a meaningful slowdown in sales during the back half of the quarter.[187]

> As we analyzed our first quarter sales performance of following factors were apparent. **First, our negative comp results were driven by a decline in comp transactions. Second, consumers were more discerning with their dollars increasingly buying to need.** We saw this in the types of products they purchase choosing more items in our version of consumable categories such as candy, food and beverage, beauty and [health and beauty aids]. Each of these areas contributed positively to the quarterly comp.[188]

> **The quarter solidified that consumers are feeling the impact of multiple years of inflation across many key categories such as food, fuel and rent and are therefore far more deliberate with their discretionary dollars**. While we are tracking this behavior and noticed some pressures over the last several quarters, the degree to which it was affecting consumers at the beginning of the first quarter was masked by the noise created from tax refund timing and an earlier Easter.[189]

---

[185] Five Below Inc., Q4 2023 Earnings Call, p. 3 (emphasis added).

[186] After market close on June 5, 2024, Five Below filed a Form 8-K that included financial results for Q1 2024 (ended May 4, 2024).  After market close on July 16, 2024, Five Below provided quarter-to-date sales results and reduced guidance for revenue and EPS for the full quarter of Q2 2024 (ending August 3, 2024).  *See* Five Below Form 8-K, June 5, 2024; Five Below Form 8-K, July 16, 2024.

[187] Five Below Inc., Q1 2024 Earnings Call, p. 3.

[188] Five Below Inc., Q1 2024 Earnings Call, p. 3 (emphasis added).

[189] Five Below Inc., Q1 2024 Earnings Call, p. 3 (emphasis added).

83.    As shown in **Exhibit 12.B**, the Company issued disappointing earnings guidance for FY 2024 for the first time on March 20, 2024, and then lowered this guidance on June 5, 2024.  The Company attributed its guidance revision on June 5, 2024 to deleverage from sales:

> [W]e have adjusted our guidance for the year to reflect the **current run rate of sales**. … The guidance that Kristy shared with you that reflects the entire year in this **more cautious core customer**.[190]

> For the full year, adjusted operating margin is expected to be 9.8% at the midpoint of guidance or deleverage of 90 basis points on a 52 week basis. **This decline is primarily due to deleverage of fixed costs on the lower sales outlook**, offset in part by benefits associated with lower inbound freight, lower incentive comp and certain cost optimization strategies.[191]

> In summary, the first quarter sales reflected a **more difficult macro backdrop than expected**. We have adjusted our outlook for the rest of the year, **assuming the current environment continues**, and we are proactively tightening expenses and managing inventory receipts and allocations to help mitigate the **bottom-line impact of the lower sales**.[192]

84.    While the Company did not update its FY 2024 earnings guidance on July 16, 2024, equity analysts lowered their equity consensus estimates of FY 2024 earnings following the disclosures on that date, as also shown in **Exhibit 12.B**.

> **2.    Five Below's Disclosures on June 5, 2024 and July 16, 2024 and Subsequent Equity Analyst Commentary Do Not Indicate that the Alleged Corrective Disclosures Conveyed New Information Regarding the Extent and Cause of Shrink in Prior Quarters**

>> **a)    Five Below's Disclosures on June 5 Appear to Address the Extent of Shrink in Q1 2024**

85.    On June 5, 2024, Five Below reported its earnings results for Q1 2024 (beginning February 4, 2024), and the Company's statements about shrink appear to be focused on the extent of shrink in that quarter only.  Based on my review, Five Below's disclosures did not

---

[190] Five Below Inc., Q1 2024 Earnings Call, pp. 5, 16 (emphasis added).
[191] Five Below Inc., Q1 2024 Earnings Call, p. 6 (emphasis added).
[192] Five Below Inc., Q1 2024 Earnings Call, p. 7 (emphasis added).

address the *causes* of shrink either in Q1 2024 or in prior quarters. Further, Five Below did not disclose on June 5, 2024 that shrink had been the primary driver of lower earnings in Q1 2024 or comment on whether shrink had been the driver of earnings in prior quarters during the Proposed Class Period. Five Below's statements included:

> Gross margin increased by approximately 20 basis points to 32.5%, driven primarily by lower-than-expected inbound freight costs, partially offset by higher shrink accrual that we mentioned last quarter[.][193]

> May inventories provided us an early read and we are cautiously optimistic our efforts will show continued improvement in the August results when completed. We are not including any changes to our shrink assumptions in our guidance and will update you on the August inventory results during our second quarter call.[194]

        **b)**      **Following the June 5, 2024 Disclosures, No Equity Analyst Indicated that Shrink Had Not Been Caused by Theft or that Shrink Had Not Been the Primary Driver of Five Below's Earnings Prior to Q1 2024**

86. Following the June 5, 2024 disclosures, equity analysts noted higher shrink levels reported by the Company, and commented on how lower staffing levels and the Company's shift to self-checkout over the last few years had contributed to the shrink issues. For example:

    a. <u>Bank of America</u> remarked that Five Below "**had shifted to self-checkout in nearly all stores over the past few years, which led to a persistent shrink issue** compared to many other retailers. To combat this, the company is now staffing employees at self-checkout to facilitate customer transactions and early reads (took 200 physical inventories in 1Q) are showing progress."[195]

    b. <u>Craig-Hallum</u> discussed the Company's developments on shrink, noting that "[i]n addition to **walking back self-checkout** FIVE has conducted additional tests including receipt checking at the door, **adding physical security guards**,

---

[193] Five Below Inc., Q1 2024 Earnings Call, p. 5.
[194] Five Below Inc., Q1 2024 Earnings Call, p. 6.
[195] "Taking Five as We Wait for Better Visibility; Reinstate at Neutral," *Bank of America*, June 14, 2024, p. 10 (emphasis added).

additional cameras and **incremental upfront labor** in 70 stores that have been more heavily impacted by shrink."[196]

c. <u>J.P. Morgan</u> commented that Five Below's cost savings due to "**self checkout wage efficiency** [were] lost to shrink."[197]

d. <u>Truist</u> noted that the Company "has implemented a series of operational changes to reduce shrink, including moving self-checkout systems to an associate-assisted model at ~75% of stores and removing all self-checkouts in high-theft stores (~25%)."[198]

87.    Based on my review, none of the analyst reports published following the June 5, 2024 disclosures indicated that the Company had used shrink to "[o]bscure [its] [s]trategic [f]ailings"[199] prior to February 4, 2024, that the primary cause of shrink had not been theft or that shrink had not been the primary driver of lower earnings prior to Q1 2024.

### c)    Five Below's July 16, 2024 Press Release and Subsequent Equity Analyst Reports Did Not Address the Extent and Cause of Shrink

88.    On July 16, 2024, Five Below issued a press release announcing the resignation of its CEO Joel Anderson, the Company's quarter-to-date financial results for Q2 2024 (beginning May 5, 2024), and guidance for the remainder of that quarter.  Based on my review, there is no discussion of shrink in Five Below's press release.

89.    Analyst reports published following the July 16, 2024 press release also did not discuss shrink, including the reports that discussed analysts' one-on-one conversations with Five Below management.  Based on my review, I have seen no analyst commentary indicating that shrink had been primarily caused by factors *other than* theft, or that inventory management issues had been an important cause of shrink.  The lack of analyst commentary following the July 16, 2024

---

[196] "Rapid Deceleration Of Trends Leads To Deep Cuts To Guidance. Reiterating HOLD Rating And Lowering Price Target To $124," *Craig-Hallum*, June 6, 2024, p. 2 (emphasis added).

[197] "1Q Miss & Lower on Micro/Macro Combo; Remain Neutral w/ PT to $122," *J.P. Morgan*, June 6, 2024, p. 3 (emphasis added).

[198] "Painful Print/Guide; Sizable Slowdown in Back Half of 1Q; Seems Like a Kitchen Sink Scenario to Us," *Truist Securities*, June 5, 2024, p. 2.

[199] Complaint, § IV.C.

alleged corrective disclosures indicates that these disclosures did not convey new value-relevant information regarding the extent and cause of shrink to investors.

3.     **Five Below's Disclosures on June 5 and July 16, 2024 and Subsequent Equity Analyst Commentary Do Not Suggest that the Company Previously Used Shrink to Mask Underperformance Due to Other Reasons**

90.     As discussed above, Plaintiffs allege that Five Below "[o]bscure[d] [its] [s]trategic [f]ailings [with trend-right execution and inventory management throughout the proposed Class Period] [b]y [f]alsely [b]laming [t]he Company's [p]roblems [o]n [s]hrink."[200] Plaintiffs contend that the Company's disclosures of "unfavorable product mix" corrected prior alleged misrepresentations, including statements about shrink being the primary driver of the Company's underperformance during the period from Q3 2023 through Q4 2023 (ended February 3, 2024), claiming that the disclosures acknowledged that "Five Below's inability to stock trend-right products, mitigate shrink as it said it would, and execute the expansion strategy, [were] the true reasons underlying the performance decline."[201]

91.     Plaintiffs, however, fail to address the differences in how the Company would record *revenue/sales*—driven by its execution of its trend-right strategy—and *costs*—affected by shrink. As discussed in **Section VI.B** above, Five Below's ability to execute on its trend-right strategy would be expected to affect its *revenue*, whereas shrink would be expected to affect the Company's *costs* and, by extension, *gross margin and earnings*. Given these differences, market participants would reasonably be expected to be able to disentangle factors affecting the Company's revenues (trend-right) from factors affecting the Company's costs (shrink).

92.     If Five Below had been unable to stock shelves with trend-right products during the Proposed Class Period, as Plaintiffs contend, the Company's financial statements would reflect that failure in lower reported revenues. As discussed above, however, Five Below's reported sales had been consistent with its guidance and with analyst projections prior to Q1 2024 (beginning February 4, 2024). Based on my review, none of the analyst reports published following the alleged corrective disclosures on June 5, 2024 or July 16, 2024 indicate that Five

---

[200] Complaint, § IV.C.
[201] Complaint, ¶ 165.

Below used shrink to "[o]bscure [its] [s]trategic [f]ailings" with execution of its trend-right strategy during the Proposed Class Period.

93.     My finding of economic differences between the alleged corrective disclosures and the alleged misrepresentations regarding the extent and cause of shrink are also supported by the differences between when shrink was described as the primary driver of lower earnings and when Five Below reported disappointing sales results.  As discussed above, the Company's disclosures on June 5 and July 16, 2024 were focused on the reasons for its sales underperformance during Q1 2024 and Q2 2024.  The Company's June 5, 2024 and July 16, 2024 disclosures and subsequent analyst commentary do not indicate that Five Below had been unable to execute on its trend-right strategy prior to Q1 2024.  By contrast, the Company's alleged misrepresentations regarding the extent of shrink concerned Five Below's earnings during the period from Q3 2023 through Q4 2023.  Thus, the alleged corrective disclosures on June 5, 2024 and July 16, 2024 pertain to a different performance period from the period with alleged misrepresentations regarding the extent of shrink.

94.     In sum, given that the Company disclosures on June 5, 2024 and July 16, 2024 and the subsequent analyst commentary do not indicate that the alleged corrective disclosures conveyed new information regarding the extent and cause of shrink prior to Q1 2024 and given these economic differences, Five Below's stock price declines on June 6, 2024 and July 17, 2024 are not economic evidence of price impact of earlier alleged misrepresentations regarding the extent and cause of shrink.[202]

---

[202] Consistent with the alleged corrective disclosures on June 5, 2024 and July 16, 2024 not providing new information regarding the extent and cause of shrink in previous quarters, a representative for Plaintiffs' Advisor Stephens testified that these alleged corrective disclosures did not change its view with respect to the alleged misrepresentations regarding the extent and cause of shrink, Chase Deposition, 88:7–13 ("Q. Do you have any different view today than you did at the time about whether statements management made about shrink were true at the time? A. About shrink specifically? Q. Yeah. A. I don't think I have a differing opinion today on that.") See also, Chase Deposition, 117:8–19 ("Q. And this -- and then this conference call when they disclosed and discussed the decline of comp sales, they didn't blame shrink for that, did they? A. Not that I remember. Q. Does it say that in here? A. I don't know. Q. Okay. A. But I -- my recollection isn't that. I don't remember talking about shrink with anyone during this period of time. It was all previous when we were talking about this.").

**VII.    Dr. Orlov Fails to Proffer a Class-Wide Damages Methodology Capable of Measuring Damages Attributable to Plaintiffs' Theories of Liability**

95.    I understand that Plaintiffs are not required to demonstrate loss causation at the class certification stage.  However, it is my understanding that, at the class certification stage, Plaintiffs are required to articulate a methodology for calculating damages in a manner consistent with their theories of liability.  Moreover, in order to propose such an approach, I understand that Plaintiffs are required to articulate a methodology that can isolate economic losses attributable only to allegedly misrepresented information given the specific facts and circumstances of the case.[203]  However, as I explain below, Dr. Orlov has failed to propose a methodology that can reliably estimate damages in a manner that is consistent with Plaintiffs' theories of liability.

**A.    Dr. Orlov's Damages Methodology**

96.    Dr. Orlov states that he was asked to "evaluate whether damages for members of the proposed class can be calculated using a common, class-wide methodology that is consistent with Plaintiffs' theory of liability."[204]  Dr. Orlov provides a general description of the out-of-pocket damages approach (a general framework that I understand is used in Section 10(b) securities class actions) and asserts that "damages in *this matter* are capable of being calculated on class-wide basis."[205]  At deposition, however, Dr. Orlov acknowledged that his general description of the out-of-pocket damages approach is not based on any facts specific to this particular matter.[206]

---

[203] I further understand that per-share recoverable damages are limited by the per-share loss following the alleged corrective disclosure(s) that is attributable to new "corrective" information that revealed the alleged fraud, and subject to statutory limits imposed by the Private Securities Litigation Reform Act of 1995.  *See* "H.R.1058 - Private Securities Litigation Reform Act of 1995," *Congress.gov*, December 22, 1995, https://www.congress.gov/bill/104th-congress/house-bill/1058, 15 U.S.C. §78u–4(e)(2); *Dura Pharmaceuticals, Inc., et al. v. Broudo, et al.*, 544 U.S. 336 (2005).

[204] Expert Report of Eugene Orlov, March 3, 2026 ("Orlov Report"), ¶ 97.

[205] Orlov Report, ¶¶ 97–98 (emphasis added).

[206] Deposition of Eugene Orlov, March 3, 2026 ("Orlov Deposition"), 232:18–233:12 (███████████████████████████████████████████████████████████████████████████████████████████████ ).

97.    Dr. Orlov states that "[e]conomists commonly estimate artificial inflation using event study techniques," which are "well suited to evaluate the price impact of public disclosures in an informationally efficient market."[207]  At deposition, Dr. Orlov testified that the starting point for his damages analysis would be an event study analysis, in particular, analyzing Five Below's stock price declines on the alleged corrective disclosure dates.[208]  Dr. Orlov provides a general description of event study methods, including "multivariate regression frameworks, alternative market or industry factor models, and other standard econometric controls." Dr. Orlov also references broad "financial or valuation-based analyses," which he asserts can be used to "assess whether observed price reactions are economically consistent with the nature of the information disclosed and to help distinguish the impact of alleged misrepresentations from unrelated information."[209]

98.    Dr. Orlov appears to acknowledge that the out-of-pocket damages calculation also requires a determination of how artificial inflation evolved over the proposed Class Period.[210] Dr. Orlov states that inflation can be expressed using "standard representations," such as a "constant dollar inflation ribbon or a constant percentage inflation ribbon."[211]  Dr. Orlov testified at deposition that an inflation ribbon can be estimated by "back-casting" (projecting backwards in time) a company's residual stock price declines on the alleged corrective disclosure dates.[212] Dr. Orlov also asserts that his damages methodology is able to "accommodate alternative findings regarding which disclosures are deemed corrective, the extent to which inflation was introduced or dissipated over time, or the magnitude of any price impact."[213]  Dr. Orlov does not

---

[207] Orlov Report, ¶ 99.
[208] Orlov Deposition, 269:6–10 ( ▮▮▮▮▮▮▮▮▮ ) *See also*, Orlov Deposition, 229:5-7 ( ▮▮▮▮▮▮▮▮▮ ).
[209] Orlov Report, ¶ 99.
[210] Orlov Deposition, 226:20–227:16 ( ▮▮▮▮▮▮▮▮▮ ).
[211] Orlov Report, ¶ 100.
[212] Orlov Deposition, 254:15–23 ( ▮▮▮▮▮▮▮▮▮ ).
[213] Orlov Report, ¶ 101.

specify, however, how he would use any of the general tools he lists in his report to estimate how inflation evolved during the proposed Class Period.

> **B.    Dr. Orlov Fails to Propose a Damages Methodology Consistent with Plaintiffs' Theories of Liability**
>
> **1.    Dr. Orlov Cannot Use the Price Declines Following the Alleged Corrective Disclosures on June 5, 2024 and July 16, 2024 as a Measure of Inflation Earlier During the Proposed Class Period**

99.    As discussed above, Dr. Orlov states that "[e]conomists commonly estimate artificial inflation using event study techniques," which "are well suited to evaluate the price impact of public disclosures."[214] Dr. Orlov further states that his event study analysis can be complemented by "financial or valuation-based analyses…to assess whether observed price reactions are economically consistent with the nature of the information disclosed and to help distinguish the impact of alleged misrepresentations from unrelated information."[215] Dr. Orlov asserts that "[i]nflation may be expressed using alternative but standard representations, such as a constant dollar inflation ribbon or a constant percentage inflation ribbon, depending on the characteristics of the alleged misstatements and the manner in which information is reflected in the stock price."[216]

100.    To the extent that Dr. Orlov proposes using Five Below's stock price declines on the alleged corrective disclosures dates as a key input to his analysis, he has not established that they would provide a reliable measure of inflation, if any, in Five Below's stock price.  For the price decline following an alleged corrective disclosure to reliably measure inflation earlier during the Proposed Class Period, the economic content of the alleged corrective disclosure needs to be similar to the economic content of an earlier hypothetical but-for disclosure (i.e., a truthful statement in lieu of the alleged misrepresentations).  If not, the price decline following the alleged corrective disclosure does not provide a reasonable proxy for the anticipated stock price reaction to the earlier hypothetical but-for disclosure.

---

[214] Orlov Report, ¶ 99.
[215] Orlov Report, ¶ 99.
[216] Orlov Report, ¶ 100.

101.    As discussed above, Five Below's revenue performance during the period from Q3 2022 through Q4 2023 (ending February 3, 2024) was generally consistent with the Company's guidance and equity analyst consensus estimates.[217]  However, Five Below reported disappointing sales results and guidance in its disclosures on June 5, 2024 and July 16, 2024 (for the period beginning February 4, 2024).  This underperformance in the Company's sales coincided with industry-wide dollar store headwinds attributable to decreased discretionary demand from lower-income consumers.  Five Below's peers, Dollar General and Dollar Tree, reported declines of discretionary comp sales in their Q1 – Q2 2024 financial results, attributing them to lower income consumers being challenged by persistently high inflation and reductions in government benefits associated with the Covid-pandemic.[218]  Five Below's disclosures on June 5, 2024 and July 16, 2024 appear to address the Company's recent sales performance and guidance, i.e., the Company's performance in Q1 2024 and Q2 2024.  Analyst commentary following these disclosures also indicate that Five Below's issues with product newness were recent and had not been present prior to Q1 2024 (beginning February 4, 2024).

102.    Five Below had first disclosed elevated shrink in Q4 2022 (ended January 28, 2023).[219] The Company stated that shrink was the primary driver of its lower earnings during the period from Q3 2023 through Q4 2023 (ended February 3, 2024).[220]  As discussed above, these disclosures coincided with similar disclosures of elevated shrink being driven by theft by Five Below's peers, Dollar Tree and Dollar General.[221]  Based on my review, the June 5, 2024 and July 16, 2024 disclosures by Five Below did not indicate that shrink was not driven by theft and the disclosures did not convey new information regarding the impact of shrink on the Company's

---

[217] As discussed in more detail in **Section VI.B.1**, Five Below's sales grew 6.2-19.1% year-over-year in each quarter during the Q3 2022 – Q4 2023 period, and its reported revenues in each quarter during that period were close to analyst consensus estimates.  The Company's sales guidance for FY 2023 (ended February 3, 2024) remained around $3.55 billion during the Q4 2022 (ended January 28, 2023) – Q4 2023 (ended February 3, 2024) period, and analyst consensus estimates for FY 2023 also remained close to that same value.  The Company's reported FY 2023 revenue came in slightly higher at approximately $3.56 billion, within the previously issued guidance and the range of analyst forecasts.  *See* **Exhibit 5** and **Exhibit 7.A**.

[218] As discussed in more detail in **Section V.B**, Dollar General's and Dollar Tree's stock prices declined when each company announced its Q1 – Q2 2024 earnings.

[219] Five Below Inc., Q4 2022 Earnings Call, p. 7.

[220] Five Below Inc., Q3 2023 Earnings Call, p. 3; Five Below Inc., Q4 2023 Earnings Call, p. 6.

[221] As discussed in more detail in **Section V.C**, in their Q3 2023 earnings calls, both Dollar General and Dollar Tree stated that their gross margins contracted primarily from higher shrink.  In their Q4 2023 earnings calls, Dollar General made a similar statement and Dollar Tree commented that higher-than-anticipated shrink negatively impacted its earnings.

financial results in prior quarters during the Proposed Class Period. Analyst commentary following those disclosures similarly does not suggest that elevated shrink was not caused by theft nor that the Company's earnings in prior quarters had not been negatively impacted by shrink. Based on my review, analyst commentary also does not suggest that Five Below had used shrink to "[o]bscure [its] [s]trategic [f]ailings" with respect to the execution of its trend-right strategy earlier during the Proposed Class Period.[222]

103. Due to these economic differences, the stock price declines following the alleged corrective disclosures do not reliably measure inflation during the Proposed Class Period. Dr. Orlov's suggested "multivariate regression frameworks, alternative market or industry factor models, and other standard econometric controls" are not suited to address these economic differences, while his references to "financial or valuation-based analyses" are overly broad and not specific to these issues.[223]

### 2.  Dr. Orlov Has Not Proposed a Methodology that is Capable of Reliably Measuring Inflation Associated with a Concealed or Understated Risk

104. Five Below's disappointing sales and guidance on June 5, 2024 and July 16, 2024 against the backdrop of lower discretionary spending in the dollar store industry are consistent with the materialization of risk. I also note that Plaintiffs assert that the alleged corrective disclosures revealed the materialization of risk:[224]

> Each of these disclosures also partially **revealed the materialization of the foreseeable risks concealed by Defendants' fraud**, including: (i) the Company failing to stock its stores with trend-right inventory; and (ii) the failure of Five Below's expansion strategy. The **true nature of these risks** had been concealed by Defendants' misstatements and omissions, which concealed material information that would have properly informed investors about **these risks**, including information that: (i) Five Below lacked the capacity to ensure that its stores were stocked with inventory customers wanted, as opposed to "dumb junk" that simply filled the shelves; (ii) while Defendants exaggerated the impact of shrink, the Company also failed to meaningfully engage in shrink mitigation efforts; and (iii) the expansion strategy posed serious issues as the new stores

---

[222] Complaint, § IV.C.
[223] Orlov Report, ¶ 99.
[224] Complaint, ¶ 322 (emphasis added).

were not properly staffed or stocked and, when they opened, had a negative effect on existing stores.

105.    As discussed above, given its financial performance, Five Below could not have disclosed prior to Q1 2024 (beginning February 4, 2024) that its sales were lower than anticipated or reduced its outlook for FY 2024.  While a hypothetical but-for disclosure prior to Q1 2024 regarding the Company's ability to execute on its trend-right strategy may have alerted investors to the *risk* that future sales could be negatively affected, particularly in challenging macroeconomic conditions, it would not have disclosed the *realization* of such risk.

106.    As an economic matter, the residual price decline following the materialization of a risk does not measure inflation from allegedly concealing that risk earlier.  This is because the eventual price decline reflects the impact of the risk becoming a certainty, not the impact attributable to the portion, if any, of the risk that was earlier concealed.  In other words, stock price declines upon the materialization of a concealed or understated risk (including abnormal returns measured with an event study) reflect the stock price impact of a risk becoming a certainty, not the impact attributable to the risk that was allegedly concealed.

107.    To illustrate, consider the hypothetical example of a retail company whose business practices would lead to underperformance in certain macroeconomic conditions, resulting in a $1 billion loss of post-tax earnings.  Suppose that, at the outset, the market assumes that there is a 10% chance of such underperformance.  The company's market capitalization would reflect the market's expected loss of $100 million (i.e., $1 billion times the 10% probability of underperformance).

108.    Based on internal analyses, however, the company itself estimates that it would underperform in a broader set of circumstances, evaluating the risk of underperformance to be 30%.  Had the market been aware of the higher risk of underperformance (30% versus 10%), and assuming the stock of this company traded in an efficient market, the market capitalization of the company would have declined further by the market's estimate of the increase in the expected loss.  Assuming the market concurred with the company's assessed 30% risk of underperformance, the expected loss and the corresponding decline in market capitalization would have been equal to an additional $200 million (i.e., $1 billion times the 20% increase in

probability of underperformance). The company, however, did not disclose this information, i.e., the market's expectation of the underperformance was still 10%.

109. In this hypothetical example, macroeconomic conditions changed and the risk of underperformance materialized. The company disclosed a loss of the full $1 billion, which resulted in a market capitalization decline of $900 million (i.e., the difference between the full loss and the 10% probability of loss that the market had already anticipated). The $900 million market capitalization decline in this example is not a measure of inflation because it does not represent the stock price decline reflecting the disclosure that the risk of underperformance was 30% (i.e., the disclosure of the alleged truth), rather it represents the stock price decline upon the disclosure that the risk of underperformance had materialized (become a certainty). The existence of artificial inflation stems from the extent to which the company's market capitalization would have been lower had the company informed the market earlier about the "true" risk.

110. With respect to the example above, a reliable damages methodology would measure inflation associated *only* with the risk that was concealed, i.e., the "true" risk of underperformance vis-a-vis the market's perceived risk that was already incorporated into the stock price. This consideration is relevant for analyzing inflation consistent with Plaintiffs' theories of liability in this matter because Five Below had disclosed, at least in part, risks related to its trend-right strategy in its SEC filings. For example, in its Form 10-K for FY 2022 (ended January 28, 2023), the Company disclosed that its revenue growth was "dependent on factors such as competition, including from online retailers, **merchandise selection**, store operations and customer satisfaction,"[225] and that its "profitability… may be negatively affected if [it was] not successful in managing [its] inventory balances and inventory shrinkage."[226] Testimony of a representative for Plaintiffs' Advisor Stephens suggests that market participants understood that consumer discretionary companies, including Five Below, were exposed to the risk of changing macroeconomic conditions.[227]

---

[225] Five Below, Inc., Form 10-K for the Fiscal Year ended on January 28, 2023, filed March 16, 2023 ("Five Below 2022 10-K"), pp. 17–30 (emphasis added).
[226] Five Below 2022 10-K, p. 24.
[227] Chase Deposition, 49:5–6 ("A. Sure, yeah. All consumer discretionary is at the risk of macro.")

111.    Dr. Orlov has not proposed a methodology that is capable of reliably measuring inflation associated with a concealed or understated risk. Dr. Orlov testified at deposition that he had not thought about how his damages methodology would account for materialization of concealed risk but simply asserted (without providing any additional detail as to methodology) that he "would consider all of the information that's available to [him]" to analyze it.[228]

112.    Even if Dr. Orlov were to start with the "event study techniques," as he indicated he would do, he fails to explain how these "techniques" would isolate the inflation, if any, associated with a concealed risk in this matter. Economists use event studies to estimate residual stock price changes driven by company-specific information net of the impact of industry or market-wide news. The residual stock price decline on a day when a risk materializes measures the value impact of that realization of risk, not the value impact of a hypothetical earlier disclosure of the concealed risk.[229] As discussed above, the value impact of the realization of concealed risk would overstate the value impact of a hypothetical earlier disclosure of the concealed risk.

### 3.    Dr. Orlov Has Not Articulated a Damages Methodology that Can Account for Economic Changes in Five Below's Business and Industry Conditions during the Proposed Class Period

113.    As discussed above, Dr. Orlov proposes using Five Below's stock price declines on the alleged corrective disclosure days as key inputs into his damages analysis. Dr. Orlov acknowledged at deposition that inflation, if any, may not be constant during the Proposed Class

---

[228] Orlov Deposition, 238:11–23 ███████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████ ) *See also*, Orlov Deposition, 239:1–5 (███████████████████
██████████████████████████████████████████████████████████████ ).

[229] As discussed earlier, to the extent that other confounding information is released simultaneously with the materialization of the risk, that would pose further challenges to reliably measuring inflation associated with the concealed or understated risk.

Period, in part due to changes in Five Below's business conditions.[230]  Dr. Orlov, however, has not articulated how his damages methodology, and in particular, a proposed back-casting approach, could account for changes in Five Below's business and industry conditions (which could imply changing inflation) during the Proposed Class Period.

### a)    Changes in Five Below's Business during the Proposed Class Period

114.    Five Below undertook various operational strategies throughout the Class Period.  For example, the Company expanded into other customer demographics and product categories with its Five Beyond initiative.  Five Below described Five Beyond as a "store within a store" featuring higher-priced items priced between $6 and $25.  As part of Five Beyond, the Company converted nearly 250 stores to include Five Beyond in FY 2022 (ended January 28, 2023), over 450 stores in FY 2023 (ended February 3, 2024), and stated its plans to convert an additional 200 stores in FY 2024 (beginning February 4, 2024).[231]  To the extent that the issues that Five Below disclosed with regards to its "unfavorable product mix" and the "need to refocus on delivering extreme value" for lower-income consumers varied for stores that included Five Beyond and stores that did not, the value implication of a hypothetical disclosure of issues with execution of the trend-right strategy would again vary over the course of the Proposed Class Period.[232]

115.    Additionally, as discussed in **Section VI.B**, macroeconomic conditions, such as persistently high inflation, changed Five Below's customer spending on discretionary products during the Proposed Class Period.  Five Below's customers became more discerning with their dollars and lowered their spending on discretionary products in Q1 2024 and Q2 2024 (period

---

[230] Orlov Deposition, 226:20–227:16 (                                                                                            ).  *See also*, Orlov Deposition, 257:16–258:2 (                  ).

[231] Five Below Inc., Q4 2023 Earnings Call, pp. 3–4.

[232] Complaint, ¶ 165; "2Q Cut & CEO Transition; Mgmt Access Takes; Remain Neutral Lowering PT to $87," *J.P. Morgan*, July 17, 2024, p. 3.

beginning February 4, 2024).  As discussed in **Section V.B**, this was a trend observed across the dollar store industry.  To the extent that the value implications of the alleged corrective disclosures regarding "unfavorable product mix" and the "need to refocus on delivering extreme value" varied based on changes in the broader macroeconomic environment, inflation, if any, in Five Below's stock price would also be expected to vary over the course of the Proposed Class Period.

116.    However, Dr. Orlov does not articulate how his proposed damages methodology would address these (or other) changes in Five Below's business, which likely implied that inflation, if any, varied during the Proposed Class Period.  Dr. Orlov provides examples of "standard representations" of inflation ribbons: "a constant dollar inflation ribbon or a constant percentage inflation ribbon."[233]  However, Dr. Orlov does not articulate which analytical tools he would use to account for the specific changes in Five Below's business in order to reliably estimate how inflation, if any, changed during the proposed Class Period.

**b)      Changes in Five Below's and the Dollar Store Industry's Exposure to Shrink during the Proposed Class Period**

117.    Five Below's statements about shrink evolved during the Proposed Class Period.  As discussed above, during the Proposed Class Period Five Below first discussed shrink as a headwind on its March 15, 2023 earnings call for Q4 2022, more than three months after the beginning of the proposed Class Period.[234]  During the period Q1 2023  through Q2 2023, the Company disclosed higher-than-anticipated shrink and stated that elevated shrink was primarily driven by theft.[235]  During the period from Q3 2023 through Q4 2023 (ended February 3, 2024), Five Below also reported that elevated shrink had been the primary driver of lower earnings.[236]

118.    Five Below's statements in its earnings calls also indicate that the quantitative impact of shrink varied during the Proposed Class Period.  For example, during its earnings call for Q4 2022 (ended January 28, 2023), Five Below reported that "shrink for 2022 was approximately 30

---

[233] Orlov Report, ¶ 100.
[234] Five Below Inc., Q4 2022 Earnings Call, p. 7; Complaint, ¶ 228.
[235] Five Below Inc., Q1 2023 Earnings Call, p. 11; Five Below Inc., Q2 2023 Earnings Call, pp. 5, 9.
[236] Five Below Inc., Q3 2023 Earnings Call, p. 6; Five Below Inc., Q4 2023 Earnings Call, p. 3.

basis points higher than what [it] experienced in 2021."[237] For FY 2023, Five Below reported that "[a]ctual shrink level for the full year came in at approximately 100 basis points higher than [FY 2022]."[238]

119.    Given the evolution in Five Below's statements about shrink, the value implications of those statements may well have varied during the Proposed Class Period. For example, the value implication of a disclosure that shrink was the "primary driver of lower earnings" may differ from that of a disclosure that shrink was "elevated" in a given quarter. Moreover, repeated disclosures of elevated shrink could signal to investors that shrink was a persistent problem with different value implications from a disclosure that the Company had experienced higher shrink in a single quarter.

120.    A damages methodology consistent with Plaintiffs' theories of liability must be capable of addressing these changes in the Company's disclosures regarding the extent and cause of shrink during the Proposed Class Period. Dr. Orlov has not established that his proffered damages methodology would reliably account for changes in inflation reflecting the Company's evolving disclosures about shrink during the Proposed Class Period. For example, Dr. Orlov does not articulate how he will use "event study techniques" to address any such changes in inflation.

> **C.    Dr. Orlov Does Not Articulate a Damages Methodology Capable of Reliably Controlling for Confounding Information on the Alleged Corrective Disclosure Dates**

121.    Dr. Orlov asserts that "complementary analytical tools—such as financial or valuation-based analyses" can be used to "help distinguish the impact of alleged misrepresentations from unrelated information."[239] Dr. Orlov, however, has not articulated how he would reliably account for the impact of such "unrelated information" beyond listing these general methodologies. This is particularly relevant in this matter, given that certain categories of alleged misrepresentations have been dismissed, and that Five Below released financial results on each of the alleged corrective disclosure dates.

---

[237] Five Below Inc., Q4 2022 Earnings Call, p. 7.
[238] Five Below Inc., Q4 2023 Earnings Call, p. 5.
[239] Orlov Report, ¶ 99.

122.    Dr. Orlov references "event study techniques," including "multivariate regression frameworks, alternative market or industry factor models, and other standard econometric controls to disentangle the effects of overlapping disclosures and other contemporaneous news."[240]  A typical event study, however, measures the residual price reaction to the total mix of new information released during an event window (for example, between market close on a given day and market close the subsequent day), and does not—on its own—provide a way to distinguish the price impact of different sources of information *within* the event window (e.g., different pieces of company-specific news disclosed on an earnings call).  Thus, Dr. Orlov has not articulated a methodology that reliably controls for confounding information and isolates only the portion of the stock price decline attributable to the release of allegedly corrective information.

123.    As an illustration of the variety of potentially confounding information that Dr. Orlov would need to account for on each of the alleged corrective disclosure dates, I discuss below factors unrelated to the allegations that analyst commentary suggests may have contributed to the decline in Five Below's stock price following each of the alleged corrective disclosures.  **Exhibit 13** provides additional examples of such commentary.

124.    According to the MTD Order, I understand that the Company's statements about its shrink mitigation efforts and its Triple-Double plan are not plausibly alleged to be false.[241] Commentary from analysts following the Company's announcements on the alleged corrective disclosure dates suggested that disclosures regarding these factors had a negative impact on Five Below's financial performance and guidance, potentially contributing to Five Below's stock price decline on June 6, 2024 and July 17, 2024.

125.    Following the June 5, 2024 earnings announcement, analysts discussed increasing labor costs related to the Company's shrink mitigation efforts, suggesting that these efforts had a negative impact on Five Below's financial performance and guidance.  For example:

---

[240] Orlov Report, ¶ 99.

[241] MTD Memorandum, pp. 42, 44, 51, 65.  I also note that Plaintiffs allege that the Company's statements related to its shrink mitigation effort and the Triple-Double plan contributed to Five Below's stock price decline on the alleged corrective disclosure days.  *See* Complaint, ¶¶ 6–7.

a. <u>Truist</u> noted that the Company's "shrink mitigation efforts and move from self-checkout to associate-assisted checkout may not have been a smooth process, based on various industry sources."[242]

b. <u>William Blair</u> commented on the Company's "weaker-than-expected first-quarter results" and "significantly reduced" FY 2024 (beginning February 4, 2024) revenue and earnings guidance, noting that there were "**additional investments in labor** embedded in the guide as part of [the Company's shrink] prevention efforts."[243]

c. <u>Barclays</u> stated that "[w]hile Five Below [was] hardly alone among deep discount retailers in reporting a top-line slowdown, [it had] little near-term visibility given the fact the company [was] simultaneously dealing with macroeconomic headwinds, increased competition, and **a major change in store operations (i.e., the switch to store associate assisted self-checkout)**."[244]

126.    Following the Company's announcement on July 16, 2024, analysts discussed an increased likelihood of the Company reducing the pace of new store opening, which was an integral part of the Company's Triple-Double Plan.  For example:

a. <u>Goldman Sachs</u> commented that there may be an "increased risk" of a pull back in store growth and lowered its store outlook for FY 2025 (ended January 31, 2026), as it was "likely the company pushes out some of its pipeline to focus on the core business."[245]

b. <u>Citi</u> suggested that "[g]iven we believe management will likely lower the number of stores they open annually in F25 and beyond."[246]

---

[242] "Painful Print/Guide; Sizable Slowdown in Back Half of 1Q; Seems Like a Kitchen Sink Scenario to Us," *Truist Securities*, June 5, 2024, p. 2.

[243] "Comps Fall Well Below Expectations as Broader Pressures in Discretionary Spend Disproportionately Impact the Model," *William Blair*, June 6, 2024, p. 1 (emphasis added).

[244] "Lowering Price Target To $120 From $190 As Near-Term Visibility Dims," *Loop Capital*, June 6, 2024, p. 1 (emphasis added).

[245] "Lowering Estimates After the Q2 Pre-Announcement," *Goldman Sachs*, July 17, 2024, p. 1.

[246] "Too Many Headwinds to Fight; Downgrading from Buy to Neutral," *Citi*, July 17, 2024, p. 3.

  c. <u>Deutsche Bank</u> noted that "With declining [same store sales] and deteriorating [new store productivity] (80.9% in 1Q24 vs. the historical average of mid-90%), we think it is likely that FIVE reduces its new store openings."[247]

127. A representative for Plaintiffs' Advisor Stephens testified that they were "always trying to monitor" new store productivity, and that Five Below's growth of number of stores was a key part of their investment thesis for the Company.[248]

128. I understand that, according to the MTD Order, the announcement of the departure of Joel Anderson (the Company's CEO) did not correct the surviving alleged misrepresentations regarding trend-right and the extent and cause of shrink.[249] As a general matter, the departure of a company's long-time CEO can cause a decline in the company's stock price, especially if investors viewed positively the CEO's performance or if finding a new CEO could entail a costly process.[250] Following the announcement on June 16, 2024, several analysts commented positively on Joel Anderson's role at Five Below. For example:

  a. <u>KeyBanc</u> stated "Mr. Anderson held the CEO role since February 2015, overseeing the Company's growth and execution of many successful initiatives, in spite of recent challenges at the Company over the past year."[251]

  b. <u>Guggenheim</u> noted: "Despite the company's recent struggles, we were surprised by Mr. Anderson's resignation. He had been in the CEO role for ten years, assembled a deep, talented executive team, and had presided over a period of successful expansion."[252]

---

[247] "Up High (Challenges), Down Low (Performance); Downgrade to Hold," *Deutsche Bank*, July 17, 2024, p. 4.

[248] Chase Deposition, 38:21–23 ("The main thing I was always trying to monitor was capital in the stores, new store productivity, things like that.") *See also*, Chase Deposition, 99:14–18 ("He's saying that the sales growth was driven by -- this is actually a perfect paragraph of why we own Five, if you want to -- so they grew sales by 19 percent, which would have been driven by store growth, making up the majority of that.").

[249] MTD Memorandum, p. 68.

[250] *See*, e.g., R. M. Hayes and S. Schaefer (1999), "How Much Are Differences in Managerial Ability Worth?" *Journal of Accounting and Economics*, 27(2), pp. 125–148 ("Hayes and Schaefer (1999)"), at p. 125 ("Controlling for age and tenure, we find that firms losing managers to other firms experience an average abnormal return of −1.51%, compared to +3.82% for firms whose managers die suddenly."). Hayes and Schaefer (1999) find that CEO departures for a similar position at another firm is associated with a -1.13% abnormal stock return for the incumbent firm on the day of departure. *See* Hayes and Schaefer (1999), p. 138.

[251] "Five: CEO Transition, 2Q Guidance Lowered," *KeyBanc*, July 16, 2024, p. 1.

[252] "FIVE - As If Things Couldn't Get Worse, Comps Leg Lower and the CEO Resigns—We Cut Our Estimates and PT, to $125, But Stay BUY-Rated On Secular Growth," *Guggenheim*, July 17, 2024, p. 1.

c. Craig-Hallum, while commenting on the departure, characterized Mr. Anderson as "among the most respected and admired executives in the industry."[253]

129. Analysts also noted that Mr. Anderson's departure created incremental uncertainty regarding the Company's direction. For example:

a. Barclays commented that "CEO departure adds uncertainty," which contributed to "a lack of visibility into company specific fixes."[254]

b. Morgan Stanley concluded that "CEO transition adds uncertainty and possible EPS risk."[255]

c. Evercore ISI stated that "[i]t is unclear who will be its long term CEO."[256]

130. In addition to increased uncertainty, searching for a replacement CEO can be a distraction for a company's management, which may negatively affect the company's financial performance. Indeed, following the announcement of Mr. Anderson's departure, Wells Fargo noted that "[the CEO's departure] may also say that the distraction of a search process could have contributed to FIVE's recent execution issues."[257]

131. Based on my review, analysts attributed Five Below's July 17, 2024 stock price decline at least in part to the announcement of Mr. Anderson's departure. For example:

a. William Blair remarked that "**[s]hares are down some 10% on the sudden CEO departure** and deeper cut to its second-quarter guide, reflecting a decline of 57% year-to-date."[258]

b. Guggenheim stated that "[a]n already challenging 2024 has worsened with a further weakening of comps in July accompanied by the **departure of long-time CEO Joel Anderson, sending the shares down another ~10% after-hours**."[259]

---

[253] "CEO Steps Down And Guidance Lowered Again As SSS Plunge. Reiterating HOLD Rating And Lowering Price Target To $108," *Craig-Hallum*, July 17, 2024, p. 1.

[254] "Bruised, Not Broken, But Moving to the Sidelines; Framing Some Key Issues," *Barclays*, July 17, 2024, p. 1.

[255] "Downgrading to Equal-weight," *Morgan Stanley*, July 17, 2024, p. 1.

[256] "Searching for the North Star; Downgrade to In Line," *Evercore ISI*, July 17, 2024, p. 1.

[257] "Former CEO Moves to WOOF; It's Not a Good Look for FIVE," *Wells Fargo*, July 17, 2024, p. 1.

[258] "Surprise CEO Departure and Weaker-Than-Expected Second-Quarter Preview; Downgrading Shares to Market Perform," *William Blair*, July 17, 2024, p. 4 (emphasis added).

[259] "As If Things Couldn't Get Worse, Comps Leg Lower and the CEO Resigns—We Cut Our Estimates and PT, to $125, But Stay BUY-Rated On Secular Growth," *Guggenheim*, July 17, 2024, p. 1 (emphasis added).

c. <u>UBS</u> remarked that the CEO's departure "will **add to the negatively [sic] overhanging the stock**. It will raise questions about the disruption and uncertainty the company will face for the near-term."[260]

132. A representative for Plaintiffs' Advisor Stephens also testified that the announcement of Joel Anderson's departure contributed to their decision to sell Five Below's stock following the July 16, 2024 disclosure.[261]

133. Following both the June 5, 2024 and July 16, 2024 disclosures, equity analysts commented on the negative impact of macroeconomic headwinds on the Company's financial performance, suggesting that the decline in Five Below's sales and the reduction in guidance were, at least in part, attributable to lower discretionary demand. For example, following the June 5, 2024 disclosure:

a. <u>UBS</u> commented that Five Below's financial results "fell flat **driven by an increasingly deliberate consumer**" and discussed the Company's statements that its customers had "**been pressured from multiple years of elevated inflation and [run] out of discretionary budgets** once tax refunds were spent."[262] UBS also remarked that the "slowdown in sales traffic … across all geographies" was a "**broader macro trend, rather than a structural issue with [Five Below's] business model.**"[263]

b. <u>Truist</u> commented that "'**macro' pressures, particularly on lower income consumers (~50% of [Five Below's] base) clearly played a role**" and highlighted that "**[s]oftness with [Five Below's] lower-income consumers [has] been the primary cause of the sales deceleration**[.]"[264]

---

[260] "More or Less than $5 in '25?" *UBS*, July 17, 2024, p. 2 (emphasis added).

[261] Chase Deposition, 60:14–61:3 ("Q. And on this document, there's a sale of -- on July 23, 2024. Do you -- do you know why there was a sale on that date? A. I do. I can't tell you the exact discussion. I wish I -- I had it all at the time. But I had been -- previous weeks, and I -- I don't know the exact date, but -- is when the company pre-announced results and Joel was -- left the company. That was shocking to us. We had known him for a long time. And often on a core holding like this, where we've owned it a long time and done well in it, we -- we like to give management the benefit of the doubt, but now management wasn't there.").

[262] "Looking Beyond or Below?" *UBS*, June 6, 2024, p. 1 (emphasis added).

[263] "Looking Beyond or Below?" *UBS*, June 6, 2024, p. 1 (emphasis added).

[264] "Highlights From Our Recent Meetings with Five Below's Senior Management Team," *Truist Securities*, June 7, 2024, pp. 1–2 (emphasis added).

c. Goldman Sachs noted that "[b]ased on FIVE's **comp weakness** (as well as similar comments on top line demand from Dollar Tree), we do think the **lower-income consumer is likely under more pressure** than we originally thought."[265]

d. Gordon Haskett also commented that Five Below's Q1 2024 (ended May 4, 2024) "[same store sales] dropped 2.3% […] **as consumers became increasingly discerning given the [then-]current macro**."[266]

134. Analysts again commented on the negative impact of macroeconomic headwinds on Five Below's financial performance following the July 16, 2024 disclosure. For example:

a. J.P. Morgan commented on the Company's statements that "the **primary driver** of deceleration in trends […] was a deterioration in comp performance at the low-income customer cohort[,]" which was associated with "**macro-related pressure to the low-income consumer's discretionary wallet**[.]"[267] J.P. Morgan also noted "**cost of living pressures, higher cost of borrowing, rising credit delinquencies**" as the primary macroeconomic headwinds negatively impacting Five Below's financial performance.[268]

b. Barclays stated that **"[i]t's not clear that the macro will become more supportive"** when discussing their reasons for downgrading Five Below's stock.[269]

c. Goldman Sachs remarked that "**[s]ales are deteriorating on a continued difficult macro backdrop**[.]"[270]

d. Citi remarked that the "**macro backdrop is unfavorable for FIVE (customer buying more needs-based vs discretionary items)**."[271]

---

[265] "Five Below Inc. (FIVE): 1Q24 Miss and Guidance Lowered; Maintain Buy After Recent Sell Off," *Goldman Sachs*, June 5, 2024, p. 1 (emphasis added).
[266] "In Need of Some Brotherly Love Post 1Q24 Miss; Lowering Estimates and PT to $140," *Gordon Haskett*, June 10, 2024, p. 1 (emphasis added).
[267] "2Q Cut & CEO Transition; Mgmt Access Takes; Remain Neutral Lowering PT to $87," *J.P. Morgan*, July 17, 2024, p. 3 (emphasis added).
[268] "2Q Cut & CEO Transition; Mgmt Access Takes; Remain Neutral Lowering PT to $87," *J.P. Morgan*, July 17, 2024, p. 3 (emphasis added).
[269] "Bruised, Not Broken, But Moving to the Sidelines; Framing Some Key Issues," *Barclays*, July 17, 2024, p. 1 (emphasis added).
[270] "Five Below Inc. (FIVE): Lowering estimates after the Q2 pre-announcement," *Goldman Sachs*, July 17, 2024, p. 1 (emphasis added).
[271] "Too Many Headwinds to Fight; Downgrading from Buy to Neutral," *Citi*, July 17, 2024, p. 3 (emphasis added).

e. <u>Mizuho</u> commented that Five Below was "feeling the effects of […] **[g]rowing cyclical pressures stemming from a pullback by lower-income consumers**."[272]

f. <u>Truist</u> highlighted "**an increasingly challenging macro environment**" as one of the Company's "biggest headwinds."[273]

135. Other examples of potentially confounding information discussed by analysts following the June 5 and July 16, 2024 disclosures include the Company's suboptimal pricing in the context of the macroeconomic headwinds, the Company's recent focus on Five Beyond, and increased competition. Analyst commentary suggests that these factors also contributed negatively to the Company's financial underperformance. For example:

a. <u>Citi</u> remarked that "FIVE's **focus on the Five Beyond assortment has taken them off track** as they introduce more higher price point items at a time the customer is seeking value."[274]

b. <u>Deutsche Bank</u> stated that the Company indicated that "**suboptimal pricing**" was likely a "significant part of this year's topline challenges."[275]

c. <u>UBS</u> noted that some of the Company's Five Beyond products "have moved past the focus of the company's teen / pre-teen demographic."[276] UBS also remarked on "the prospect that **competition could be having some impact**. While FIVE's answer to this unknown is that 'it has long faced competition and performed well,' there could be some differences this time. Temu and SHEIN have gained more traction and attention from consumers, especially FIVE's core customer."[277]

d. <u>Morgan Stanley</u> noted that the Company's possible risk to earnings have "come at a time when there is both **heightened competition** (from Dollar Stores, WMT [Walmart], AMZN [Amazon], Temu, etc.) and spending softness among lower-income consumers."[278]

---

[272] "A Business in Transition; Downgrade to Neutral," *Mizuho*, July 17, 2024, p. 1 (emphasis added).
[273] "Downgrading FIVE to Hold; Qtr Has Been Tracking In-Line but Expected to Worsen; Uncertainty Prevails," *Truist*, July 17, 2024, p. 1 (emphasis added).
[274] "Too Many Headwinds to Fight; Downgrading from Buy to Neutral," *Citi*, July 17, 2024, p. 3 (emphasis added).
[275] "Up High (Challenges), Down Low (Performance); Downgrade to Hold," *Deutsche Bank*, July 17, 2024, p. 1 (emphasis added).
[276] "More or Less than $5 in '25?" *UBS*, July 17, 2024, p. 2.
[277] "More or Less than $5 in '25?" *UBS*, July 17, 2024, p. 2 (emphasis added).
[278] "Downgrading to Equal-weight," *Morgan Stanley*, July 17, 2024, p. 1 (emphasis added).

136.    In sum, the alleged corrective disclosures on June 5, 2024 and July 16, 2024 are associated with the *simultaneous* release of multiple pieces of potentially confounding information.  Dr. Orlov has not described how any of the tools he mentions could be used to reliably separate the impact on Five Below's stock price of confounding information released at the same time as the alleged corrective disclosures.  Dr. Orlov has therefore not articulated a damages methodology that can reliably isolate the amount of inflation, if any, being removed from Five Below's stock price following the alleged corrective disclosures.  In other words, Dr. Orlov has not established that his proposed damages methodology would be able to reliably isolate damages attributable only to Plaintiffs' theories of liability in this matter.

### D.    Dr. Orlov Has Failed to Articulate a Damages Methodology That Can Disaggregate Inflation Associated with Plaintiffs' Different Theories of Liability

137.    I understand that a damages methodology consistent with Plaintiffs' theories of liability should be capable of accounting for different findings of fact.  For example, I understand that the finder of fact may determine that the Defendants are only liable for some of the alleged misstatements that remain at issue following the Court's MTD Order.  In economic terms, a reliable damages methodology should be capable of disaggregating the impact on Five Below's stock price of the different surviving alleged misrepresentations so that the measure of inflation can be adjusted should the finder of fact find no liability for a subset of the alleged misrepresentations.  Dr. Orlov has not proffered a damages methodology that can apportion any inflation (however he purports to measure it) among the different alleged misrepresentations in a manner consistent with Plaintiffs' theories of liability.

138.    To the extent that Dr. Orlov's damages methodology relies on the price declines following the alleged corrective disclosures, it would need to account for the implication of Plaintiff's allegations that certain alleged corrective disclosures contained information corrective of different types of alleged misrepresentations.  For example, Plaintiffs claim that Five Below's earnings announcement on June 5, 2024 revealed part of the alleged truth about both the Company's trend-right strategy and the extent and cause of shrink.[279]  Thus, any stock price

---

[279] MTD Memorandum, p. 66.

decline following this alleged corrective disclosure (assuming the impact of confounding information is already excluded) is attributable to two different theories of liability.

139.    An economically sound damages methodology also needs to be capable of disentangling the price effect of Plaintiffs' different theories of liability and reliably calculating inflation corresponding to each component *over time*.  As noted above, Plaintiffs have identified different alleged misrepresentations related to trend-right and the extent and cause of shrink.  According to Plaintiffs, inflation related to these different theories of liability may have entered and exited Five Below's stock price at different times.  For example, the earliest surviving alleged misrepresentation regarding trend-right was made after market close on November 30, 2022,[280] while the earliest surviving alleged misrepresentation regarding the extent and cause of shrink was made on March 15, 2023.[281]  However, Dr. Orlov has not proffered a damages methodology that can reliably apportion inflation across the different alleged misrepresentations that have survived following the MTD Order or that can separately estimate inflation corresponding to each of Plaintiffs' theories of liability over time.

Executed this 13th of March, 2026

Jennifer Marietta-Westberg, Ph.D.

---

[280] Complaint, ¶ 211; MTD Order.
[281] Complaint, ¶ 228; MTD Order.

**Appendix A**

# Jennifer Marietta-Westberg, Ph.D.
## Vice President

**Cornerstone Research**
2001 K St, N.W., Suite 800
Washington, DC  20006
202.912.8971
JMariettaWestberg@Cornerstone.com

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| 2022-Present | **Cornerstone Research**, *Vice President* | Washington, D.C. |
| 2019-2021 | *Principal* | |
| 2016-2018 | *Senior Economist* | |

Provides economic and financial consulting services and analysis in connection with litigation and regulatory investigations involving financial markets. Addresses allegations related to financial reporting, asset management, trading, private equity, and mergers and acquisitions. Assisted respondents in enforcement actions involving the Department of Justice (DOJ) and the Securities and Exchange Commission (SEC). Experienced testifier for cases involving allegations related to Rule 10(b)-5, insider trading, corporate governance, and ERISA.

| | | |
|---|---|---|
| | **U.S. Securities and Exchange Commission** | Washington, D.C. |
| 2013-2016 | *Deputy Chief Economist/Deputy Director (Senior Officer)* | |
| 2014 | *Co-Director and Chief Economist (Acting)* | |
| 2006-2013 | *Assistant Director, Senior Economist, Visiting Scholar* | |

Advised the SEC Chair and Commissioners on economic matters. Led teams of PhD economists developing economic analysis for policy matters affecting corporate issuers, broker-dealers, investment advisors, hedge funds, mutual funds, clearing and settlement, credit rating agencies, proxy voting, and markets and exchanges. Provided economic support to the SEC Divisions of Corporation Finance, Investment Management, Trading and Markets, Enforcement, and the Office of Compliance, Inspections, and Examinations. Served as lead economist on enforcement matters involving alleged Ponzi schemes and participated in on-site exams of broker-dealers. Engaged with Congressional staff and multiple regulatory organizations including the Federal Reserve, the Commodity Futures Trading Commission, and the Department of Labor. Developed analyses for the Financial Stability Oversight Board (FSOC). Provided economic analysis in support of international securities matters and presented findings to the International Organization of Securities Commissions (IOSCO) and the Financial Stability Board.

| | | |
|---|---|---|
| | **Michigan State University** | East Lansing, MI |
| 2000-2006 | *Assistant Professor* | |

Taught Investments (MBA/undergraduate) and Statistical Analysis (MBA).

## ADVISORY BOARDS

| | |
|---|---|
| Finance Dept. Advisory Council, Tippie College of Business, University of Iowa | 2014-Present |
| Board of Advisors, Institute for Law and Economics, University of Pennsylvania | 2020-2024 |
| Practitioner Director, Financial Management Association | 2020-2022 |
| Investor Advisory Committee, U.S. Securities and Exchange Commission | 2018-2021 |
|     • Committee Chair | 2020-2021 |

---

## ACADEMIC BACKGROUND

| | | |
|---|---|---|
| 2000 | **University of Iowa, Tippie College of Business**<br>*Ph.D., Finance* | Iowa City, IA |
| 1993 | **Southern Connecticut State University**<br>*B.A., Mathematics* | New Haven, CT |

## EXPERT TESTIMONY (PRIOR FOUR YEARS)

*Conifer Revenue Cycle Solutions, et al. v. Commonspirit Health,* American Arbitration Association, Ref No. 01-24-0005-7565, Deposition Testimony, December 12, 2025.

*Subhash Patel, et al. v. Koninklijke Philips N.V. and Frans Van Houten,* United States District Court, Eastern District of New York, Case No. 1:21-cv-04606-ERK-MMH, Deposition Testimony, June 3, 2025.

*Commodity Futures Trading Commission v. Logista Advisors LLC and Andrew Harris Serotta*, United States District Court, Northern District of Illinois Eastern Division, Case No. 23-cv-7485, Deposition Testimony, May 2, 2025.

*Oklahoma Firefighters Pension and Retirement System v. Biogen Inc., et al.*, United States District Court, District of Massachusetts, Case No. 22-10200-WGY, Deposition Testimony, April 23, 2025.

*In re Vaxart, Inc, Securities Litigation,* United States District Court, Northern District of California, Case No. 3:20-cv-05949-VC, Deposition Testimony, September 9, 2024.

*Christina C. Seidner, Jared Mackrory v. Kimberly-Clark Corporation et al,* United States District Court, Northern District of Texas, Case No. 3:21-CV-00867-L, Deposition Testimony, August 2, 2024.

*Shela Camenisch, et al. v. Umpqua Bank,* United States District Court, Northern District of California, Case No. 3:20-cv-5905-RS, Deposition Testimony, July 8, 2024.

*Shela Camenisch, et al. v. Umpqua Bank,* United States District Court, Northern District of California, Case No. 3:20-cv-5905-RS, Deposition Testimony, May 31, 2024.

*Robert Ciarciello v. Bioventus Inc. et al*, United States District Court, Middle District of North Carolina, Case No. 1:23-cv-00032-CCE-JEP, Deposition Testimony, April 29, 2024.

*In re Vaxart, Inc, Securities Litigation,* United States District Court, Northern District of California, Case No. 3:20-cv-05949-VC, Deposition Testimony, February 26, 2024.

*Steven A.W. De Jaray, et al. v. Lattice Semiconductor Corporation,* United States District Court, District of Oregon, Case No. 3:19-cv-00086-SI, Trial Testimony, February 13, 2024.

*Halman Aldubi Provident and Pension Funds LTD. v. Teva Pharmaceuticals Industries Limited*, United States District Court, Eastern District of Pennsylvania, Case No. 2:20-cv-04660-KSM, Hearing Testimony, September 21, 2023.

## JENNIFER MARIETTA-WESTBERG
### Vice President

*Edward Anderson, et al. v. Edward D. Jones & Co,* United States District Court, Eastern District of California, Case No. 2:18-cv-00714-JAM-AC, Deposition Testimony, September 15, 2023.

*Christina Stegemann, on behalf of the Gannett Co, Inc. 401(k) Savings Plan et al.  v. Gannett Co., Inc. et al.,* United States District Court for the Eastern District of Virginia Alexandria Division, Civil Action No. 1:18-cv-00325-AJT-JFA, Trial Testimony, April 27, 2023.

*In re Kirkland Lake Gold Ltd Securities Litigation,* United States District Court, Southern District of New York, Case No. 20-cv-04953, Deposition Testimony, April 24, 2023.

*Halman Aldubi Provident and Pension Funds LTD. v. Teva Pharmaceuticals Industries Limited*, United States District Court, Eastern District of Pennsylvania, Case No. 2:20-cv-04660-KSM, Deposition Testimony, January 25, 2023.

*In re FirstEnergy Corp. Securities Litigation,* United States District Court, Southern District of Ohio, Case No. 2:20-cv-03785-ALM-KAJ, Deposition Testimony, September 20, 2022.
*Steven A.W. De Jaray, et al. v. Lattice Semiconductor Corporation,* United States District Court, District of Oregon, Case No. 3:19-cv-00086-SI, Deposition Testimony, August 10, 2022.

*Christina Stegemann, on behalf of the Gannett Co, Inc. 401(k) Savings Plan et al.  v. Gannett Co., Inc. et al.,* United States District Court for the Eastern District of Virginia Alexandria Division, Civil Action No. 1:18-cv-00325-AJT-JFA, Deposition Testimony, June 17, 2022.

## PUBLICATIONS

"Going Public Abroad," with Cecilia Caglio and Kathleen Weiss Hanley, 2016, *Journal of Corporate Finance*, Vol. 41, 103-122.

"What Determines the Allocation of Managerial Ownership within Firms? Evidence from Investment Management Firms," with Stephen G. Dimmock and William C. Gerken, 2014, *Journal of Corporate Finance,* Vol. 30, 44-64.

"Economic Effects of SOX Section 404 Compliance: A Corporate Insider Perspective," with Cindy Alexander, Scott Bauguess, Gennaro Bernile, and Yoon-Ho Alex Lee, 2013, *Journal of Accounting and Economics,* Vol. 56, 267-290.

"The Distribution of IPO Holdings across Institutional Mutual Funds," with William C. Johnson, 2009, *Journal of Business Ethics*, Vol. 90, 119-128.

"Universal Banking, Asset Management, and Stock Underwriting," with William C. Johnson, 2009, *European Financial Management*, Vol. 15, 703-732.

"Divergence of Opinion Surrounding Extreme Events," with Tim Loughran, 2005, *European Financial Management*, Vol. 11, 579-601.

"The Timing Ability of Newly Listed NYSE Firms, 1926-1962," with Tim Loughran, 2005, *Journal of Behavioral Finance* Vol. 6, 44-56.

**Appendix A**

**JENNIFER MARIETTA-WESTBERG**
Vice President

---

**HONORS AND AWARDS**

*Professor of the Year*, Phi Chi Theta Undergraduate Professional Business Fraternity    2001
*Excellence in Teaching*, Finance Department, Michigan State University    2001

**PROFESSIONAL ACTIVITIES**

Elected Position: Chair, IOSCO Committee on Emerging Risk    2015-2016
Elected Position: Vice Chair, IOSCO Committee on Emerging Risk    2014-2015
Member: Financial Stability Board's Standing Committee on Assessment of    2015-2016
Vulnerabilities (SCAV)
Awarded a certificate of completion for the Strategic Management of Regulatory    2015
and Enforcement Agencies Program, Harvard University, John F. Kennedy
School of Government, Executive Education

Speeches

Suffolk University and Merrill Lynch Wealth Management Symposium, Boston, MA, 2017
Coe College, Cedar Rapids, IA, 2015
Network Management Americas, Miami, FL, 2015
IOSCO Annual Stakeholders Meeting, Madrid, 2015
13th Annual Quant Congress, New York, NY, 2015
Security Ops New York Conference, New York, NY, 2015
OTC Derivatives Clearing Summit, New York, NY, 2013
DerivOps Conference, Chicago, IL, 2013
University of Colorado, Burridge Center for Securities Analysis and Valuation Annual
Conference, "Dodd-Frank Requirements and Associated Economic Issues", Boulder, CO, 2011

Panelist

Securities Enforcement Forum, 2025, 2020-2021, 2017-2018
Public Company Shareholder Engagement Summit, 2024
Investment Company Institute: Economic Analysis and SEC Rulemaking, 2023
Cornerstone Research: Emerging Issues in Cryptocurrency, 2023
Women in Securities Litigation: Expert Panel, 2023
PLI Expert Witness Panel, 2019-2023
REITwise Virtual Law, Accounting & Finance Conference, 2021
The Knowledge Group, Effectively Handling an SEC Enforcement Inquiry, 2019-2021
ICI Securities Law Developments Conference, 2020
SEC Conference on the State of Our Securities Markets, Washington, D.C. 2019
Carnegie Mellon Conference on the Economics of Credit Rating Agencies, Pittsburgh, PA, 2015
Center for Professional Education, New York, NY, 2013, 2015
ICI SEC Rules Committee, Washington, D.C., 2015
SEC Speaks, Washington, D.C., 2012, 2013, 2014, 2015
Financial Stability Board's Assessment Group on Vulnerabilities, Mexico City, 2014
National Organization of Investment Professionals Conference on Equity Market Structure, New
York, NY, 2014
Consumer Financial Protection Bureau Conf. on Benefit-Cost Analysis, Washington, D.C., 2014

**Appendix A**

# JENNIFER MARIETTA-WESTBERG
## Vice President

Southwest Regional Securities Conference, Fort Worth, TX, 2013
NBER Credit Rating Agency Meeting, Boston, MA, 2013
Notre Dame Conference on Dodd Frank and the Future of Finance, Washington, D.C., 2013
Financial Markets Association, Legal and Legislative Issues Conference, Washington, D.C., 2011, 2012
Financial Management Association, Annual Meeting, Dallas, TX, 2010

Discussant

Penn Law ILE Spring Corporate Roundtable, Philadelphia, 2019
FINRA Fixed Income Conference, Washington, DC, 2017
University of Notre Dame Regulatory Conference, South Bend, IN, 2009, 2010, 2011, 2015
University of Indiana, Conference on Financial Economics and Accounting, Bloomington, IN, 2011
Oxford University IPO Symposium, Oxford, UK, 2008
University of Notre Dame Ethics Conference, South Bend, IN, 2008
Washington Area Finance Association, 2008, Washington, D.C., Annual Meeting
European Financial Management Association Annual Meeting, Stockholm, 2006
People and Money Conference, Depaul University, Chicago, IL, 2005
Financial Management Association, 1999, 2002-2005, 2007, 2010 Annual Meetings

**Appendix B**

# List of Documents Considered

## Academic Articles and Books

- D. Bradley et al. (2017), "Are All Analysts Created Equal? Industry Expertise and Monitoring Effectiveness of Financial Analysts," *Journal of Accounting and Economics*, 63(2–3), pp. 179–206

- D. Bradley, S. Gokkaya, and X. Liu (2017), "Before an Analyst Becomes an Analyst: Does Industry Experience Matter?" *The Journal of Finance*, 72(2), pp. 751–791

- D. E. Kieso et al. (2016), "Chapter 8: Valuation of Inventories: A Cost-Basis Approach," in *Intermediate Accounting*," 16th ed., New York, NY: John Wiley & Sons, pp. 386–441

- J. Claus and J. Thomas, "Equity Premia as Low as Three Percent? Evidence from Analysts' Earnings Forecasts for Domestic and International Stock Markets," *Journal of Finance*, 56(5), pp. 1629–1666

- L. D. Brown et al. (2015), "Inside the 'Black Box' of Sell-Side Financial Analysts," *Journal of Accounting Research*, 53(1), pp. 1–47

- L. D. Brown et al. (2016), "The Activities of Buy-Side Analysts and the Determinants of Their Stock Recommendations," *Journal of Accounting and Economics*, 62(1), pp. 139–156

- O. Kadan et al. (2012), "Analysts' Industry Expertise," *Journal of Accounting and Economics*, 54(2–3), pp. 95–120

- P. Asquith, M. B. Mikhail, and A. S. Au (2005), "Information Content of Equity Analyst Reports," *Journal of Financial Economics*, 75(2), pp. 245–282

- P.-C. Chiu et al. (2021), "Cater to Thy Client: Analyst Responsiveness to Institutional Investor Attention," *Management Science*, 67(12), pp. 7455–7471

- M. T. Bradshaw (2011), "Analysts' Forecasts: What Do We Know After Decades of Work?" Working Paper, https://papers.ssrn.com/sol3/papers.cfm?abstract_id=1880339

- R. M. Hayes and S. Schaefer (1999), "How Much Are Differences in Managerial Ability Worth?" *Journal of Accounting and Economics*, 27(2), pp. 125–148

## Analyst Reports

- "3Q Preview: Read-through lowers the bar for FIVE," *Bank of America*, November 29, 2022

**Appendix B**

- "3Q Recap: Trend-Right Assortment Drives Beat and Strong Black Friday Weekend," *Bank of America*, November 30, 2022

- "Five Below Inc. (FIVE): Strong 3Q Beat Driven by Better-Than-Expected Sales; Comp Trends Improved in Sept and Oct," *Goldman Sachs*, November 30, 2022

- "Thanksgiving Hangover as Black Friday/Saturday Traffic Noticeably Slows; Weekend Winners = OLLI, FIVE, DLTR, TJX, TSCO, DG, & ROST," *Gordon Haskett*, November 30, 2022

- "Who's Hotter in the City of Brotherly Love — Jalen Hurts or Joel Anderson? Strong 3Q Print, Raising Estimates & PT to 190," *Gordon Haskett*, November 30, 2022

- "FIVE: 3Q Better Than Fear, Value Offering Helping Drive Accelerating Trends," *KeyBanc*, November 30, 2022

- "Raising Price Target but Maintaining Hold Rating on F3Q 2022 'Beat and Raise,'" *Loop*, November 30, 2022

- "3Q Quick Read: Squishmallows Squash Expectations," *MKM Partners*, November 30, 2022

- "Strong Beat/Raise on Improving Trends, We See Meaningful Acceleration in '23 As Pressures Ease," *Truist Securities*, November 30, 2022

- "Another Triple Double," *UBS*, November 30, 2022

- "FIVE: Encouraging Update into Holiday; Remain Overweight," *Wells Fargo*, November 30, 2022

- "Clouds Clearing, Blue Skies Ahead; F23 Setup for Comp/Margin Expansion," *Citi*, December 1, 2022

- "Comps And Unit Growth Accelerating with Margins Set to Expand Set Up a Strong FY23. Reiterate BUY and Raising Price Target to $200," *Craig Hallum*, December 1, 2022

- "Value Doesn't Sleep," *Deutsche Bank*, December 1, 2022

- "Retail Resilience," *Evercore ISI*, December 1, 2022

- "FIVE - A Top- and Bottom-Line Inflection and a N- T De-Risking of 2023 Expectations—We Raise Our Estimates, PT and Stay BUY Rated," *Guggenheim*, December 1, 2022

- "A High FIVE Qtr Versus Expectations; PT to $200," *Jefferies*, December 1, 2022

- "3Q Beat & Raise; Reasonable 4Q Bar w/ FY23 Return to Algo; Reiterate OW w/ PT to $204," *J.P. Morgan*, December 1, 2022

**Appendix B**

- "Solid Third Quarter at Five Below Suggests Value Proposition Is Resonating, but Shares No Bargain," *Morningstar*, December 1, 2022

- "FIVE - 3Q22 Beat and Higher 4Q22 Outlook; Raising Estimates & PT," *Telsey Advisory Group*, December 1, 2022

- "Value Wins Weekly Vol. 105: DG and FIVE 3Q Earnings Recap, BJ's Media Edge," *Jefferies*, December 2, 2022

- "Rounding Out Q3: DG, KR, ULTA, FIVE," *Morgan Stanley*, December 4, 2022

- "Choices Not Cuts," *R5 Capital*, December 5, 2022

- "Strong Third-Quarter Momentum Continues into Holiday, Driving Upside to Fourth-Quarter Guide; Resuming Coverage at Outperform," *William Blair & Company*, December 6, 2022

- "Consumer & Retail Conference Day 1 Takeaways: DLTR, BBY, DKS, FIVE, VVV, DRVN, EYE, MCW, WOOF, SBH, & EWCZ," *Morgan Stanley*, December 7, 2022

- "NYC Store Tour Adds to Our Confidence in FIVE's Triple-Double Strategy and We See a Path to a $300+ Stock. Reiterate BUY Rating and $200 Price Target," *Craig Hallum*, December 13, 2022

- "The Best Things in Life (Cost Less Than $5)," *BNP Paribas*, December 15, 2022

- "Key Takes & Observations = CTRN, COST, DG, DLTR, FIVE, FND, M, OLLI, OSTK, TGT, TSCO, WMT, & W," *Gordon Haskett*, December 15, 2022

- "Better Late Than Never as Santa Delivers with Strong Last 2 Weeks: Winners (TSCO, BURL, DKS, TJX, OLLI) Vs Losers (TGT, FIVE, WMT)," *Gordon Haskett*, January 5, 2023

- "Holiday Sales Strong, Discount Momentum Continues," *BNP Paribas*, January 9, 2023

- "Holiday Sales Update," *Credit Suisse*, January 9, 2023

- "Our First Take on Holiday Sales Update," *Credit Suisse*, January 9, 2023

- "Takeaways from FIVE and UNFI," *Deutsche Bank*, January 9, 2023

- "Holiday Sales Release," *Evercore ISI*, January 9, 2023

- "Five Below Inc. (FIVE): Solid Holiday Sales; 4Q Guide Slightly Increases," *Goldman Sachs*, January 9, 2023

- "Takeaways From ICR Solid Holiday Sales; Reiterate Buy," *Goldman Sachs*, January 9, 2023

**Appendix B**

- "ICR Takes, Lateral Thoughts, & Model Updates: Macy's, Five Below, & Citi Trends," *Gordon Haskett*, January 9, 2023

- "Value Drove Solid Holiday Sales Performance with LT Growth Oppty Ahead," *Jefferies*, January 9, 2023

- ""No Surprise Holiday" - ICR Pre & Incremental Mgmt Takeaways," *J.P. Morgan*, January 9, 2023

- "FIVE: Strong Holiday Sales, 4Q Expected Near High End of Guidance," *KeyBanc*, January 9, 2023

- "Holiday Sales Positive; Q4 Trending Towards Upper End of Guidance," *MKM Partners*, January 9, 2023

- "Strong Holiday Results at Five Below Suggest Value Retail's Resilience; Shares Rich," *Morningstar*, January 9, 2023

- "Running at High End of Expectations; Our Data Suggests Sales Surged Late Dec," *Truist Securities*, January 9, 2023

- "Solid Holiday Season Despite Difficult Comparisons and Economic Challenges; Remain Buyers," *Truist Securities*, January 9, 2023

- "Initial Take on FIVE's Holiday Results," *UBS*, January 9, 2023

- "FIVE: Holiday Update Checks the Box; Reiterate Overweight," *Wells Fargo*, January 9, 2023

- "Strong Holiday Results Drive Fourth-Quarter Sales and Earnings Outlook Toward the High End of the Guided Range," *William Blair & Company*, January 9, 2023

- "Five Below - Takeaways from ICR Conference (Not Covered)," *Wolfe Research*, January 9, 2023

- "Mgmt. Meeting Takeaways: FIVE Wins Holiday with Differentiated Assortment," *Bank of America*, January 10, 2023

- "Holiday Strong; Growth Story Remains on Track," *Citi*, January 10, 2023

- "Strong Q4 Holiday Sales Update with Results Tracking Towards the High End of Guidance. Reiterate BUY and $200 Price Target," *Craig Hallum*, January 10, 2023

- "FIVE - Highlights from ICR 2023 Investor Meeting," *Telsey Advisory Group*, January 10, 2023

- "ICR Recap – LTH's 4Q EBITDA Beat, XPOF's Convertible Preferred Purchase, and Solid Results from FIVE, PFGC, PLNT, and EWCZ," *Guggenheim*, January 11, 2023

- "Consumer Growth & eCommerce," *MKM Partners*, January 11, 2023

**Appendix B**

- "Value Wins Weekly Vol. 110: FIVE Holiday Sales Results + Met w/ MAXO Mgmt," *Jefferies*, January 13, 2023

- "Strong Start to Calendar '23 with Broad Based Strength Across the Group; Winners = FIVE, DKS, TGT, COST, & the OPR's," *Gordon Haskett*, January 18, 2023

- "Q4 Comp Scenario Analysis, Bull Case Implies Potential Upside to QTD Trends," *Jefferies*, January 19, 2023

- "Five Below's Value-Oriented Assortment Should Resonate Amid Economic Uncertainty," *Morningstar*, January 23, 2023

- "Stars Aligning for Shares of Five Below," *Oppenheimer*, January 25, 2023

- "Store Visit Update - AMZN, FIVE, and TGT," *Telsey Advisory Group*, January 26, 2023

- "Initiating Coverage: Some Things Don't Change (That Much)," *Barclays*, February 7, 2023

- "2023 Retail Playbook & 4Q22 EPS Preview," *Gordon Haskett*, February 10, 2023

- "FIVE: Flexing its Value Muscle and Supercharging Stores; Upgrade to Buy," *Roth Capital Partners*, February 13, 2023

- "4Q22 Store Manager Survey Reflects in Line Sales; Five Beyond Gaining Traction & Contributing to Bigger Baskets, Stay Buy-Rated," *Gordon Haskett*, February 14, 2023

- "Surprisingly Very Weak Start to 1Q23 Questions the January Bounce: Winners = BJ, FND, KSS, TSCO; Losers = DG, DKS, FIVE, TGT, DLTR," *Gordon Haskett*, February 15, 2023

- "Expect In-Line 4Q and Few Surprises for F23 Guidance," *Citi*, March 8, 2023

- "FIVE - Expect Solid 4Q22 Results and 2023 Outlook," *Telsey Advisory Group*, March 8, 2023

- "Dept Stores / Specialty Softlines," *J.P. Morgan*, March 10, 2023

- "4Q22 Earnings Preview," *Credit Suisse*, March 13, 2023

- "Trending in the Right Direction," *UBS*, March 13, 2023

- "Expecting a Strong Print and Guide That Reflects Reaccelerating Unit Growth and Margin Expansion. Reiterate BUY, Raising Price Target To $235," *Craig Hallum*, March 14, 2023

- "Trend Right, Priced Right," *Deutsche Bank*, March 14, 2023

**Appendix B**

- "FIVE: Upcoming Guidance to Reinforce the Strength of the FIVE Model," *Roth Capital Partners*, March 14, 2023

- "FIVE - CFO Ken Bull Promoted to COO; New CFO Search Underway," *Telsey Advisory Group*, March 14, 2023

- "4Q Quick Take: Strong Traffic During the Holidays Drove Comp Beat," *Bank of America*, March 15, 2023

- "4Q22: High Bar Means No High Fives, but Path to Accelerating Comps and Margins," *Barclays*, March 15, 2023

- "Returning to Growth Algo," *Credit Suisse*, March 15, 2023

- "Trending in the Right Direction," *Deutsche Bank*, March 15, 2023

- "Five Below Inc. (FIVE): 4Q22 EPS in Line with Consensus; Store Base on Track to Grow 15% in FY23," *Goldman Sachs*, March 15, 2023

- "Despite Triple Double 'Push' … Transaction Uptick (NT++) & AUV Optionality (LT++) Are Reasons to Stay Bullish, Stay Buy/$240 PT," *Gordon Haskett*, March 15, 2023

- "FIVE: Comp Outlook Positive, Merchandising and Remodels to Drive Growth — Reiterate OW," *KeyBanc*, March 15, 2023

- "Raising Price Target on Nice Finish to F2022, But Valuation Keeps Us Sidelined," *Loop*, March 15, 2023

- "Strong 4Q on Improving Traffic; '23 Growth Meaningfully Accelerating as Pressures Ease," *Truist Securities*, March 15, 2023

- "FIVE: Outlook More Conservative than Expected, but Prudent; Remain Positive with Growth Poised to Accelerate," *Wells Fargo*, March 15, 2023

- "Hardlines Bracketology: Take FIVE for a Long-Term Run," *BNP Paribas*, March 16, 2023

- "F23 Comp Guided to Wide Range; 1Q Comp Guidance Above Cons," *Citi*, March 16, 2023

- "Guide is Slightly Softer than Expected but Still One of the Growth Stories in Retail. Reiterate BUY Rating and $235 Price Target," *Craig Hallum*, March 16, 2023

- "Delivering Value & Wow!" *Evercore ISI*, March 16, 2023

- "FIVE - Below-Consensus 1Q, 2023 Guidance Largely Reflects Timing and Conservatism—Raise Full-Year Estimate and PT, Remain BUY Rated," *Guggenheim*, March 16, 2023

**Appendix B**

- "4Q Results Show This Business is a Steady Ship That's Navigating Choppy Seas," *Jefferies*, March 16, 2023

- "In-Line 4Q w/ FY23 Bracketing Consensus; OW w/ $237 Price Target," *J.P. Morgan*, March 16, 2023

- "Growth Back on Track, Balanced N-T Stock Setup; OW, $210 PT," *Morgan Stanley*, March 16, 2023

- "Five Below's Modest 2023 Guidance Lags Our Outlook but Doesn't Alter Our Long-Term View," *Morningstar*, March 16, 2023

- "FIVE: Q4 Quick Read: Share Weakness Unwarranted, We're Buyers of a Better 2023," *Roth Capital Partners*, March 16, 2023

- "FIVE - 4Q22 Beat and Solid, Inline 2023 Guidance," *Telsey Advisory Group*, March 16, 2023

- "No More Playing Around," *UBS*, March 16, 2023

- "No Surprises in Fourth-Quarter Results and Fiscal 2023 Guide; Focus Remains on Long-Term Growth Potential," *William Blair & Company*, March 16, 2023

- "Value Wins Weekly Vol. 119: DG and FIVE Earnings Takes + BJ Partners w/ Simbe," *Jefferies*, March 17, 2023

- "Quick Read: FIVE Positioned Well for 2023," *Oppenheimer*, March 17, 2023

- "One of the Best Retail Growth Stories (and Well-Positioned for F23)," *Citi*, March 20, 2023

- "FIVE: Non-Material Estimate Change," *Wells Fargo*, March 21, 2023

- "Raising Price Target but Maintaining Hold Rating Following Management Call," *Loop*, March 24, 2023

- "Moving to the Sidelines," *R5 Capital*, March 26, 2023

- "9th Annual Retail Round-Up Preview: Fieldwork, Themes & Primer Materials," *J.P. Morgan*, March 27, 2023

- "The Little Department Store for Kids," *Credit Suisse*, March 30, 2023

- "March Weather Headwind Fading, April/Easter to Bring Slight Relief; Mean Reversion Candidates = HD, LOW, DKS, TJX, BURL, FIVE," *Gordon Haskett*, March 30, 2023

- "FIVE: Management Meeting Takeaways - Leveling Up for 2023 and Beyond," *Roth Capital Partners*, April 6, 2023

**Appendix B**

- "FIVE: Can Mario Power Up Late Q1 Comps?" *Roth Capital Partners*, April 10, 2023

- "Comparing 7 Day Period in Both 2023 & 2022 Yields Unfavorable Trend; YOY Footfall Down 8.7%; Bright Spots = DLTR, TJX, & FIVE," *Gordon Haskett*, April 12, 2023

- "Traffic Takes Step Backwards Despite Weather Turn; Call Outs = WMT/Sam's (+), FDO (+), FIVE (+), OPRs (-), TGT (-); Upgrading WMT," *Gordon Haskett*, April 19, 2023

- "Despite Discretionary Spending Pressure, Five Below's Value Orientation Should Resonate," *Morningstar*, May 1, 2023

- "1Q23 Store Manager Survey = FIVE (+), TGT (=/+), TJX (=), ROST (=/-); Model Implications and Foot Traffic Update Through 4/29," *Gordon Haskett*, May 9, 2023

- "Holding Our Breath as Traffic Deterioration Continues into May; 1Q23 Winners = (FIVE, OLLI, TGT), Losers = (M, JWN, ROST, DG, LOW)," *Gordon Haskett*, May 10, 2023

- "1Q23 Earnings Preview: Updated SSS/EPS & Price Targets; Favorite Long Ideas = WMT, BJ, COST, FIVE, DLTR, TJX, TSCO, & DKS," *Gordon Haskett*, May 11, 2023

- "Traffic Bounces w/Mother's Day Lap & Mother Nature in Focus; MTD Winners = (LOW, OLLI, BURL, BJ), Losers = (FIVE, WOOF, WMT, HD)," *Gordon Haskett*, May 16, 2023

- "Expect In-line 1Q, Below Consensus 2Q Guidance," *Citi*, May 24, 2023

- "Let's Go to the Movies," *UBS*, May 29, 2023

- "Thoughts Ahead of 1023 Earnings," *Credit Suisse*, May 30, 2023

- "FIVE - 1Q23 Earnings Preview; Trimming 2023 Outlook and PT," *Telsey Advisory Group*, May 30, 2023

- "1Q Preview: FIVE enters the summer doldrums," *Bank of America*, May 31, 2023

- "1Q Recap: Optimistic on FIVE due to recession resilience," *Bank of America*, June 1, 2023

- "pOpshelf Overhang Loses Some Steam," *BNP Paribas*, June 1, 2023

- "Value Positioning Shows Resilience; Still One of the Best Growth Stories in Retail," *Citi*, June 1, 2023

- "Standout 1Q Execution Amid a Tough Retail Backdrop," *Credit Suisse*, June 1, 2023

- "FIVE Bucks the Trend," *Deutsche Bank*, June 1, 2023

**Appendix B**

- "Five Below Inc. (FIVE): 1023 EPS Beat; FY23 Guidance Updated but Unchanged at the Midpoint for Sales and EPS," *Goldman Sachs*, June 1, 2023

- "Seeing the Forest Through the Trees: Improving Traffic + AUV Optionality + Value Focus = FIVE > DLTR > DG, Post 1Q Notes," *Gordon Haskett*, June 1, 2023

- "FIVE: Merchandising and Remodel Initiatives Driving Growth Despite Consumer Headwinds," *KeyBanc*, June 1, 2023

- "In-Line 1Q23 and Narrowed Full Year Outlook, Despite Tough Economic Environment; We Remain Buyers," *Truist Securities*, June 1, 2023

- "Five of a Kind," *UBS*, June 1, 2023

- "FIVE: Q1 Update Better than Feared as Resiliency of Model Shines; Remain Overweight," *Wells Fargo*, June 1, 2023

- "1Q23: A Good Result in a Weakening Retail Environment," *Barclays*, June 2, 2023

- "Demonstrating Discretionary Durability," *BNP Paribas*, June 2, 2023

- "Solid Q1 Results and Better-Than-Feared Guidance Stand Out from the Pack. Reiterate BUY Rating and Lowering Price Target To $224," *Craig Hallum*, June 2, 2023

- "Delivering Value & Wow!" *Evercore ISI*, June 2, 2023

- "FIVE - All Things Considered, A Good 1Q Print— Ramping Unit Expansion a Positive; Remain BUY- Rated With $220 PT, 30%-Plus Potential Upside," *Guggenheim*, June 2, 2023

- "High FIVE... Solid Result & Decent Guidance," *Jefferies*, June 2, 2023

- "Value Wins Weekly Vol. 130: DG and FIVE Earnings Results + COST May Sales," *Jefferies*, June 2, 2023

- "5 Key Mgmt Follow-Up Takes; Stable Unit Growth Story; Overweight," *J.P. Morgan*, June 2, 2023

- "Impressive F1Q 2023 Performance Given Others' Struggles," *Loop*, June 2, 2023

- "Bucking the Discretionary Trend; OW, $210 PT," *Morgan Stanley*, June 2, 2023

- "Five Below Earnings: Decent Quarter Shows Shoppers Continue to Respond to Value; Shares Rich," *Morningstar*, June 2, 2023

- "Updating Financial Model for FIVE," *Oppenheimer*, June 2, 2023

- "FIVE: Q1 Quick Read: Trim and Rally?" *Roth Capital Partners*, June 2, 2023

- "FIVE - Traffic +3.9% Shines in 1Q23 EPS Beat; 2023 Guidance Narrowed," *Telsey Advisory Group*, June 2, 2023

**Appendix B**

- "First-Quarter Earnings Exceed Expectations; Healthy Transaction Growth Is a Bright Spot as Management Narrows Full-Year Guide," *William Blair & Company*, June 2, 2023

- "Five Below: Dropping Coverage," *Morningstar*, June 6, 2023

- "Five Below Earnings Updates: Five Below, Inc. (FIVE), Hold, $184.93 – 1Q23 Earnings," *R5 Capital*, June 7, 2023

- "June Week #2 Softer Than Week #1 . . . but MTD > April/May: TGT (-), WMT (+), FIVE (+), HD/LOW/TSCO (+), TJX > BURL + ROST," *Gordon Haskett*, June 12, 2023

- "FIVE - ALERT: Kristy Chipman Named CFO and Treasurer," *KeyBanc*, June 14, 2023

- "FIVE - Kristy Chipman Named CFO," *Telsey Advisory Group*, June 14, 2023

- "Five Below Names Kristy Chipman as its New CFO," *Truist Securities*, June 14, 2023

- "Announces Kristy Chipman as CFO; Ken Bull Assumes New Role as COO," *William Blair & Company*, June 14, 2023

- "Value Wins Weekly Vol. 132: FIVE Gets New CFO + WMT Leads the Al Charge," *Jefferies*, June 16, 2023

- "NANTUCKET TAKES: With Consumer's Wallet Constrained, FIVE Provides Value," *Jefferies*, June 21, 2023

- "Our Channel Checking Observations in NJ/CT," *Credit Suisse*, July 10, 2023

- "FIVE: Some Buzz Around Barbie," *Roth Capital Partners*, July 12, 2023

- "Summer Promotion 'Could' Reflect Slowing Discretionary Sales Trend; Moderating Foot Traffic May Be Leading Indicator," *Gordon Haskett*, July 24, 2023

- "FIVE: Barbiecore Breaks Out with $155M Opening Weekend," *Roth Capital Partners*, July 24, 2023

- "FIVE: Newfound 'Kenergy' in Shares?" *Roth Capital Partners*, July 28, 2023

- "ROST (+), TJX (=/+), FIVE (=), TGT (=/-): Model Implications and Foot Traffic Update Through July 29th," *Gordon Haskett*, August 2, 2023

- "Barbie a Potential Modest Positive for FIVE," *Oppenheimer*, August 4, 2023

- "MTD Traffic Trends > July/2Q; Sales Tax Holidays + Weather + BTS Positive Factors = TJX (+), COST (+), FIVE/DLTR (+), HD (+) > LOW," *Gordon Haskett*, August 16, 2023

**Appendix B**

- "Thoughts Ahead of 2Q23 Earnings," *Credit Suisse*, August 17, 2023

- "Deep Dive into FIVE's Discretionary Durability," *BNP Paribas*, August 18, 2023

- "2Q Preview: Defending Five Below," *Bank of America*, August 23, 2023

- "Expect In-line 2Q, F23 Guidance Reiterated," *Citi*, August 23, 2023

- "FIVE - 2Q23 Earnings Preview," *Telsey Advisory Group*, August 25, 2023

- "Expecting Green from Pink," *UBS*, August 25, 2023

- "What a Ride! Taking a Look Back & Ahead; Positive on FIVE; WMT's Gains," *Deutsche Bank*, August 28, 2023

- "August Week #4 Traffic Update = FIVE (+), COST (+), DG (-), OLLI, (-) & ASO (+)," *Gordon Haskett*, August 28, 2023

- "2Q Recap: EPS Guide Lowered on Shrink, But Still Confident in 2H Reacceleration," *Bank of America*, August 30, 2023

- "Higher Shrink Headwinds Offset a Solid 2Q Performance," *Credit Suisse*, August 30, 2023

- "Up High (2Q), Down Low (Shrink)," *Deutsche Bank*, August 30, 2023

- "Nobody Likes Shrinkage … Notes Post CEO/CFO/COO Callback & 2Q23 Results, Stay Buy-Rated," *Gordon Haskett*, August 30, 2023

- "Traffic Slows in Week #4 . . . But August > July/2Q on 4-Yr. G-Stack; Callouts = TGT (+), FIVE (+), TJX/ROST/BURL (+), DG/BJ (-)," *Gordon Haskett*, August 30, 2023

- "FIVE: Compelling Merchandise Driving Traffic and Comps; Shrink Hits Profitability," *KeyBanc*, August 30, 2023

- "Lowering PT To $175 From $200 As 'Another One Bites The (Shrink) Dust'," *Loop*, August 30, 2023

- "Despite Shrink Headwinds, Underlying Fundamentals & LT Outlook Remain Solid; Reit Buy," *Truist Securities*, August 30, 2023

- "On The Shrink Trend," *UBS*, August 30, 2023

- "FIVE: Another Shrink Casualty Emerges; Some Hurdles Ahead, but We Remain Supportive of the Story," *Wells Fargo*, August 30, 2023

- "2Q23: Q2 In Line, with Improving Traffic and Gross Margin, but Shrink Expected to Negatively Impact 2H," *Barclays*, August 31, 2023

- "Positive Transactions, Shrinking Margins," *BNP Paribas*, August 31, 2023

- "Guidance Narrowed Due to Shrink; Underlying Biz Healthy," *Citi*, August 31, 2023

- "Inventory Shrink Takes a Bite Out of Earnings but Mitigation Efforts Coming. Reiterate BUY And Lowering Price Target To $215," *Craig Hallum*, August 31, 2023

- "Delivering Comps; Not Shrinking from a Challenge," *Evercore ISI*, August 31, 2023

- "Five Below Inc. (FIVE): Transaction-Led Comp Growth Remains Encouraging; FY23 Top Line Guidance Unchanged," *Goldman Sachs*, August 31, 2023

- "FIVE - Proactively Joining the Shrink Party in an Unimportant Quarter—Stay BUY Rated on New Units, Product, and Healthy Traffic," *Guggenheim*, August 31, 2023

- "Qtr About in Line, 3Q Guide Light on Top/ Bottom, FY Guide Shaved. PT to $212," *Jefferies*, August 31, 2023

- "In-line 2Q w/ 2H 'Core' Unchanged; Mgmt Follow-Up Takes," *J.P. Morgan*, August 31, 2023

- "Executing Well, With Puts & Takes; OW, $210 PT," *Morgan Stanley*, August 31, 2023

- "FIVE - 2Q23 Results Inline, but Shrink Leading to Lower 2023 Outlook," *Telsey Advisory Group*, August 31, 2023

- "Second Quarter in Line with Expectations; Full-Year Sales Guide Reiterated While Shrink Pressures Weigh on Earnings Outlook," *William Blair & Company*, August 31, 2023

- "Value Wins Weekly Vol. 140: BTS Survey Results + FIVE, OLLI, DG 2Q Earnings," *Jefferies*, September 1, 2023

- "Pricing Study and Channel Checks Show FIVE's Resiliency to Temu's Encroachment," *Bank of America*, September 8, 2023

- "Updating Financial Model for FIVE," *Oppenheimer*, September 10, 2023

- "Five Below Inc. (FIVE): 30th Annual Global Retailing Conference — Key Takeaways," *Goldman Sachs*, September 13, 2023

- "Five Below Earnings Updates," *R5 Capital*, September 14, 2023

- "FIVE - Management Meeting/Store Tour Highlights the 'Controllables' - New Product, Unit Growth and Shrink- Reiterate BUY Rating and $220 PT," *Guggenheim*, October 1, 2023

- "J-Anderson > B-Harper > J-Hurts; CEO & IR Store Tour & Meeting Takes; Raising 3Q SSS/EPS . . . But Tweaking Down FY24," *Gordon Haskett*, October 16, 2023

**Appendix B**

- "Store Visits - BBY, COST, FIVE, FND, HD, LOW, TGT, and WMT," *Telsey Advisory Group*, October 30, 2023

- "30 EPS: We Like Traffic/Value i WMT, FIVE, ULTA; Downgrade BJ to Hold," *Deutsche Bank*, November 6, 2023

- "Adding FIVE to TAP Outperform List," *Evercore ISI*, November 9, 2023

- "Broadlines & Hardlines Retail 3Q23 Preview," *Gordon Haskett*, November 10, 2023

- "Americas Retail: Specialty Hardlines: Evaluating the toy category for FIVE and TGT; Channel checks; Takeaways from IR/management," *Goldman Sachs*, November 13, 2023

- "Traffic Improves, First Positive Print Since August on 4-Yr G-Stack; Winners = HD, BJ, FIVE, TGT vs. Laggards = Dept Stores, BURL, DKS," *Gordon Haskett*, November 14, 2023

- "3Q Preview: Our Top Holiday Pick as Consumers Seek Out Value," *Bank of America*, November 22, 2023

- "Expect a 3Q Comp Beat, F23 Guidance Maintained and Positive Commentary on Holiday Trends," *Citi*, November 22, 2023

- "CY3Q23 Hardline/Broadline Retail: AZO, DG, FIVE and OLLI; Sales Still Pretty Stable; Raising FIVE Ests," *Truist Securities*, November 22, 2023

- "FIVE: Removing from Tactical Outperform List," *Evercore ISI*, November 27, 2023

- "B&M Footfall & Digital Traffic Both Down YOY; Positive Callouts = Five Below, TJX, The Rack, Burlington, Tractor Supply, Wayfair & BJ's," *Gordon Haskett*, November 27, 2023

- "FIVE - 3Q23 Earnings Preview," *Telsey Advisory Group*, November 27, 2023

- "Feeling Festive," *UBS*, November 27, 2023

- "3Q Recap: Halloween Success Foreshadows Strong Holiday; Our Top 4Q Pick," *Bank of America*, November 29, 2023

- "3Q23: Executing Well, Superior Building Blocks for FY24," *Barclays*, November 29, 2023

- "3Q Strong All Around (and No Oct Slowdown); 4Q Off to a Solid Start," *Citi*, November 29, 2023

- "Value Never Sleeps," *Deutsche Bank*, November 29, 2023

- "Five Below Inc. (FIVE): 3Q23 Beat and FY23 Guidance Raised at the Midpoint; Reiterate Buy," *Goldman Sachs*, November 29, 2023

**Appendix B**

- "No "Tush Push" Needed for This Team from Philly = CEO & CFO Callback Notes... Raising Estimates & PT to $215, Stay Buy-Rated," *Gordon Haskett*, November 29, 2023

- "FIVE: 3Q Above on Healthy Comps, 2023 Guidance Raised," *KeyBanc*, November 29, 2023

- "Raising Price Target To $190 From $175 On F3Q 2023 'Beat and Raise'," *Loop*, November 29, 2023

- "Strong 3Q as Transactions and New Stores Continue Driving Growth; Raised Low End of Sales/EPS Guide," *Truist Securities*, November 29, 2023

- "FIVE's Momentum Should Carry Into 4Q and 2024," *UBS*, November 29, 2023

- "FIVE: Q3 Provides Further Evidence Model Wins as Consumers Seek Value; Remain Overweight," *Wells Fargo*, November 29, 2023

- "Steady as Discretionary Gets in This Backdrop," *BNP Paribas*, November 30, 2023

- "The Five Below Growth Train is Firmly Back on Track. Reiterate BUY and Raising Price Target to $220," *Craig Hallum*, November 30, 2023

- "Defying Gravity & Delivering Growth," *Evercore ISI*, November 30, 2023

- "FIVE - A Promising Prelude to the Holiday Main Event - Product and Calendar; Remain BUY Rated With $220 PT," *Guggenheim*, November 30, 2023

- "Right On Target... Delivering Another Solid Quarter," *Jefferies*, November 30, 2023

- "Mgmt Takes & Incremental Model Points; 3Q Beat & Raise; Overweight," *J.P. Morgan*, November 30, 2023

- "Playbook Working; OW, $225 PT," *Morgan Stanley*, November 30, 2023

- "Quick Read: Q3 Results Display Underlying Resiliency," *Oppenheimer*, November 30, 2023

- "FIVE – 3Q23 Beat; 4Q23 Guidance Exceeds Expectations Among Our Picks for Holiday 2023 Winners," *Telsey Advisory Group*, November 30, 2023

- "Healthy Third-Quarter Beat and Raise to the Full-Year Guide; Model Is Well Positioned Ahead of the Holiday and Fiscal 2024," *William Blair & Company*, November 30, 2023

- "No Oct. Sales Lull at FIVE," *Oppenheimer*, December 4, 2023

- "Dollar General, Dollar Tree, Five Below, Best Buy & Lowe's 3Q23 Earnings Updates," *R5 Capital*, December 10, 2023

- "Store Visits - WMT, TGT, FIVE," *Telsey Advisory Group*, December 11, 2023

**Appendix B**

- "Traffic Slows . . . as Expected; HD, LOW, & FND Outperform While TGT, DLTR, & FIVE Slow Ahead of Final Holiday Push," *Gordon Haskett*, December 19, 2023

- "Santa Delivers with Very Strong Footfall in Week #4: Winners = OPRS, FIVE, DLTR, TGT, & JWN; Laggards = TSCO," *Gordon Haskett*, December 27, 2023

- "Strong Traffic in Weeks #4/#5 Drives Better Finish to Holidays; Winners = OPRs (TJX, ROST, BURL), DLTR, & FIVE," *Gordon Haskett*, January 3, 2024

- "High FIVE & Beyond," *Deutsche Bank*, January 4, 2024

- "Upgrade to Outperform; Defying Gravity & Delivering Growth," *Evercore ISI*, January 4, 2024

- "2024 Outlook: Tougher Fundamental Year on Deck; Selectivity Likely to Be Key— Downgrading BJ, FIVE, UNFI Top Picks Include USFD, PFGC, WMT, DLTR, and CASY," *Wells Fargo*, January 4, 2024

- "FIVE - A Solid Holiday Update, Extended Triple Double, and Incremental Five Beyond Color... but a Muted Reaction—BUY With Raised $230 PT," *Guggenheim*, January 5, 2024

- "First Take on Holiday Sales: Results but Battling High Expectations," *Barclays*, January 8, 2024

- "Follow Ups from the Breakout / Presentation," *Barclays*, January 8, 2024

- "Strong Holiday Sales, But Some Risk Looking to '24," *BNP Paribas*, January 8, 2024

- "Strong Holiday, F24 to be on Lower End of Algo; Growth Story Intact," *Citi*, January 8, 2024

- "Holiday Comps Solid; EPS Guide Retained (Not Raised)," *Evercore ISI*, January 8, 2024

- "Five Below Inc. (FIVE): Pre-announces QTD Sales Results; Reiterates 4023 and FY23 guidance," *Goldman Sachs*, January 8, 2024

- "Five Below (=/+) and Citi Trends (++) = ICR Takes, Lateral Thoughts, & Model Updates," *Gordon Haskett*, January 8, 2024

- "Holiday Results Strong; However, Adjusted LT Outlook Impacted Shares," *Jefferies*, January 8, 2024

- "Holiday Pre & 3-Year Plan Update; Incremental Mgmt Follow-Up Takes - ALERT," *J.P. Morgan*, January 8, 2024

- "FIVE: Strong Holiday Sales, Triple Double Plan Formally Updated," *KeyBanc*, January 8, 2024

**Appendix B**

- "FIVE - 2023 Holiday Sales Beat and ICR Update," *Telsey Advisory Group*, January 8, 2024

- "Solid Holiday Performance; Reiterate 4Q Guide with Sls in Upper-Half; Remain Aggr Buyers," *Truist Securities*, January 8, 2024

- "Solid Holiday sls; Updated Unit Econ/Targets; Still Expecting ~20% EPS CAGR Through 26," *Truist Securities*, January 8, 2024

- "Initial Take on FIVE's Holiday Results," *UBS*, January 8, 2024

- "FIVE: Holiday Update Solid, but Expectations Higher; Triple-Double Adjustment Expected; Some Earnings Risk Remains," *Wells Fargo*, January 8, 2024

- "Encouraging Holiday Performance Supports Fourth-Quarter Upside; Long- Term Targets Reiterated Despite One-Year Delay," *William Blair & Company*, January 8, 2024

- "Mgmt. Meeting Takeaways: Store Growth Expansion On-Track," *Bank of America*, January 9, 2024

- "Five Below Inc. (FIVE): ICR Conference and Meeting with Management — Key Takeaways," *Goldman Sachs*, January 9, 2024

- "ICR Thoughts on WMT, FIVE, EWCZ," *Morgan Stanley*, January 9, 2024

- "ICR Takeaways - FIVE Still in the Game for Triple Double," *Deutsche Bank*, January 10, 2024

- "FIVE, USFD, PLNT, EWCZ: ICR Highlighted by Solid 4Q Updates, Progress on Strategic Initiatives; BUY USFD, PLNT, and FIVE," *Guggenheim*, January 10, 2024

- "FIVE - 2024 ICR Meeting Takeaways," *Telsey Advisory Group*, January 10, 2024

- "FY24 Shapes Up to Be a Slower Growth Year. Downgrading to a HOLD Rating and Lowering Price Target to $195," *Craig Hallum*, January 16, 2024

- "Footfall Stays Firm MTD . . . But Mother Nature Likely a Headwind in Coming Weeks; Winners = DG, TGT, TSCO, FIVE, OPRs," *Gordon Haskett*, January 17, 2024

- "FIVE Intra-Quarter Catch-Up: Our Key Takeaways," *BNP Paribas*, January 23, 2024

- "FIVE Growth Engine Moderating? Downgrade to Perform," *Oppenheimer*, January 30, 2024

- "TAG Checkout - January 2024 - Discounters," *Telsey Advisory Group*, January 30, 2024

**Appendix B**

- "Footfall Slows but Week #4 Recovers; 4-Year Growth Remains Positive With 1H > 2H... Winners = TGT, FIVE, TSCO, & KSS," *Gordon Haskett*, January 31, 2024

- "Updating Modeling Assumptions," *Morgan Stanley*, March 3, 2024

- "Winners = WMT, TSCO, HD, & DG . . . Laggards = Off-Price, DLTR, FIVE, & OLLI; Tax Refunds + Weather Likely Culprits to Choppy Start," *Gordon Haskett*, March 13, 2024

- "Expect Modest 4Q Beat, F24 Guidance In-line W/Cons," *Citi*, March 15, 2024

- "FIVE - 4Q23 Earnings Preview," *Telsey Advisory Group*, March 15, 2024

- "FIVE - A Better 4Q Print Set-Up Than Many Peers, Especially as a Rare Secular Grower- Remain BUY- Rated with a $230 PT," *Guggenheim*, March 17, 2024

- "Bouncing from Barbie to the Easter Bunny," *UBS*, March 17, 2024

- "Supercharged Store Base Primed to Re-Accelerate - Initiate at Buy," *Mizuho*, March 18, 2024

- "Five Below Inc. (FIVE): 4023 EPS Miss; FY24 Guidance Came in Below Consensus," *Goldman Sachs*, March 20, 2024

- "Nobody Likes Shrinkage, But It Isn't Structural; Post 4Q23 Thoughts & CEO/CFO Call Back Notes; Stay Buy-Rated," *Gordon Haskett*, March 20, 2024

- "FIVE: Shrink Problems, LT Story Intact," *KeyBanc*, March 20, 2024

- "Maintain Hold Rating on Solid F4Q 2023 Results-Except for the Shrink," *Loop*, March 20, 2024

- "Q4 Quick Read: Shrinking Estimates, Although L-T Growth Story Still Intact," *Mizuho*, March 20, 2024

- "Discounts on FIVE Shrs to Be Had! Likely Dbl Count of Shrink Shld Result in Upside Later; Algo Fine," *Truist Securities*, March 20, 2024

- "FIVE: Shrink and Slow Start to the Year Dent the '24 Outlook; Remain Sidelined as Headwinds to Stock Remain," *Wells Fargo*, March 20, 2024

- "Five Below, Inc. 4Q23: Plenty of Noise; Trimming Estimates," *Barclays*, March 21, 2024

- "Shrink Pressures Clouding Discretionary Resilience," *BNP Paribas*, March 21, 2024

- "Shrink Headwinds and a Weaker Start to 1Q; Not Off to a Good Start," *Citi*, March 21, 2024

- "Q4 Print Is A WOW, But Not in a Good Way. Reiterating HOLD Rating and Lowering Price Target To $187," *Craig Hallum*, March 21, 2024

**Appendix B**

- "Battling Shrink/ 1Q Soft Patch; Traffic & Store Growth Potential Remains," *Evercore ISI*, March 21, 2024

- "FIVE - A Disappointing, Shrink-Oriented 4Q Print and Initial 2024 Guide— Lowering 2024-2026 Estimates but Remain BUY-Rated With $230 PT," *Guggenheim*, March 21, 2024

- "Look Out BELOW... Shrink Hits Bottom Line... Lowering Ests/PT," *Jefferies*, March 21, 2024

- "4Q Miss & FY24 Set Below Street; LT Structure Unchanged w/ NT Penalty Box Setup; OW," *J.P. Morgan*, March 21, 2024

- "Q4'23 EPS Recaps: FIVE, OLLI," *Morgan Stanley*, March 21, 2024

- "Quick Read: Trends Stay Soft at FIVE," *Oppenheimer*, March 21, 2024

- "FIVE – Higher Shrink Takes Toll on 4Q23 and 2024 Outlook," *Telsey Advisory Group*, March 21, 2024

- "Watch Out Five Below?" *UBS*, March 21, 2024

- "Fourth-Quarter Results and Guidance for 2024 Disappoints on Pervasive Shrink Headwinds," *William Blair & Company*, March 21, 2024

- "SpartanNash, Grocery Outlet and Five Below Earnings Updates 4Q23," *R5 Capital*, March 24, 2024

- "Shrinking the Self-Checkout Line," *Deutsche Bank*, March 25, 2024

- "Some Transition Elements in FY24, but the Stock Pullback Creates an Interesting Opportunity," *Barclays*, April 1, 2024

- "Ranking Our Coverage Universe; Downgrading = FIVE, COST, DLTR, & LOW; Waving a Yellow Flag Post YTD Rally," *Gordon Haskett*, April 3, 2024

- "99 Cents Only Stores to Liquidate, Freeing Up Some West Coast Market Share and Real Estate," *Mizuho*, April 8, 2024

- "Updating Financial Model for FIVE," *Oppenheimer*, April 9, 2024

- "Shades of Grey Tear Sheet = Value Proposition Intact, But Shrink & NSP Issues Remain Top of Mind; Accumulate Balances R/R in NT," *Gordon Haskett*, April 15, 2024

- "March Data Suggests a Strong Easter Performance," *Jefferies*, April 17, 2024

- "Fieldwork, Access & Multi-Year Model Dive = Downgrade to Neutral on Micro/Macro Combo," *J.P. Morgan*, April 23, 2024

**Appendix B**

- "FIVE: If It's Not Broken, Then We Should Probably Buy It; Upgrading to Overweight on Compelling Risk/Reward," *Wells Fargo*, April 25, 2024

- "TAG Checkout - April 2024 - Big Box Retailers," *Telsey Advisory Group*, April 26, 2024

- "First Take: Better Headline, Sales and Inventory Progress Encouraging," *Barclays*, May 30, 2024

- "Trim TP to $140; Some Progress and New Risks Emerging," *BMO Capital Markets*, May 30, 2024

- "1Q Ahead and F25 EPS Guidance Range Unchanged," *BMO Capital Markets*, May 30, 2024

- "Margin Pain Overshadows Solid Traffic-Led Comps," *BNP Paribas*, May 30, 2024

- "First Look: Q1 EPS Beat; FY24 Guide Reaffirmed," *BNP Paribas*, May 30, 2024

- "1Q Recap: Shrink & Mix Continue to Pressure Results," *Bank of America*, May 30, 2024

- "Honey, We Shrunk the Margins (for Now), *Deutsche Bank*, May 30, 2024

- "1Q24 Initial Reaction," *Evercore ISI*, May 30, 2024

- "Topline Traction; Now for the Margin," *Evercore ISI*, May 30, 2024

- "Hold: A Triple Beat in 1QFY25 Results, But Not Enough to Lift Shares Higher," *HSBC Global Research*, May 30, 2024

- "Solid Q1 Beat; FY Reiterated, but Pressures Persist," *Jefferies*, May 30, 2024

- "Mgmt Follow-Up Takes & Model Implications; Remain Neutral Lowering PT to $137," *J.P. Morgan*, May 30, 2024

- "Lowering Price Target To $135 From $150 Despite F1Q 2024 'Beat And Reiterate,'" *Loop Capital*, May 30, 2024

- "Quick Read: DG Management Delivers an Upside Surprise in a Difficult Backdrop," *Oppenheimer*, May 30, 2024

- "Q1 Shows Turnaround Progress, But Macro Headwinds Are Limiting Upside," *Piper Sandler*, May 30, 2024

- "Initial Thoughts: F1Q24 Comps/EPS Beat; FY24 Outlook Reaffirmed," *Raymond James*, May 30, 2024

- "DG - 1Q24 Beat; 2Q24 Guidance Soft; 2024 Outlook Reiterated," *Telsey Advisory Group*, May 30, 2024

**Appendix B**

- "DG - Making Strategic Progress in 1Q24 and 2024," *Telsey Advisory Group*, May 30, 2024

- "1Q24: 1Q ~In-Line; Core Consumer Focused on Needs, But May be Starting to Stabilize," *Truist Securities*, May 30, 2024

- "1Q Solid, but 2H-Loaded Year Needs Some Margin Benefits to Flow Through; LT Margins Still a Question," *Truist Securities*, May 30, 2024

- "What's The Initial View on DG's 1Q'24 Results?" *UBS*, May 30, 2024

- "Why Was Good Not Good Enough?" *UBS*, May 30, 2024

- "Q1 Update Shows Progress and Resilience in a Softer Low-Income Backdrop; Challenges Remain but Expect Positive Stock Reaction," *Wells Fargo*, May 30, 2024

- "Results Speak Louder than Words?" *Barclays*, May 31, 2024

- "DG - Getting Back to Basics Is Not Linear—Trimming Estimates and PT to $155 On Tepid 2Q Guide but Remain BUY-Rated," *Guggenheim*, May 31, 2024

- "Reaffirm Outperform Rating Following F1Q Results," *Raymond James*, May 31, 2024

- "Sluggish Trends Continue Particularly at the Low-End of the Income Spectrum Including BJ, FIVE, DLTR, OLLI, ROST, & BURL," *Gordon Haskett*, May 3, 2024

- "Has FIVE Lost a Step? Expert Call Takeaways," *Mizuho*, May 13, 2024

- "Balks at 99 Cents Only Opportunity," *Mizuho*, May 22, 2024

- "Dollar Stores 1Q24 Earnings Preview," *Gordon Haskett*, May 24, 2024

- "Expect Weaker 1Q vs Cons and a Lowered F24 Outlook," *Citi*, May 28, 2024

- "Slightly Lowering Ests, But Tariff Concerns Seem to be a Primary Issue; Qs for NDR on 6/6/24," *Truist Securities*, May 28, 2024

- "Better Month So Far with Strong June Start Likely on Tap: Winners = WMT, TGT, DLTR, FIVE, OLLI, TJX, ROST, BURL, KSS, & DKS," *Gordon Haskett*, May 29, 2024

- "Down Low, But Not for Long; FIVE 1Q Preview," *Deutsche Bank*, May 31, 2024

- "FIVE - 1Q24 Earnings Preview," *Telsey Advisory Group*, May 31, 2024

- "DG - Additional Estimate Adjustments, But the Same Conclusions—A Reasonable 2H Hockey Stick and A Comp-Dependent L-T Margin Recovery; BUY," *Guggenheim*, June 2, 2024

- "Taking Down the Guidance by at Least 5 Below?" *UBS*, June 3, 2024

**Appendix B**

- "Correction: Some Progress Against Continued Challenges; Questions Around Turnaround Story Remain," *Wells Fargo*, June 3, 2024

- "A View on What We Need to See for Investors to Re-Engage," *Wells Fargo*, June 4, 2024

- "Tornado Hits 2024 Guidance; FD Officially up for Sale," *BMO Capital Markets*, June 5, 2024

- "First Look: Q1 Comps Miss, EPS in-line; FY24 EPS Guide Lowered," *BNP Paribas*, June 5, 2024

- "Squishy Macro and Squishmallows Blamed for a Very Squishy 1Q and Outlook," *Citi*, June 5, 2024

- "1Q Initial Reaction," *Evercore ISI*, June 5, 2024

- "Five Below Inc. (FIVE): 1Q24 Miss and Guidance Lowered; Maintain Buy After Recent Sell Off," *Goldman Sachs*, June 5, 2024

- "1Q Affected by Weather and Holiday Shift; Mgmt Announces Strategic Review of FD," *Jefferies*, June 5, 2024

- "FIVE: Consumer Catching a Cold? Or Trends Slowing?" *KeyBanc*, June 5, 2024

- "Reiterate Buy Rating on In-Line F1Q 2024 EPS, Family Dollar Strategic Review," *Loop Capital*, June 5, 2024

- "Q1 Quick Read: Squishmallows Can't Squash a Slowdown; Reducing PT," *Mizuho*, June 5, 2024

- "Dollar Tree Earnings: Weak Discretionary Spending Beginning to Weigh on Comp Growth," *Morningstar*, June 5, 2024

- "Latest Thinking on DLTR," *Oppenheimer*, June 5, 2024

- "Turnaround Remains in Fits & Starts; FDO Now in Strategic Review; PT to $143," *Piper Sandler*, June 5, 2024

- "1Q24 – Messy messy; DT Below, FD Better (?!?); 1Q EPS/24 Outlook in-line; strategic rev FD," *Truist Securities*, June 5, 2024

- "Painful Print/Guide; Sizable Slowdown in Back Half of 1Q; Seems Like a Kitchen Sink Scenario to Us," *Truist Securities*, June 5, 2024

- "What's The Initial View On 1Q'24 Results?" *UBS*, June 5, 2024

- "Taking More Aggressive Action to Unlock Value; Announces Review of FDO Alternatives Against a Soft Q1; Remain Bullish," *Wells Fargo*, June 5, 2024

**Appendix B**

- "Kitchen Sink Guidance Only Fuels Bigger Picture Questions; Management Low on Answers but Value Apparent," *Wells Fargo*, June 5, 2024

- "1Q Recap: Soft Easter Pressures DT Comp, DLTR Initiates Strategic Review of FDO," *Bank of America*, June 6, 2024

- "Messy but Possibly Overdone," *Barclays*, June 6, 2024

- "New Problems but at a Lower Still Feels Mostly Cyclical and Recoverable," *Barclays*, June 6, 2024

- "Difficult Reset, Though Revised Guide Doesn't Require Heroic Effort," *BNP Paribas*, June 6, 2024

- "Rapid Deceleration of Trends Leads to Deep Cuts to Guidance. Reiterating HOLD Rating and Lowering Price Target to $124," *Craig Hallum*, June 6, 2024

- "Family Drama Coming to an End?" *Deutsche Bank*, June 6, 2024

- "FIVE Reasons to Hang on," *Deutsche Bank*, June 6, 2024

- "Strategic Review Adds Intrigue; Cyclical Pressures Persist," *Evercore ISI*, June 6, 2024

- "Rocky Road to Offense; Unit Growth Remains," *Evercore ISI*, June 6, 2024

- "FIVE - Playing Offense but What's the Right Play Call? Reducing Estimates and PT to $165 but Remain BUY-Rated on P&L Recovery Potential," *Guggenheim*, June 6, 2024

- "Not a High FIVE Qtr or Outlook," *Jefferies*, June 6, 2024

- "Mixed 1Q & Reiterate; Chesapeake Bound; OW w/ PT to $135," *J.P. Morgan*, June 6, 2024

- "1Q Miss & Lower on Micro/Macro Combo; Remain Neutral w/ PT to $122," *J.P. Morgan*, June 6, 2024

- "Lowering Price Target To $120 From $190 As Near-Term Visibility Dims," *Loop*, June 6, 2024

- "DLTR, FIVE, OLLI: How 1Q24 Results Shape Our Views," *Morgan Stanley*, June 6, 2024

- "Best to Remain on Sidelines with FIVE," *Oppenheimer*, June 6, 2024

- "FIVE - Soft 1Q24 Earnings; Lowered 2024 Guidance," *Telsey Advisory Group*, June 6, 2024

- "Looking Beyond or Below?" *UBS*, June 6, 2024

**Appendix B**

- "Comps Fall Well Below Expectations as Broader Pressures in Discretionary Spend Disproportionately Impact the Model," *William Blair & Company*, June 6, 2024

- "Highlights From Our Recent Meetings with Five Below's Senior Management Team," *Truist Securities*, June 7, 2024

- "Diagnosing FIVE's Sales Weakness Using First-Party Data," *Morgan Stanley*, June 9, 2024

- "BJs Wholesale, Dollar Tree, Five Below and Lowe's Earnings Updates," *R5 Capital*, June 9, 2024

- "In Need of Some Brotherly Love Post 1Q24 Miss; Lowering Estimates and PT to $140," *Gordon Haskett*, June 10, 2024

- "Five Below," *R5 Capital*, June 10, 2024

- "Taking Five as We Wait for Better Visibility; Reinstate at Neutral," *Bank of America*, June 14, 2024

- "Looking into the Shrinking Sales Problem; Issue May Be Even More Complicated than Appreciated," *Wells Fargo*, June 18, 2024

- "NANTUCKET TAKES: LT Growth Prospects Intact, NT Headwinds Remain the Focus," *Jefferies*, June 20, 2024

- "Footfall Sequentially Improves Rising 6.4% YOY MTD; Winners = Discounters, Clubs, & OPR's vs. Laggards = DG, HD, LOW," *Gordon Haskett*, June 26, 2024

- "Americas Retail: Specialty Hardlines: Takeaways from IR/management; PCE Wallet Share Analysis Update," *Goldman Sachs*, July 1, 2024

- "FIVE: CEO Transition, 2Q Guidance Lowered," *KeyBanc*, July 16, 2024

- "Lowering Price Target To $90 From $120 On CEO Transition, Updated Guidance," *Loop*, July 16, 2024

- "CEO Exit and Q2 Cut Suggest Problems Deeper Than Feared; Decisive Action Welcome, but Plenty of Uncertainty Remains," *Wells Fargo*, July 16, 2024

- "Worsening trends lead to negative preannouncement & guidance cut," *Bank of America*, July 17, 2024

- "Bruised, Not Broken, But Moving to the Sidelines; Framing Some Key Issues," *Barclays*, July 17, 2024

- "CEO Transition Announced, Q2 Guide Revised Lower," *BNP Paribas*, July 17, 2024

- "Reiterate Petco Underperform on CEO Announcement," *BNP Paribas*, July 17, 2024

**Appendix B**

- "Too Many Headwinds to Fight; Downgrading from Buy to Neutral," *Citi*, July 17, 2024

- "CEO Steps Down and Guidance Lowered Again as SSS Plunge. Reiterating HOLD Rating and Lowering Price Target to $108," *Craig Hallum*, July 17, 2024

- "Up High (Challenges), Down Low (Performance); Downgrade to Hold," *Deutsche Bank*, July 17, 2024

- "Searching for the North Star; Downgrade to In Line," *Evercore ISI*, July 17, 2024

- "Five Below Inc. (FIVE): Lowering Estimates After the Q2 Pre-Announcement," *Goldman Sachs*, July 17, 2024

- "FIVE - As If Things Couldn't Get Worse, Comps Leg Lower and the CEO Resigns - We Cut Our Estimates and PT, to $125, But Stay BUY-Rated on Secular Growth," *Guggenheim*, July 17, 2024

- "Not a High Five Here… CEO Transition Announced, Guidance Lowered," *Jefferies*, July 17, 2024

- "2Q Cut & CEO Transition; Mgmt Access Takes; Remain Neutral Lowering PT to $87," *J.P. Morgan*, July 17, 2024

- "A Business in Transition; Downgrade to Neutral," *Mizuho*, July 17, 2024

- "Downgrading to Equal-Weight," *Morgan Stanley*, July 17, 2024

- "Updating Financial Model for FIVE," *Oppenheimer*, July 17, 2024

- "FIVE - CEO Left and 2Q24 Guidance Lowered," *Telsey Advisory Group*, July 17, 2024

- "Downgrading FIVE to Hold; Qtr Has Been Tracking In-Line but Expected to Worsen; Uncertainty Prevails," *Truist Securities*, July 17, 2024

- "More or Less than $5 in '25?" *UBS*, July 17, 2024

- "Former CEO Moves to WOOF; It's Not a Good Look for FIVE," *Wells Fargo*, July 17, 2024

- "Surprise CEO Departure and Weaker-Than-Expected Second-Quarter Preview; Downgrading Shares to Market Perform," *William Blair & Company*, July 17, 2024

- "Highlights from an Expert Call with a Former Five Below Executive," *UBS*, July 21, 2024

- "The Move to $5 Beyond from $5 Below Needs to be Unwound; Move to Hold-Rated from Accumulate-Rated Given Uncertainty," *Gordon Haskett*, July 24, 2024

- "2Q24 First Take: Weak, and Diverging," *Barclays*, August 29, 2024

**Appendix B**

- "Message Still Emphasizing Progress, But Takes Time, While Grappling with Incremental Consumer Weakness," *Barclays*, August 29, 2024

- "Cutting EPS and Target Price; Challenges Run Deeper Than Expected," *BMO Capital Markets*, August 29, 2024

- "F25 EPS Guidance Cut by 18-19%" *BMO Capital Markets*, August 29, 2024

- "First Look: Q2 EPS miss; Big cut to FY24 guide," *BNP Paribas*, August 29, 2024

- "2Q Initial Reaction," *Evercore ISI*, August 29, 2024

- "Hold: TP Cut on Triple Miss and Lower Guidance," *HSBC Global Research*, August 29, 2024

- "FIRST TAKE: Pressured Results, FY Guidance Lowered," *Jefferies*, August 29, 2024

- "Demand Pressured with Challenges Ahead, Lowering Ests and PT," *Jefferies*, August 29, 2024

- "2Q Miss & 2H Cut, Mgmt Takes; Remain Neutral Lowering PT to $97," *J.P. Morgan*, August 29, 2024

- "Lowering Price Target To $90 From $130 Following F2Q 2024 'Miss And Lower,'" *Loop Capital*, August 29, 2024

- "Quick Read: A Much Deeper than Expected Guide-Down from DG," *Oppenheimer*, August 29, 2024

- "Q2 Miss and Guide Down Seems to Represent a Seminal Moment for DG; PT to $92," *Piper Sandler*, August 29, 2024

- "Initial Thoughts: F2Q24 Comps/EPS Miss; FY24 Outlook Reduced," *Raymond James*, August 29, 2024

- "DG - Frustrating...2Q24 Miss and 2024 Guidance Cut," *Telsey Advisory Group*, August 29, 2024

- "2Q24: Sizable Miss/Lower as Low-Inc Consumer Pressures Mount, Flow-Through Challenged," *Truist Securities*, August 29, 2024

- "Mounting Pressure on Core Customers, Likely Shr Losses and Margin Headwinds Keep Us Away," *Truist Securities*, August 29, 2024

- "DG Slashed EPS Guide, Fostering the Debate of Whether the Model is Impaired or Conservatively Reset," *UBS*, August 29, 2024

- "What's the Initial View on DG's 2Q'24 Results?" *UBS*, August 29, 2024

**Appendix B**

- "Turnaround Story Takes a Big Hit with Q2 Disappointment; Still Plenty of Challenges Ahead; We Remain Cautious," *Wells Fargo*, August 29, 2024

- "Turnaround Unraveling with Disappointing Q2; Margin Reset Accelerates, but Additional Hurdles Ahead; Remain Cautious," *Wells Fargo*, August 29, 2024

- "Low-Income Core Consumer Pressures 2Q Comp, See Continued Risks; Underperform," *Bank of America*, August 30, 2024

- "Lowering Estimates," *Barclays*, August 30, 2024

- "30 Cents Off the Dollar, Still Not a Bargain," *BNP Paribas*, August 30, 2024

- "Investing in Experience & Value; Cutting EPS & Base," *Evercore ISI*, August 30, 2024

- "DG - Demographics, Consumables, Breakeven Comps, and Growth Demands Challenge a Red Zone Trip—Lowering Estimates and PT But Stay BUY-Rated," *Guggenheim*, August 30, 2024

- "Reaffirm Outperform; Ugly Qtr.; Marking Down Our Price Target," *Raymond James*, August 30, 2024

- "Tougher Path to Growth: Downgrading to Equal-Weight," *Morgan Stanley*, August 30, 2024

- "DG - Downgrading to MP on Challenges Ahead with Consumer and Increased Promotions," *Telsey Advisory Group*, August 30, 2024

- "Breaking Down This Dollar," *UBS*, August 30, 2024

- "2Q Recap: DT Comp Below Ests on Middle- & Higher-Income Customer Pressure; U/P," *Bank of America*, September 4, 2024

- "2Q24 Follow-up: Call Takeaways + Lowering Estimates," *Barclays*, September 4, 2024

- "Conference Takeaways," *Barclays*, September 4, 2024

- "F2Q25 EPS Miss and FY Guidance Cut Still Missed Very Low Expectations," *BMO Capital Markets*, September 4, 2024

- "First Look: Q2 EPS Miss; FY24 guide cut," *BNP Paribas*, September 4, 2024

- "2Q Initial Reaction," *Evercore ISI*, September 4, 2024

- "DLTR: Turnaround Takes a Detour; Cutting EPS & Base Case," *Evercore ISI*, September 4, 2024

- "Q2 Miss, Persistent Pressures, and FY Guide Down; Lowering Ests and PT," *Jefferies*, September 4, 2024

**Appendix B**

- "2Q Miss & Lower; "Core" Erosion w/ Profitability Concerns; Downgrade to Neutral," *J.P. Morgan*, September 4, 2024

- "Dollar Tree Earnings: After Cratering Amid Soft Consumer Spending, Tepid Outlook, Shares a Bargain," *Morningstar*, September 4, 2024

- "Quick Read: A Much Deeper than Expected Guide-Down from DLTR," *Oppenheimer*, September 4, 2024

- "Q2 Quick Take: Guide Down More Severe Than Expected," *Piper Sandler*, September 4, 2024

- "Initial Thoughts: F2Q24 EPS Miss; FY24 Outlook Reduced," *Raymond James*, September 4, 2024

- "Another Mess Expected, and Mess Delivered; At What Point are All the Negatives Discounted?" *Truist Securities*, September 4, 2024

- "DLTR's 2Q Print Will Likely Add to Negative Sentiment on Dollar Stores. Questions Could Grow Louder," *UBS*, September 4, 2024

- "Another Dollar Store Disappointment; Q2 Miss and Guide Down Worse than Expected," *Wells Fargo*, September 4, 2024

- "Downgrading and Cutting TP; Our Final Straw," *BMO Capital Markets*, September 5, 2024

- "Navigating Deep-Rooted Issues, But Tough Macro Shakes the Tree," *BNP Paribas*, September 5, 2024

- "DLTR - The Final Shoe? — DLTR Comp Miss, EPS Guide-Down Drive Supermarket-Like Multiples; Lowering Estimates and PT to $120, But Reiterate BUY-Rating," *Guggenheim*, September 5, 2024

- "Downgrading to Hold from Buy as Never Ending Disappointments Continue," *Loop Capital*, September 5, 2024

- "50c on this Dollar Store," *Morgan Stanley*, September 5, 2024

- "Dollar Tree's Turnaround Strategy Should Yield Improving Financial Performance Longer Term," *Morningstar*, September 5, 2024

- "Q2 Sell-Off Seems Overdone; Attractive Risk/Reward as We Contemplate Normalized Earnings," *Wells Fargo*, September 6, 2024

**Data**

- Capital IQ

- CRSP

- LSEG Workspace

- Visible Alpha

**Depositions**

- Deposition of Samuel Chase, February 18, 2026

- Deposition of Eugene Orlov, March 3, 2026

**Earnings Call and Investor Conference Earnings Call Transcripts**

- Dollar General Corp, Earnings Call Transcript for Q3 2023, December 7, 2023

- Dollar General Corp, Earnings Call Transcript for Q4 2023, March 14, 2024

- Dollar General Corp, Earnings Call Transcript for Q1 2024, May 30, 2024

- Dollar General Corp, Earnings Call Transcript for Q2 2024, August 29, 2024

- Dollar Tree Inc., Investor Conference, June 21, 2023

- Dollar Tree Inc., Earnings Call Transcript for Q2 2023, August 24, 2023

- Dollar Tree Inc., Earnings Call Transcript for Q3 2023, November 29, 2023

- Dollar Tree Inc., Earnings Call Transcript for Q4 2023, March 13, 2024

- Dollar Tree Inc., Earnings Call Transcript for Q1 2024, June 5, 2024

- Dollar Tree Inc., Earnings Call Transcript for Q2 2024, September 4, 2024

- Five Below Inc., Earnings Call Transcript for Q4 2022, March 15, 2023

- Five Below Inc., Earnings Call Transcript for Q1 2023, June 1, 2023

- Five Below Inc., Earnings Call Transcript for Q2 2023, August 30, 2023

- Five Below Inc., Earnings Call Transcript for Q3 2023, November 29, 2023

- Five Below, Inc., Investor Conference, January 8, 2024

- Five Below Inc., Earnings Call Transcript for Q4 2023, March 20, 2024

- Five Below Inc., Earnings Call Transcript for Q1 2024, June 5, 2024

**Expert Reports**

- Expert Report of Eugene Orlov, March 3, 2026, and all backup materials

**Appendix B**

**Legal Documents**

- *Dura Pharmaceuticals, Inc., et al. v. Broudo, et al.*, 544 U.S. 336 (2005);

- Private Securities Litigation Reform Act, 15 U.S.C. §78u–4(e)

**Legal Pleadings**

- Consolidated Amended Complaint for Violations of the Federal Securities Laws, *In Re Five Below, Inc. Securities Litigation*, United States District Court for the Eastern District of Pennsylvania, Case No. 24-3638, January 13, 2025

- Memorandum on Motion to Dismiss, *In Re Five Below, Inc. Securities Litigation*, United States District Court for the Eastern District of Pennsylvania, Case No. 24-3638, August 25, 2025

- Order, *In Re Five Below, Inc. Securities Litigation*, United States District Court for the Eastern District of Pennsylvania, Case No. 24-3638, August 25, 2025

- Lead Plaintiffs' Memorandum of Law in Support of Motion for Class Certification, *In Re Five Below, Inc. Securities Litigation*, United States District Court for the Eastern District of Pennsylvania, Case No. 2:243638, January 16, 2026

**SEC Filings**

- Dollar General Corporation, Form 10-K for the Fiscal Year ended on February 2, 2024, filed March 25, 2024

- Dollar General Corporation, Form 8-K, filed May 30, 2024

- Dollar General Corporation, Form 8-K, filed August 29, 2024

- Dollar Tree, Inc., Form 8-K, filed June 5, 2024

- Dollar Tree, Inc., Form 8-K, filed September 4, 2024

- Five Below, Inc., Form 8-K, filed June 8, 2022

- Five Below, Inc., Form 10-Q for the Fiscal Quarter ended on April 30, 2022, filed June 9, 2022

- Five Below, Inc., Form 8-K, filed August 31, 2022

- Five Below, Inc., Form 10-Q for the Fiscal Quarter ended on July 30, 2022, filed on September 1, 2022

- Five Below, Inc., Form 8-K, filed November 30, 2022

- Five Below, Inc., Form 10-Q for the Fiscal Quarter ended on October 29, 2022, filed on December 1, 2022

**Appendix B**

- Five Below, Inc., Form 8-K, filed March 15, 2023

- Five Below, Inc., Form 10-K for the Fiscal Year ended on January 28, 2023, filed March 16, 2023

- Five Below, Inc., Form 8-K, filed June 1, 2023

- Five Below, Inc., Form 10-Q for the Fiscal Quarter ended on April 29, 2023, filed on June 2, 2023

- Five Below, Inc., Form 8-K, filed August 30, 2023

- Five Below, Inc., Form 10-Q for the Fiscal Quarter ended on July 29, 2023, filed on August 31, 2023

- Five Below, Inc., Form 8-K, filed November 29, 2023

- Five Below, Inc., Form 10-Q for the Fiscal Quarter ended on October 28, 2023, filed on November 30, 2023

- Five Below, Inc., Form 8-K, filed March 20, 2024

- Five Below, Inc., Form 8-K, filed June 5, 2024

- Five Below, Inc., Form 10-Q for the Fiscal Quarter ended on May 4, 2024, filed on June 6, 2024

- Five Below, Inc., Form 8-K, filed July 16, 2024

- Five Below, Inc., Form 8-K, filed August 28, 2024

- Five Below, Inc., Form 10-Q for the Fiscal Quarter ended on August 3, 2024, filed on August 29, 2024

- Five Below, Inc., Form 8-K, filed December 4, 2024

- Five Below, Inc., Form 10-Q for the Fiscal Quarter ended on November 2, 2024, filed on December 5, 2024

- Five Below, Inc., Form 8-K, filed March 19, 2025

- Five Below, Inc., Form 10-K for the Fiscal Year ended on February 1, 2025, filed March 20, 2025

**Websites**

- "1050. Registration of Research Analysts," *FINRA*, October 1, 2018, https://www.finra.org/rules-guidance/rulebooks/retired-rules/1050

- "1220. Registration Categories," *FINRA*, July 1, 2021, https://www.finra.org/rules-guidance/rulebooks/finra-rules/1220

**Appendix B**

- "2241. Research Analysts and Research Reports," *FINRA*, August 16, 2019, https://www.finra.org/rules-guidance/rulebooks/finra-rules/2241

- "Become a Chartered Financial Analyst," *CFA Institute*, https://www.cfainstitute.org/programs/cfa-program

- "H.R.1058 - Private Securities Litigation Reform Act of 1995," *Congress.gov*, December 22, 1995, https://www.congress.gov/bill/104th-congress/house-bill/1058

- KPMG "Inventory Handbook," *KPMG*, October 2025, https://kpmg.com/us/en/frv/reference-library/2025/handbook-inventory.html

- "Research Analyst Qualification Exam (Series 86 / 87): Content Outline," *FINRA*, 2015, https://www.finra.org/sites/default/files/Industry/p006473.pdf

- "Rule 344. Research Analysts and Supervisory Analysts," *FINRA*, October 1, 2018, https://www.finra.org/rules-guidance/rulebooks/retired-rules/rule-344

**Note:  In addition to the documents on this list, I considered all documents and data cited in my report and exhibits to form my opinions.**

Appendix C

# Five Below
## Companies Mentioned as Five Below's Peers in Equity Analyst Exhibits[1]
### 11/29/22 – 7/24/24

| No. | Date | Contributor | Title | Exhibits Relied Upon | Classification |
|---|---|---|---|---|---|
| 1. | 11/30/22 | KeyBanc | FIVE: 3Q Better Than Fear, Value Offering Helping Drive Accelerating Trends | **Figure 1:  Relative Comp Performance (p. 5):** Dollar General Corporation (DG), Dollar Tree, Inc. (DLTR), Big Lots, Inc. (BIG), Ollie's Bargain Outlet Holdings Inc (OLLI), Target Corporation (TGT), Walmart Inc. (WMT) | General |
| 2. | 12/15/22 | BNP Paribas[2] | The best things in life (cost less than $5) | **Figure 44:  Dollar stores largely holding pre-pandemic traffic gains... (p. 32):** *Discount & Dollar Stores:*  Dollar General Corporation (DG), Big Lots, Inc. (BIG), Bargain Hunt, 99 Cents Only<br><br>**Figure 76:  Trading Multiples Table (p. 55):** *Discount Stores:* Dollar General Corporation (DG), Dollar Tree, Inc. (DLTR), Costco Wholesale Corporation (COST), Dollarama Inc (DLMAF), Target Corporation (TGT), Walmart Inc. (WMT) | Discount Store |
| 3. | 3/27/23 | J.P. Morgan | 9th Annual Retail Round-Up Preview: Fieldwork, Themes & Primer Materials | **Figure 3:  Department Stores & Specialty Softlines Valuation Summary (p. 4):** *Dollar Stores:* Dollar General Corporation (DG), Dollar Tree, Inc. (DLTR), Ollie's Bargain Outlet Holdings Inc (OLLI), Big Lots, Inc. (BIG) | Dollar Store |
| 4. | 6/2/23 | Craig Hallum | Solid Q1 Results And Better-Than-Feared Guidance Stand Out From The Pack. Reiterate BUY Rating And Lowering Price Target To $224. | **Exhibit 2:  Peer Comp Valuation Table (p. 2):** Lululemon Athletica Inc. (LULU), Ulta Beauty, Inc. (ULTA), Boot Barn Holdings, Inc. (BOOT), Chipotle Mexican Grill, Inc. (CMG), Shake Shack Inc. (SHAK), Ollie's Bargain Outlet Holdings Inc (OLLI), Dollar General Corporation (DG), Dollar Tree, Inc. (DLTR) | General |
| 5. | 6/2/23 | Morningstar | Decent Quarter Shows Shoppers Continue To Respond To Value; Shares Rich | **Competitors Table (p. 3):** Dollar Tree, Inc. (DLTR), Target Corporation (TGT), Dollar General Corporation (DG) | General |
| 6. | 8/30/23 | Gordon Haskett | August Retail Footfall Update | **Change in Foot Traffic Table (p. 5):** *Dollar Stores:* Dollar Tree, Inc. (DLTR), Dollar General Corporation (DG), Big Lots, Inc. (BIG), Ollie's Bargain Outlet Holdings Inc (OLLI) | Dollar Store |

**Appendix C**

# Five Below
## Companies Mentioned as Five Below's Peers in Equity Analyst Exhibits[1]
### 11/29/22 – 7/24/24

| No. | Date | Contributor | Title | Exhibits Relied Upon | Classification |
|---|---|---|---|---|---|
| 7. | 11/22/23 | Truist | CY3Q23 Hardline/Broadline Retail: AZO, DG, FIVE and OLLI; sales still pretty stable; raising FIVE ests | **Exhibit 1: CY3Q23 Earnings Calendar and Summary of Est. Changes (p. 2):** Ollie's Bargain Outlet Holdings Inc (OLLI), Autozone Inc (AZO), Dollar General Corporation (DG) | General |
| 8. | 11/30/23 | Evercore ISI | Defying Gravity & Delivering Growth | **Figure 4: HundredX Net Purchase intention saw a 2nd derivative improvement in October (p. 5):** *Dollar Stores:* Dollar Tree, Inc. (DLTR), Dollar General Corporation (DG), Big Lots, Inc. (BIG) | Dollar Store |
| 9. | 1/4/24 | Wells Fargo | 2024 Outlook: Tougher Fundamental Year on Deck; Selectivity Likely to Be Key—Downgrading BJ, FIVE, UNFI | **Exhibit 60: Consensus Estimates Table (p. 29):** *Dollar Stores:* Dollar General Corporation (DG), Dollar Tree, Inc. (DLTR), Dollarama Inc (DLMAF), Ollie's Bargain Outlet Holdings Inc (OLLI) | Dollar Store |
| 10. | 1/30/24 | Oppenheimer[3] | FIVE Growth Engine Moderating? Downgrade to Perform | **Appendix A: Unit Growth Table (p. 22):** Dollar Tree, Inc. (DLTR), Lululemon Athletica Inc. (LULU), O'Reilly Automotive, Inc. (ORLY), Planet Fitness Inc (PLNT), Tractor Supply Company (TSCO), Ulta Beauty, Inc. (ULTA), Chipotle Mexican Grill, Inc. (CMG), Starbucks Corp. (SBUX) | General |
| 11. | 3/18/24 | Mizuho | Supercharged Store Base Primed to Re-Accelerate - Initiate at Buy | **Exhibit 17: Current Trading Multiples Table (p. 22):** O'Reilly Automotive, Inc. (ORLY), Lululemon Athletica Inc. (LULU), Dollar Tree, Inc. (DLTR), Dollar General Corporation (DG), Tractor Supply Company (TSCO), Ulta Beauty, Inc. (ULTA), Floor & Decor Holdings, Inc. (FND), Planet Fitness Inc (PLNT), Valvoline Inc (VVV), Savers Value Village Inc (SVV), Mister Car Wash (MCW) | General |
| 12. | 6/9/24 | Morgan Stanley | Diagnosing FIVE's Sales Weakness Using First-Party Data | **Exhibits 1-3: Discretionary Spending Charts (p. 2):** Dollar Tree, Inc. (DLTR), Dollar General Corporation (DG) | General |

**Appendix C**

# Five Below
## Companies Mentioned as Five Below's Peers in Equity Analyst Exhibits[1]
### 11/29/22 – 7/24/24

| No. | Date | Contributor | Title | Exhibits Relied Upon | Classification |
|---|---|---|---|---|---|
| 13. | 6/14/24 | Bank of America | Taking Five as we wait for better visibility; Reinstate at Neutral | **Exhibit 1: Peer Metrics Table (p. 3):** *Value Retailers:* Dollar General Corporation (DG), Dollar Tree, Inc. (DLTR), The TJX Companies, Inc. (TJX), Ross Stores, Inc. (ROST), Burlington Stores, Inc. (BURL), Ollie's Bargain Outlet Holdings Inc (OLLI) | Value Retailer |
| 14. | 7/17/24 | Barclays | Bruised, Not Broken, But Moving to the Sidelines; Framing Some Key Issues | **Figure 5: Card Transaction Graph (p. 5):** Walmart Inc. (WMT), Target Corporation (TGT), Amazon (AMZN), Dollar General Corporation (DG), Dollar Tree, Inc. (DLTR), The TJX Companies, Inc. (TJX), Burlington Stores, Inc. (BURL), Ross Stores, Inc. (ROST), Ollie's Bargain Outlet Holdings Inc (OLLI) | General |
| 15. | 7/17/24 | Deutsche Bank | Up High (Challenges), Down Low (Performance); Downgrade to Hold | **Figure 2: Merchandise Sourced Overseas Competition Table (p. 3):** *Discount Stores:* Big Lots, Inc. (BIG), BJ's Wholesale Club Holdings (BJ), Costco Wholesale Corp (COST), Dollar General Corporation (DG), Dollar Tree, Inc. (DLTR), Target Corporation (TGT), Walmart Inc. (WMT) | Discount Store |
| 16. | 7/17/24 | Guggenheim | As If Things Couldn't Get Worse, Comps Leg Lower and the CEO Resigns—We Cut Our Estimates and PT, to $125, But Stay BUY-Rated On Secular Growth | **Exhibit 3: Discretionary Competitors Table (p. 4):** Costco Wholesale Corporation (COST), Ollie's Bargain Outlet Holdings Inc (OLLI), Walmart Inc. (WMT), BJ's Wholesale (BJ), Dollar Tree, Inc. (DLTR), Target Corporation (TGT), Dollar General Corporation (DG), Big Lots, Inc. (BIG) | General |

Source: Equity Analyst Reports

Note:
[1] Equity analyst report exhibits relied upon in Exhibit 2.
[2] In their report dated December 15, 2022, BNP Paribas analysts classified Five Below within the "Dollar Store" industry along with Dollar General and Dollar Tree in Figure 39.
[3] In their report dated January 25, 2023, Oppenheimer analysts provided an exhibit listing other retailers that had locations nearby Five Below chains and were "key drivers of traffic at FIVE." Those retailers were Best Buy, Whole Foods, TJX Cos, Walmart, Trader Joe's , Burlington, Ulta Beauty, Target, Dick's Sporting Goods, Nordstrom Rack, Costco, and Wegmans. These companies are accounted for in total contributor mention counts in Exhibit 2.

# Exhibit 1
# Alleged Misrepresentations At-Issue Following the Court's MTD Order[1]

| Event Date | Event | Alleged Misrepresentation | Complaint ¶ |
|---|---|---|---|
| *Statements about Five Below's Execution Upon its Trend-Right Strategy* | | | |
| 11/30/22 | Q3 2022 Earnings Call | Our stores are stocked and ready with an amazing assortment of value products that promises to delight our customers. | ¶ 211 |
| 11/30/22 | Q3 2022 Earnings Call | Our teams continue to move quickly to adjust to changing customer preferences. | ¶ 211 |
| 1/9/23 | ICR Conference | [I]t was a very good holiday. Trends were strong, Squishmallows, Slime Lickers, Hello Kitty. And I think that's something that – I've been here eight years now, we've really got a good cadence with those [trends], how to get into them, how to get out of them. | ¶ 212 |
| 1/9/23 | ICR Conference | And we're pretty nimble and quick. There's not a lot of bureaucracy at Five Below. When we identify something, we move really quick to get that in the store, test it and then push it out to the stores. | ¶ 213 |
| 3/15/23 | Q4 2022 Earnings Call | We stay on top of hot trends and swiftly move to capitalize on them...The flexibility of our model..is unique and enables swift recognition and introduction of trend-right and relevant products to our customers, and we honed our expertise and discipline to effectively manage the constant cycling of these trends. | ¶ 214 |
| 3/16/23 | FY 2022 Form 10-K | We monitor trends in the ever-changing tween and teen markets and are able to quickly identify and respond to trends. | ¶ 215 (a) |
| 3/16/23 | FY 2022 Form 10-K | We deliver an edited assortment of trend-right as well as everyday products within each of our category worlds that changes frequently to create a sense of anticipation and freshness... | ¶ 215 (b) |
| 6/1/23 | Q1 2023 Earnings Release | While our customers face multiple macro headwinds, we continue to be there for them, flexing our offering to bring them the Wow products they need and want. Our broad-based sales performance and transaction trends demonstrate that we are gaining trips and customers through our amazing value, trend-right products and Five Beyond prototype... | ¶ 216 |
| 8/30/23 | Q2 2023 Earnings Call | [W]e can quickly capitalize on a trend. | ¶ 217 |
| 11/29/23 | Q3 2023 Earnings Call | Our merchants have sourced...fresh and trend-right products at outstanding values. | ¶ 219 |
| 11/29/23 | Q3 2023 Earnings Call | We...effectively capitalized on multiple trends. | ¶ 220 |
| 3/20/24 | Q4 2023 Earnings Call | [F]lexibility of our model with our 8 worlds is unique and enables our teams to quickly introduce trend-right relevant products to our customers. | ¶ 222 |
| 3/21/24 | FY 2023 Form 10-K | We monitor trends in the ever-changing tween and teen markets and are able to quickly identify and respond to trends. | ¶ 215 (a) |
| 3/21/24 | FY 2023 Form 10-K | We deliver an edited assortment of trend-right as well as everyday products within each of our category worlds that changes frequently to create a sense of anticipation and freshness... | ¶ 215 (b) |
| 6/5/24 | Q1 2024 Earnings Call | [C]hasing trends has always been a strength of ours. And we will continue to quickly identify and capitalize on trends, bringing them in-store quickly... | ¶ 223 |

# Exhibit 1

## Alleged Misrepresentations At-Issue Following the Court's MTD Order[1]

| Event Date | Event | Alleged Misrepresentation | Complaint ¶ |
|---|---|---|---|
| *Statements about the Extent and Cause of Shrink* | | | |
| 3/15/23 | Q4 2022 Earnings Call | [H]igher-than-expected shrink…[o]n an annual basis, shrink for 2022 was approximately 30 basis points higher than what we experienced in 2021. | ¶ 228 |
| 8/30/23 | Q2 2023 Earnings Call | I think you're all familiar with the recent media and videos that are out there where retailers across the sector are experiencing increased levels of shrink and related crime incidents and we are not immune to this as we're finding out. | ¶ 231 |
| 8/30/23 | Q2 2023 Earnings Call | And so, where is it coming from? It's coming on all angles. And you've got several cities now which just simply aren't prosecuting below the $500 level. Sadly, our hometown here in Philly is a city that's seen some of our highest shrink rates. And we watched Target and we watched Wawa exit Center City. And so while I don't think we're yet at that extreme of closing Five Below stores there, these are the type of mitigation strategies that will be included as we consider what to do if we don't see things improve. | ¶ 232 |
| 11/29/23 | Q3 2023 Earnings Call[2] | Gross margin decreased by approximately 190 basis points to 30.3%, as anticipated. This decline was primarily driven by recording actual shrink results for the stores that completed their physical inventories in August as well as recording the true-up of shrink reserves for the full chain, which we shared during our last quarter's earnings call. | ¶ 233 |
| 11/30/23 | Fox Business's "Mornings with Maria" | [W]e talked about theft in our second quarter call. Theft is real, it's impacting all retailers...this is a real societal problem and we've got to lean together with the politicians to figure this out. | ¶ 234 |
| 3/20/24 | Q4 2023 Earnings Call | [D]espite these strong sales results, earnings per share of $3.65 was at the low end of our internal expectations and can be fully attributed to higher-than-planned shrink. | ¶ 235 |
| 3/20/24 | Q4 2023 Earnings Call | [S]hrink is industry-wide and a societal problem that accelerated over the last year. | ¶ 236 |

Source:  Complaint; MTD Order; MTD Memorandum

Note:
[1]  Alleged misrepresentations listed in MTD Order, and MTD Memorandum, pp. 24–25, 34.  I understand that, in the MTD Order, the Court dismissed the alleged misrepresentations associated with Five Below's Triple-Double initiative and the Company's shrink mitigation efforts.
[2]  This statement is not listed in the MTD Order, but is described as an actionable statement in the MTD Memorandum (*see* p. 39).  For purposes of this exhibit, this statement is included as a remaining alleged misrepresentation.

**Exhibit 2**
**Five Below**
**Companies Most Frequently Mentioned as**
**Five Below's Peers in Equity Analyst Exhibits[1]**
11/29/22 – 7/24/24

| | Industry Classification[2] | | | | Total Contributor Mention Count |
|---|---|---|---|---|---|
| | **Dollar Store** | **Discount Store** | **Value Retailer** | **General** | |
| Dollar General | 4 | 2 | 1 | 8 | 15 |
| Dollar Tree | 4 | 2 | 1 | 8 | 15 |
| Ollie's Bargain Outlet | 3 | 0 | 1 | 5 | 9 |
| Big Lots, Inc. | 3 | 2 | 0 | 2 | 7 |
| Target | 0 | 2 | 0 | 5 | 7 |
| Walmart | 0 | 2 | 0 | 4 | 6 |

Source:  Equity Analyst Reports

Note:
[1]  Companies mentioned in equity analyst report exhibits by at least six contributors.  Multiple mentions by a given contributor are counted once.  *See* Appendix C for specific exhibits relied upon for each contributor.
[2]  Industry identified for Five Below in equity analyst reports, where available.  In such equity analyst reports, only companies in the same industry as Five Below are counted in this exhibit.

**Exhibit 3**
**Stock Prices of Five Below, Dollar General, and Dollar Tree**
9/1/22 – 12/31/24



Source: *CRSP*; Complaint

Note:
[1]  Prices are pegged to Five Below's closing stock price of $160.86 on November 30, 2022, the trading day before the beginning of the Proposed Class Period.

# Exhibit 4
## Dollar Tree and Dollar General
## Stock Returns on the Impact Days of
## Q1 – Q2 2024 Earnings Announcements

|  | Stock Return |
| --- | :---: |
| **Q1 2024[1]** | |
| Dollar Tree | -4.92% |
| Dollar General | -8.14% |
| **Q2 2024[2]** | |
| Dollar Tree | -22.16% |
| Dollar General | -32.15% |

Source:  *CRSP*; Complaint; Dollar Tree and Dollar General Forms 8-K for Q1 2024 – Q2 2024

Note:
[1] Dollar Tree and Dollar General announced their Q1 2024 earnings on June 5, 2024 and May 30, 2024, respectively.  Dollar Tree's and Dollar General's Q1 2024 ended May 4, 2024 and May 3, 2024, respectively.
[2] Dollar Tree and Dollar General announced their Q2 2024 earnings on September 4, 2024 and August 29, 2024, respectively.  Dollar Tree's and Dollar General's Q2 2024 ended August 3, 2024 and August 2, 2024, respectively.

# Exhibit 5
# Five Below
# Year-over-Year Revenue Growth Rate
## Q1 2022 – Q4 2024[1]



Source:  Five Below Forms 8-K and 10-Q for Q1 2022 – Q4 2024

Note:

[1]  Five Below operates on a 52/53-week fiscal year ending on the Saturday closest to January 31.  Five Below's FY 2023 ended February 3, 2024.  Five Below's Q1 2022 ended April 30, 2022, and Q4 2024 ended February 1, 2025.

# Exhibit 6
# Five Below
# Equity Analyst Consensus Revenue Estimates vs. Reported Revenue
## Q3 2022 – Q2 2024[1]

*($ in millions)*

| Fiscal Quarter[1] | Equity Analyst Consensus Estimate[2] | Reported Revenue | Reported Revenue vs. Consensus Estimate |
|---|---|---|---|
| Q3 2022 | $612 | $645 | 5.5% |
| Q4 2022 | $1,107 | $1,123 | 1.4% |
| Q1 2023 | $728 | $726 | -0.3% |
| Q2 2023 | $760 | $759 | -0.1% |
| Q3 2023 | $727 | $736 | 1.3% |
| Q4 2023 | $1,347 | $1,338 | -0.7% |
| Q1 2024 | $833 | $812 | -2.6% |
| Q2 2024[3] | $836 | $823 | -1.6% |

Source:  *LSEG Workspace*; Complaint; Five Below Forms 8-K and 10-Q for Q3 2022 – Q2 2024

Note:
[1]  Earnings announcements by Five Below during the Proposed Class Period.  Five Below operates on a 52/53-week fiscal year ending on the Saturday closest to January 31.  Five Below's FY 2023 ended February 3, 2024.  Five Below's Q3 2022 ended October 29, 2022, and Q2 2024 ended August 3, 2024.
[2]  Equity analyst consensus estimates represent median consensus figures as reported by *LSEG Workspace* as of the trading day prior to the respective earnings announcement.
[3]  For Q2 2024, Reported Revenue reflects the midpoint of the guidance range for Q2 2024 revenue in the Company's Form 8-K filed on July 16, 2024.  Equity analyst consensus estimates are as of July 15, 2024.

## Exhibit 7.A
## Equity Analyst Estimates for Five Below's Revenue in FY 2023[1]



Source:  *LSEG Workspace*; Complaint; Five Below Forms 8-K for Q4 2022 – Q4 2023

Note:

[1]  Equity analyst estimates including mean and median consensus figures are as reported by *LSEG Workspace*.  Five Below's FY 2023 ended February 3, 2024.

## Exhibit 7.B
## Equity Analyst Estimates for Five Below's Revenue in FY 2024[1]



Source: *LSEG Workspace*; Complaint; Five Below Forms 8-K for Q4 2023 – Q4 2024

Note:
[1] Equity analyst estimates including mean and median consensus figures are as reported by *LSEG Workspace*. Five Below's FY 2024 ended February 1, 2025.
[2] Five Below's press release announcing the resignation of its CEO included updated revenue guidance for Q2 2024 but not FY 2024.

## Exhibit 8
## Five Below
## Year-over-Year Comparable Sales Growth Rate
## Q1 2022 – Q4 2024[1]



Source:  Five Below Forms 8-K and 10-Q for Q1 2022 – Q4 2024

Note:

[1] Five Below operates on a 52/53-week fiscal year ending on the Saturday closest to January 31.  Five Below's FY 2023 ended February 3, 2024.  Five Below's Q1 2022 ended April 30, 2022, and Q4 2024 ended February 1, 2025.

# Exhibit 9
# Five Below
# Equity Analyst Consensus Estimates of Comparable Sales Growth
# vs. Reported Comparable Sales Growth
## Q3 2022 – Q2 2024

| Fiscal Quarter[1] | Equity Analyst Consensus Estimate[2] | Reported Comparable Sales Growth | Difference Between Reported Comparable Sales Growth and Consensus Estimate |
|---|---|---|---|
| Q3 2022 | -8.0% | -2.7% | 5.3% |
| Q4 2022 | 1.0% | 1.9% | 0.9% |
| Q1 2023 | 3.3% | 2.7% | -0.6% |
| Q2 2023 | 2.5% | 2.7% | 0.2% |
| Q3 2023 | 1.5% | 2.5% | 1.0% |
| Q4 2023 | 3.0% | 3.1% | 0.1% |
| Q1 2024 | 1.0% | -2.3% | -3.3% |
| Q2 2024[3] | -5.0% | -6.5% | -1.5% |

Source:  *Visible Alpha*; Complaint; Five Below Forms 8-K for Q3 2022 – Q2 2024

Note:
[1]  Earnings announcements by Five Below during the Proposed Class Period.  Five Below operates on a 52/53-week fiscal year ending on the Saturday closest to January 31.  Five Below's FY 2023 ended February 3, 2024.  Five Below's Q3 2022 ended October 29, 2022, and Q2 2024 ended August 3, 2024.
[2]  Equity analyst consensus estimates represent median consensus figures as reported by *Visible Alpha* as of the trading day prior to the respective earnings announcement.
[3]  For Q2 2024, Reported Comparable Sales Growth reflects the midpoint of the guidance range for Q2 2024 comparable sales in the Company's Form 8-K filed on July 16, 2024.  Equity analyst consensus estimates are as of July 15, 2024.

## Exhibit 10.A
## Equity Analyst Estimates for Five Below's
## Comparable Sales Growth in FY 2023[1]



Source:  *Visible Alpha*; Complaint; Five Below Forms 8-K for Q4 2022 – Q4 2023

Note:

[1]  Equity analyst estimates including mean and median consensus figures are as reported by *Visible Alpha*.  Five Below's FY 2023 ended February 3, 2024.

[2]  Five Below's press release provided comparable sales growth guidance of 2.5%, without reporting a range.

# Exhibit 10.B
# Equity Analyst Estimates for Five Below's
# Comparable Sales Growth in FY 2024[1]



Source:  *Visible Alpha*; Complaint; Five Below Forms 8-K for Q4 2023 – Q4 2024

Note:
[1]  Equity analyst estimates including mean and median consensus figures are as reported by *Visible Alpha*.  Five Below's FY 2024 ended February 1, 2025.
[2]  Five Below's press release announcing the resignation of its CEO included updated comparable sales growth guidance for Q2 2024 but not FY 2024.
[3]  Five Below's press release provided comparable sales growth guidance of -3.0%, without reporting a range.

# Exhibit 11
# Five Below
# Equity Analyst Consensus Earnings Per Share ("EPS") Estimates
# vs. Reported EPS
## Q3 2022 – Q2 2024
### *($ in millions)*

| Fiscal Quarter[1] | Equity Analyst Consensus Estimate[2] | Reported EPS[3] | Reported EPS vs. Consensus Estimate |
|---|---|---|---|
| Q3 2022 | $0.14 | $0.29 | 107.1% |
| Q4 2022 | $3.07 | $3.07 | 0.0% |
| Q1 2023 | $0.63 | $0.67 | 6.3% |
| Q2 2023 | $0.83 | $0.84 | 1.2% |
| Q3 2023 | $0.23 | $0.26 | 15.6% |
| Q4 2023 | $3.78 | $3.65 | -3.6% |
| Q1 2024 | $0.63 | $0.60 | -4.8% |
| Q2 2024[4] | $0.63 | $0.55 | -13.5% |

Source: *LSEG Workspace*; Complaint; Five Below Forms 8-K and 10-Q for Q3 2022 – Q2 2024

Note:

[1]  Earnings announcements by Five Below during the Proposed Class Period.  Five Below operates on a 52/53-week fiscal year ending on the Saturday closest to January 31.  Five Below's FY 2023 ended February 3, 2024.  Five Below's Q3 2022 ended October 29, 2022, and Q2 2024 ended August 3, 2024.

[2]  Equity analyst consensus estimates represent median consensus figures as reported by *LSEG Workspace* as of the trading day prior to the respective earnings announcement.  I note that equity analysts appear to compare their own estimates to adjusted diluted EPS when Five Below reports both adjusted diluted EPS and GAAP diluted EPS.  I note that equity analysts appear to compare their own estimates to GAAP diluted EPS when Five Below only reports GAAP diluted EPS.  *See, e.g.,* "Five Below Inc. (FIVE): 4Q23 EPS Miss; FY24 Guidance Came in Below Consensus," *Goldman Sachs*, March 20, 2024, p. 1; "1Q Miss & Lower on Micro/Macro Combo; Remain Neutral w/ PT to $122," *J.P. Morgan*, June 6, 2024, p. 1.

[3]  For its Q1 2024 earnings release, Five Below separately reported adjusted diluted EPS and GAAP diluted EPS.  The Reported EPS figure for this quarter represents the adjusted diluted EPS.

[4]  For Q2 2024, Reported EPS reflects the midpoint of the GAAP diluted EPS guidance range for Q2 2024 EPS in the Company's Form 8-K filed on July 16, 2024.  Equity analyst consensus estimates are as of July 15, 2024.

# Exhibit 12.A
# Equity Analyst Estimates for Five Below's
# Earnings Per Share ("EPS") in FY 2023[1]



Source:  *LSEG Workspace*; Complaint; Five Below Forms 8-K for Q4 2022 – Q4 2023

Note:
[1]  Equity analyst estimates including mean and median consensus figures are as reported by *LSEG Workspace*, and represent adjusted diluted EPS. Actual FY 2023 results (ended February 3, 2024) represent Five Below's reported GAAP diluted EPS.  For its FY 2023 earnings results, Five Below did not report a separate adjusted diluted EPS figure from its GAAP diluted EPS figure.  I note that equity analysts appear to compare their own estimates to GAAP diluted EPS when Five Below only reports GAAP diluted EPS.  *See, e.g.,* "Shrink Pressures Clouding Discretionary Resilience," *BNP Paribas*, March 21, 2024, p. 1; "Q4 Print Is A WOW, But Not in a Good Way. Reiterating HOLD Rating and Lowering Price Target To $187," *Craig Hallum*, March 21, 2024, p. 1.

## Exhibit 12.B
## Equity Analyst Estimates for Five Below's
## Earnings Per Share ("EPS") in FY 2024[1]



Source: *LSEG Workspace*; Complaint; Five Below Forms 8-K for Q4 2023 – Q4 2024

Note:

[1]  Equity analyst estimates including mean and median consensus figures are as reported by *LSEG Workspace*, and represent adjusted diluted EPS. From its Q1 2024 through to its Q4 2024 earnings release, Five Below separately reported guidance for adjusted diluted EPS and GAAP diluted EPS. Guidance ranges represent adjusted diluted EPS figures when separately available. Actual FY 2024 results (ended February 1, 2025) represent Five Below's reported adjusted diluted EPS. Five Below also separately reported GAAP diluted EPS of $4.60. I note that equity analysts appear to compare their own estimates to adjusted diluted EPS when Five Below reports both adjusted diluted EPS and GAAP diluted EPS. *See, e.g.,* "Difficult reset, though revised guide doesn't require heroic effort," *BNP Paribas*, June, 6, 2024, p. 1; "1Q Miss & Lower on Micro/Macro Combo; Remain Neutral w/ PT to $122," *J.P. Morgan*, June 6, 2024, p. 1.

# Exhibit 13.A
# Five Below
# Select Commentary by Equity Analysts Regarding Potentially Confounding News
## Following the June 5, 2024 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] | Potentially Confounding News |
|---|---|---|---|---|
| 6/5/24 | Citi | Squishy Macro and Squishmallows Blamed for a Very Squishy 1Q and Outlook | 1Q comps -2.3% were below cons +1.2%, **which mgmt attributed to incremental macro weakness hurting the lower-income consumer** and challenge lapping strong trends LY (cited Squishmallows). (p. 1) | **Macroeconomic Pressures** |
| 6/5/24 | Goldman Sachs | Five Below Inc. (FIVE): 1Q24 miss and guidance lowered; Maintain Buy after recent sell off | Based on FIVE's comp weakness (as well as similar comments on top line demand from Dollar Tree), we do think the **lower-income consumer is likely under more pressure than we originally thought**. (p. 1)<br><br>Actions being taken - We are encouraged that management is playing offense in response to the **challenging macro environment** with various actions being taken, including an intensified focus on merchandising, pricing and marketing tests, and cost reduction efforts.  (p. 2) | **Macroeconomic Pressures** |
| 6/5/24 | KeyBanc | FIVE: Consumer Catching a Cold? Or Trends Slowing? | 1Q results reflect a **slowdown in the low-income consumer** in late 1Q, but strong expense management. (p. 1)<br><br>Of note, the weak trends in late 1Q (which align with DLTR commentary earlier in the day about pressure from the Easter shift and **poor weather**), continued so far 2QTD. Given weaker trends, mgmt. has begun efforts to reaccelerate sales, including the testing of new marketing strategies in certain markets and a pricing test in ~100 stores. (p. 1)<br><br>For 2024, management **lowered guidance as a result of weaker consumer demand** experienced at the end of 1Q and so far 2QTD. For the full year, management now expects EPS in a range of $5.00-$5.40 (vs. $5.71-$6.22 previously) and compares to consensus of $6.00. (p. 4)<br><br>SG&A as a percentage of sales increased 127 bps in the quarter, to 27.8%, driven by fixed cost leverage as well as **the non-recurring legal expense, higher pre-opening expenses due to more openings vs. last year, and a planned marketing shift into 1Q**. (p. 3) | **Macroeconomic Pressures**<br><br>**Weather Impact**<br><br>**Increased Expenses** |
| 6/5/24 | Mizuho | Q1 Quick Read: Squishmallows Can't Squash a Slowdown; Reducing PT | While **macro and lower-end consumer-driven**, this downdraft coincides with **in-store changes around self-checkout and efforts to mitigate inventory shrink**. (p. 1)<br><br>Management indicated comps over the final 7-weeks of the quarter **decelerated sharply after the Easter holiday and have not recovered**. This is somewhat at odds with prior comments around a strong start to Easter, and also trends at Dollar Tree (DLTR, Not Covered) - where sales growth seemed to rebound post a weaker Easter period. (p. 1) | **Macroeconomic Pressures**<br><br>**Shrink Mitigation Efforts** |

# Exhibit 13.A
# Five Below
# Select Commentary by Equity Analysts Regarding Potentially Confounding News
Following the June 5, 2024 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] | Potentially Confounding News |
|---|---|---|---|---|
| 6/5/24 | Truist | Painful print/guide; sizable slowdown in back half of 1Q; seems like a kitchen sink scenario to us | **Easter was disappointing (potentially impacted by weather**, based on Buy-rated DLTR's comments earlier in the day), but then sales really tailed off as **consumers had little reason to buy, with the slowdown being materially more pronounced in stores serving lower-income consumers**. (p. 1)<br><br>The company is now projecting comp declines of MSD both in 2Q and 2H. Our sense is that **while the macro has clearly been a headwind** (especially for lower income consumers, as we have continued to highlight), the company also saw incremental weakness from some of their older products like Squishmallows. On our callback, we asked if we could be in a situation that there just isn't a lot of 'new' and 'exciting product' right now in the stores and mgmt said it was a 'fair assumption'. (p. 1)<br><br>For Five Below, the **sales slowdown has also coincided with multiple store-related changes**. First, the company's growth of Five Beyond, **where maybe the expansion of their price points has been ill-timed relative to an increasingly stressed consumer.** Second, their **shrink mitigation efforts** and move from self-checkout to associate-assisted checkout **may not have been a smooth process**, based on various industry sources. (p. 2) | **Macroeconomic Pressures**<br><br>**Shrink Mitigation Efforts**<br><br>**Weather Impact**<br><br>**Pricing Missteps** |
| 6/5/24 | Wells Fargo | Kitchen Sink Guidance Only Fuels Bigger Picture Questions; Management Low on Answers but Value Apparent | Transactions fell as **low-income consumers pulled back from discretionary categories**. (p. 1)<br><br>**FIVE looks to be in bad spot from a macro standpoint** (discretionary heavy with plenty of low-end exposure), but it's still surprising the business has slowed this much with more mixed results elsewhere. **Concerns around competition, shrink execution, store growth, and tariffs** are not going away post this. (p. 1)<br><br>It's fair to debate why FIVE has seen outsized pressure recently, but **the macro** and lack of any clear trend are **certainly playing a role**. (p. 1) | **Macroeconomic Pressures**<br><br>**Shrink Mitigation Efforts**<br><br>**Increased Competition**<br><br>**Tariffs** |
| 6/6/24 | Barclays | New Problems but at a Lower Price; Still Feels Mostly Cyclical and Recoverable | FIVE **discussed pressure on its low income consumer**, which has been a common theme. We've heard other companies that cater to the lower income cohort discuss a more discerning consumer with less money to spend. (p. 3)<br><br>Despite its growing consumables business, FIVE is still a mostly discretionary business. **We've been hearing for a while now that consumers are being more selective and shopping closer to need**. FIVE has suggested that **it acts more needs-based later in the year**, which should drive the slight 2H comp improvement embedded in guidance. Easing headwinds from Squish categories going forward should also help. (p. 3)<br><br>Even assuming a return to a more normal top-line environment, it's **not clear yet that all the pressures reverse next year** [...] there are also some offsets from **increased reinvestment in the business (labor + pricing/marketing)**. (p. 3)<br><br>That said, there is **some opex investment required here that will limit the benefit from the shrink recovery**. (p. 3) | **Macroeconomic Pressures**<br><br>**Shrink Mitigation Efforts**<br><br>**Increased Expenses** |
| 6/6/24 | BNP Paribas | Difficult reset, though revised guide doesn't require heroic effort | Negatively, a highly discretionary assortment leaves FIVE in a uniquely challenging position as **consumer wallet share is stretched**. Further, **plans to test elasticity could signal that the value prop needs some refining**[.] (p. 1) | **Macroeconomic Pressures**<br><br>**Pricing Missteps** |

## Exhibit 13.A
## Five Below
## Select Commentary by Equity Analysts Regarding Potentially Confounding News
### Following the June 5, 2024 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] | Potentially Confounding News |
|---|---|---|---|---|
| 6/6/24 | Craig-Hallum | Rapid Deceleration Of Trends Leads To Deep Cuts To Guidance. Reiterating HOLD Rating And Lowering Price Target To $124. | Weaker comps were driven by fading old trends and a lack of new trends along with **macro pressures hurting discretionary spend.** (p. 1)<br><br>Management called out **macro pressures and lower income customers reducing discretionary spend.** (p. 1) | **Macroeconomic Pressures** |
| 6/6/24 | Deutsche Bank | FIVE Reasons to Hang on | With **the challenged macro landscape weighing heavily on its core lower-income consumer**, FIVE delivered 1Q results that were worse-than-feared. (p. 1) | **Macroeconomic Pressures** |
| 6/6/24 | Evercore ISI | Rocky Road to Offense; Unit Growth Remains | That said, **peers like DG/DLTR/FDO/TGT and even WMT have also faced negative discretionary comps, so at least Five isn't alone**. With the **macro likely choppy near term**, the focus shifts to what the company can do about it. (p. 1)<br><br>Bottom Line: **FIVE is not immune to sluggish consumer/discretionary headwinds**, yet we believe it is detoured and not derailed. **Consumer spend on discretionary goods is likely to remain pressured near term**, yet FIVE has a track record of solid share gain and traffic growth. (p. 1) | **Macroeconomic Pressures** |
| 6/6/24 | Guggenheim | FIVE - Playing Offense But What's The Right Play Call? Reducing Estimates and PT to $165 But Remain BUY-Rated On P&L Recovery Potential | The seemingly sudden, significant comp deterioration is perplexing and problematic since it further elevates P&L uncertainty heading into a potentially challenging Holiday selling season. The company attributes this to the **macro backdrop** rather than changes to competition or execution and is addressing it via pricing and marketing pilots, while guiding to mid-SD declines through year-end. (p. 1)<br><br>As with others, the **discretionary categories were especially weak**, falling an estimated 6-7% in April and May. Unfortunately, discretionary represents 75% of sales, well above DLTR's 50% and DG's 15%. (p. 1) | **Macroeconomic Pressures** |
| 6/6/24 | J.P. Morgan | 1Q Miss & Lower on Micro/Macro Combo; Remain Neutral w/ PT to $122 | Management cited a clear change in sales trajectory in mid-to-late March (w/ sales "dropping off a cliff Easter week") and **softer demand** continuing through May (2Q-to-date) with -2.8% transactions in 1Q the first decline since 3Q22 (vs. +3.9% TTM). (p. 1)<br><br>The Macro: **mgmt cited "consumers were more discerning with their dollars and increasingly buying to need** during the quarter noting a shift to consumable categories (i.e. candy, food and beverage, beauty, and HBA) consistent with lateral discount peers. (p. 1)<br><br>FIVE reported -2.3% 1Q comparable sales (< Street +1.0%) with performance softening in the back half of the quarter with management previously noting the earlier Easter catalyst as "marginally worse" historically and coincided with **an unfavorable combination of weather** (March finished as the wettest in 33+ years, with precipitation levels 19% higher Y/Y) and tax refunds down $4.1B on average in the two weeks leading into the event. (p. 3)<br><br>1Q SG&A $s grew +17.4% and deleveraged 130bps Y/Y (vs Street deleveraging ~83bps to 27.3%) due to **higher planned marketing, payroll expenses and depreciation,** translating to a 4.6% EBIT margin (< Street 5.0%). (p. 4) | **Macroeconomic Pressures**<br><br>**Weather Impact**<br><br>**Increased Expenses** |

# Exhibit 13.A
# Five Below
## Select Commentary by Equity Analysts Regarding Potentially Confounding News
### Following the June 5, 2024 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] | Potentially Confounding News |
|---|---|---|---|---|
| 6/6/24 | Loop | Lowering Price Target To $120 From $190 As Near-Term Visibility Dims | While Five Below is hardly alone among deep discount retailers in reporting a top-line slowdown, we have little near-term visibility given the fact the company is simultaneously dealing with **macroeconomic headwinds, increased competition, and a major change in store operations (i.e., the switch to store associate assisted self-checkout)**. (p. 1) | **Macroeconomic Pressures**<br><br>**Shrink Mitigation Efforts**<br><br>**Increased Competition** |
| 6/6/24 | Morgan Stanley | DLTR, FIVE, OLLI: How 1Q24 Results Shape Our Views | We got the path wrong. We expected FIVE to tread water in early-mid '24 due to both **tariff risk (~70% COGS exposure to China)** and shrink uncertainty, but when it appeared traffic was slowing in April, we didn't appreciate the magnitude.<br><br>The largest impact to Q1'24 comps was the timing of and performance during Easter which marked a **significant slowdown in discretionary spend**. While this was largely traffic driven (-2.8% in Q1), modest pressure on units was a factor as well. The **pressure was isolated among low-income consumers** who have **become more discerning in their spend**, as comps for the high-income cohort were positive (indicating some trade-down). (p. 2)<br><br>That said, **it is possible there are competitive forces at play as well**[.] (p. 2) | **Macroeconomic Pressures**<br><br>**Increased Competition**<br><br>**Tariffs** |
| 6/6/24 | Oppenheimer | Best to Remain on Sidelines with FIVE | Recent data, including this week's much softer than planned Q1 (Apr.) report, suggest to us that FIVE is now contending with internal, growth-related strains, amid an increasingly **less favorable discretionary demand backdrop**. (p. 1)<br><br>Comp store sales trends at FIVE slowed meaningfully in the back half of Q1 (Apr.), seemingly reflecting a much **more pronounced post-Easter, post-tax refund season lull in consumption, particularly amongst lower-income shoppers**. (p. 1) | **Macroeconomic Pressures** |
| 6/6/24 | Telsey Advisory Group | FIVE - Soft 1Q24 Earnings; Lowered 2024 Guidance | The company saw the slowdown in all geographies, and it was **more pronounced among lower income consumers**. (p. 1)<br><br>The soft comp trend is likely due to a combination of factors, including the **uncertain consumer spending environment, increased competition from mass merchants**, like Walmart (WMT; Outperform; PT= $70), and online retailers, like Temu, a lack of hot trends and product newness, and **higher price points**. (p. 1) | **Macroeconomic Pressures**<br><br>**Increased Competition**<br><br>**Pricing Missteps** |
| 6/6/24 | UBS | Looking Beyond or Below? | At least some will assign the explanation to a **combination of rising competition**, some give-back of the outperformance from the last few years, the lack of newness in the product assortment and some degradation of the company's unit economics. (p. 1)<br><br>FIVE's topline results **fell flat driven by an increasingly deliberate consumer** that, according to the company, has **been pressured from multiple years of elevated inflation and ran out of discretionary budgets once tax refunds were spent**. (p. 1)<br><br>**The slowdown in sales traffic was experienced across all geographies**, according to the company, further **suggesting that this is a broader macro trend**, rather than a structural issue with [Five Below's] business model. (p. 1) | **Macroeconomic Pressures**<br><br>**Increased Competition** |

**Exhibit 13.A**
**Five Below**
**Select Commentary by Equity Analysts Regarding Potentially Confounding News**
Following the June 5, 2024 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] | Potentially Confounding News |
|---|---|---|---|---|
| 6/6/24 | William Blair | Comps Fall Well Below Expectations as Broader Pressures in Discretionary Spend Disproportionately Impact the Model | The company's **entirely discretionary offering is facing pressures from an increasingly selective customer**, and **soft demand trends have largely continued into the second quarter**. As such, management reduced its guide for the full year, with comps now expected to decline in the 3% to 5% range, compared to prior expectations of low-single-digit growth [...] We also believe there may be upside to management's revised earnings guide, driven by shrink favorability, as preliminary store inventory results have been positive, and management seems to be confident that the benefit will more than exceed the **additional investments in labor embedded in the guide** as part of its **prevention efforts**. (p. 1)<br><br>While demand trends are discouraging, it is not necessarily surprising **given broader headwinds in discretionary spend, and weather-related disruptions likely contributed as well**. However, the significant fall-off mid-quarter and continuation into the second quarter is in contrast with some of its peers, which could indicate more of a structural issue, but it's hard to **disaggregate from all of the macro-related noise**. At this point, we **believe the current headwinds are cyclical**, where the company should be well positioned for a quick inflection upon a more normalized demand environment. (p. 4) | **Macroeconomic Pressures**<br><br>**Shrink Mitigation Efforts**<br><br>**Weather Impact** |
| 6/7/24 | Truist | Highlights from our recent meetings with Five Below's senior management team | Five Below experienced a far sharper sales slowdown in mid-1Q than we would have expected. While '**macro' pressures, particularly on lower income consumers (~50% of [Five Below's] base) clearly played a role**, we think it's the combination of **low-income consumer exposure**, a lack of holidays/events to drive buying activity (more in 2H than 1H) and a relatively stale merchandise offering that caused the slowdown. (p.1)<br><br>**Softness with [Five Below's] lower-income consumers** (~50% in the $50k or less bucket), **[has] been the primary cause of the sales deceleration**. (p. 2) | **Macroeconomic Pressures** |
| 6/10/24 | Gordon Haskett | In Need of Some Brotherly Love Post 1Q24 Miss; Lowering Estimates and PT to $140 | 1Q24 SSS dropped 2.3% (vs. our/Street 0.0%/0.9%), with transactions falling 2.8% **as consumers became increasingly discerning given the current macro**. (p. 1)<br><br>1Q24 faced comp headwinds via: (1) lapping last year's squishmallow trend; (2) lackluster licensing/movie trends; and (3) **unfavorable weather** (March/April = wettest in 33 years per WTI); and (4) the company's elevated seasonal/discretionary mix. (p. 1) | **Macroeconomic Pressures**<br><br>**Weather Impact** |

Source:  Equity Analyst Reports

Note:
[1]  Select equity analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on June 5, 2024.
[2]  Emphasis in original text removed.  Bold text indicates commentary on potentially confounding news.

**Exhibit 13.B**
**Five Below**
**Select Commentary by Equity Analysts Regarding Potentially Confounding News**
Following the July 16, 2024 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] | Potentially Confounding News |
|---|---|---|---|---|
| 7/16/24 | KeyBanc | FIVE: CEO Transition, 2Q Guidance Lowered | After the close, **unexpectedly, FIVE announced the departure of President and CEO, Joel Anderson**, 'to pursue other interests'. Mr. Anderson held the CEO role since February 2015, overseeing the Company's growth and execution of many successful initiatives, in spite of recent challenges at the Company over the past year. Mr. Ken Bull assumes the interim President and CEO role. (p. 1)<br><br>Looking forward, we maintain our concerns around current headwinds on the business and the **risk of the impact of China tariffs**. (p. 1) | **CEO Departure**<br><br>**Tariffs** |
| 7/16/24 | Loop | Lowering Price Target To $90 From $120 On CEO Transition, Updated Guidance | **After the close Five Below announced the resignation of long-time President and CEO Joel Anderson** and reduced its F2Q 2024 guidance. (p. 1) | **CEO Departure** |
| 7/16/24 | Wells Fargo | CEO Exit and Q2 Cut Suggest Problems Deeper Than Feared; Decisive Action Welcome, but Plenty of Uncertainty Remains | **FIVE announced that Joel Anderson is stepping down as CEO to "pursue other interests" effective immediately.** COO Ken Bull has been announced interim CEO, while co-founder and former CEO Tom Vellios has assumed the role of Executive Chairman on an interim basis to support Ken and the company. (p. 1) | **CEO Departure** |
| 7/17/24 | Bank of America | Worsening trends lead to negative preannouncement & guidance cut | **Joel Anderson has stepped down from his roles of President and CEO to pursue other interests**. Kenneth Bull will serve as interim President and CEO, effective immediately, while the Board searches for a permanent replacement. Bull has most recently served as COO and was CFO for eleven years prior. (p. 1)<br><br>On the 1Q call, management discussed a **tough macro backdrop pressuring the low-income consumer**. However, the divergence in comps vs off-price peers (which are posting positive comps) makes us think there are greater **underlying issues such as competition and cannibalization**. (p. 1)<br><br>A **pressured low-income consumer** and execution issues related to its product offering **are creating challenges**. (p. 1) | **CEO Departure**<br><br>**Macroeconomic Pressures**<br><br>**Increased Competition** |

**Exhibit 13.B**
**Five Below**
**Select Commentary by Equity Analysts Regarding Potentially Confounding News**
Following the July 16, 2024 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] | Potentially Confounding News |
|---|---|---|---|---|
| 7/17/24 | Barclays | Bruised, Not Broken, But Moving to the Sidelines; Framing Some Key Issues | **CEO departure adds uncertainty** to an already challenging situation where comps have dropped off sharply in a short period. We still see a long term growth opportunity for this concept, but a lack of visibility into company specific fixes and ultimately EPS move us to EW. (p. 1)<br><br>With the management change, along with our own incremental work below, there seem to be some **other issues that may take some time to address**, **such as** merchandising (product, **pricing**, store experience, etc.). (p. 1)<br><br>[I]ssues that may be weighing on results: 1) FIVE discussed **macro pressures related to the low income consumer again**; much of the business is discretionary, so this makes sense, but unfortunately we don't know when that will change. FIVE should be performing better, with the right offering, as a value retailer in the current environment [...] 3) **Online could be a factor, even if indirectly, as more traffic shifts online again**. We don't think FIVE is outright losing share to online players, but: a) there are more demands for its core customers' wallet; b) FIVE doesn't have a big online business, so it doesn't capture that channel shift; c) **it** may be losing some local foot traffic (we show traffic is actually slightly better when overlapping with WMT/TGT than when it doesn't). (p. 1)<br><br>We do think the stock now reflects much of the concerns. But: 1) **It's not clear that the macro will become more supportive; 2) there's uncertainty on new management and the strategic direction** (how do they frame the actual issue, how will they fix it, and what are the financial implications); and 3) even if the business can stabilize, could there be other, less controllable factors still ahead to navigate, such as **tariffs**? (p. 1)<br><br>**Macro is one factor**: While FIVE's message in the callback seemed to shift more to company specific issues, including shortfalls in product and value, the macro and low end consumer issues were again discussed; **we highlight below the slowdown in low/middle income consumers**. Unfortunately, we don't know when that will change. (p. 3)<br><br>More directly, **wallet share is shifting to other channels and products**: For example, we looked at the 2021 FIVE shopper cohort and transactions at FIVE vs. Shein, which seemed to show an inverse relationship even as product overlap is low [...] But also there is also a **wallet share shift to essentials as the core customer remains under pressure**: Tying in with the first point, we can also see the inverse relationship between spend at FIVE and DG. (p. 6) | **CEO Departure**<br><br>**Macroeconomic Pressures**<br><br>**Increased Competition**<br><br>**Tariffs**<br><br>**Pricing Missteps** |

## Exhibit 13.B
## Five Below
## Select Commentary by Equity Analysts Regarding Potentially Confounding News
### Following the July 16, 2024 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] | Potentially Confounding News |
|---|---|---|---|---|
| 7/17/24 | BNP Paribas | CEO transition announced, Q2 guide revised lower | **FIVE announced Joel Anderson has stepped down from the role of President and CEO** to 'pursue other interests'. Kenneth Bull, COO has been appointed interim President and CEO while Thomas Vellios, Co-Founder, Non-Executive Chairman and former CEO will assume the role of Executive Chairman on an interim basis to support the B.O.D. as they launch a search for a permanent CEO. (p. 1)<br><br>[W]e believe [the in-store experience] may have slipped recently on the back of ASO checkout removal to combat shrink. (p. 1) | **CEO Departure**<br><br>**Shrink Mitigation Efforts** |
| 7/17/24 | BNP Paribas | Reiterate Petco Underperform on CEO announcement | Conversely, FIVE shares are down 64% YTD due to a combination of **multiple downward EPS revisions driven by macro pressuring its** core lower income consumer, as well as executional missteps around product assortment, customer value equation, store standards, **and the repercussions to customer service levels from mitigating shrink** via self-checkout removal, in our view. (p. 1) | **Macroeconomic Pressures**<br><br>**Shrink Mitigation Efforts** |
| 7/17/24 | Citi | Too Many Headwinds to Fight; Downgrading from Buy to Neutral | Beyond the near-term, we see **risk to mgmt cutting LT store growth targets**[.] (p. 1)<br><br>Several headwinds leave us more cautious: (1) **consumers are prioritizing non discretionary spending**, (2) **risk of costs pressures stemming from higher freight/labor**, (3) FIVE seems likely to reinvest in price to address their value proposition, and (4) **Potential additional tariffs on products from China** (most likely under a Trump/Vance victory) would be an incremental margin headwind to FIVE (~40% of product sourced from China, but also many of their third-party vendors also source from China). (p. 1)<br><br>When asked on the call they hosted (following the announcement) **whether they will pull-back on their store growth targets, management did not rule it out**. (p. 3)<br><br>It appears that the **Board lost confidence in former CEO Joel Anderson's strategy to focus on higher price point product/Five Beyond emphasis at a time when their consumer is looking for value.** (p. 3)<br><br>Given weaker than expected comps/new store productivity so far in F24, **we believe management will likely lower the number of stores they open annually in F25 and beyond**. We now model 200 new store openings annually from F25-F28, implying HSD-LDD sq footage growth (vs LDD to mid-teens prior). (p. 3)<br><br>We can't ignore that the **macro backdrop is unfavorable for FIVE (customer buying more needs-based vs discretionary items).** (p. 3)<br><br>We believe FIVE's **focus on the Five Beyond assortment has taken them off track** as they introduce **more higher price point items at a time the customer is seeking value**. (p. 3) | **CEO Departure**<br><br>**Macroeconomic Pressures**<br><br>**Store Productivity / Growth**<br><br>**Tariffs**<br><br>**Pricing Missteps**<br><br>**Increased Expenses** |

# Exhibit 13.B
# Five Below
# Select Commentary by Equity Analysts Regarding Potentially Confounding News

Following the July 16, 2024 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] | Potentially Confounding News |
|---|---|---|---|---|
| 7/17/24 | Craig-Hallum | CEO Steps Down And Guidance Lowered Again As SSS Plunge. Reiterating HOLD Rating And Lowering Price Target To $108. | Five Below delivered another disappointing update after the close on Monday with the **company lowering Q2 guidance** and **announcing the departure of President and CEO, Joel Anderson**. The **speed at which the Five Below story has unraveled in 2024 is stunning** with the retailer previously among the best growth stories within retail and Mr. Anderson among the most respected and admired executives in the industry. (p. 1)<br><br>The key question to answer is whether **slowing comps is the result of a weaker product assortment, increased competition, a lack of perceived value from higher price points, or some combination thereof**. Recent price tests on products indicate management believes price/value is the primary driver of weaker trends, but investors are likely to remain skeptical until definitive progress is made. We see potential for unit growth to slow in FY25 and beyond until the company can demonstrate more consistent results. **Weaker SSS, risks around future unit growth, and uncertainty on the C-Suite** are all factors that will compress the multiple for an extended period until confidence in LT growth is restored. We reiterate our Hold rating and lower our Price Target to $108. (p. 1)<br><br>Management noted that the slowdown is **due to both a tougher macro backdrop** that has seen the lower income cohort pullback in spending, as well as **self-inflicted issues such as value proposition (i.e. pricing) of the product assortment**. (p. 2)<br><br>There are obvious questions on whether **new online competition**, such as Temu, is pressuring results. (p. 2) | **CEO Departure**<br><br>**Macroeconomic Pressures**<br><br>**Increased Competition**<br><br>**Store Productivity / Growth**<br><br>**Pricing Missteps** |

# Exhibit 13.B
# Five Below
# Select Commentary by Equity Analysts Regarding Potentially Confounding News
## Following the July 16, 2024 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] | Potentially Confounding News |
|---|---|---|---|---|
| 7/17/24 | Deutsche Bank | Up High (Challenges), Down Low (Performance); Downgrade to Hold | We are downgrading shares of FIVE to Hold with a $79 PT given heightened uncertainty around its margin outlook and earnings power. While shares have meaningfully underperformed (FIVE -64% YTD vs. SPX +17%), we are stepping to 1) the sidelines given our **concerns around the abrupt CEO change**; 2) deteriorating sales trends; 3) a **step down in new store productivity**[.] (p. 1)<br><br>On our callback yesterday, management highlighted the **continued bifurcation of income cohorts, with the lower-income consumer still remaining challenged**. At the same time, we believe part of the underperformance is likely related to **increased competition (AMZN, WMT, Temu, etc.)**. (p. 1)<br><br>Management indicated that a **significant part of this year's top-line challenges** is self-inflicted from less-than-exciting product assortment and likely **suboptimal pricing**. (p. 1)<br><br>[M]anagement noted softness into 2Q, particularly due to a **decrease in discretionary spending across the lower-income cohort**. (p. 2)<br><br>Regarding the same-store-sales trajectory, management by our recent access cited the primary driver of the deceleration in trends to close 1Q and into 2Q (relative to February) was a **deterioration in comp performance at the low-income customer cohort** (relative to positive comp performance in 1Q at the high-income cohorts of $90K+ HHI) associated in management's view with **macro-related pressure to the low-income consumer's discretionary wallet** (cost of living pressures, higher cost of borrowing, rising credit delinquencies). (p. 2)<br><br>Additionally, we have seen a **significant rise in freight costs** (Shanghai Shipping Exchange surged 109% YTD), and importantly, we expect fixed cost deleverage on negative comps to worsen (management has cited +3% comp to leverage fixed costs). FIVE's heavy reliance on overseas sourcing poses additional risk, particularly with the **looming threat of new tariffs** under a potential Trump administration, which could lead to further margin deterioration and undermine efforts to sharpen pricing. (p. 3)<br><br>With declining SSS and **deteriorating NSP** (80.9% in 1Q24 vs. the historical average of mid-90%), we think it is likely that FIVE **reduces its new store openings.** (p. 4) | **CEO Departure**<br><br>**Macroeconomic Pressures**<br><br>**Increased Competition**<br><br>**Pricing Missteps**<br><br>**Store Productivity / Growth**<br><br>**Tariffs**<br><br>**Shrink Mitigation Efforts**<br><br>**Increased Expenses** |

# Exhibit 13.B
# Five Below
# Select Commentary by Equity Analysts Regarding Potentially Confounding News
## Following the July 16, 2024 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] | Potentially Confounding News |
|---|---|---|---|---|
| 7/17/24 | Evercore ISI | Searching for the North Star; Downgrade to In Line | It is **unclear who will be its long term CEO** (current COO Ken Bull was named Interim CEO), how long it will take to enhance execution, and what investment in terms of labor and pricing are needed. (p. 1)<br><br>**Competition has narrowed the gap**, and the **choppy lower income consumer backdrop** is likely to persist adding to turnaround complexity. (p. 1)<br><br>That said, **competition (both in store and online) is narrowing Five Below's edge** on trend right merchandise at a strong value. The rise of Shein and Temu has likely diverted some of Five's growth, yet store competitors like Target, Walmart, and Dollar Tree are also expanding across the value spectrum. Consistent with the choppy EVR ISI Retailer Survey lately, **Five is engineering a turnaround amidst a challenging backdrop.** (p. 1)<br><br>**Low income consumer pressure not letting up**. (p. 1)<br><br>FIVE operates 1.6k+ stores in 43 states. Management's latest target is 3.5k+ stores (raised from 2.5k at the March '22 analyst day), and expects to open up ~230 in '24 with mid teen growth for the next few years. **We believe the pace of store growth will slow in '25**, yet the company has likely set in motion at least 100 new store openings for next year and mgmt. still sees itself as a premier growth co. once it course corrects. (p. 2) | **CEO Departure**<br><br>**Macroeconomic Pressures**<br><br>**Increased Competition**<br><br>**Store Productivity / Growth** |
| 7/17/24 | Goldman Sachs | Five Below Inc. (FIVE): Lowering estimates after the Q2 pre-announcement | **Sales are deteriorating on a continued difficult macro backdrop** but also as **competition intensifies**. (p. 1)<br><br>We think there is an **increased risk** we could see a **pull back in store growth** and have lowered our store outlook slightly for FY25 to 220 doors down from our original estimate of 250 as we think it is likely the company pushes out some of its pipeline to focus on the core business. (p. 1)<br><br>The company also announced that its CEO and President, **Joel Anderson, is leaving the company to pursue other interests**, with Kenneth Bull, the company's COO, named Interim CEO and President immediately. (p. 1) | **CEO Departure**<br><br>**Macroeconomic Pressures**<br><br>**Increased Competition**<br><br>**Store Productivity / Growth** |
| 7/17/24 | Guggenheim | FIVE - As If Things Couldn't Get Worse, Comps Leg Lower and the CEO Resigns—We Cut Our Estimates and PT, to $125, But Stay BUY-Rated On Secular Growth | **Lowered 2025-2027 estimates also incorporate a pull-back in unit expansion**, to ensure a focus on existing stores—though management is adamant it is a growth company—as well as **stepped-up marketing spending**. (p. 1)<br><br>An already challenging 2024 has worsened with a further weakening of comps in July accompanied by the **departure of long-time CEO Joel Anderson**, sending the shares down another ~10% after-hours. (p. 1)<br><br>CEO Anderson's Tenure Ends, Unfortunately, On A Low Note. Despite the company's recent struggles, **we were surprised by Mr. Anderson's resignation**. He had been in the CEO role for ten years, assembled a deep, talented executive team, and had presided over a period of successful expansion. (p. 1)<br><br>The **challenging macro backdrop is a factor, as it is for most of the peers** in Exhibit 3...We do believe that a 100 basis point reduction in marketing spend versus pre-COVID levels—see Exhibit 6—is significant and should be addressed, although this may have to wait until next year, or at least December given the election. **Pricing may be an issue** although the recent pricing test, as shown in Exhibits 7-9, which is confined to the "Now and Seasonal", is unlikely to move the needle. (p. 2) | **CEO Departure**<br><br>**Macroeconomic Pressures**<br><br>**Store Productivity / Growth**<br><br>**Pricing Missteps**<br><br>**Increased Expenses** |

# Exhibit 13.B
# Five Below
## Select Commentary by Equity Analysts Regarding Potentially Confounding News
### Following the July 16, 2024 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] | Potentially Confounding News |
|---|---|---|---|---|
| 7/17/24 | Jefferies | Not a High Five Here…CEO Transition Announced, Guidance Lowered | **Lower-income consumer pressures** and shrink related headwinds continue to hinder performance, and we expect shares to remain range-bound NT. (p. 1)<br><br>[S]hrink-related headwinds alongside a **more pressured lower-income consumer** continue to weigh on results[.] (p. 1) | **Macroeconomic Pressures** |
| 7/17/24 | J.P. Morgan | 2Q Cut & CEO Transition; Mgmt Access Takes; Remain Neutral Lowering PT to $87 | In addition to **'macro' pressures to the low-income consumer cohort**, management in our recent 1x1 access cited 5 other potential issues within the business under evaluation including: (i) **Pricing w/management citing the need to ensure "sharp enough pricing"** to give customers extreme value [...], (ii) Marketing w/ management evaluating if the current targeted marketing strategy is broad enough in reach to drive customer traffic & engagement, (iii) Merchandising w/mgmt citing the need to improve trend-right product in stores (w/ the seasonal product merchandised for this year characterized as "stale" w/ teams focused on improving 2025 buys, (iv) Trend Product w/ Trend sales penetration in 1Q declining by 100bps Y/Y lapping strong Squish trends last year & representing a comp headwind, and (v) **competition w/mgmt noting broad-based competition across e-commerce players (i.e. Temu), mass merchandise (i.e. WMT w/ sharp price points), and dollar stores (i.e. Dollar Tree's discretionary assortment)**. (p. 3)<br><br>Regarding the same-store-sales trajectory, management by our recent access cited the **primary driver of the deceleration in trends** to close 1Q and into 2Q (relative to February) was a **deterioration in comp performance at the low-income customer cohort** (relative to positive comp performance in 1Q at the high-income cohorts of $90K+ HHI) associated in management's view with **macro-related pressure to the low-income consumer's discretionary wallet (cost of living pressures, higher cost of borrowing, rising credit delinquencies)**. Said differently, management cited the bifurcation of comp performance between the low-income cohorts versus high-income cohorts has never widened to this degree[.] (p. 3)<br><br>On the forward pace of multi-year new unit growth, management in our 1x1 access cited two key factors under close watch: (i) **Cannibalization** with management citing 80bps of pressure tied to cannibalization with the **potential to slow multi-year unit growth in current markets** (= reduced density) if this rate were to increase over 100bps & (ii) **New Store Productivity with management citing potential to slow multi-year unit growth if NSP were to fall below 80% on an annual basis** (with our model pointing to NSP of 84% in FY23 relative to 89% in FY19). (p. 4)<br><br>All together, we see incremental downside pressure to 2H24 EBIT margins (vs. the 6/5 outlook) associated with greater fixed cost deleverage on a likely lowered 2H24 comp outlook (w/ management confirming a +3% comp is required to drive fixed cost leverage in the model) **noting incremental labor pressure tied to reversal of mgmt's self checkout initiative**. (p. 4)<br><br>CEO Transition w/ Ken Bull to the Helm: FIVE announced **appointment of Ken Bull as interim CEO effective immediately (succeeding Joel Anderson who stepped down after serving as CEO for ~9 years)**. (p. 4) | **CEO Departure**<br><br>**Macroeconomic Pressures**<br><br>**Increased Competition**<br><br>**Store Productivity / Growth**<br><br>**Pricing Missteps**<br><br>**Shrink Mitigation Efforts** |

## Exhibit 13.B
## Five Below
## Select Commentary by Equity Analysts Regarding Potentially Confounding News
Following the July 16, 2024 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] | Potentially Confounding News |
|---|---|---|---|---|
| 7/17/24 | Mizuho | A Business in Transition; Downgrade to Neutral | **Joel Anderson will step away from the company**, relinquishing the President and CEO roles which he has held since Feb. 2015, as well as his position on the Board. Current COO Ken Bull will assume an Interim CEO role, along with Co-Founder Tom Vellios moving into the Executive Chairman seat to assist in the search for a permanent CEO. We believe Ken Bull is the leading candidate for the position, and **do not rule out further management changes** in the coming months and quarters. (p. 1)<br><br>Per Reuters, Former President Trump is **considering new 60-100% tariffs on product sourced from China** (Link Here) **where FIVE over-indexes**, and could result in additional complexities in sourcing on-trend product at the proper cost. (p. 1)<br><br>FIVE is now at a crossroads and feeling the effects of: 1) **Growing cyclical pressures stemming from a pullback by lower-income consumers**; 2) **Deteriorating store productivity levels which may soon result in a reset to the pace of new unit growth;** and 3) Merchandising that appears to be somewhat behind the curve vs. peers. Additionally, the **likely implementation of new tariffs** adds another layer of complexity and leads us to shift our stance on shares. (p. 1) | **CEO Departure**<br><br>**Macroeconomic Pressures**<br><br>**Store Productivity / Growth**<br><br>**Tariffs** |
| 7/17/24 | Morgan Stanley | Downgrading to Equal-weight | **CEO transition adds uncertainty and possible EPS risk.** [...] We think it is more likely that under new management, there will be **heightened investments** to reinvigorate sales (through better merchandising and value) **and to remedy shrink**. Margins and earnings power are therefore likely to drift lower than where consensus will land following the pre-announcement. (p. 1)<br><br>This comes at a time when there is both **heightened competition** (from Dollar Stores, WMT, AMZN, Temu, etc.) and **spending softness among lower-income consumers**. (p. 1)<br><br>Our OW thesis was based on productive mid-teens % annual unit growth, an ability to consistently comp through merchandising acumen, and benefitting from trade down in weaker economic environments. T**he current backdrop has proved challenging for these factors** which drives our downgrade to EW. (p. 1)<br><br>While the stock was already pricing in lower unit growth even before the pre-announcement (the stock is down -50% YTD), the **slower rate of [store] openings is now inevitable in our view**. Our base case assumes unit growth slows to ~12%/~8% in '24/'25, while our bear case assumes ~4% growth each year. This may keep the multiple from returning to its historic levels in the near-to-medium term. (pp. 1–2)<br><br>**Tariff uncertainty** is another 2H'24 overhang as well given that we see FIVE among the most exposed to China tariff risk per our note. (p. 2)<br><br>Near-term headwinds include **continued pressure among lower-income consumer spending** and investments required to reinvigorate sales. (p. 4) | **CEO Departure**<br><br>**Macroeconomic Pressures**<br><br>**Increased Competition**<br><br>**Store Productivity / Growth**<br><br>**Tariffs**<br><br>**Shrink Mitigation Efforts** |

## Exhibit 13.B
## Five Below
## Select Commentary by Equity Analysts Regarding Potentially Confounding News
### Following the July 16, 2024 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] | Potentially Confounding News |
|---|---|---|---|---|
| 7/17/24 | Telsey Advisory Group | FIVE - CEO Left and 2Q24 Guidance Lowered | The weak 2Q24 performance reflects **ongoing softness among lower-income consumers**, lapping key trends from last year, such as Squishmallow, and the need to improve the value proposition. (p. 1)<br><br>**We are disappointed by the abrupt departure of CEO Joel Anderson** and the reduced 2Q24 guidance on softer sales. (p. 1)<br><br>The weaker topline reflects the **uncertain consumer spending environment, increased competition from mass merchants**, like Walmart (WMT; Outperform; PT=$70), and online retailers, like Temu, and a lack of hot trends and product newness. (p. 1)<br><br>Five Below also has **raised prices on core products and introduced higher priced items—losing track of the value proposition and making the store feel expensive.** (p. 1) | **Macroeconomic Pressures**<br><br>**Increased Competition**<br><br>**Pricing Missteps** |
| 7/17/24 | Truist | Downgrading FIVE to Hold; qtr has been tracking in-line but expected to worsen; uncertainty prevails | However, the expectation for incremental softening in late July, **the CEO change**, mgmt comments on self-inflicted wounds and the **potential scaling back of unit growth when new mgmt comes in, has completely eroded our confidence.** (p. 1)<br><br>Further, as we highlighted in our NDR recap, we think the combination of an **increasingly challenging macro environment** and lack of "hot" product have been the company's biggest headwinds. (p. 1)<br><br>As we previously highlighted, we think Five Below has been impacted by the **increasingly difficult macro environment, with particular pressure from their lower-income cohorts** ($50k or less HHI, which is 50% of their base). (p. 2) | **CEO Departure**<br><br>**Macroeconomic Pressures**<br><br>**Store Productivity / Growth** |
| 7/17/24 | UBS | More or Less than $5 in '25? | During a call with the sell-side, FIVE's Executive Chairman and its interim CEO made the case that FIVE's challenging comp is a result of a combination of **pressure on lower income consumers** (it noted it is seeing lower comps in stores levered to this demographic) and execution challenges[.] (p. 2)<br><br>It's also hard to ignore the prospect that **competition could be having some impact**. While FIVE's answer to this unknown is that 'it has long faced competition and performed well,' **there could be some differences this time. Temu and SHEIN have gained more traction and attention from consumers, especially FIVE's core customer.** (p. 2)<br><br>The decisive step of **FIVE's CEO's departure will add to the negatively [sic] overhanging the stock**. It will raise questions about the disruption and uncertainty the company will face for the near-term. (p. 2)<br><br>Still, with the **prospect of unknowns like tariffs, transportation costs,** and labor investments ahead, the stock will probably trade at a the lower end of its historic range for the near-term. (p. 2)<br><br>On its stores, **recent issues like shrink mitigation have been somewhat disruptive to the shopping experience for customers**. (p. 3) | **CEO Departure**<br><br>**Macroeconomic Pressures**<br><br>**Increased Competition**<br><br>**Tariffs**<br><br>**Shrink Mitigation Efforts** |

# Exhibit 13.B
# Five Below
# Select Commentary by Equity Analysts Regarding Potentially Confounding News
Following the July 16, 2024 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] | Potentially Confounding News |
|---|---|---|---|---|
| 7/17/24 | Wells Fargo | Former CEO Moves to WOOF; It's Not a Good Look for FIVE | As we grasp for some optimism here, there should be some comfort this news says Anderson really did resign to "purse other interests" as FIVE stated. **Reading through an executive resignation is often difficult**. **It's possible there were personal reasons he would leave FIVE for the WOOF job that are not clear to us. It may also say that the distraction of a search process could have contributed to FIVE's recent execution issues.** (p. 1)<br><br>The turnaround potential of FIVE is **clouded at the moment by** a lack of earnings visibility and **election/tariff uncertainty (FIVE is probably the most exposed retailer in America)**. (p. 1) | **CEO Departure**<br><br>**Tariffs** |
| 7/17/24 | William Blair | Surprise CEO Departure and Weaker-Than-Expected Second-Quarter Preview; Downgrading Shares to Market Perform | **Rising freight costs** and a **potential increase in tariffs** could be significant headwinds in 2025 [...] Furthermore, as of the end of 2023, roughly 60% of the company's products were sourced from China, and while the ramp of the new sourcing office in India should help diversify the company's supply chain, **we expect sustained freight pressures** and **an increase in tariffs under a new administration** could significantly weigh on the company's earnings power, even under a more normalized comp cadence, in 2025. (p. 2)<br><br>During the upcoming second-quarter print, **we expect management will reduce its new store outlook for 2025**, currently between 250 and 270 new locations, or 15% unit growth, to something closer to 200 new locations, or 11% unit growth, and scale back its plans to reach 3,500 stores by the end of 2030. (p. 2)<br><br>**The rise of Temu is the most obvious potential headwind**; however, we still believe Five Below's in-store, treasure hunt model offering a young customer instant gratification is more insulated here. Rather, **we believe the more significant impact is coming from other brick-and-mortar retailers** like Target (TGT $155.01) and Walmart (WMT $69.99) that are often in similar strip centers and have increasingly focused on expanding their assortment of impulse-buy merchandise priced under $10 near the cash wrap. (p. 2)<br><br>[W]e expect the increasing competition from nearby value and convenience-based retailers is eating into Five Below's **share**, particularly across a **more selective, inflation battered consumer**. (p. 2)<br><br>**Shares are down some 10% on the sudden CEO departure** and deeper cut to its second-quarter guide, reflecting a decline of 57% year-to-date. (p. 4) | **CEO Departure**<br><br>**Macroeconomic Pressures**<br><br>**Increased Competition**<br><br>**Store Productivity / Growth**<br><br>**Tariffs**<br><br>**Increased Expenses** |

**Exhibit 13.B**
**Five Below**
**Select Commentary by Equity Analysts Regarding Potentially Confounding News**
Following the July 16, 2024 Alleged Corrective Disclosure[1]

| Date | Contributor | Title | Select Commentary[2] | Potentially Confounding News |
|---|---|---|---|---|
| 7/21/24 | UBS | Highlights from an Expert Call with a Former Five Below Executive | The main takeaway is that the expert believes recent trends don't indicate FIVE's business model is broken. In his view, the company's merchandising, **pricing,** and store strategy have **deviated a bit from what has driven a consistent track record of success over the past two decades**. That said, these issues are addressable. As it relates to merchandising, the company may be able implement some changes ahead of Holiday '24. (p. 1)<br><br>Another reason the expert believes performance has faltered is the store experience. In his view, a combination of fewer store events, reduced staffing levels, and **shrink mitigation measures have disrupted the fun shopping experience Five Below is known for**. (p. 1)<br><br>The expert also attributed changes in the company's pricing strategy as a contributor to recent results. **He believes following the impact of tariffs in 2018- 2019**, the company has continued to **be a bit more lenient as it relates to raising prices as a lever for growth**. For example, raising an item that used to be priced at $1 to $2, and $2 to $3, etc. (p. 1) | **Tariffs**<br><br>**Pricing Missteps**<br><br>**Shrink Mitigation Efforts** |

Source:  Equity Analyst Reports

Note:
[1]  Select equity analyst commentary is from reports issued within 7 days of the alleged corrective disclosure on July 16, 2024.
[2]  Emphasis in original text removed.  Bold text indicates commentary on potentially confounding news.