# EXHIBIT E

# Exhibit E
# -REDACTED-

Case 4:22-cv-00071-SMR-SBJ   Document 151-5 *SEALED*   Filed 03/22/24   Page 1 of 78

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CAMBRIDGE INVESTMENT RESEARCH ADVISORS, INC.,<br><br>Defendant, and<br><br>CAMBRIDGE INVESTMENT RESEARCH, INC.,<br><br>Relief Defendant. | Case No. 22-cv-0007-SMR-SBJ |

**Expert Report of Evgeny (Eugene) Orlov, Ph.D.**

**October 6, 2023**

## Table of Contents

I.    Qualifications ........................................................................................................... 1

II.   Case Background, Assignment, and Summary of Opinions ....................................... 2

A.    *Case Background* ................................................................................................. 2

B.    *Assignment* ......................................................................................................... 3

C.    *Summary of Opinions* ......................................................................................... 4

III.  Background ............................................................................................................... 7

A.    *Mutual Funds* ...................................................................................................... 7

B.    *Money Market Cash Sweep Funds* ...................................................................... 8

C.    *NFS* ..................................................................................................................... 9

D.    *Pershing* ............................................................................................................ 10

E.    *Schwab* .............................................................................................................. 11

F.    *Other Sources of Revenue for CIRA* .................................................................. 12

IV.   CIRI Received [REDACTED] of Revenue from Clearing Brokers for Investments in Advisory Client Accounts between January 2014 and May 2021 ..................................................... 13

V.    Lower-Cost Alternatives Available through CIRA's/CIRI's Clearing Brokers ................................. 14

A.    *Methodology for Analysis of Lower-Cost Alternatives for Revenue-Generating NTF Mutual Funds Holdings* ............................................................................................................. 14

B.    *Methodology for Analysis of Lower-Cost Alternatives for Money Market Sweep Funds* .................. 21

C.    *Of the Top Mutual Fund Families by NTF Revenue, More than 74 Percent of the NTF Revenue Came from Share Classes with Lower-Cost Alternatives* ................................................................ 22

D.    *Of All Revenue Sharing from Holdings in Money Market Sweep Funds, More than 90 Percent Came from Share Classes with Lower-Cost Alternatives* ....................................................................... 24

VI.   CIRI Avoided Paying Transaction Fees on 71% of All Trades in NTF Share Classes in Wrap Accounts ................................................................................................................... 25

Appendix A ....................................................................................................................... 28

Appendix B ....................................................................................................................... 32

Exhibits ............................................................................................................................. 59

## I.  Qualifications

1.      I am a Senior Financial Economist with the Office of Litigation Economics in the Division of Economic and Risk Analysis of the Securities and Exchange Commission ("SEC") at its Los Angeles Regional Office. In this role I provide financial, economic, and statistical analyses to assist the SEC in its investigations. I joined the SEC in 2018. Prior to joining the SEC in 2018, I was employed for approximately thirteen years at Compass Lexecon, where I consulted on matters involving antitrust and financial economics. I have professional experience analyzing economic issues of investor harm and ill-gotten gains in the context of the investment advisory and broker-dealer industries. As part of my role at the SEC, I previously testified as an expert economist on behalf of the SEC in a case where the defendants, a registered investment adviser and broker-dealer, were charged with failing to disclose material conflicts of interest related to revenue sharing that the company received for certain client investments. I also testified as an expert economist on behalf of the SEC in a case where the defendant was charged with market manipulation.

2.      I have a Ph.D. in economics from Northwestern University with specialization in Applied Economics and Industrial Organization, and a Master's degree in economics from New Economic School in Moscow, Russia. I have published academic articles in the *Review of Economics and Statistics, American Economic Journal: Micro*, and other journals. I have presented my research at major academic conferences, and I have also served as a referee for top academic journals. I have taught macroeconomics at the undergraduate level at Northwestern University. My curriculum vitae is included as Appendix A.

3.      In the preparation of this expert report, I have been assisted by SEC economists working under my direction. I receive a salary for my work at the SEC and that compensation depends neither on my participation as an expert in this matter, nor on the outcome of the matter.

## II.   Case Background, Assignment, and Summary of Opinions

### A. Case Background

4.       Cambridge Investment Research Advisors, Inc. ("CIRA") is a financial institution that is registered with the SEC as an investment adviser. Relief defendant Cambridge Investment Research, Inc. ("CIRI") is an SEC-registered broker-dealer. As an investment adviser, CIRA receives revenue in the form of advisory fees charged to its advisory clients.[1] In addition, during the relevant time-period of January 2014 to December 2021, CIRI received revenue tied to CIRA's advisory clients' investment holdings via revenue sharing paid to CIRI from CIRA's and CIRI's clearing brokers, National Financial Services LLC ("NFS") and Pershing, LLC ("Pershing"), and CIRA's custodian, Charles Schwab & Co, Inc. ("Schwab") (collectively, the "clearing brokers" or "clearing firms").[2]

5.       CIRA advises its clients through traditional asset management programs and through wrap programs. Under traditional asset management programs, clients pay an investment advisory fee for advisory services, and a transaction fee for certain transactions.[3] Under the wrap programs, including CIRA's Wealthport Wrap program, clients pay an annual advisory fee based on the amount of the clients' assets but do not pay transaction fees for trades.[4]

6.       CIRA manages assets for hundreds of thousands of advisory clients,[5] and it reported $82 billion in assets under management as of December 31, 2022.[6]

7.       In this litigation, the SEC alleges that CIRA failed to disclose certain conflicts of interest to its advisory clients, including an incentive "to select and hold investments for advisory clients that

---

[1] See CIRA Form ADV – Part 2A, dated June 8, 2023 ("2023 ADV"), p. 17, 19-33.

[2] See, e.g., Declaration of James A. Rice on behalf of NFS, dated September 29, 2023 ("Rice Declaration"), ¶¶ 16-28; Declaration of Laurence Fried on behalf of Pershing, dated September 29, 2023 ("Fried Declaration"), ¶¶ 12-13; Declaration of Tony Parkin on behalf of Schwab, dated September 29, 2023 ("Parkin Declaration"), ¶¶ 4-10. While I understand that Schwab was technically a custodian of CIRA, in this report I refer to it as a clearing broker or clearing firm.

[3] See 2023 ADV, p. 17.

[4] See, e.g., Wealthport Wrap Brochure, dated June 8, 2023, p. 8-11.

[5] See CIRA Form ADV – Part 1, dated June 8, 2023, Item 5.D, p. 20.

[6] See 2023 ADV, p. 18.

financially benefited Cambridge over the interest of Cambridge's clients."[7] One of the allegations is that CIRA invested clients' assets in mutual fund share classes and money market cash sweep funds ("sweep funds" or "money market funds") that generated revenue sharing to CIRI and were more expensive for CIRA's clients when alternative mutual fund share classes or money market funds, respectively, were available at a lower-cost to clients that would have generated less, or no revenue for CIRI.[8] Another of the allegations is that CIRA reduced its expenses by selecting investments for its wrap account clients that would not require CIRA to pay transaction fees to its clearing brokers and that were more expensive for its clients.[9]

B.  *Assignment*

8.      I have been asked to summarize CIRA's advisory clients' mutual fund holdings and sweep fund balances and the resulting revenue sharing received by CIRI. I was also asked to analyze the lower-cost alternatives available to CIRA's advisory clients and to estimate harm to those clients. In addition, I was asked to summarize any transaction fees that CIRI avoided paying because CIRA's wrap account clients were invested in mutual funds that were more expensive for the clients, but reduced CIRI's transaction cost expenses.

9.      I have been asked to focus on the time-period between January 2014 and December 2021 ("Relevant Period"). During this time, all three clearing brokers offered two programs, through which advisory clients could purchase and sell mutual funds: a No-Transaction-Fee or "NTF" program, and a Transaction Fee or "TF" program. In addition, NFS and Pershing offered a variety of sweep fund options that generated revenue sharing for CIRI.

---

[7] Complaint, *Securities and Exchange Commission vs. Cambridge Investment Research Advisors, Inc., Defendant, and Cambridge Investment Research, Inc., Relief Defendant*, United States District Court, Southern District of Iowa, Central Division, Case 22-cv-00071-SMR-SBJ ("Complaint"), ¶ 3.

[8] Complaint, ¶¶ 7-8, ¶¶ 56-58.

[9] Complaint, ¶¶ 9-10.

10.     I received, collected, reviewed, and analyzed more than 1,000 data files covering multiple different types of data.[10] The data and materials I considered in forming the opinions set forth in this report are listed in Appendix B.

C.  *Summary of Opinions*

11.     Based on my analyses, I have concluded that:



C.  Most of CIRI's NTF program revenue ("NTF revenue") was from share classes that had lower-cost alternatives for CIRA's advisory clients.

    i.   To ensure the accuracy of my analyses and given the vast amount of data and the fact that CIRA's clients' assets were invested in over a thousand different mutual funds that generated NTF revenue, I focused my analysis of lower-cost alternatives for share classes in the NTF program to the top mutual fund companies, or "families," with the highest

---

[10] I describe the data sources I use in my analysis in subsequent sections. Some of these data sources contain millions of observations and include information for tens of thousands of securities and for hundreds of thousands of investors. The size of the electronic data files in this matter are typical for the matters on which I usually work.

[11] As detailed below, since May 2021 is the last month for which I have revenue sharing data related to advisory clients' holdings in the top mutual fund families, I have used this as the end date for CIRI's receipt of revenue sharing.

NTF revenue paid to CIRI between January 2014 and May 2021, separately for each clearing broker.[12]

ii. Overall, across top mutual fund families with the highest NTF revenue between January 2014 and May 2021, I find that more than 74 percent of NTF revenue was from share classes that had lower-cost alternatives that generated less, or no revenue for CIRI.

    a. For holdings with NFS as a clearing broker, the top eleven fund families accounted for more than ▓▓▓▓ of NTF revenue sharing between January 2014 and July 2019. For funds I analyze within these eleven fund families, more than 76 percent of NTF revenue was from share classes that had lower-cost share class alternatives that generated less, or no revenue for CIRI. The total incremental revenue for CIRI from investing in higher-cost NTF share classes in the top eleven fund families is approximately ▓▓▓▓ The total incremental cost to CIRA's clients is approximately $4.7 million.

    b. For holdings with Pershing as a clearing broker, the top eleven fund families accounted for more than ▓▓▓▓ of NTF revenue sharing between January 2014 and May 2021. For funds I analyze within these eleven fund families, more than 73 percent of NTF revenue was from share classes that had lower-cost share class alternatives that generated less, or no revenue for CIRI. The total incremental revenue for CIRI from investing in higher-cost NTF share classes in these funds is approximately ▓▓▓▓ The total incremental cost to CIRA's clients is approximately $1.8 million.

    c. For holdings with Schwab as a clearing broker, the top seven fund families accounted for more than ▓▓▓▓ of NTF revenue sharing between January

---

[12] I perform separate analyses for each clearing broker because lower-cost share class alternatives and revenue sharing arrangements were different across brokers.

2014 and May 2019. For funds I analyze within these seven fund families, more than 70 percent of NTF revenue was from share classes that had lower-cost share class alternatives that generated less, or no revenue for CIRI. The total incremental revenue for CIRI from investing in higher-cost NTF share classes in the top seven fund families is approximately ▮▮▮▮▮ The total incremental cost to CIRA's clients is approximately $0.4 million.

D. Most of CIRI's sweep fund revenue was from sweep funds, or sweep fund share classes, that had lower-cost alternatives that generated less, or no revenue for CIRI.

    i.    Overall, across top money market funds with the highest cash sweep revenue between January 2014 and May 2020,[13] I find that more than 90 percent of cash sweep revenue was from sweep funds, or sweep fund share classes, that had lower-cost alternatives.

        a.    For holdings with NFS as a clearing broker, 100 percent of sweep fund revenue was from share classes that had lower-cost share class alternatives. The total incremental revenue for CIRI from investing in higher-cost sweep fund share classes for the funds I analyze is approximately ▮▮▮▮▮ The total incremental cost to CIRA's clients is approximately $1.9 million.

        b.    For holdings with Pershing as a clearing broker, the top 6 money market funds accounted for more than 99 percent of sweep fund revenue sharing between January 2014 and May 2020. Of these funds, more than 86 percent of sweep fund revenue was from sweep funds that had lower-cost sweep fund alternatives with the same investment strategy. The total incremental revenue for CIRI from investing in higher-cost sweep fund options for the funds I analyze is

---

[13] As discussed below, I only have data reflecting CIRI's receipt of money market sweep revenue sharing for advisory client accounts through May 2020. For the purposes of my analysis, I excluded revenue sharing records that appear to be unrelated to money market sweep funds based on the CUSIP and fund name.

approximately ▓▓▓▓▓ The total incremental cost to CIRA's clients is approximately $1.8 million.

E.  CIRI avoided paying transaction fees on RED of the trades in NTF share classes in wrap accounts in the funds I analyzed.



REDACTED

12.    The opinions presented in this report are a result of the information available to me as of the report date. I reserve the right to supplement the opinions and analyses described in this report depending on any materials I may be provided later, including witness testimony, documents from written discovery, and expert reports filed on behalf of the defendant.

## III.   Background

### A.  *Mutual Funds*

13.    A mutual fund is an investment company that pools money from many investors and invests the money into a portfolio of stocks, bonds, short-term money-market instruments, other securities

or assets, or some combination of these investments.[14] Each mutual fund share represents an investor's proportionate ownership of the mutual fund's portfolio and the income the portfolio generates.

14.     Some mutual funds offer investors different types of shares, known as "classes."[15] Each class invests in the same portfolio of securities and has the same investment objectives and policies; however, each class offers different shareholder services and/or distribution arrangements with different fees and expenses, and, therefore, different performance results for investors. Mutual funds typically pay regular and ongoing fund-wide expenses out of fund assets.[16] The ongoing fees, or annual fund operating expenses, include management fees, distribution fees, and other expenses.[17] The annual fund operating expenses, as a percentage of the fund's average net assets, are known as the "expense ratio."[18] In addition, mutual funds may impose sales charges, sometimes referred to as sales loads, which is an amount the fund charges investors when they buy or redeem specific shares of the fund.[19] Both the existence of sales loads and the amount of expense ratios may vary across different share classes of the same mutual fund.

B.  *Money Market Cash Sweep Funds*

15.     A money market cash sweep account is a money market mutual fund used by investment advisers and broker-dealers to hold their clients' cash (e.g., incoming cash deposit, dividends, or certain investment returns) until the investor or adviser decides how to invest the money. The cash is automatically deposited, or "swept," into the cash sweep account.[20]

---

[14] *See* https://www.sec.gov/reportspubs/investor-publications/investorpubsinwsmfhtm.html#MF3.

[15] *See* https://www.investor.gov/introduction-investing/investing-basics/glossary/mutual-fund-classes.

[16] *See* https://www.investor.gov/introduction-investing/investing-basics/glossary/mutual-fund-fees-and-expenses. *See also* https://www.sec.gov/investor/alerts/ib_fees_expenses.pdf.

[17] *See* https://www.investor.gov/introduction-investing/investing-basics/glossary/mutual-fund-fees-and-expenses

[18] *See* https://www.investor.gov/introduction-investing/investing-basics/glossary/expense-ratio

[19] *See* https://www.investor.gov/introduction-investing/investing-basics/glossary/mutual-fund-fees-and-expenses. *See also* https://www.investor.gov/introduction-investing/investing-basics/glossary/sales-charge-or-load.

[20] *See* https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-bulletins-43.

16.     A money market fund, or sweep fund, is a type of mutual fund that has relatively low risk compared to other mutual funds and most other investments.[21] By law, they can invest in only certain high-quality, short-term investments issued by the U.S. Government, U.S. corporations, and state and local governments.[22] For example, a "government" money market fund is a money market fund that invests 99.5% or more of its total assets in cash, government securities and/or repurchase agreements that are collateralized solely by government securities or cash.[23]

17.     As with other mutual funds, sweep funds may offer investors different share classes. Each share class represents an interest in the same portfolio of securities with the same investment objective, with the primary difference among the share classes being the fee structure.[24]

C. *NFS*

18.     As mentioned above, NFS is one of the clearing brokers for CIRA's clients' investments. Mutual fund companies or sponsors enter into service agreements with NFS to make their funds available through either the TF program or the NTF program. Most mutual fund sponsors pay NFS a fee to have their funds' shares participate in the NTF and TF programs. The rates NFS charges to mutual fund sponsors for participation in the NTF program are higher than the rates NFS charges to participate in the TF program.[25]

REDACTED

---

[21] *See* https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-bulletins/updated-12.

[22] *See* Mutual Funds and ETFs, A Guide for Investors, p. 18, available at: https://www.investor.gov/sites/investorgov/files/2023-09/mutual-funds-ETFs_2_0.pdf.

[23] *See* Mutual Funds and ETFs, A Guide for Investors, p. 18, available at: https://www.investor.gov/sites/investorgov/files/2023-09/mutual-funds-ETFs_2_0.pdf.

[24] *See* https://www.investor.gov/introduction-investing/investing-basics/glossary/mutual-fund-classes.

[25] *See* Rice Declaration, ¶¶ 4-6.



### D. *Pershing*

20.     Pershing has also served as one of the clearing brokers for CIRA's clients' investments, performing execution and clearance of trades, and holding customer funds and securities as described in a Fully Disclosed Clearing Agreement ("FDCA") between Pershing and CIRI, dated June 2005.[29] Schedule A of the 2005 FDCA includes the pricing of Pershing's services for CIRI, which was amended in 2011 and in May 2016.[30] Pershing receives revenue from certain mutual fund families to have their funds' shares on Pershing's FundVest program.[31] ████████████████████████

████████████████████████████████████████████████████

████████████████████████████[2] In June 2001, Pershing and CIRI executed an addendum to the FDCA in place at that time setting forth the terms of CIRI's participation in the ██████████

---

[26] *See* Rice Declaration, ¶¶ 13-22. The 2005 Clearing Agreement was amended in 2009 and 2014.

[27] *See* Rice Declaration, ¶¶ 26-27.

[28] *See, e.g.,* Rice Declaration, ¶ 28.

[29] *See* Fried Declaration, ¶ 7.

[30] *See* Fried Declaration, ¶¶ 3-4.

[31] *See* Fried Declaration, ¶ 7.

[32] *See* Fried Declaration, ¶ 10.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

21.     CIRI received revenue sharing based on its customer funds invested in the FundVest

Focus program every year from at least 2014 through at least May 2021.[35] ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22.     In addition, Pershing paid revenue sharing to CIRI on certain sweep funds, ▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ from

January 2014 to at least May 2021.[39]

     E.  *Schwab*

---

[33] *See* Fried Declaration, ¶ 11.

[34] *See* Fried Declaration, ¶¶ 11-12.

[35] *See* Fried Declaration, ¶¶ 13-14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[36] *See* Fried Declaration, ¶ 16.

[37] *See* Fried Declaration, ¶ 16.

[38] *See* Fried Declaration, ¶ 16.

[39] *See* Fried Declaration, ¶¶ 17-21. I have data provided by Pershing which ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ In order to identify totals associated with advisory accounts, I used
revenue sharing reports provided by CIRA which indicate that CIRI received money market sweep revenue
sharing from advisory clients' money market fund holdings through at least May 2020.

11

23.     Schwab is a third clearing broker for CIRA's advisory clients' investments.



F.   *Other Sources of Revenue for CIRA*

24.     In addition to the revenue sharing payments received from the three clearing firms, CIRA receives revenue from advisory fees it charges to its advisory clients. CIRA offers advisory services in the form of financial planning and consulting, financial wellness services, and through investment management services. Investment management services are provided through one or more of the following platforms: Cambridge Managed Account Platform ("CMAP"), Flexible Managed Account Platform ("FlexMAP"), the WealthPort Wrap Program (including, among others, Cambridge Asset Allocation Platform, "CAAP" and Unified Managed Accounts "UMA"), the Cambridge Retirement Plan Strategies Management Platform, as well as retirement plan advisory and consulting services.[43] CIRA also provides clients advisory services through unaffiliated third-party asset manager programs.[44]

---

[40] *See* Parkin Declaration, ¶ 6.

[41] *See* Parkin Declaration, ¶ 7;

[42] *See* Parkin Declaration, ¶ 9.

[43] *See* 2023 ADV, pp. 6-14. Prior to approximately mid-2017, CAAP was a separate program from the WealthPort Wrap Program. Further, prior to approximately mid-2017 CIRA also offered the Adviser Managed Account Platform ("AMAP"). *See, e.g.,* Deposition of Colleen Bell at 38:12-38:20, 190-9-191:4; CAAP Wrap Fee Brochure dated 2/2017; AMAP Wrap Fee Brochure dated 2/2017.

[44] *See* 2023 ADV, p. 15.

IV. **CIRI Received** REDACTED **of Revenue from Clearing Brokers for Investments in Advisory Client Accounts between January 2014 and May 2021**

25.     Exhibit 1 shows that CIRA's total year-end assets under management for advisory accounts increased from $23.5 billion in 2014 to $82.2 billion in 2021.[45] In Exhibit 2, I use year-end position reports from each clearing broker to summarize CIRA's advisory accounts' year-end mutual fund holdings between 2014 and 2021, separately for each clearing broker.[46] Exhibits 1 and 2 show that a substantial portion of CIRA's assets under management were in mutual fund holdings, and that advisory accounts' mutual fund holdings increased from REDACTED in 2014 to REDACTED in 2020. The holdings in the NTF program remained between REDACTE and REDACT from 2014 to 2020.

26.     Exhibit 3a summarizes NTF mutual fund revenue sharing payments CIRI received based upon (i) all clients' holdings and (ii) advisory clients' holdings, by year. CIRI received from NFS, Pershing, and Schwab approximately REDACTED in total NTF revenue between January 2014 and May 2021. The total annual NTF revenue related to advisory accounts between January 2014 and May 2021 was REDACTED Exhibit 3b summarizes money market sweep fund revenue sharing payments CIRI received based upon (i) all clients' holdings and (ii) advisory clients' holdings, by year. CIRI received from NFS and Pershing approximately REDACTED in money market sweep revenue between January 2014 and May 2021. The total annual money market sweep revenue related to advisory accounts between January 2014 and May 2021 was REDACTED

---

[45] The sources of information for Exhibit 1 include CIRA's Forms ADV - Part 2A, including CIRA Form ADV – Part 2A dated March 27, 2015, p. 10; CIRA Form ADV – Part 2A dated March 30, 2016, p. 13; CIRA Form ADV – Part 2A dated March 20, 2017, p. 13; CIRA Form ADV – Part 2A dated March 30, 2018, p. 13; CIRA Form ADV – Part 2A dated June 2019, p. 12; CIRA Form ADV – Part 2A dated April 2020, p. 18; CIRA Form ADV – Part 2A dated March 2021, p. 17; and CIRA Form ADV – Part 2A dated March 30 2022, p. 19.

[46] These mutual fund holdings reports contain customer account data showing year-end holdings, in dollars and shares. See Rice Declaration, ¶¶ 52-53, Fried Declaration, ¶ 39, Churan Declaration, ¶¶ 21-23. The holdings reports and trading record data also include holdings for CIRI brokerage (non-advisory) clients. To identify the holdings and trades for the subset of NFS and Pershing advisory clients, I use information on managed account prefixes, provided by CIRA (*see* file CIRA05609031). The Schwab data included only advisory accounts. *See* Churan Declaration, ¶ 22 and Parkin Declaration, ¶ 3.

27.     In total, CIRI received approximately ▮REDACTED▮ in NTF mutual fund and money market sweep fund revenue sharing from clearing brokers for investments in advisory client accounts between January 2014 and May 2021.

## V.     Lower-Cost Alternatives Available through CIRA's/CIRI's Clearing Brokers

28.     In this section, I discuss my methodology of identifying lower-cost alternatives for mutual fund and money market fund holdings in advisory accounts that generated revenue for CIRI. I then present my findings regarding what percent of CIRI's NTF mutual fund and money market sweep fund revenue was from share classes that had lower-cost alternatives.

### A. *Methodology for Analysis of Lower-Cost Alternatives for Revenue-Generating NTF Mutual Funds Holdings*

29.     Each mutual fund family has an organizational structure with share class types that are specific to that fund family. Fund family mergers and other organizational changes may further affect the share class structure. Because of these idiosyncrasies, my analysis required that I cross check datasets against mutual fund prospectuses and annual reports. As it would not have been feasible to do this for all mutual fund families for each clearing broker, I limit my more detailed analysis to the fund families with the highest NTF revenue sharing between January 2014 and May 2021. Specifically, I select fund families to account for more than 50% of NTF revenue separately for NFS, Pershing, and Schwab. I end up with 11 fund families for NFS and Pershing, and 7 fund families for Schwab. I then select the highest revenue generating funds within each of these fund families such that the funds account for 80 percent of their fund families' revenue.[47]

30.     NTF revenue sharing for selected funds in the top fund families accounts for approximately 44 percent of overall NTF revenue sharing received by CIRI for advisory clients' assets between January 2014 and May 2021.

---

[47] The funds and fund families I analyze are listed in Exhibits 4a, 4b, and 4c, respectively.

31.     My analysis of lower-cost alternatives for mutual fund and money market fund holdings that generated revenue for CIRI then continues with identifying other share classes within the same mutual funds that were available for purchase. I performed this analysis separately for NFS, Pershing, and Schwab.

32.     NFS maintains an Institutional FundsNetwork Directory for Managed Accounts ("IFN directory") that lists mutual fund share classes available to CIRA's advisory clients.[48] According to an NFS representative, CIRI was provided electronic access to the IFN directories of mutual fund shares available for purchase, sale, or exchange through the NFS FundsNetwork from 2014 to 2021.[49] I use these lists to determine whether mutual fund share classes had lower-cost alternatives.[50] The set of lower-cost share class alternatives for a given higher-cost share class with revenue sharing payments can vary over time because mutual funds may introduce new share classes or phase out existing share classes. To determine when a lower-cost alternative became available, I use the IFN directories and a declaration from an NFS representative that provides additional information on the start dates of certain share classes in IFN directories.[51]

33.     IFN directories list other features of the available share classes, including a minimum investment requirement.[52] I compared the stated investment minimums to actual account positions and trading activity, ███████████████████████████████████████████████

---

[48] See Rice Declaration, ¶ 37.

[49] *See* Rice Declaration, ¶ 39. In my analysis, I use IFN directories provided by NFS as of the beginning of each year. I also use IFN directories provided by CIRA to identify effective dates of availability for certain mutual fund share classes.

[50] The IFN directories indicate whether each share class is available through the NTF or TF programs.

[51] *See* Rice Declaration, ¶ 44.

[52] Among other features, the IFN directory indicates that NFS may have required pre-approval prior to the purchase of certain share classes. However, this requirement did not prevent account holders from converting their holdings from one share class to a lower-cost alternative. ███████ REDACTED ███████ REDACTED ███████ REDACTED ███████ Therefore, I do not consider the pre-approval indicator in my analysis.

███████████████████████████[53] Additionally, beginning in or around June 2018,

CIRA/CIRI maintained a list of mutual fund families for which it could purchase positions below the

stated minimum investment requirements.[54] Thus, as a practical matter, the minimum investment

requirements were not relevant for the share classes that I have identified as lower-cost alternatives.

Consequently, I do not consider the impact of the minimum investment requirements in my analysis of

NFS lower-cost alternative share classes.

34.   According to a Pershing representative, Pershing made available to CIRI mutual fund

reports of all mutual fund shares classes that were available for purchase, including through the FundVest

programs.[55] In addition, in 2018, Pershing created a standard report that provided a list of all mutual funds

and share classes that were available on the Pershing platform between January 1, 2014 and May 25,

---

[53] ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████ reflected in the Funds' prospectus do not apply to purchases of investor,
advisor, or institutional class shares of the Funds made through the financial intermediaries' [i.e., NFS, Pershing,
Schwab, and CIRI] omnibus accounts," ¶ 9, and Declaration of John Brandser of Fiduciary Management, Inc.,
dated September 21, 2023, indicating that "initial investment minimums applicable to institutional share classes of
the Funds may be waived, according to the terms in the prospectus, for investors who have accounts with an
adviser such as CIRA and purchases [sic] shares of the Funds through NFS's, Pershing's, and Schwab's mutual
fund platforms." See also Declaration of Kyle Langan of American Century Investments, dated September 13,
2023, ¶¶ 13-15, and Declaration of Representative of DWS Investment Management Americas, Inc., dated
September 14, 2023, ¶¶ 12-19. I also relied upon emails reflecting that investment minimums did not apply or
were waived. See, e.g., CIRA05594167, an email chain indicating that "The Loomis Institutional shares are
available in wrap accounts and the $100k minimum investment is waived."; and CIRA05594667, an email chain
indicating that investment minimums were waived for PIMCO institutional shares.

[54] See, e.g., CIRA221237, describing the Unified Mutual Fund Share Class of Choice for Managed Accounts, and
lists provided in Excel spreadsheets: FCCS Mutual Fund list 2018.06.22.xls, FCCS Mutual Fund List
2018.07.06.xls, FCCS Mutual Fund List 2018.07.27.xls, FCCS Mutual Fund List 2018.08.31.xls, FCCS Mutual
Fund List 2018.09.11.xls, FCCS Mutual Fund List 2018.10.05.xls, FCCS Mutual Fund List 2018.10.19.xls, FCCS
Mutual Fund List 2018.11.29.xls, FCCS Mutual Fund list 2018.12.24.xls, FCCS Mutual Fund list 2019.01.28.xls,
FCCS Mutual Fund List 2019.02.12.xls, FCCS Mutual Fund List 2019.03.06.xls, FCCS Mutual Fund List
2019.04.05.xls, FCCS Mutual Fund list 2019.05.10.xls, CIRA05609047.xls, CIRA05609048.xls,
CIRA05609049.xls, and CIRA05609050.xls.

[55] See Fried Declaration, ¶ 29.

2018. This report was then updated at year end on an annual basis.[56] I was also provided monthly mutual fund lists that CIRA/CIRI produced in litigation that contain information obtained from Pershing's above-referenced mutual fund reports that was available to CIRI for download, and which reflect the mutual funds available to CIRI on Pershing's system.[57] I use these lists to determine whether mutual fund share classes had lower-cost alternatives.[58] To determine when an alternative became available, I rely on the Pershing mutual fund lists and a declaration from a Pershing representative that provides additional information on the start dates of certain share classes.[59]

35.     The Pershing mutual fund lists include other features of the available share classes, including a minimum investment requirement.[60] I compared the stated investment minimums to actual account positions and trading activity, and determined that CIRA advisory accounts were able to purchase positions that were below the stated investment minimum requirements.[61] These mutual fund lists specify the initial investment minimums that Pershing was applying for each share class. REDACTED

REDACTED

---

[56] *See* Fried Declaration, ¶ 29.

[57] *See* Fried Declaration, ¶ 29; *see also* Rule 30(b)(6) Deposition of CIRA at 211:16-213:14, and representative example Deposition Exhibit 4.

[58] The Pershing mutual fund lists indicate whether each share class is available through the NTF programs. *See* 52.6 EXHIBIT F – FundVest Listing 2013-2020, where NTF program = "Retail".

[59] *See* Fried Declaration, ¶ 30.

[61] This is consistent with testimony, declarations, and other documentary evidence as referenced above in my similar discussion regarding NFS.



36.      According to a Schwab representative, the Schwab Advisor Center ("SAC") is an internet-based electronic platform through which RIAs and IARs can obtain information and perform various functions, including viewing client account information, obtaining information about securities available for purchase through the Schwab platform, and entering securities transactions for client



[63] *See* Fried Declaration, ¶ 29.

[64] *See* Fried Declaration, ¶¶ 22-26.

[65] *See, e.g.,* CIRA221237, describing the Unified Mutual Fund Share Class of Choice for Managed Accounts, and lists provided in Excel spreadsheets referenced above.

accounts. SAC also provides detailed information about mutual funds offered on the Schwab mutual fund platform. This includes information about investment minimums imposed by mutual fund companies or by Schwab, mutual fund expense ratios, and other relevant information.[66] I was provided with two Schwab mutual fund lists showing mutual funds available to CIRI through Schwab's platform as of December 31 of each year from 2013 through 2021.[67] Further, a Schwab representative provided information about certain mutual fund share classes that were available for purchase by CIRI through Schwab's platform even though they may not appear on the Schwab mutual fund list for a particular year.[68]



[67] *See* Churan Declaration, ¶¶ 5-8.

[68] *See* Churan Declaration, ¶ 10.

[69] *See* Churan Declaration, ¶ 12.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[70] I was also provided forms Schwab received from certain mutual fund companies with the mutual fund companies' instructions regarding application of investment minimums for certain mutual fund share classes[71] and a list of exceptions to mutual fund investment minimums that were applicable to CIRA accounts from January 1, 2013 through December 31, 2021.[72] I compared the stated investment minimums to actual account positions and trading activity, and determined that CIRA advisory accounts were able to purchase positions that were below the stated investment minimum requirements.[73] I also reviewed declarations obtained from certain mutual fund companies and related emails discussing the applicability of investment minimums, and the "share class of choice" information from CIRA, as discussed above with regards to NFS and Pershing. Therefore, multiple documents and findings indicate that the minimum investment requirements were not relevant for the share classes that I have identified as lower-cost alternatives. Consequently, I do not consider the impact of the minimum investment requirements in my analysis of Schwab alternative share classes.

38. I use the clearing brokers' or CIRA-produced mutual fund lists to identify potential alternative share classes in the same funds as the NTF share class. I then determine whether each potential lower-cost alternative is, in fact, lower-cost by comparing its expense ratio to that of the considered NTF share class. I use the Center for Research in Security Prices ("CRSP") database to collect information on expense ratios. To be conservative, if a potential alternative is only lower-cost in some months but not in others, I do not include it as a lower-cost alternative. I also exclude share classes that charged sales loads,[74] and certain share classes that were limited to specific types of accounts, such as retirement share classes and 529 plan share classes.

---

[70] *See* Churan Declaration, ¶ 14.

[71] *See* documents 164380-000001 to 164380-000047.

[72] *See* Churan Declaration, ¶¶ 14-15, and document SEC-Schwab-E-0039020.

[73] This is consistent with testimony, declarations, and other documentary evidence as referenced above in my similar discussion regarding NFS and Pershing.

[74] Class A shares typically charge sales loads to investors, therefore I exclude these share classes in my analysis.

39.     After I identify lower-cost alternatives, for a given NTF share class, I calculate incremental revenue to CIRI by comparing revenue CIRI received for investing clients' assets into the NTF share class with revenue it would have received (if any) if those assets were instead invested into a given lower-cost alternative.

40.     I also calculate incremental cost to investors by comparing each investor's costs, based on expense ratios, between an NTF share class and a given lower-cost alternative, and netting out transaction costs associated with investing into a lower-cost alternative.

41.     I conduct my analysis of availability of lower-cost alternatives and calculate incremental revenue to CIRI and the incremental cost to investors on a month-by-month basis.

B.  *Methodology for Analysis of Lower-Cost Alternatives for Money Market Sweep Funds*

42.     To identify lower-cost alternatives for Pershing money market sweep funds, I identify lower-fee fund alternatives ████████████████████████████████████████████ ████████████████████████████████████████ As discussed above, money market funds are more restricted in their investment portfolios than other mutual funds, and as a result, fund holdings and performance are similar within each fund strategy. Consequently, I can identify investment alternatives in Morningstar using the fund categories and the fund names. For the money market funds transacted through Pershing, I use the Morningstar category to identify the fund type including, Prime, Taxable and Tax-Free.[75] For Taxable and Tax-Free, I further identify the fund types by the name including Government, Treasury, and Municipal. I identify lower-cost alternatives based on the expense ratios for each fund.

43.     ████████████████████████████████████████ I use the performance differences, as measured by annual returns, between the higher and lower-fee funds to

---

[75] Morningstar, Inc. is a company that provides data and research on a wide range of investment offerings, including money market mutual funds. I use their categorization of money market mutual funds as of 2023 to identify fund type.

calculate incremental harm to investors and incremental revenue to CIRI. The differences in performance generally reflect differences in expense ratios.[76]

44.     I identify lower-cost alternatives for NFS money market funds based on lower-fee share classes. I utilize expense ratios to identify the lower-cost alternatives. To be consistent with my analysis for Pershing, I use performance differences between the fund invested and the lower-fee alternative to calculate incremental harm to investors and incremental revenue to CIRI for the NFS money market analysis. I calculate incremental revenue to CIRI by comparing revenue CIRI received on these investments with revenue it would have received if those assets were instead invested into a given lower-cost alternative. I calculate incremental cost to investors by comparing each investor's costs to the lower-cost alternative.

C.   *Of the Top Mutual Fund Families by NTF Revenue, More than 74 Percent of the NTF Revenue Came from Share Classes with Lower-Cost Alternatives*

45.     Exhibits 4a, 4b, and 4c show the lowest-cost alternative for each fund and each of the NTF share classes in the top fund families by NTF revenues, corresponding to CIRA's NTF share class holdings at NFS, Pershing, and Schwab, respectively.[77] Each row corresponds to an NTF share class and a time-period for which the listed lowest-cost alternative was available.

46.     Exhibit 4a demonstrates that more than 76 percent of CIRI's revenue from CIRA's advisory clients' holdings in NTF share classes at NFS ███████████████ corresponds to share classes that had lower-cost alternatives.[78] The total incremental revenue for CIRI from CIRA

---

[76] *See, e.g.,* Farinella, J. and R. Jorgensen, (2002) "Fee Waivers for Tax-Exempt Money Market Mutual Funds," *Journal of Economics and Finance,* 26: 31-49 ("Since it is difficult to compete based on the types of investments that might impact upon yields, an important area of competition relates to expenses charged."); Christofferson, S., and D. Musto, (2002) "Demand Curves and the Pricing of Money Management," *Review of Financial Studies,* 15: 1499-1524, ("Over a given period, money funds realize very similar gross returns but deliver very different net returns to investors because the dispersion of their fees is so wide.").

[77] Certain NTF share classes have multiple lower-cost alternatives.

[78] For this calculation, I sum up NTF revenue across NTF share classes with a lower-cost alternative, and divide it by total NTF revenue in selected funds.

Case 4:22-cv-00071-SMR-SBJ   Document 151-5 *SEALED*   Filed 03/22/24   Page 26 of 78

investing its advisory clients' assets in higher-cost NTF share classes in top fund families is ████████. The total incremental cost to CIRA's clients is \$4.7 million.[79]

47.    Exhibit 4b demonstrates that more than 73 percent of CIRI's revenue from CIRA's advisory clients' holdings in NTF share classes at Pershing ██████████████ corresponds to share classes that had lower-cost alternatives. The total incremental revenue for CIRI from CIRA investing advisory clients' assets in higher-cost NTF share classes in top fund families is ██████. The total incremental cost to CIRA's clients is \$1.8 million.[80]

48.    Exhibit 4c demonstrates that more than 70 percent of CIRI's revenue from CIRA's advisory clients' holdings in NTF share classes at Schwab ██████████████ corresponds to share classes that had lower-cost alternatives. The total incremental revenue for CIRI from CIRA's investing advisory clients' assets in higher-cost NTF share classes in top fund families is ██████. The total incremental cost to CIRA's clients is \$0.4 million.[81]

49.    Overall, across all three clearing firms, more than 74 percent of CIRI's revenue from CIRA's advisory clients' holdings in NTF share classes ██████████████ corresponds to share classes that had lower-cost alternatives. The total incremental revenue for CIRI from CIRA

---

[79] The incremental cost to investors reflects the aggregated cost of holding the higher expense-ratio share class relative to the alternative and is based on each NTF share class' holdings. The calculation excludes customers for whom any transaction fees that would have been incurred (based on the number of trades in NTF share classes) would outweigh the benefit of holding the lower expense-ratio share classes, across all funds in my analysis. I only calculated incremental but-for transaction fees for clients in non-wrap programs (i.e. CMAP) who were responsible for paying their transaction fees. I used the managed account prefix list provided by CIRA (CIRA005609031) to identify non-wrap client accounts and the party responsible for paying transaction fees.

[80] As for NFS, the incremental cost to investors reflects the aggregated cost of holding the higher expense-ratio share class relative to the alternative and is based on each NTF share class' holdings. The calculation excludes customers for whom any transaction fees that would have been incurred (based on the number of trades in NTF share classes) would outweigh the benefit of holding the lower expense-ratio share classes. I only calculated incremental but-for transaction fees for clients in non-wrap programs (i.e. CMAP) who were responsible for paying their transaction fees. I used the managed account prefix list provided by CIRA (CIRA005609031) to identify non-wrap client accounts and the party responsible for paying transaction fees.

[81] The incremental cost to customers reflects the aggregated cost of holding the higher expense-ratio share class relative to the alternative and is based on each NTF share class' holdings. Because I do not have access to data at the account level, rather than excluding customers for whom the transaction fees (based on the number of trades in NTF share classes) outweigh the benefit of holding the lower expense-ratio share classes, I exclude observations (a given month in an NTF share class) in which the transaction fees outweigh the benefit of holding the lower expense-ratio share classes.

investing advisory clients' assets in higher-cost NTF share classes in top fund families is ▮▮▮ The total incremental cost to CIRA's clients is $6.9 million.

D. *Of All Revenue Sharing from Holdings in Money Market Sweep Funds, More than 90 Percent Came from Share Classes with Lower-Cost Alternatives*

50.    Exhibits 5a and 5b show the lower-cost alternative for each money market sweep fund, corresponding to CIRI's revenue sharing generating money market holdings at NFS and Pershing, respectively. Each row corresponds to a revenue sharing generating money market sweep fund for which the listed lower-cost alternative was available.

51.    Exhibit 5a demonstrates that 100 percent of CIRI's revenue from CIRA's advisory clients' holdings in money market sweep funds at NFS ▮▮▮▮▮ corresponds to share classes that had lower-cost alternatives.[82] The total incremental revenue for CIRI from CIRA investing advisory clients' assets in higher-cost share classes is ▮▮▮[83] The total incremental cost to CIRA's clients is $1.9 million.

52.    Exhibit 5b demonstrates that more than 86 percent of CIRI's revenue from CIRA's advisory clients' holdings in money market sweep funds at Pershing ▮▮▮▮▮ corresponds to funds that had a lower-cost fund alternative.[84] The total incremental revenue for CIRI from CIRA investing advisory clients in higher-cost funds is ▮▮▮[85] The total incremental cost to CIRA's clients is $1.8 million.

---

[82] For this calculation, I sum up CIRI's revenue across money market fund share classes with at least one lower-cost alternative. I find that there was a lower-cost alternative for all of the investments in these money market fund share classes.

[83] The incremental revenue for CIRI is the same as the revenue corresponding to funds with lower-cost alternatives, since CIRI would have received no fees for these alternatives.

REDACTED

[85] The incremental revenue for CIRI is the same as the revenue corresponding to funds with lower-cost alternatives, since CIRI would have received no fees for these alternatives.

53.     Overall, across the two clearing firms, more than 90 percent of CIRI's revenue from CIRA's advisory clients' holdings in money market sweep funds ███████████████ corresponds to investments that had a lower-cost alternative. The total incremental revenue for CIRI from CIRA investing advisory clients in higher-cost money market funds is ██████ The total incremental cost to CIRA's clients is $3.7 million.

### VI.    CIRI Avoided Paying Transaction Fees on 71% of All Trades in NTF Share Classes in Wrap Accounts

54.     My analysis looked at the impact of CIRA investing its advisory clients who were in wrap accounts (i.e., accounts for which CIRI, and not the client, was responsible for paying any transaction fees for the purchase of mutual funds) in NTF mutual fund share classes. By CIRA investing these clients' assets in higher-cost NTF mutual funds, CIRI not only received more in revenue sharing payments, it also avoided having to pay transaction fees that it otherwise would have been responsible for if clients were invested in available lower-cost TF mutual funds.[86] My analysis covers the months before

███████████████████████████████████████████

███████████████████████████████ My analysis did not include any Schwab clients since no Schwab clients were in wrap accounts for which CIRI was responsible for transaction fees.[88]

55.     My analysis first involved identifying trades in NTF mutual fund share classes in CIRA advisory wrap accounts, which would include AMAP, CAAP, and WealthPort Wrap accounts. I limited the trades to only NTF share classes for which I identified lower-cost TF alternatives, as discussed above. I then added up the number of trades (both purchases and sales) by month, and multiplied that number by

---

[86] Although the Defendants stated in response to an SEC interrogatory request (Request No. 29) that CIRA was responsible for paying transaction fees in wrap accounts, according to the clearing agreements, CIRI was the party responsible for paying any transaction fees for trades in mutual funds, including for CIRA's advisory clients. *See, e.g.,* 2009 – NFS FDCA Clearing Fees and MAS Program (2)07_2009.pdf, and 07.18.2011 – Pershing Schedule A.pdf. Amy Webber also testified that CIRI, the broker-dealer, was responsible for paying any ticket charges or transaction fees in wrap accounts. *See* Amy Webber Deposition at 37:17-38:4; 39:2-39:5. For purposes of this report, I am assuming CIRI was responsible for any transaction fees in wrap accounts.

[87] *See* Rice Declaration, ¶¶ 23; Fried Declaration, ¶¶ 32.

[88] *See, e.g.,* Rule 30(b)(6) Deposition of CIRA at 112:8-112:13; Parkin Declaration ¶ 10.

the amount of the transaction fee for which CIRI was responsible in the wrap account. REDACTED

REDACTED

56.     Based on my analysis, from January 2014 to October 2016, 33 percent of all trades in NTF mutual fund share classes by wrap accounts at NFS reflected trades from selected funds in the top eleven mutual fund families referenced above, for which I have identified whether there was a lower cost alternative. I find that a lower-cost TF alternative was available, for which CIRI avoided paying the transaction fee, for 77 percent of the wrap account trades in these funds.

57.     From January 2014 to April 2016, ▮ percent of trades by wrap accounts at Pershing in NTF mutual fund share classes reflected trades from selected funds in the top eleven mutual fund families for which I have identified whether there was a lower cost alternative. I find that a lower cost TF alternative was available, for which CIRI avoided paying the transaction fee, for ▮ percent of these transactions.

58.     Overall, CIRI avoided paying transaction fees on 71 percent of all trades by wrap accounts in NTF share classes across the funds I analyzed.

59.     Exhibit 6a reflects my analysis for NFS transactions, including the number of applicable NTF trades in wrap accounts by month, the amount of the transaction fee, and the resulting amount of transaction fees that CIRI avoided paying from January 2014 to October 2016. The total amount of avoided transaction fees for wrap accounts through NFS is REDACTED Exhibit 6b reflects my analysis for Pershing transactions, including the number of applicable NTF trades in wrap accounts by month, the amount of the transaction fee, and the resulting amount of transaction fees that CIRI avoided paying from January 2014 to April 2016. The total amount of avoided transaction fees for wrap accounts through Pershing is REDACTED

---

[89] *See* Amendment to Exhibit A to FDCA effective July 9, 2009 (NFS_Cambridge_000107-000137) and Schedule A to the 2005 FDCA effective April 20, 2011 (CIRA002273). ▮▮▮▮▮▮▮▮▮

Evgeny (Eugene) Orlov

October 6, 2023

# Appendix A

# Evgeny (Eugene) Orlov, Ph.D.

(323) 965-2675 • 444 South Flower St., Ste. 900, Los Angeles 90071 • OrlovE@sec.gov

## Summary

Dr. Eugene Orlov is a Financial Economist in the Office of Litigation Economics at the U.S. Securities and Exchange Commission. He applies economic theory, analytical techniques and statistical methods to securities and financial market data to assist the Commission in the investigation of potential securities law violations, and on the Commission's other actions.

Prior to joining the SEC, Dr. Orlov worked in private sector economic consulting where he specialized in applying economic and statistical tools to securities, finance, competition, and antitrust cases. Dr. Orlov earned a Ph.D. in Economics from Northwestern University where he taught undergraduate students.

## Education

| | |
|---|---|
| **Northwestern University** | **Evanston, IL** |
| Ph.D. in Economics | December 2005 |
| **Northwestern University** | **Evanston, IL** |
| M.A. in Economics | June 2001 |
| **New Economic School** | **Moscow, Russia** |
| M.A. in Economics | June 2000 |
| **Moscow State University** | **Moscow, Russia** |
| B.A. in Mathematics, Highest Honor | June 1999 |

## Professional Experience

**U.S. Securities and Exchange Commission**                                      **Los Angeles, CA**

**Division of Economic and Risk Analysis, Office of Litigation Economics**

*Senior Financial Economist*                                                    June 2023-Present

*Financial Economist*                                                           August 2018-May 2023

- Provided expert testimony in SEC Enforcement matters.
- Contributed to the design and implementation of economic analyses as well as the creation of deliverables such as summaries of analyses and memos to attorneys.
- Worked on a variety of enforcement matters including:
  - Detected patterns of cherry-picking profitable trades by investment advisors.
  - Identified evidence of liability in a variety of enforcement matters.
  - Detected patterns of insider trading and market manipulation in financial markets.
  - Calculated ill-gotten gains from insider trading and other fraudulent trading practices.

- o Assessed the price impact of company disclosures of accounting fraud and calculated corporate benefit and executives' disgorgement.
- o Analyzed large-scale data to determine a trading firm's cross-trading patterns of odd lots.
- Provided a significant contribution to the economic analysis of the proposed NMS 2.0 Market Data and Infrastructure regulation.

**Compass Lexecon (formerly Lexecon)**                          **Chicago, IL and Los Angeles, CA**

*Senior Vice President*                                                    April 2014-May 2018

*Vice President*                                                           April 2011-March 2014

*Senior Economist*                                                        July 2005-March 2011

- Managed large project teams conducting analyses in antitrust analyses of proposed mergers, antitrust and securities class actions, and regulatory investigations. Interpreted findings and communicated results to clients.
- Analyzed large-scale trading data to calculate post-settlement disgorgements.
- Prepared expert reports for testifying experts, and responded to expert testimony in securities and antitrust litigation. Explained technical concepts, methodology, and findings in plain language.
- Applied economic theory and complicated statistical and econometric methods to antitrust and securities matters.
- Managed multiple concurrent projects often against tight deadlines and last minute client requests.
- Designed and taught a series of lectures for beginner SAS programmers.


**Northwestern University**                                                       **Evanston, IL**

*Instructor*                                                             June 2004-August 2004

Taught undergraduate courses in Macroeconomics in the School of Continuing Studies.

*Teaching Assistant*                                                  September 2001-June 2005

Taught graduate and undergraduate courses in Macroeconomics, Microeconomics, Econometrics, Management Strategy and Marketing Strategy. Guided undergraduate students in the design and implementation of economic analyses in their research papers.

*Research Assistant*                                                   December 2000-June 2003


## Reports and Declarations

- Filed an expert report and provided witness testimony at a deposition on a cherry-picking case. SEC v. Steven J. Susoeff and Steve Susoeff, LLC (dba Meritage Financial Group), No. 23-cv-00173-JCM-EJY, U.S. District Court for the District of Nevada, August-September 2023.
- Filed an expert report, an amended export report, a declaration, and provided witness testimony at a deposition on a market manipulation case. SEC v. James David O'Brien, No. 1:21-cv-09575, U.S. District Court for the Southern District of New York, August 2022-March 2023.
- Filed an expert report, a supplemental and rebuttal report, three declarations, and provided witness testimony at a deposition on a revenue-sharing case. SEC v. Commonwealth Equity Services, No. 1:19-cv-11655, U.S. District Court for the District of Massachusetts, May-November 2021, June-July 2023.

- Filed summary witness declarations on analyses of healthcare data in Re: New Mexico Oncology and Hematology Consultants, LTD. v. Presbyterian Healthcare Services, Presbyterian Network, INC, Presbyterian, Health Plan, INC., and Presbyterian Insurance Company, INC., United States District Court for the District of New Mexico, Case No. 1:12-CV-00526 MV/GBW. Declarations dated February 15, 2016, March 14, 2016, June 27, 2017, on behalf of New Mexico Oncology and Hematology Consultants.

## Research

- "Are Legacy Airline Mergers Pro- or Anti-Competitive? Evidence from Recent U.S. Airline Mergers", with Dennis Carlton, Mark Israel and Ian MacSwain, 2019, International Journal of Industrial Organization, 62(C), pp. 58-95.
- "The Effect of the Internet on Product Quality in the Airline Industry", with Itai Ater, 2015, Review of Economics and Statistics, 97(1), pp. 180-194.
- "Internet Penetration and Capacity Utilization in the US Airline Industry", with James Dana, 2014, American Economic Journal: Microeconomics, 6(4), pp. 106-137.
- "How Does the Internet Influence Price Dispersion? Evidence from the Airline Industry", 2011, Journal of Industrial Economics, 59(1), pp. 21-37.

## Honors and Fellowships

| | |
|---|---|
| SEC Chair's Award for Excellence | 2021 |
| NET Institute Grant | 2013 |
| Center for Studies in Industrial Organization Fellowship – Northwestern University | 2005 |
| Transportation Center Research Grant – Northwestern University Grant | 2004 |
| Distinguished Teaching Assistant Award – Northwestern University | 2003-2004 |
| Summer Fellowship – Northwestern University | 2002-2004 |
| Economic Education and Research Consortium Grant | 2000-2002 |
| Northwestern University Fellow | 2000-2001 |
| Best Master Thesis Award – New Economic School | 2000 |

## Professional Activities

- Member: American Finance Association, American Economic Association.
- Referee for: *RAND Journal of Economics, Journal of Industrial Economics, Antitrust Law Journal, Journal of Applied Economics, Review of Economics and Statistics, Review of Industrial Organization.*

## Software Skills and Financial Data

- Proficient in SAS, Stata and Matlab.
- Skilled user of financial data sources, including Bloomberg, Wharton Research Data Services, Refinitiv, and Capital IQ.

## Languages

- English (fluent), and Russian (native).

Case 4:22-cv-00071-SMR-SBJ   Document 151-5 *SEALED*   Filed 03/22/24   Page 35 of 78

# Appendix B

# Materials Considered

**Legal Filings and Correspondence:**
Complaint, Securities and Exchange Commission vs. Cambridge Investment Research Advisors and Cambridge Investment Research, Inc., Inc., United States District Court, Southern District of Iowa, Case 4:22-cv-00071-SMR-SBJ
Stipulation and Order Regarding Confidentiality of Discovery Materials
Defendants Cambridge Investment Research Advisors, Inc. and Cambridge Investment Research, Inc. Responses to SEC's Third Set Of Interrogatories

**Testimony/Deposition Transcript & Exhibits:**
Manz, Kevin, June 15, 2023
Hammer, Patrick, June 23, 2023
Van Pelt, Todd, June 20, 2023
Ludwig, Adam, July 19, 2023
Baxley, John, July 18, 2023
Elsass, Karl, July 14, 2023
30(b)(6) Witness, David Pederson, on behalf of Financial Reserve Investors, Inc., July 27, 2023
Bell, Colleen, August 23, 2023
Webber, Amy, August 31, 2023
30(b)(6) Witness, Bell, Colleen, September 7, 2023
Rex, Loren, September 8, 2023

**Case Subpoenas and Correspondence with Third Parties:**
2020.06.11 Subpoena to Produce Pershing LCC-signed.pdf
2022.10.13 Subpoena to NFS.pdf
2022.10.13 Subpoena to Schwab.pdf
11.11.22 Cambridge Investment Research Advisors Response Ltr.pdf
11.18.22 Cambridge Investment Research Advisors Response Ltr.pdf
12.19.2022 Cambridge Investment Research Response Ltr.pdf
Response to SEC's Requests For Production 12.20.22(606194812.1).pdf

2023.02.06 Corr. to SEC.pdf
52.7 BNYM Response dtd 2-7-23- SEC Cambridge Investment Research -Final.pdf
2023.03.15 Cambridge Letter to SEC with 2023-03-15 Document Production.pdf
BNYM Response dtd 3-20-23- SEC Cambridge Investment Research-Final.pdf
032423 Cambridge Investment Research Advisors.pdf
BNYM Response dtd 3-24-23- SEC Cambridge Investment Research-Final.pdf
04.18.23 Cambridge Investment Research Advisors.pdf
2023.04.19 Corr. to SEC.pdf
06.28.23 Cambridge Investment Research Advisors.pdf

08.17.23 Cambridge Investment Research Advisors Response Ltr.pdf
09.11.07 Cambridge Investment Research Advisors Response Ltr.pdf
2023.09.20 Corr. to SEC.pdf

**Declarations:**
Declaration of David Judice, Baron Funds, July 18, 2023
Declaration of Kyle Langan of American Century Investments, September 13, 2023
Declaration of Nicole Grogan, Representative of DWS Investment Management Americas, Inc., September 14, 2023
Declaration of Trina Valliere of Harris Associates, L.P., September 21, 2023
Declaration of John Brandser of Fiduciary Management, Inc., September 22, 2023
Declaration of Representative of AMG Funds, LLC., September 26, 2023
Declaration of Susan Tobin of Natixis Distribution, LLC., September 29, 2023
Declaration of Laurence Fried of Pershing, LLC., September 29, 2023
Declaration of James Rice of National Financial Services LLC., September 29, 2023
Declaration of Tony Parkin of Charles Schwab & Co, Inc., September 29, 2023
Declaration of Mike Churan of Charles Schwab & Co, Inc., September 29, 2023
Declaration Of Representative of Doubleline Group LP, October 5, 2023

**Documents re: Minimum Investment Requirements**
*Emails:*
  CIRA05594167 (Loomis waiver project).pdf
  CIRA05594667 (PIMCO waiver).pdf
  PIMCO email chain: CIRA05594667
  HARBOR-00000873
  NATIXIS-0000005178 and NATIXIS-0000005179

*Prospectuses:*
  PIMCO FUNDS (CIK 0000810893) –

- PIINX
    - 497K (Summary prospectus) 10/14/2014 & 3/23/2018
- PQTOX
    - 497K (Summary prospectus) 10/31/2013 & 4/7/2017
- PUBFX
    - 497K (Summary prospectus) 7/29/2013 & 4/7/2017
- PTTPX
    - 497K (Summary prospectus) 10/14/2014 & 4/7/2017
- PONPX
    - 497K (Summary prospectus) 7/28/2022 & 7/29/2019 & 7/28/2017
    - 497 (Prospectus) 8/2/2016

  INVESCO –

- ODVIX - Prospectus February 28, 2023
- OIBIX - Prospectus February 28, 2023

34

*Produced by Schwab*
> 164380-000001 to 164380-000047
> SEC-Schwab-E-0039020

**CIRI Financials:**
Exhibit 219 CIRA05609043 (NFS Summary Income by year).xlsx
Exhibit 220 CIRA05609042 (Pershing Summary Income by year).xlsx

**Client Account Records and Related Information:**
*Produced by NFS:*
> Managed Account Indicator History (NFS_ Cambridge_000658)

*Produced by Pershing:*
> 9.11 EXHIBIT C – ███████████████

*Produced by CIRI:*
> List of Managed Account Prefixes (CIRA05609031)
> AMAP Wrap Fee Brochure, February 2017
> CAAP Wrap Fee Brochure, February 2017
> Wealthport Wrap Brochure, September 2020

**Clearing and Pricing Agreements**
*NFS:*
> Amendment to Exhibit A to the 2005 Fully Disclosed Clearing Agreement effective July 9, 2009 (NFS_Cambridge_000107-000137)
> Amendment to Exhibit A to the 2005 Fully Disclosed Clearing Agreement effective December 12, 2014 (NFS_Cambridge_000208- 000218)
> Amended and Restated Fully Disclosed Clearing Agreement effective November 21, 2016 (NFS_Cambridge_000225-000344)

*Pershing:*
> Schedule A to the 2005 Fully Disclosed Clearing Agreement effective April 20, 2011 (CIRA002273-2302)
> Schedule A to the 2005 Fully Disclosed Clearing Agreement effective July 18, 2011 (SEC-PERSHING-E-0000090-123)
> Schedule A to the 2005 Fully Disclosed Clearing Agreement effective May 4, 2016 SEC-PERSHING-E-0000090-123)

*Schwab:*
> Investment Manager Service Agreement dated March 24, 1999 (SEC-Schwab-E-0005030–SEC-Schwab-E-0005044)
>
> Advisor Service Agreement dated November 27, 2017 (SEC-Schwab-E-0000612–SEC-Schwab-E-0000617)

Case 4:22-cv-00071-SMR-SBJ Document 151-5 *SEALED* Filed 03/22/24 Page 39 of 78

Fund Services Fee Addendum to Investment Management Service Agreement between Schwab and CIRA, March 20, 2013

2014 Pricing Agreement.pdf
2016 Pricing Agreement.pdf

**Clearing Statements:**

*NFS:*

NFS_Cambridge_000451 CS012014-CFE.xlsx
NFS_Cambridge_000452 CS022014-CFE.xlsx
NFS_Cambridge_000453 CS032014-CFE.xlsx
NFS_Cambridge_000454 CS042014-CFE.xlsx
NFS_Cambridge_000455 CS052014-CFE.xlsx
NFS_Cambridge_000456 CS062014-CFE.xlsx
NFS_Cambridge_000457 CS072014-CFE.xlsx
NFS_Cambridge_000458 CS082014-CFE.xlsx
NFS_Cambridge_000459 CS092014-CFE.xlsx
NFS_Cambridge_000460 CS102014-CFE.xlsx
NFS_Cambridge_000461 CS112014-CFE.xlsx
NFS_Cambridge_000462 CS122014-CFE.xlsx
NFS_Cambridge_000463 CS012015-CFE.xlsx
NFS_Cambridge_000464 CS022015-CFE.xlsx
NFS_Cambridge_000465 CS032015-CFE.xlsx
NFS_Cambridge_000466 CS042015-CFE.xlsx
NFS_Cambridge_000467 CS052015-CFE.xlsx
NFS_Cambridge_000468 CS062015-CFE.xlsx
NFS_Cambridge_000469 CS072015-CFE.xlsx
NFS_Cambridge_000470 CS082015-CFE.xlsx
NFS_Cambridge_000471 CS092015-CFE.xlsx
NFS_Cambridge_000472 CS102015-CFE.xlsx
NFS_Cambridge_000473 CS112015-CFE.xlsx
NFS_Cambridge_000474 CS122015-CFE.xlsx
NFS_Cambridge_000475 CS012016-CFE.xlsx
NFS_Cambridge_000476 CS022016-CFE.xlsx
NFS_Cambridge_000477 CS032016-CFE.xlsx
NFS_Cambridge_000478 CS042016-CFE.xlsx
NFS_Cambridge_000479 CS052016-CFE.xlsx
NFS_Cambridge_000480 CS062016-CFE.xlsx
NFS_Cambridge_000481 CS072016-CFE.xlsx
NFS_Cambridge_000482 CS082016-CFE.xlsx
NFS_Cambridge_000483 CS092016-CFE.xlsx
NFS_Cambridge_000484 CS102016-CFE.xlsx
NFS_Cambridge_000485 CS112016-CFE.xlsx
NFS_Cambridge_000486 CS122016-CFE.xlsx

NFS_Cambridge_000487 CS012017-CFE.xlsx
NFS_Cambridge_000488 CS022017-CFE.xlsx
NFS_Cambridge_000489 CS032017-CFE.xlsx
NFS_Cambridge_000490 CS042017-CFE.xlsx
NFS_Cambridge_000491 CS052017-CFE.xlsx
NFS_Cambridge_000492 CS062017-CFE.xlsx
NFS_Cambridge_000493 CS072017-CFE.xlsx
NFS_Cambridge_000494 CS082017-CFE.xlsx
NFS_Cambridge_000495 CS092017-CFE.xlsx
NFS_Cambridge_000496 CS102017-CFE.xlsx
NFS_Cambridge_000497 CS112017-CFE.xlsx
NFS_Cambridge_000498 CS122017-CFE.xlsx
NFS_Cambridge_000499 CS012018-CFE.xlsx
NFS_Cambridge_000500 CS022018-CFE.xlsx
NFS_Cambridge_000501 CS032018-CFE.xlsx
NFS_Cambridge_000502 CS042018-CFE.xlsx
NFS_Cambridge_000503 CS052018-CFE.xlsx
NFS_Cambridge_000504 CS062018-CFE.xlsx
NFS_Cambridge_000505 CS072018-CFE.xlsx
NFS_Cambridge_000506 CS082018-CFE.xlsx
NFS_Cambridge_000507 CS092018-CFE.xlsx
NFS_Cambridge_000508 CS102018-CFE.xlsx
NFS_Cambridge_000509 CS112018-CFE.xlsx
NFS_Cambridge_000510 CS122018-CFE.xlsx
NFS_Cambridge_000511 CS012019-CFE.xlsx
NFS_Cambridge_000512 CS022019-CFE.xlsx
NFS_Cambridge_000513 CS032019-CFE.xlsx
NFS_Cambridge_000514 CS042019-CFE.xlsx
NFS_Cambridge_000515 CS052019-CFE.xlsx
NFS_Cambridge_000516 CS062019-CFE.xlsx
NFS_Cambridge_000517 CS072019-CFE.xlsx
NFS_Cambridge_000518 CS082019-CFE.xlsx
NFS_Cambridge_000519 CS092019-CFE.xlsx
NFS_Cambridge_000520 CS102019-CFE.xlsx
NFS_Cambridge_000521 CS112019-CFE.xlsx
NFS_Cambridge_000522 CS122019-CFE.xlsx
NFS_Cambridge_000523 CS012020-CFE.xlsx
NFS_Cambridge_000524 CS022020-CFE.xlsx
NFS_Cambridge_000525 CS032020-CFE.xlsx
NFS_Cambridge_000526 CS042020-CFE.xlsx
NFS_Cambridge_000527 CS052020-CFE.xlsx
NFS_Cambridge_000528 CS062020-CFE.xlsx
NFS_Cambridge_000529 CS072020-CFE.xlsx
NFS_Cambridge_000530 CS082020-CFE.xlsx

NFS_Cambridge_000531 CS092020-CFE.xlsx
NFS_Cambridge_000532 CS102020-CFE.xlsx
NFS_Cambridge_000533 CS112020-CFE.xlsx
NFS_Cambridge_000534 CS122020-CFE.xlsx
NFS_Cambridge_000535 CS012021-CFE.xlsx
NFS_Cambridge_000536 CS022021-CFE.xlsx
NFS_Cambridge_000537 CS032021-CFE.xlsx
NFS_Cambridge_000538 CS042021-CFE.xlsx
NFS_Cambridge_000539 CS052021-CFE.xlsx
NFS_Cambridge_000540 CS062021-CFE.xlsx
NFS_Cambridge_000541 CS072021-CFE.xlsx
NFS_Cambridge_000542 CS082021-CFE.xlsx
NFS_Cambridge_000543 CS092021-CFE.xlsx
NFS_Cambridge_000544 CS102021-CFE.xlsx
NFS_Cambridge_000545 CS112021-CFE.xlsx
NFS_Cambridge_000546 CS122021-CFE.xlsx

*Schwab:*



**Revenue Sharing Reports and Related Information:**
*Produced by NFS:*

NFS_Cambridge_000547 SPA10560_FILEA.xlsx
NFS_Cambridge_000548 SPA10560_FILEB.xlsx

38

NFS_Cambridge_000549 SPB10560_FILEA.xlsx
NFS_Cambridge_000550 SPB10560_FILEB.xlsx
NFS_Cambridge_000551 SPC10560_FILEA.xlsx
NFS_Cambridge_000552 SPD10560_FILEA.xlsx
NFS_Cambridge_000553 SPD10560_FILEB.xlsx
NFS_Cambridge_000554 SPE10560_FILEA.xlsx
NFS_Cambridge_000555 SPE10560_FILEB.xlsx
NFS_Cambridge_000556 SPF10560_FILEA.xlsx
NFS_Cambridge_000557 SPF10560_FILEB.xlsx
NFS_Cambridge_000558 SPG10560_FILEA.xlsx
NFS_Cambridge_000559 SPG10560_FILEB.xlsx
NFS_Cambridge_000560 SPH10560_FILEA.xlsx
NFS_Cambridge_000561 SPH10560_FILEB.xlsx
NFS_Cambridge_000562 SPI10560_FILEA.xlsx
NFS_Cambridge_000563 SPI10560_FILEB.xlsx
NFS_Cambridge_000564 SPJ10560_FILEA.xlsx
NFS_Cambridge_000565 SPJ10560_FILEB.xlsx
NFS_Cambridge_000566 SPK10560_FILEA.xlsx
NFS_Cambridge_000567 SPK10560_FILEB.xlsx
NFS_Cambridge_000568 SPL10560_FILEA.xlsx
NFS_Cambridge_000570 CFE_CoreMM Adj_0217.xlsx
NFS_Cambridge_000571 CFE_CoreMM Adj_0420_0720.xlsx
NFS_Cambridge_000572 CFE_CoreMM Adj_1018.xlsx
NFS_Cambridge_000583 SPA10561_FILEA.xlsx
NFS_Cambridge_000584 SPA10561_FILEB.xlsx
NFS_Cambridge_000585 SPB10561_FILEA.xlsx
NFS_Cambridge_000586 SPB10561_FILEB.xlsx
NFS_Cambridge_000587 SPB10561_FILEC.xlsx
NFS_Cambridge_000588 SPC10560_FILEB.xlsx
NFS_Cambridge_000589 SPC10561_FILEA.xlsx
NFS_Cambridge_000590 SPC10561_FILEB.xlsx
NFS_Cambridge_000591 SPC10561_FILEC.xlsx
NFS_Cambridge_000592 SPD10561_FILEA.xlsx
NFS_Cambridge_000593 SPD10561_FILEB.xlsx
NFS_Cambridge_000594 SPD10561_FILEC.xlsx
NFS_Cambridge_000655_NTF_0617

*Produced by Pershing:*





credits_debits to

credits_debits to

ervice Fees



*Produced by Schwab:*
SEC_Cambridge – 001021.xlsx : SEC_Cambridge – 001062.xlsx

Schwab Ticker Symbols.xlsx
Additional MF Ticker Symbols.xlsx

*Produced by CIRI:*
2021 SEC Revenue Sharing NFS by Year by Fund.xlsx
2014-2021 SEC Revenue Sharing PER by Year by Fund.xlsx
2021 SEC Revenue Sharing Schwab by Year by Fund.xlsx
Cambridge - Pershing and NFS MMF Revenue Share CUSIPS.xlsx

**Position Reports (Holdings):**
*NFS:*

NFS_Cambridge_000595 SPC10562_cfe_pos_Mar2014.xlsx
NFS_Cambridge_000596 SPC10563_cfe_pos_Jun2014.xlsx
NFS_Cambridge_000597 SPC10564_cfe_pos_Sep2014.xlsx
NFS_Cambridge_000598 SPC10565_cfe_pos_Dec2014.xlsx
NFS_Cambridge_000599 SPC10566_cfe_pos_Mar2015.xlsx
NFS_Cambridge_000600 SPC10567_cfe_pos_Jun2015.xlsx
NFS_Cambridge_000601 SPC10568_cfe_pos_Sep2015.xlsx
NFS_Cambridge_000602 SPC10569_cfe_pos_Dec2015.xlsx
NFS_Cambridge_000603 SPC10570_cfe_pos_Mar2016.xlsx
NFS_Cambridge_000604 SPC10571_cfe_pos_Jun2016.xlsx
NFS_Cambridge_000605 SPC10572_cfe_pos_Sep2016.xlsx
NFS_Cambridge_000606 SPC10573_cfe_pos_Dec2016.xlsx
NFS_Cambridge_000607 SPC10574_cfe_pos_Mar2017.xlsx
NFS_Cambridge_000608 SPC10575_cfe_pos_Jun2017.xlsx
NFS_Cambridge_000609 SPC10576_cfe_pos_Mar2018.xlsx
NFS_Cambridge_000610 SPC10577_cfe_pos_Mar2019.xlsx
NFS_Cambridge_000611 SPC10578_cfe_pos_Mar2020.xlsx
NFS_Cambridge_000612 SPC10579_cfe_pos_Mar2021.xlsx
NFS_Cambridge_000613 SPC10580_cfe_pos_Jun2018.xlsx
NFS_Cambridge_000614 SPC10581_cfe_pos_Jun2019.xlsx
NFS_Cambridge_000615 SPC10582_cfe_pos_Jun2020.xlsx
NFS_Cambridge_000616 SPC10583_cfe_pos_Jun2021.xlsx
NFS_Cambridge_000617 SPC10584_cfe_pos_Sep2017.xlsx
NFS_Cambridge_000618 SPC10585_cfe_pos_Sep2018.xlsx
NFS_Cambridge_000619 SPC10586_cfe_pos_Sep2019.xlsx
NFS_Cambridge_000620 SPC10587_cfe_pos_Sep2020.xlsx
NFS_Cambridge_000621 SPC10588_cfe_pos_Sep2021.xlsx
NFS_Cambridge_000622 SPC10589_cfe_pos_Dec2017.xlsx
NFS_Cambridge_000623 SPC10590_cfe_pos_Dec2018.xlsx
NFS_Cambridge_000624 SPC10591_cfe_pos_Dec2019.xlsx
NFS_Cambridge_000625 SPC10592_cfe_pos_Dec2020.xlsx

*Pershing:*

52.3.1.1.1 HOLDINGS_APR 2014_ADV IND=N.xlsm

42

52.3.1.1.10 HOLDINGS_JAN 2014_ADV IND=Y.xlsm
52.3.1.1.11 HOLDINGS_JUL 2014_ADV IND=N.xlsm
52.3.1.1.12 HOLDINGS_JUL 2014_ADV IND=Y.xlsm
52.3.1.1.13 HOLDINGS_JUN 2014_ADV IND=N.xlsm
52.3.1.1.14 HOLDINGS_JUN 2014_ADV IND=Y.xlsm
52.3.1.1.15 HOLDINGS_MAR 2014_ADV IND=N.xlsm
52.3.1.1.16 HOLDINGS_MAR 2014_ADV IND=Y.xlsm
52.3.1.1.17 HOLDINGS_MAY 2014_ADV IND=N.xlsm
52.3.1.1.18 HOLDINGS_MAY 2014_ADV IND=Y.xlsm
52.3.1.1.19 HOLDINGS_NOV 2014_ADV IND=N.xlsm
52.3.1.1.2 HOLDINGS_APR 2014_ADV IND=Y.xlsm
52.3.1.1.20 HOLDINGS_NOV 2014_ADV IND=Y.xlsm
52.3.1.1.21 HOLDINGS_OCT 2014_ADV IND=N.xlsm
52.3.1.1.22 HOLDINGS_OCT 2014_ADV IND=Y.xlsm
52.3.1.1.23 HOLDINGS_SEP 2014_ADV IND=N.xlsm
52.3.1.1.24 HOLDINGS_SEP 2014_ADV IND=Y.xlsm
52.3.1.1.3 HOLDINGS_AUG 2014_ADV IND=N.xlsm
52.3.1.1.4 HOLDINGS_AUG 2014_ADV IND=Y.xlsm
52.3.1.1.5 HOLDINGS_DEC 2014_ADV IND=N.xlsm
52.3.1.1.6 HOLDINGS_DEC 2014_ADV IND=Y.xlsm
52.3.1.1.7 HOLDINGS_FEB 2014_ADV IND=N.xlsm
52.3.1.1.8 HOLDINGS_FEB 2014_ADV IND=Y.xlsm
52.3.1.1.9 HOLDINGS_JAN 2014_ADV IND=N.xlsm
52.3.1.2.1 HOLDINGS_APR 2015_ADV IND=N.xlsm
52.3.1.2.10 HOLDINGS_JAN 2015_ADV IND=Y.xlsm
52.3.1.2.11 HOLDINGS_JUL 2015_ADV IND=N.xlsm
52.3.1.2.12 HOLDINGS_JUL 2015_ADV IND=Y.xlsm
52.3.1.2.13 HOLDINGS_JUN 2015_ADV IND=N.xlsm
52.3.1.2.14 HOLDINGS_JUN 2015_ADV IND=Y.xlsm
52.3.1.2.15 HOLDINGS_MAR 2015_ADV IND=N.xlsm
52.3.1.2.16 HOLDINGS_MAR 2015_ADV IND=Y.xlsm
52.3.1.2.17 HOLDINGS_MAY 2015_ADV IND=N.xlsm
52.3.1.2.18 HOLDINGS_MAY 2015_ADV IND=Y.xlsm
52.3.1.2.19 HOLDINGS_NOV 2015_ADV IND=N.xlsm
52.3.1.2.2 HOLDINGS_APR 2015_ADV IND=Y.xlsm
52.3.1.2.20 HOLDINGS_NOV 2015_ADV IND=Y.xlsm
52.3.1.2.21 HOLDINGS_OCT 2015_ADV IND=N.xlsm
52.3.1.2.22 HOLDINGS_OCT 2015_ADV IND=Y.xlsm
52.3.1.2.23 HOLDINGS_SEP 2015_ADV IND=N.xlsm
52.3.1.2.24 HOLDINGS_SEP 2015_ADV IND=Y.xlsm
52.3.1.2.3 HOLDINGS_AUG 2015_ADV IND=N.xlsm
52.3.1.2.4 HOLDINGS_AUG 2015_ADV IND=Y.xlsm
52.3.1.2.5 HOLDINGS_DEC 2015_ADV IND=N.xlsm
52.3.1.2.6 HOLDINGS_DEC 2015_ADV IND=Y.xlsm

52.3.1.2.7 HOLDINGS_FEB 2015_ADV IND=N.xlsm
52.3.1.2.8 HOLDINGS_FEB 2015_ADV IND=Y.xlsm
52.3.1.2.9 HOLDINGS_JAN 2015_ADV IND=N.xlsm
52.3.1.3.1 HOLDINGS_APR 2016_ADV IND=N.xlsm
52.3.1.3.10 HOLDINGS_JAN 2016_ADV IND=Y.xlsm
52.3.1.3.11 HOLDINGS_JUL 2016_ADV IND=N.xlsm
52.3.1.3.12 HOLDINGS_JUL 2016_ADV IND=Y.xlsm
52.3.1.3.13 HOLDINGS_JUN 2016_ADV IND=N.xlsm
52.3.1.3.14 HOLDINGS_JUN 2016_ADV IND=Y.xlsm
52.3.1.3.15 HOLDINGS_MAR 2016_ADV IND=N.xlsm
52.3.1.3.16 HOLDINGS_MAR 2016_ADV IND=Y.xlsm
52.3.1.3.17 HOLDINGS_MAY 2016_ADV IND=N.xlsm
52.3.1.3.18 HOLDINGS_MAY 2016_ADV IND=Y.xlsm
52.3.1.3.19 HOLDINGS_NOV 2016_ADV IND=N.xlsm
52.3.1.3.2 HOLDINGS_APR 2016_ADV IND=Y.xlsm
52.3.1.3.20 HOLDINGS_NOV 2016_ADV IND=Y.xlsm
52.3.1.3.21 HOLDINGS_OCT 2016_ADV IND=N.xlsm
52.3.1.3.22 HOLDINGS_OCT 2016_ADV IND=Y.xlsm
52.3.1.3.23 HOLDINGS_SEPT 2016_ADV IND=N.xlsm
52.3.1.3.24 HOLDINGS_SEPT 2016_ADV IND=Y.xlsm
52.3.1.3.3 HOLDINGS_AUG 2016_ADV IND=N.xlsm
52.3.1.3.4 HOLDINGS_AUG 2016_ADV IND=Y.xlsm
52.3.1.3.5 HOLDINGS_DEC 2016_ADV IND=N.xlsm
52.3.1.3.6 HOLDINGS_DEC 2016_ADV IND=Y.xlsm
52.3.1.3.7 HOLDINGS_FEB 2016_ADV IND=N.xlsm
52.3.1.3.8 HOLDINGS_FEB 2016_ADV IND=Y.xlsm
52.3.1.3.9 HOLDINGS_JAN 2016_ADV IND=N.xlsm
52.3.1.4.1 HOLDINGS_APR 2017_ADV IND=N.xlsm
52.3.1.4.10 HOLDINGS_JAN 2017_ADV IND=Y.xlsm
52.3.1.4.11 HOLDINGS_JULY 2017_ADV IND =N.xlsm
52.3.1.4.12 HOLDINGS_JULY 2017_ADV IND=Y.xlsm
52.3.1.4.13 HOLDINGS_JUN 2017_ADV IND=N.xlsm
52.3.1.4.14 HOLDINGS_JUN 2017_ADV IND=Y.xlsm
52.3.1.4.15 HOLDINGS_MAR 2017_ADV IND=N.xlsm
52.3.1.4.16 HOLDINGS_MAR 2017_ADV IND=Y.xlsm
52.3.1.4.17 HOLDINGS_MAY 2017_ADV IND=N.xlsm
52.3.1.4.18 HOLDINGS_MAY 2017_ADV IND=Y.xlsm
52.3.1.4.19 HOLDINGS_NOV 2017_ADV IND=N.xlsm
52.3.1.4.2 HOLDINGS_APR 2017_ADV IND=Y.xlsm
52.3.1.4.20 HOLDINGS_NOV 2017_ADV IND=Y.xlsm
52.3.1.4.21 HOLDINGS_OCT 2017_ADV IND=N.xlsm
52.3.1.4.22 HOLDINGS_OCT 2017_ADV IND=Y.xlsm
52.3.1.4.23 HOLDINGS_SEPT 2017_ADV IND=N.xlsm
52.3.1.4.24 HOLDINGS_SEPT 2017_ADV IND=Y.xlsm

Case 4:22-cv-00071-SMR-SBJ   Document 151-5 *SEALED*   Filed 03/22/24   Page 48 of 78

52.3.1.4.3 HOLDINGS_AUG 2017_ADV IND=N.xlsm
52.3.1.4.4 HOLDINGS_AUG 2017_ADV IND=Y.xlsm
52.3.1.4.5 HOLDINGS_DEC 2017_ADV IND=N.xlsm
52.3.1.4.6 HOLDINGS_DEC 2017_ADV IND=Y.xlsm
52.3.1.4.7 HOLDINGS_FEB 2017_ADV IND=N.xlsm
52.3.1.4.8 HOLDINGS_FEB 2017_ADV IND=Y.xlsm
52.3.1.4.9 HOLDINGS_JAN 2017_ADV IND=N.xlsm
52.3.1.5.1 Holdings_APR 2018_ADV IND = N.xlsm
52.3.1.5.10 Holdings_JAN 2018_ADV IND = Y.xlsm
52.3.1.5.11 Holdings_JUL 2018_ADV IND = N.xlsm
52.3.1.5.12 Holdings_JUL 2018_ADV IND = Y.xlsm
52.3.1.5.13 Holdings_JUN 2018_ADV IND = N.xlsm
52.3.1.5.14 Holdings_JUN 2018_ADV IND = Y.xlsm
52.3.1.5.15 Holdings_MAR 2018_ADV IND = N.xlsm
52.3.1.5.16 Holdings_MAR 2018_ADV IND = Y.xlsm
52.3.1.5.17 Holdings_MAY 2018_ADV IND = N.xlsm
52.3.1.5.18 Holdings_MAY 2018_ADV IND = Y.xlsm
52.3.1.5.19 Holdings_NOV 2018_ADV IND = N.xlsm
52.3.1.5.2 Holdings_APR 2018_ADV IND = Y.xlsm
52.3.1.5.20 Holdings_NOV 2018_ADV IND = Y.xlsm
52.3.1.5.21 Holdings_OCT 2018_ADV IND = N.xlsm
52.3.1.5.22 Holdings_OCT 2018_ADV IND = Y.xlsm
52.3.1.5.23 Holdings_SEP 2018_ADV IND = N.xlsm
52.3.1.5.24 Holdings_SEP 2018_ADV IND = Y.xlsm
52.3.1.5.3 Holdings_AUG 2018_ADV IND = N.xlsm
52.3.1.5.4 Holdings_AUG 2018_ADV IND = Y.xlsm
52.3.1.5.5 Holdings_DEC 2018_ADV IND = N.xlsm
52.3.1.5.6 Holdings_DEC 2018_ADV IND = Y.xlsm
52.3.1.5.7 Holdings_FEB 2018_ADV IND = N.xlsm
52.3.1.5.8 Holdings_FEB 2018_ADV IND = Y.xlsm
52.3.1.5.9 Holdings_JAN 2018_ADV IND = N.xlsm
52.3.2.1.1 HOLDINGS - APR 2019_ADV IND_N.xlsm
52.3.2.1.10 HOLDINGS - JAN 2019_ADV IND_Y.xlsm
52.3.2.1.11 HOLDINGS - JUL 2019_ADV IND_N.xlsm
52.3.2.1.12 HOLDINGS - JUL 2019_ADV IND_Y.xlsm
52.3.2.1.13 HOLDINGS - JUN 2019_ADV IND_N.xlsm
52.3.2.1.14 HOLDINGS - JUN 2019_ADV IND_Y.xlsm
52.3.2.1.15 HOLDINGS - MAR 2019_ADV IND_N.xlsm
52.3.2.1.16 HOLDINGS - MAR 2019_ADV IND_Y.xlsm
52.3.2.1.17 HOLDINGS - MAY 2019_ADV IND_N.xlsm
52.3.2.1.18 HOLDINGS - MAY 2019_ADV IND_Y.xlsm
52.3.2.1.19 HOLDINGS - NOV 2019_ADV IND_N.xlsm
52.3.2.1.2 HOLDINGS - APR 2019_ADV IND_Y.xlsm
52.3.2.1.20 HOLDINGS - NOV 2019_ADV IND_Y.xlsm

52.3.2.1.21 HOLDINGS - OCT 2019_ADV IND_N.xlsm
52.3.2.1.22 HOLDINGS - OCT 2019_ADV IND_Y.xlsm
52.3.2.1.23 HOLDINGS - SEP 2019_ADV IND_N.xlsm
52.3.2.1.24 HOLDINGS - SEP 2019_ADV IND_Y.xlsm
52.3.2.1.3 HOLDINGS - AUG 2019_ADV IND_N.xlsm
52.3.2.1.4 HOLDINGS - AUG 2019_ADV IND_Y.xlsm
52.3.2.1.5 HOLDINGS - DEC 2019_ADV IND_N.xlsm
52.3.2.1.6 HOLDINGS - DEC 2019_ADV IND_Y.xlsm
52.3.2.1.7 HOLDINGS - FEB 2019_ADV IND_N.xlsm
52.3.2.1.8 HOLDINGS - FEB 2019_ADV IND_Y.xlsm
52.3.2.1.9 HOLDINGS - JAN 2019_ADV IND_N.xlsm
52.3.2.2.1 HOLDINGS - APR 2020_ADV IND_N.xlsm
52.3.2.2.10 HOLDINGS - JUL 2020_ADV IND_N.xlsm
52.3.2.2.11 HOLDINGS - JUL 2020_ADV IND_Y.xlsm
52.3.2.2.12 HOLDINGS - JUN 2020_ADV IND_N.xlsm
52.3.2.2.13 HOLDINGS - JUN 2020_ADV IND_Y.xlsm
52.3.2.2.14 HOLDINGS - MAR 2020_ADV IND_N.xlsm
52.3.2.2.15 HOLDINGS - MAR 2020_ADV IND_Y.xlsm
52.3.2.2.16 HOLDINGS - MAY 2020_ADV IND_N.xlsm
52.3.2.2.17 HOLDINGS - MAY 2020_ADV IND_Y.xlsm
52.3.2.2.18 HOLDINGS - NOV 2020_ADV IND_N.xlsm
52.3.2.2.19 HOLDINGS - NOV 2020_ADV IND_Y.xlsm
52.3.2.2.2 HOLDINGS - APR 2020_ADV IND_Y.xlsm
52.3.2.2.20 HOLDINGS - OCT 2020_ADV IND_N.xlsm
52.3.2.2.21 HOLDINGS - OCT 2020_ADV IND_Y.xlsm
52.3.2.2.22 HOLDINGS - SEPT 2020_ADV IND_N.xlsm
52.3.2.2.23 HOLDINGS - SEPT 2020_ADV IND_Y.xlsm
52.3.2.2.3 HOLDINGS - AUG 2020_ADV IND_N.xlsm
52.3.2.2.4 HOLDINGS - AUG 2020_ADV IND_Y.xlsm
52.3.2.2.5 HOLDINGS - DEC 2020_ADV IND_N.xlsm
52.3.2.2.6 HOLDINGS - FEB 2020 ADV IND_Y.xlsm
52.3.2.2.7 HOLDINGS - FEB 2020_ADV IND_N.xlsm
52.3.2.2.8 HOLDINGS - JAN 2020_ADV IND_N.xlsm
52.3.2.2.9 HOLDINGS - JAN 2020_ADV IND_Y.xlsm
52.3.2.3.1 HOLDINGS APR 2021_ADV IND_N.xlsm
52.3.2.3.10 HOLDINGS NOV 2021_ADV IND_N.xlsm
52.3.2.3.11 HOLDINGS OCT2021_ADV IND_N.xlsm
52.3.2.3.12 HOLDINGS SEP 2021_ADV IND_N.xlsm
52.3.2.3.2 HOLDINGS AUG 2021_ADV IND_N.xlsm
52.3.2.3.3 HOLDINGS DEC 2021_ADV IND_N.xlsm
52.3.2.3.4 HOLDINGS FEB 2021_ADV IND_N.xlsm
52.3.2.3.5 HOLDINGS JAN 2021_ADV IND_N.xlsm
52.3.2.3.6 HOLDINGS JUL 2021_ADV IND_N.xlsm
52.3.2.3.7 HOLDINGS JUN 2021_ADV IND_N.xlsm

52.3.2.3.8 HOLDINGS MAR 2021_ADV IND_N.xlsm
52.3.2.3.9 HOLDINGS MAY 2021_ADV IND_N.xlsm
HOLDINGS_Aug 2014_ADV IND=N.xlsm
HOLDINGS_Aug 2014_ADV IND=Y.xlsm
HOLDINGS_May 2014_ADV IND=N.xlsm
HOLDINGS_May 2014_ADV IND=Y.xlsm
HOLDINGS_Nov 2014_ADV IND=N.xlsm
HOLDINGS_Nov 2014_ADV IND=Y.xlsm
HOLDINGS - DEC 2020_ADV IND_Y.xlsm
HOLDINGS NOV 2021_ADV IND_Y.xlsm
9.72 HOLDINGS - AUG 2020_ADV IND_Y.xlsm
9.73 HOLDINGS APR 2021_ADV IND_Y.xlsm
9.74 HOLDINGS AUG 2021_ADV IND_Y.xlsm
9.75 HOLDINGS DEC 2021_ADV IND_Y.xlsm
9.76 HOLDINGS FEB 2021_ADV IND_Y.xlsm
9.77 HOLDINGS JAN 2021_ADV IND_Y.xlsm
9.78 HOLDINGS JUL 2021_ADV IND_Y.xlsm
9.79 HOLDINGS JUN 2021_ADV IND_Y.xlsm
9.80 HOLDINGS MAR 2021_ADV IND_Y.xlsm
9.80 HOLDINGS MAR 2021_ADV IND_Y.xlsm
9.82 HOLDINGS OCT 2021_ADV IND_Y.xlsm
9.83 HOLDINGS SEPT 2021_ADV IND_Y.xlsm
52.2.4.1.1 Money Fund Avg Bal Rpt_April 2019.txt
52.2.4.1.10 Money Fund Avg Bal Rpt_Nov 2019.txt
52.2.4.1.11 Money Fund Avg Bal Rpt_Oct 2019.txt
52.2.4.1.12 Money Fund Avg Bal Rpt_Sep 2019.txt
52.2.4.1.2 Money Fund Avg Bal Rpt_Aug 2019.txt
52.2.4.1.3 Money Fund Avg Bal Rpt_Dec 2019.txt
52.2.4.1.4 Money Fund Avg Bal Rpt_Feb 2019.txt
52.2.4.1.5 Money Fund Avg Bal Rpt_Jan 2019.txt
52.2.4.1.6 Money Fund Avg Bal Rpt_Jul 2019.txt
52.2.4.1.7 Money Fund Avg Bal Rpt_Jun 2019.txt
52.2.4.1.8 Money Fund Avg Bal Rpt_Mar 2019.txt
52.2.4.1.9 Money Fund Avg Bal Rpt_May 2019.txt
52.2.4.2.1 Money Fund Avg Bal Rpt_April 2020.txt
52.2.4.2.10 Money Fund Avg Bal Rpt_Nov 2020.txt
52.2.4.2.11 Money Fund Avg Bal Rpt_Oct 2020.txt
52.2.4.2.12 Money Fund Avg Bal Rpt_Sep 2020.txt
52.2.4.2.2 Money Fund Avg Bal Rpt_Aug 2020.txt
52.2.4.2.3 Money Fund Avg Bal Rpt_Dec 2020.txt
52.2.4.2.4 Money Fund Avg Bal Rpt_Feb 2020.txt
52.2.4.2.5 Money Fund Avg Bal Rpt_Jan 2020.txt
52.2.4.2.6 Money Fund Avg Bal Rpt_Jul 2020.txt
52.2.4.2.7 Money Fund Avg Bal Rpt_Jun 2020.txt

52.2.4.2.8 Money Fund Avg Bal Rpt_Mar 2020.txt
52.2.4.2.9 Money Fund Avg Bal Rpt_May 2020.txt
52.2.4.3.1 Money Fund Avg Bal Rpt_April 2021.txt
52.2.4.3.10 Money Fund Avg Bal Rpt_Oct 2021.txt
52.2.4.3.11 Money Fund Avg Bal Rpt_Sept 2021.txt
52.2.4.3.12 Money Fund Avg Balances Rpt_Jan 2021_IRA705M0.txt
52.2.4.3.2 Money Fund Avg Bal Rpt_Aug 2021.txt
52.2.4.3.3 Money Fund Avg Bal Rpt_Dec 2021.txt
52.2.4.3.4 Money Fund Avg Bal Rpt_Feb 2021_IRA705M0.txt
52.2.4.3.5 Money Fund Avg Bal Rpt_July 2021.txt
52.2.4.3.6 Money Fund Avg Bal Rpt_Jun 2021.txt
52.2.4.3.7 Money Fund Avg Bal Rpt_Mar 2021.txt
52.2.4.3.8 Money Fund Avg Bal Rpt_May 2021.txt
52.2.4.3.9 Money Fund Avg Bal Rpt_Nov 2021.txt
52.2.5.1.1 Money Fund Avg Bal Rpt - Q1 2014.txt
52.2.5.1.2 Money Fund Avg Bal Rpt - Q2 2014.txt
52.2.5.1.3 Money Fund Avg Bal Rpt - Q3 2014.txt
52.2.5.1.4 Money Fund Avg Bal Rpt - Q4 2014.txt
52.2.5.2.1 Money Fund Avg Bal Rpt - Q1 2015.txt
52.2.5.2.2 Money Fund Avg Bal Rpt - Q2 2015.txt
52.2.5.2.3 Money Fund Avg Bal Rpt - Q3 2015.txt
52.2.5.2.4 Money Fund Avg Bal Rpt - Q4 2015.txt
52.2.5.3.1 Money Fund Avg Bal Rpt - Q1 2016.txt
52.2.5.3.2 Money Fund Avg Bal Rpt - Q2 2016.txt
52.2.5.3.3 Money Fund Avg Bal Rpt - Q3 2016.txt
52.2.5.3.4 Money Fund Avg Bal Rpt - Q4 2016.txt
52.2.5.4.1 Money Fund Avg Bal Rpt - Q1 2017.txt
52.2.5.4.2 Money Fund Avg Bal Rpt - Q2_Q3 2017.txt
52.2.5.4.3 Money Fund Avg Bal Rpt - Q4 2017.txt
52.2.5.5.1 Money Fund Avg Bal Rpt - Q1 2018.txt
52.2.5.5.2 Money Fund Avg Bal Rpt - Q2 2018.txt
52.2.5.5.3 Money Fund Avg Bal Rpt - Q3 2018.txt
52.2.5.5.4 Money Fund Avg Bal Rpt - Q4 2018.txt
MONEY FUND AVG BAL RPT_Q1 2014.txt
MONEY FUND AVG BAL RPT_Q1 2015.txt
MONEY FUND AVG BAL RPT_Q1 2016.txt
MONEY FUND AVG BAL RPT_Q1 2017.txt
MONEY FUND AVG BAL RPT_Q2 2014.txt
MONEY FUND AVG BAL RPT_Q2 2015.txt
MONEY FUND AVG BAL RPT_Q2 2016.txt
MONEY FUND AVG BAL RPT_Q2 2017.txt
MONEY FUND AVG BAL RPT_Q3 2014.txt
MONEY FUND AVG BAL RPT_Q3 2015.txt
MONEY FUND AVG BAL RPT_Q3 2016.txt

MONEY FUND AVG BAL RPT_Q3 2017.txt
MONEY FUND AVG BAL RPT_Q4 2014.txt
MONEY FUND AVG BAL RPT_Q4 2015.txt
MONEY FUND AVG BAL RPT_Q4 2016.txt
MONEY FUND AVG BAL RPT_Q4 2017.txt

*Schwab:*

SEC_Cambridge - 000633.xlsx : SEC_Cambridge - 000640.xlsx

**Trade Blotters:**

*NFS:*

NFS_Cambridge_000626 2014 (1)_blth_a491730_16281_01.xlsx
NFS_Cambridge_000627 2014(2)_blth_a491730_16281_00.xlsx
NFS_Cambridge_000628 2015 (1)_blth_a491730_16283_00.xlsx
NFS_Cambridge_000629 2015 (2)_blth_a491730_16283_01.xlsx
NFS_Cambridge_000630 2016 (1)_blth_a491730_16282_00.xlsx
NFS_Cambridge_000631 2016 (2)_blth_a491730_16282_01.xlsx
NFS_Cambridge_000632 2017 (1)_blth_a491730_16284_00.xlsx
NFS_Cambridge_000633 2017 (2)_blth_a491730_16284_01.xlsx
NFS_Cambridge_000634 2018 (1)_blth_a491730_16285_00.xlsx
NFS_Cambridge_000635 2018 (2)_blth_a491730_16285_01.xlsx
NFS_Cambridge_000636 2019 (1)_blth_a491730_16287_00.xlsx
NFS_Cambridge_000637 2019 (2)_blth_a491730_16287_01.xlsx
NFS_Cambridge_000638 2019 (3)_blth_a491730_16287_02.xlsx
NFS_Cambridge_000639 2020 (1)_blth_a491730_16288_00.xlsx
NFS_Cambridge_000640 2020 (2)_blth_a491730_16288_01.xlsx
NFS_Cambridge_000641 2020 (3)_blth_a491730_16288_02.xlsx
NFS_Cambridge_000642 2020 (4)_blth_a491730_16288_03.xlsx
NFS_Cambridge_000643 2021 (1)_ blth_a491730_16289_00.xlsx
NFS_Cambridge_000644 2021 (2)_blth_a491730_16289_01.xlsx
NFS_Cambridge_000645 2021 (3)_blth_a491730_16289_02.xlsx
NFS_Cambridge_000646 2021 (4)_blth_a491730_16289_03.xlsx

*Pershing:*

52.4.1.1 TRADE BLOTTER Q2 YR 2017.xlsx
52.4.1.2 TRADE BLOTTER Q3 YR 2016.xlsx
52.4.1.3 TRADE BLOTTER Q4 YR 2016.xlsx
52.4.2.1.1 TRADE BLOTTER APRIL 2019.xlsx
52.4.2.1.10 TRADE BLOTTER SEPT 2019.xlsx
52.4.2.1.2 TRADE BLOTTER AUG 2019.xlsx
52.4.2.1.3 TRADE BLOTTER DEC 2019.xlsx
52.4.2.1.4 TRADE BLOTTER Jan 2019.xlsx
52.4.2.1.5 TRADE BLOTTER JUNE 2019.xlsx
52.4.2.1.6 TRADE BLOTTER MAR 2019.xlsx
52.4.2.1.7 TRADE BLOTTER MAY 2019.xlsx

52.4.2.1.8 TRADE BLOTTER NOV 2019.xlsx
52.4.2.1.9 TRADE BLOTTER OCT 2019.xlsx
52.4.2.2.1 TRADE BLOTTER APR 2020.xlsx
52.4.2.2.2 TRADE BLOTTER AUG 2020.xlsx
52.4.2.2.3 TRADE BLOTTER DEC 2020.xlsx
52.4.2.2.4 TRADE BLOTTER JAN 2020.xlsx
52.4.2.2.5 TRADE BLOTTER JUL 2020.xlsx
52.4.2.2.6 TRADE BLOTTER NOV 2020.xlsx
52.4.2.2.7 TRADE BLOTTER SEP 2020.xlsx
9.100 TRADE BLOTTER Q3 YR 2018.xlsx
9.101 TRADE BLOTTER Q4 YR 2018.xlsx
9.102 TRADE BLTR APR 2021.xlsx
9.103 TRADE BLTR AUG 2021.xlsx
9.104 TRADE BLTR DEC 2021.xlsx
9.105 TRADE BLTR FEB 2021.xlsx
9.106 TRADE BLTR JAN 2021.xlsx
9.107 TRADE BLTR JULY 2021.xlsx
9.108 TRADE BLTR JUN 2021.xlsx
9.109 TRADE BLTR MAR 2021.xlsx
9.110 TRADE BLTR MAY 2021.xlsx
9.111 TRADE BLTR NOV 2021.xlsx
9.112 TRADE BLTR OCT 2021.xlsx
9.113 TRADE BLTR SEP 2021.xlsx
9.84 TRADE BLOTTER FEB 2019.xlsx
9.85 TRADE BLOTTER FEB 2020.xlsx
9.86 TRADE BLOTTER JAN - JUN 2014.xlsx
9.87 TRADE BLOTTER JAN 2015_JUNE 2015.xlsx
9.88 TRADE BLOTTER JAN 2016_JUNE 2016.xlsx
9.89 TRADE BLOTTER JULY -DEC 2014.xlsx
9.90 TRADE BLOTTER JULY 2015_DEC 2015.xlsx
9.91 TRADE BLOTTER JULY 2017_DEC 2017.xlsx
9.92 TRADE BLOTTER July 2019.xlsx
9.93 TRADE BLOTTER JUN 2020.xlsx
9.94 TRADE BLOTTER MAR 2020.xlsx
9.95 TRADE BLOTTER MAY 2020.xlsx
9.96 TRADE BLOTTER OCT 2020.xlsx
9.97 TRADE BLOTTER Q1 YR 2017.xlsx
9.98 TRADE BLOTTER Q1 YR 2018.xlsx
9.99 TRADE BLOTTER Q2 YR 2018.xlsx

*Schwab:*

50



**Mutual Fund Lists:**

*Produced by NFS*

NFS_Cambridge_000659 IFN Directory as of January 2014 NTF for Managed Non-Participating.xlsx

NFS_Cambridge_000660 IFN Directory as of January 2015 NTF for Managed Non-Participating.xlsx

NFS_Cambridge_000661 IFN Directory as of January 2016 NTF for Managed Non-Participating.xlsx

NFS_Cambridge_000662 IFN Directory as of January 2017 NTF for Managed Non-Participating.xlsx

NFS_Cambridge_000663 IFN Directory as of January 2018 NTF for Managed Non-Participating.xlsx

NFS_Cambridge_000647 1 NF IFN January 2014 NTF for Managed Participating

NFS_Cambridge_000648 2 NF IFN January 2015 NTF for Managed Participating

NFS_Cambridge_000649 3 NF IFN January 2016 NTF for Managed Participating

NFS_Cambridge_000650 4 NF IFN January 2017 NTF for Managed Participating

NFS_Cambridge_000651 5 NF IFN January 2018 NTF for Managed Participating

NFS_Cambridge_000652 6 NF IFN January 2019 NTF for Managed Participating

NFS_Cambridge_000653 7 NF IFN January 2020 NTF for Managed Participating

NFS_Cambridge_000654 8 NF IFN February 2021 NTF for Managed Participating

*Produced by Pershing*

52.6 EXHIBIT F - FundVest Listing 2013-2020.xlsx

*Produced by Schwab*

5a. Fund Availability Report 2013.xlsx

SEC_Cambridge - 001064

*Produced by CIRI*

Unified Managed Share Class Mutual Fund List

CIRA221237

CIRA05609047.xlsx : CIRA05609050.xlsx

Other

FCCS 06.15.2020 Mutual Fund list.xlsx

FCCS change report 2018.11.29.xlsx

FCCS MF List 8.10.2020.xlsx

FCCS Mutual Fund List 01.07.2021.xlsx

51

FCCS Mutual Fund List 01.10.2022-02.09.22.xlsx
FCCS Mutual Fund list 02.04.20.xlsx
FCCS Mutual Fund List 03.04.2022-04.15.2022.xlsx
FCCS Mutual Fund List 07.09.2020.xlsx
FCCS Mutual Fund List 09.08.2021.xlsx
FCCS Mutual Fund List 09.14.2021.xlsx
FCCS Mutual fund list 1.27.20.xlsx
FCCS Mutual Fund List 10.04.2021.xlsx
FCCS Mutual Fund List 10.1.20.xlsx
FCCS Mutual Fund List 11.2.20.xlsx
FCCS Mutual Fund list 12.2.19.xlsx
FCCS Mutual Fund List 12.6.2021.xlsx
FCCS Mutual Fund List 2017.04.05.xlsx
FCCS Mutual Fund List 2017.05.05.xlsx
FCCS Mutual Fund List 2017.06.02.xlsx
FCCS Mutual Fund List 2017.07.07.xlsx
FCCS Mutual Fund List 2017.07.14.xlsx
FCCS Mutual Fund List 2017.07.21.xlsx
FCCS Mutual Fund list 2017.08.04.xlsx
FCCS Mutual Fund List 2017.08.25.xlsx
FCCS Mutual Fund List 2017.09.01.xlsx
FCCS Mutual Fund list 2017.09.08.xlsx
FCCS Mutual Fund list 2017.09.15.xlsx
FCCS Mutual Fund List 2017.09.29.xlsx
FCCS Mutual Fund List 2017.10.06.xlsx
FCCS Mutual Fund List 2017.10.13.xlsx
FCCS Mutual Fund List 2017.10.20.xlsx
FCCS Mutual Fund List 2017.10.27.xlsx
FCCS Mutual Fund List 2017.11.03.xlsx
FCCS Mutual Fund List 2017.11.10.xlsx
FCCS Mutual fund list 2017.12.15.xlsx
FCCS Mutual Fund list 2017.12.22.xlsx
FCCS Mutual Fund list 2017.12.29.xlsx
FCCS Mutual Fund List 2018.01.05.xlsx
FCCS Mutual Fund List 2018.01.12.xlsx
FCCS Mutual Fund List 2018.01.19.xlsx
FCCS Mutual Fund List 2018.01.26.xlsx
FCCS Mutual Fund list 2018.02.02.xlsx
FCCS Mutual Fund list 2018.02.09.xlsx
FCCS Mutual Fund List 2018.02.23.xlsx
FCCS Mutual Fund List 2018.03.02.xlsx
FCCS Mutual Fund List 2018.03.09.xlsx
FCCS Mutual Fund List 2018.03.15.xlsx
FCCS Mutual Fund List 2018.03.22.xlsx

FCCS Mutual fund list 2018.04.06.xlsx
FCCS Mutual fund list 2018.04.12.xlsx
FCCS Mutual fund list 2018.04.19.xlsx
FCCS Mutual fund list 2018.04.27.xlsx
FCCS Mutual fund list 2018.05.02.xlsx
FCCS Mutual fund list 2018.05.04 Update for T Rowe Price fund closing.xlsx
FCCS Mutual fund list 2018.05.10.xlsx
FCCS Mutual fund list 2018.05.17.xlsx
FCCS Mutual fund list 2018.05.24.xlsx
FCCS Mutual fund list 2018.05.31.xlsx
FCCS Mutual fund list 2018.06.07.xlsx
FCCS Mutual Fund list 2018.06.22.xlsx
FCCS Mutual Fund List 2018.07.27.xlsx
FCCS Mutual Fund List 2018.08.31.xlsx
FCCS Mutual Fund List 2018.09.11.xlsx
FCCS Mutual Fund List 2018.10.19.xlsx
FCCS Mutual Fund List 2018.11.29.xlsx
FCCS Mutual Fund list 2018.12.24.xlsx
FCCS Mutual Fund list 2019.01.28.xlsx
FCCS Mutual Fund List 2019.02.12.xlsx
FCCS Mutual Fund List 2019.03.06.xlsx
FCCS Mutual Fund List 2019.04.05.xlsx
FCCS Mutual Fund list 2019.05.10.xlsx
FCCS Mutual fund list 2019.06.11.xlsx
FCCS Mutual Fund List 2019.06.17.xlsx
FCCS Mutual Fund List 2019.07.09.xlsx
FCCS Mutual Fund List 5.4.21-6.2.21.xlsx
FCCS Mutual Fund List 5.6.20.xlsx
FCCS Posted Mutual Fund List 8.3.21.xlsx
FCCS Surcharge List 6.2.2021-7.1.21.xlsx
IFN Directory as of January 2014 NTF for Managed Non-Participating.xlsx
IFN Directory as of January 2017 NTF for Managed Non-Participating.xlsx
IFN Directory as of Januray 2020 NTF for Managed Non-Participating.xlsx
NF IFN January 2014 NTF for Managed Participating.xlsx
NF IFN January 2016 NTF for Managed Participating.xlsx
NFS Mutual Fund List 03.03.2017.xlsx
NFS Mutual Fund List 2014.01.17.xlsx
NFS Mutual Fund List 2014.02.03.xlsx
NFS Mutual Fund List 2014.03.28.xlsx
NFS Mutual Fund List 2014.04.06.xlsx
NFS Mutual Fund List 2014.04.15.xlsx
NFS Mutual Fund List 2014.05.05.xlsx
NFS Mutual Fund List 2014.05.23.xlsx
NFS Mutual Fund List 2014.06.18.xlsx

NFS Mutual Fund List 2014.06.27.xlsx
NFS Mutual Fund List 2014.07.18.xlsx
NFS Mutual Fund List 2014.08.14.xlsx
NFS Mutual Fund List 2014.08.21.xlsx
NFS Mutual Fund List 2014.09.12.xlsx
NFS Mutual Fund List 2014.09.26.xlsx
NFS Mutual Fund List 2014.10.17.xlsx
NFS Mutual Fund List 2014.11.07.xlsx
NFS Mutual Fund List 2015.02.04.xlsx
NFS Mutual Fund List 2015.03.05.xlsx
NFS Mutual Fund List 2015.05.04.xlsx
NFS Mutual Fund List 2015.06.03.xlsx
NFS Mutual Fund List 2015.07.06.xlsx
NFS Mutual Fund List 2015.08.05.xlsx
NFS Mutual Fund List 2015.09.01.xlsx
NFS Mutual Fund List 2015.10.05.xlsx
NFS Mutual Fund List 2015.11.02.xlsx
NFS Mutual Fund List 2015.4.06.xlsx
NFS Mutual Fund List 2016.01.08.xlsx
NFS Mutual Fund List 2016.02.11.xlsx
NFS Mutual Fund List 2016.03.04.xlsx
NFS Mutual Fund List 2016.04.06.xlsx
NFS Mutual Fund List 2016.05.09.xlsx
NFS Mutual Fund List 2016.06.03.xlsx
NFS Mutual Fund List 2016.07.08.xlsx
NFS Mutual Fund List 2016.08.05.xlsx
NFS Mutual Fund List 2016.10.06.xlsx
NFS Mutual Fund List 2016.11.10.xlsx
NFS Mutual Fund List 2016.12.06.xlsx
NFS Mutual Fund List 2017.01.06.xlsx
NFS Mutual Fund List 2017.02.03.xls
NFS Mutual Fund List 2017.02.23.xlsx
NFS Mutual Fund List 2017.03.03.xlsx
Pershing fundvest list 11.29.18.xlsx
Pershing Mutual Fund List 01.11.2022-02.10.2022.xlsx
Pershing Mutual Fund List 02.07.2020.xlsx
Pershing Mutual Fund List 02.10.2022-03.04.2022.xlsx
Pershing Mutual Fund list 03.04.22-04.15.2022.xlsx
Pershing Mutual Fund list 1.27.20.xlsx
Pershing Mutual Fund List 1.8.21.xlsx
Pershing Mutual Fund List 10.04.2021.xlsx
Pershing Mutual Fund List 10.1.20.xlsx
Pershing Mutual Fund List 11.09.2021.xlsx
Pershing Mutual Fund List 12.06.2021.xlsx

54

Pershing Mutual Fund List 2.2.21-3.9.21.xlsx
Pershing Mutual Fund List 2014.01.02.xls
Pershing Mutual Fund List 2014.02.03.xlsx
Pershing Mutual Fund List 2014.04.01.xlsx
Pershing Mutual Fund List 2014.05.05.xlsx
Pershing Mutual Fund List 2014.06.01.xlsx
Pershing Mutual Fund List 2014.07.01.xlsx
Pershing Mutual Fund List 2014.09.05.xlsx
Pershing Mutual Fund List 2014.10.01.xlsx
Pershing Mutual Fund List 2014.11.14.xlsx
Pershing Mutual Fund List 2015.01.05.xlsx
Pershing Mutual Fund List 2015.02.04.xlsx
Pershing Mutual Fund List 2015.03.05.xlsx
Pershing Mutual Fund List 2015.04.06 (1).xlsx
Pershing Mutual Fund List 2015.05.04.xlsx
Pershing Mutual Fund List 2015.06.03.xlsx
Pershing Mutual Fund List 2015.07.07.xlsx
Pershing Mutual Fund List 2015.08.05.xlsx
Pershing Mutual Fund List 2015.09.01.xlsx
Pershing Mutual Fund List 2015.10.05.xlsx
Pershing Mutual Fund List 2015.11.02.xlsx
Pershing Mutual Fund List 2015.12.07.xlsx
Pershing Mutual Fund List 2016.01.08.xlsx
Pershing Mutual Fund List 2016.02.11.xlsx
Pershing Mutual Fund List 2016.03.04.xlsx
Pershing Mutual Fund List 2016.05.09.xlsx
Pershing Mutual Fund List 2016.06.03.xlsx
Pershing Mutual Fund List 2016.07.08.xlsx
Pershing Mutual Fund List 2016.08.05.xlsx
Pershing Mutual Fund List 2016.09.12.xlsx
Pershing Mutual Fund List 2016.10.06.xlsx
Pershing Mutual Fund List 2016.11.10.xlsx
Pershing Mutual Fund List 2016.12.06.xlsx
Pershing Mutual Fund List 2017.01.06.xlsx
Pershing Mutual Fund List 2017.02.03.xls
Pershing Mutual Fund List 2017.03.03.xlsx
Pershing Mutual Fund List 2017.04.05.xlsx
Pershing Mutual Fund List 2017.05.05.xlsx
Pershing Mutual Fund List 2017.07.07.xlsx
Pershing Mutual Fund List 2017.08.17.xlsx
Pershing Mutual Fund List 2017.08.25.xlsx
Pershing Mutual Fund list 2017.10.06.xlsx
Pershing Mutual Fund list 2017.10.13.xlsx
Pershing Mutual Fund List 2017.10.20.xlsx

55

Pershing Mutual Fund List 2017.10.27.xlsx
Pershing Mutual Fund List 2017.11.03.xlsx
Pershing Mutual Fund List 2017.11.10.xlsx
Pershing Mutual Fund list 2017.12.22.xlsx
Pershing Mutual Fund list 2017.12.29.xlsx
Pershing Mutual Fund list 2018.01.05.xlsx
Pershing Mutual Fund list 2018.01.12.xlsx
Pershing Mutual Fund List 2018.02.02.xlsx
Pershing Mutual Fund List 2018.02.23.xlsx
Pershing Mutual Fund List 2018.03.01.xlsx
Pershing Mutual Fund List 2018.03.08.xlsx
Pershing Mutual Fund List 2018.03.15.xlsx
Pershing Mutual Fund List 2018.03.22.xlsx
Pershing Mutual Fund List 2018.04.06.xlsx
Pershing Mutual Fund List 2018.04.12.xlsx
Pershing Mutual Fund List 2018.04.19.xlsx
Pershing Mutual Fund List 2018.04.27.xlsx
Pershing Mutual Fund List 2018.05.03.xlsx
Pershing Mutual Fund List 2018.05.11.xlsx
Pershing Mutual Fund List 2018.05.24.xlsx
Pershing Mutual Fund List 2018.05.31.xlsx
Pershing Mutual Fund List 2018.06.07.xlsx
Pershing Mutual Fund List 2018.06.22.xlsx
Pershing Mutual Fund list 2018.07.06.xlsx
Pershing Mutual Fund list 2018.07.27.xlsx
Pershing Mutual Fund list 2018.08.10.xlsx
Pershing Mutual Fund List 2018.09.01.xlsx
Pershing Mutual Fund List 2018.09.08.xlsx
Pershing Mutual Fund List 2018.09.12.xlsx
Pershing Mutual Fund list 2018.09.15.xlsx
Pershing Mutual Fund list 2018.09.22.xlsx
Pershing Mutual Fund list 2018.09.29.xlsx
Pershing Mutual Fund List 2018.10.19.xlsx
Pershing Mutual Fund List 2018.11.29.xlsx
Pershing Mutual Fund List 2019.01.28.xlsx
Pershing Mutual Fund List 2019.02.12.xlsx
Pershing Mutual Fund List 2019.04.05.xlsx
Pershing Mutual Fund List 2019.05.10.xlsx
Pershing Mutual Fund List 2019.06.11.xlsx
Pershing Mutual Fund list 2019.06.17.xlsx
Pershing mutual fund list 2019.06.26.xlsx
Pershing Mutual Fund List 2019.07.09.xlsx
Pershing Mutual Fund list 3.4.2020.xlsx
Pershing Mutual Fund List 4.7.21.xlsx

Pershing Mutual Fund List 5.6.20.xlsx
Pershing Mutual Fund List 7.1.21.xlsx
Pershing Mutual Fund List 9.1.20.xlsx
Pershing Mutual Fund List 9.14.21.xlsx
Pershing Mutual Fund List 9.8.2021.xlsx
Pershing Posted Mutual Fund List 8.3.21.xlsx
Schwab Reduced Transaction Fee Funds 2021.07.06.xlsx
FCC`S Mutual Fund List 02.09.2022-03.04.22.xlsx
fccs mutual fund list 1.15.20.xlsx
FCCS Mutual Fund List 11.9.2021.xlsx
FCCS Mutual Fund List 12.2.20.xlsx
FCCS Mutual Fund List 2.2.21-3.8.21.xlsx
FCCS Mutual Fund List 2017.08.18.xlsx
FCCS Mutual Fund List 2017.09.22.xlsx
FCCS Mutual Fund list 2018.07.06.xlsx
FCCS Mutual Fund List 2018.10.05.xlsx
FCCS Mutual Fund List 3.3.20(2).xlsx
FCCS Mutual Fund List 3.8.21-4.7.21.xlsx
FCCS Mutual Fund List 4.16.20.xlsx
FCCS Mutual Fund List 4.6.20.xlsx
FCCS Mutual Fund List 4.7.21.xlsx
FCCS Mutual Fund List 6.2.21 sr-7.1.21.xlsx
FCCS Mutual fund List 7.1.21.xlsx
FCCS Mutual Fund List 8.29.19.xlsx
FCCS Mutual Fund List 9.1.20.xlsx
FCCS Mutual Fund List_Final 8.2.19.xlsx
FundVest Listing 2013-2020.xlsx
IFN Directory as of January 2015 NTF for Managed Non-Participating.xlsx
IFN Directory as of January 2016 NTF for Managed Non-Participating.xlsx
IFN Directory as of January 2018 NTF for Managed Non-Participating.xlsx
IFN Directory as of January 2019 NTF for Managed Non-Participating.xlsx
NF IFN January 2015 NTF for Managed Participating.xlsx
NF IFN January 2017 NTF for Managed Participating.xlsx
NF IFN January 2018 NTF for Managed Participating.xlsx
NF IFN January 2019 NTF for Managed Participating.xlsx
NF IFN January 2020 NTF for Managed Participating.xlsx
NFS Mutual Fund List 2014.01.10.xlsx
NFS Mutual Fund List 2014.01.24.xlsx
NFS Mutual Fund List 2014.02.25.xlsx
NFS Mutual Fund List 2015.01.05.xlsx
NFS Mutual Fund List 2015.12.07.xlsx
NFS Mutual Fund List 2016.09.12.xlsx
Pershing Mutual Fund 8.29.19.xlsx
Pershing Mutual Fund List 03.09.2021-4.7.21.xlsx

Pershing Mutual Fund list 1.17.20.xlsx
Pershing Mutual Fund List 11.3.20.xlsx
Pershing Mutual fund list 12.2.19.xlsx
Pershing Mutual Fund List 12.2.20.xlsx
Pershing Mutual Fund List 2014.03.03.xls
Pershing Mutual Fund List 2014.08.05.xlsx
Pershing Mutual Fund List 2014.10.17.xlsx
Pershing Mutual Fund List 2015.04.06.xlsx
Pershing Mutual Fund List 2017.02.23.xlsx
Pershing Mutual Fund List 2017.06.02.xlsx
Pershing Mutual Fund List 2017.07.14.xlsx
Pershing Mutual Fund List 2017.12.15.xlsx
Pershing Mutual Fund list 2018.01.19.xlsx
Pershing Mutual Fund list 2018.02.09.xlsx
Pershing Mutual Fund List 2018.05.17.xlsx
Pershing Mutual Fund list 2018.10.05.xlsx
Pershing Mutual Fund list 2019.03.06.xlsx
Pershing Mutual Fund List 4.9.20.xlsx
Pershing Mutual Fund List 5.4.21-6.2.21.xlsx
Pershing Mutual Fund List 6.2.21 sr-7.1.21.xlsx
Pershing Mutual Fund list 6.22.2020.xlsx
Pershing Mutual Fund list 7.10.2020.xlsx
Pershing Mutual Fund list 8.10.2020.xlsx
Pershing Mutual Fund List 8.2.19.xlsx
Pershing Original Mutual Fund List 6.2.21.xlsx
Pershing Surcharge List 6.2.2021-7.1.21.xlsx
Schwab Mutual Fund List_04.2021.xlsx

**Academic Publications**

Farinella, J. and R. Jorgensen, (2002) "Fee Waivers for Tax-Exempt Money Market Mutual Funds,"
*Journal of Economics and Finance,* 26: 31-49
Christofferson, S., and D. Musto, (2002) "Demand Curves and the Pricing of Money Management,"
*Review of Financial Studies,* 15: 1499-1524

**Other Data Sources**

Center for Research in Securities Prices (CRSP) Mutual Fund Database
CIRA Form ADV, 2014 – 2023
FMI Funds, Inc. Annual Report for the fiscal year ended September 30, 2022
www.investor.gov
Morningstar Direct

Case 4:22-cv-00071-SMR-SBJ   Document 151-5 *SEALED*   Filed 03/22/24   Page 62 of 78

# Exhibits

## Exhibit 1. CIRA's Advisory Assets Under Management
### 2014 - 2021

| Year | Total Advisory Assets Under Management ($ in Bil) |
|------|---------------------------------------------------|
| 2014 | $23.5 |
| 2015 | $25.2 |
| 2016 | $28.7 |
| 2017 | $40.3 |
| 2018 | $44.3 |
| 2019 | $56.2 |
| 2020 | $68.5 |
| 2021 | $82.2 |

Notes: CIRA's Total Advisory Assets Under Management are based on CIRA's Forms ADV - Part 2A.

Case 4:22-cv-00737-BJ Document 61-213 Filed 06/30/24 Page 65 of 78

dings ($ in Bil)

| | Schwab | Total |
|---|---|---|
| | $0.6 | $5.0 |
| | $0.5 | $4.0 |
| | $0.5 | $4.5 |
| | $0.7 | $4.0 |
| | $0.6 | $3.1 |
| | $0.7 | $3.2 |
| | $0.6 | $3.1 |
| | $0.6 | |

rket fund holdings. NTF share
tified as those with Fee Status
share classes are identifed as those

unts

| | Schwab | | Total |
|---|---|---|---|
| | 347,686 | $ | 5,022,266 |
| | 351,754 | $ | 5,080,395 |
| | 325,681 | $ | 3,839,832 |
| | 396,599 | $ | 1,727,999 |
| | 455,352 | $ | 1,288,149 |
| | 146,495 | $ | 555,722 |
| | | $ | 92,657 |
| | | $ | 16,483 |
| | 2,023,567 | $ | 17,623,502 |

counts are advisory. For NFS

Case 4:22-cv-00738-MW-MJF Document 62-13 Filed 03/31/24 Page 67 of 78

| | | only | | |
|---|---|---|---|---|
| | | | | Total |
| 185 | $ | | | 128,185 |
| 435 | $ | | | 184,435 |
| 537 | $ | | | 327,953 |
| 041 | $ | | | 1,023,845 |
| 909 | $ | | | 895,474 |
| 554 | $ | | | 4,516,742 |
| 076 | $ | | | 268,393 |
| | | | | |
| 736 | $ | | | 7,345,028 |

ry totals for NFS are
data provided by CIRI for

**Exhibit 4a. Lower-Cost Share Class Alternative for NTF Share Classes in Selected Funds**
**CIRA's Holdings at NFS**

| Fund Family | Symbol | Share Class | | | Ratio | Revenue | Lowest-Cost Alternative | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Symbol | Share Class | Avg. Exp Ratio | CIRI's Incremental Revenue | Incremental Cost to Investors |
| *PIMCO Funds* | | | | | | | | | | | |
| PIMCO Income Fund | PONDX | D | Jan-14 | Mar-18 | 0.79% | $246,536 | PIMIX | I | 0.46% | $246,536 | $579,906 |
| PIMCO Total Return Fund | PTTDX | D | Jan-14 | Mar-18 | 0.75% | $140,443 | PTTRX | I | 0.46% | $140,443 | $279,237 |
| PIMCO All Asset All Authority Func | PAUDX | D | Jan-14 | Mar-18 | 0.57% | $102,572 | PAUIX | I | 0.18% | $102,572 | $277,918 |
| PIMCO Unconstrained Bond Fund | PUBDX | D | Jan-14 | Mar-18 | 1.30% | $87,236 | PFIUX | I | 0.89% | $87,236 | $237,917 |
| PIMCO Foreign Bond Fund (US Dollar-Hedged | PFODX | D | Jan-14 | Mar-18 | 0.90% | $51,335 | PFORX | I | 0.50% | $51,335 | $142,388 |
| PIMCO RAE Fundamental PLUS Func | PIXDX | D | Jan-14 | Mar-18 | 1.19% | $50,794 | PXTIX | I | 0.79% | $50,794 | $138,592 |
| PIMCO Low Duration Fund | PLDDX | D | Jan-14 | Mar-18 | 0.75% | $29,560 | PTLDX | I | 0.46% | $29,560 | $59,503 |
| PIMCO Real Return Fund | PRRDX | D | Jan-14 | Mar-18 | 0.85% | $27,175 | PRRIX | I | 0.45% | $27,175 | $74,308 |
| PIMCO TRENDS Managed Futures Strategy Func | PQTDX | D | Feb-14 | Mar-18 | 1.55% | $21,664 | PQTIX | I | 1.15% | $21,664 | $62,741 |
| PIMCO Short-Term Fund | PSHDX | D | Jan-14 | Mar-18 | 0.70% | $16,994 | PTSHX | I | 0.45% | $16,994 | $29,891 |
| *Oakmark Funds* | | | | | | | | | | | |
| Oakmark Fund | OAKMX | Investor | Jan-14 | Mar-17 | 0.87% | $158,817 | | | | | |
| | | Investor | Apr-17 | Jul-19 | 0.86% | $29,611 | OANMX | I | 0.70% | $29,611 | $41,839 |
| Oakmark Global Select Fund | OAKWX | Investor | Jan-14 | Mar-17 | 1.13% | $153,934 | | | | | |
| | | Investor | Apr-17 | Jul-19 | 1.14% | $14,251 | OANWX | I | 0.97% | $14,251 | $19,701 |
| Oakmark International Fund | OAKIX | Investor | Jan-14 | Mar-17 | 0.97% | $92,191 | | | | | |
| | | Investor | Apr-17 | Jul-19 | 0.97% | $36,216 | OANIX | I | 0.79% | $36,216 | $52,403 |
| Oakmark Equity and Income Fund | OAKBX | Investor | Jan-14 | Mar-17 | 0.76% | $92,778 | | | | | |
| | | Investor | Apr-17 | Jul-19 | 0.79% | $12,793 | OANBX | I | 0.60% | $12,793 | $20,624 |
| *DoubleLine Funds* | | | | | | | | | | | |
| DoubleLine Total Return Bond Fund | DLTNX | N | Jan-14 | Jul-19 | 0.72% | $291,936 | DBLTX | I | 0.47% | $291,936 | $508,654 |
| DoubleLine Shiller Enhanced CAPE | DSENX | N | Jan-14 | Jul-19 | 0.84% | $40,542 | DSEEX | I | 0.59% | $40,542 | $74,432 |
| *American Century Funds* | | | | | | | | | | | |
| Equity Income Fund | TWEIX | Investor | Jan-14 | Jul-19 | 0.92% | $80,022 | ACIIX | I | 0.72% | $80,022 | $114,012 |
| Heritage Fund | TWHIX | Investor | Jan-14 | Jul-19 | 1.00% | $39,059 | ATHIX | I | 0.80% | $39,059 | $53,747 |
| Mid Cap Value Fund | ACMVX | Investor | Jan-14 | Jul-19 | 0.98% | $31,650 | AVUAX | I | 0.78% | $31,650 | $43,216 |
| Intermediate-Term Tax-Free Bond Fund | TWTIX | Investor | Jan-14 | Jul-19 | 0.47% | $31,103 | AXBIX | I | 0.27% | $31,103 | $44,474 |
| One Choice Portfolio: Very Conservative | AONIX | Investor | Jan-14 | Jul-19 | 0.00% | $28,388 | | | | | |
| Diversified Bond Fund | ADFIX | Investor | Jan-14 | Jul-19 | 0.60% | $14,952 | ACBPX | I | 0.40% | $14,952 | $20,468 |
| Value Fund | TWVLX | Investor | Jan-14 | Jul-19 | 0.98% | $12,875 | AVLIX | I | 0.78% | $12,875 | $18,449 |
| Utilities Fund | BULIX | Investor | Jan-14 | Jul-19 | 0.67% | $9,321 | | | | | |
| Adaptive Small Cap Fund | ACMNX | Investor | Nov-15 | Jul-19 | 1.16% | $8,368 | ACMHX | I | 0.96% | $8,368 | $12,319 |
| Ginnie Mae Fund | BGNMX | Investor | Jan-14 | Mar-17 | 0.55% | $7,314 | AGMNX | I | 0.35% | $7,314 | $9,931 |
| | | Investor | Apr-17 | Sep-17 | 0.55% | $257 | | | | | |

64

**Exhibit 4a. Lower-Cost Share Class Alternative for NTF Share Classes in Selected Funds**
**CIRA's Holdings at NFS**
January 2014 - July 2019

| Fund Family | | Share Class | | | Ratio | NTF Revenue | Lowest-Cost Alternative | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Symbol | Share Class | Avg. Exp Ratio | CIRI's Incremental Revenue | Incremental Cost to Investors |
| | | Investor | Oct-17 | Jul-19 | 0.55% | $587 | AGMHX | I | 0.45% | $587 | $528 |
| High-Yield Fund | ABHIX | Investor | Jan-14 | Mar-17 | 0.85% | $7,788 | ACYIX | I | 0.65% | $7,788 | $10,623 |
| | | Investor | Apr-17 | Jul-17 | 0.83% | $23 | | | | | |
| | | Investor | Aug-17 | Jul-19 | 0.80% | $50 | AHYHX | I | 0.70% | $50 | $44 |
| Sustainable Equity Fund | AFDIX | Investor | Jan-14 | Jul-19 | 0.96% | $7,832 | AFEIX | I | 0.76% | $7,832 | $10,945 |
| Inflation-Adjusted Bond Fund | ACITX | Investor | Jan-14 | Mar-17 | 0.47% | $6,166 | AIANX | I | 0.27% | $6,166 | $8,778 |
| | | Investor | Apr-17 | Apr-17 | 0.47% | $85 | | | | | |
| | | Investor | May-17 | Jul-19 | 0.47% | $765 | AIAHX | I | 0.37% | $765 | $618 |
| AC Alternatives Market Neutral Value Fund | ACVVX | Investor | Jan-14 | Nov-18 | 1.63% | $6,720 | ACVKX | I | 1.43% | $6,720 | $9,555 |
| *Loomis Sayles Funds* | | | | | | | | | | | |
| Loomis Sayles Bond Fund | LSBRX | Retail | Jan-14 | Dec-15 | 0.90% | $206,037 | LSBDX | I | 0.64% | $206,037 | $362,238 |
| | | Retail | Jan-16 | Jul-19 | 0.91% | $63,156 | LSBNX | N | 0.59% | $63,156 | $150,622 |
| *DWS Funds* | | | | | | | | | | | |
| DWS Floating Rate Fund | DFRPX | S | Jan-14 | Jul-19 | 0.88% | $51,491 | DFRTX | I | 0.78% | $51,491 | $36,719 |
| DWS Managed Municipal Bond Fund | SCMBX | S | Jan-14 | Jul-19 | 0.56% | $42,121 | SMLIX | I | 0.53% | $42,121 | $9,447 |
| DWS RREEF Global Infrastructure Fund | TOLSX | S | Jan-14 | Jul-19 | 1.19% | $33,254 | TOLIX | I | 1.11% | $33,254 | $19,191 |
| DWS Intermediate Tax-Free Fund | SCMTX | S | Jan-14 | Jul-19 | 0.55% | $22,528 | | | | | |
| DWS Multisector Income Fund | KSTSX | S | Jan-14 | Sep-17 | 0.83% | $12,643 | | | | | |
| | | S | Oct-17 | Jul-19 | 0.88% | $1,899 | KSTIX | I | 0.79% | $1,899 | $1,510 |
| DWS CROCI International Fund | SCINX | S | Jan-14 | Jul-19 | 0.90% | $11,819 | SUIIX | I | 0.84% | $11,819 | $6,033 |
| DWS Fixed Income Opportunities Fund | SDUSX | S | Jan-14 | Jul-19 | 0.78% | $11,508 | | | | | |
| DWS RREEF Real Estate Securities Fund | RRREX | S | Jan-14 | Jul-19 | 0.72% | $7,793 | RRRRX | I | 0.63% | $7,793 | $4,306 |
| DWS Short Duration Fund | DBPIX | S | Jan-14 | Jul-19 | 0.55% | $7,385 | | | | | |
| DWS Strategic High Yield Tax-Free Fund | SHYTX | S | Jan-14 | Jul-19 | 0.63% | $6,603 | | | | | |
| *Harbor Funds* | | | | | | | | | | | |
| Harbor International Fund | HIINX | Investor | Jan-14 | Jul-19 | 1.12% | $124,469 | HAINX | I | 0.75% | $124,469 | $320,803 |
| Harbor Capital Appreciation Fund | HCAIX | Investor | Jan-14 | Jul-19 | 1.02% | $86,083 | HACAX | I | 0.65% | $86,083 | $221,982 |
| *FMI Funds* | | | | | | | | | | | |
| FMI Large Cap Fund | FMIHX | Investor | Jan-14 | Oct-16 | 0.92% | $170,350 | | | | | |

65

**Exhibit 4a. Lower-Cost Share Class Alternative for NTF Share Classes in Selected Funds**

**CIRA's Holdings at NFS**

January 2014 – July 2019

| Fund Family | Symbol | Share Class | Start Date | End Date | Avg. Exp Ratio | CIRI's NTF Revenue | Lowest-Cost Alternative | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Symbol | Share Class | Avg. Exp Ratio | CIRI's Incremental Revenue | Incremental Cost to Investors |
| | | Investor | Nov-16 | Jul-19 | 0.84% | $21,205 | FMIQX | I | 0.70% | $21,205 | $23,453 |
| *Parnassus Funds* | | | | | | | | | | | |
| Parnassus Core Equity Fund | PRBLX | Investor | Jan-14 | Jul-19 | 0.87% | $120,050 | PRILX | I | 0.65% | $120,050 | $185,146 |
| Parnassus Endeavor Fund | PARWX | Investor | Jan-14 | Apr-15 | 0.95% | $1,716 | | | | | |
| | | Investor | May-15 | Jul-19 | 0.94% | $14,149 | PFPWX | I | 0.73% | $14,149 | $24,094 |
| Parnassus Mid Cap Growth Fund | PARNX | Investor | Jan-14 | Apr-15 | 0.84% | $4,768 | | | | | |
| | | Investor | May-15 | Jul-19 | 0.85% | $11,075 | PFPRX | I | 0.69% | $11,075 | $11,931 |
| *Metropolitan West Funds* | | | | | | | | | | | |
| MetWest Total Return Bond Fund | MWTRX | M | Jan-14 | Jul-19 | 0.67% | $137,903 | MWTIX | I | 0.44% | $137,903 | $223,977 |
| MetWest High Yield Bond Fund | MWHYX | M | Jan-14 | Jul-19 | 0.84% | $9,832 | MWHIX | I | 0.59% | $9,832 | $17,170 |
| *Janus Funds* | | | | | | | | | | | |
| Janus Henderson Mid Cap Value Fund | JMCVX | T | Jan-14 | Jul-19 | 0.75% | $34,635 | JMVAX | I | 0.63% | $34,635 | $25,051 |
| Janus Henderson Balanced Fund | JABAX | T | Jan-14 | Jul-19 | 0.82% | $23,169 | JBALX | I | 0.65% | $23,169 | $27,972 |
| Janus Henderson Triton Fund | JATTX | T | Jan-14 | Jul-19 | 0.91% | $21,377 | JSMGX | I | 0.77% | $21,377 | $21,418 |
| Janus Henderson Enterprise Fund | JAENX | T | Jan-14 | Jul-19 | 0.91% | $15,358 | JMGRX | I | 0.76% | $15,358 | $19,228 |
| Janus Henderson Global Life Sciences Fund | JAGLX | T | Jan-14 | Jul-19 | 0.92% | $14,077 | JFNIX | I | 0.77% | $14,077 | $15,268 |
| Janus Henderson Flexible Bond Fund | JAFIX | T | Jan-14 | Jul-19 | 0.68% | $6,115 | JFLEX | I | 0.54% | $6,115 | $5,983 |
| Janus Henderson Small Cap Value Fund | JSCVX | T | Jan-14 | Jul-19 | 0.99% | $5,429 | JSIVX | L | 0.78% | $5,429 | $8,864 |
| Janus Henderson High-Yield Fund | JAHYX | T | Jan-14 | Jul-19 | 0.87% | $4,440 | JHYFX | I | 0.71% | $4,440 | $4,977 |
| Janus Henderson Short Duration Flexible Bond Fund | JASBX | T | Jan-14 | Jul-19 | 0.73% | $4,005 | JSHIX | I | 0.56% | $4,005 | $5,183 |
| | | | | | TOTAL | $3,299,149 | | | | $2,525,853 | $4,710,329 |

Notes:  Average expense ratio is average over the time period between the start and end dates.

CIRI's NTF revenue is total over the time period between the start and end dates.

Incremental Cost to Investors reflects the annualized cost of holding the higher expense-ratio share class relative to the alternative and is based on each NTF share class' holdings. The calculation excludes customers for whom the but-for transaction fees (based on the number of trades in NTF share classes) outweigh the benefit of holding the lower expense-ratio share classes.

CIRI's Incremental Revenue is the difference in CIRI's actual revenue minus the revenue CIRI would have received if positions were held in the lower-cost alternative. All alternatives would have generated zero revenue.

## Exhibit 4b. Lower-Cost Share Class Alternative for NTF Share Classes in Selected Funds
### CIRA's Holdings at Pershing

| Fund Family/Fund | Symbol | Share Class | Start Date | End Date | Avg. Exp Ratio | CIRI's NTF Revenue | Lowest-Cost Alternative | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Symbol | Share Class | Avg. Exp Ratio | CIRI's Incremental Revenue | Incremental Cost to Investors |
| *Oakmark Funds* | | | | | | | | | | | |
| Oakmark Fund | OAKMX | Investor | Jan-14 | Oct-16 | 0.87% | $177,890 | | | | | |
| | | Investor | Dec-16 | Mar-21 | 0.88% | $59,442 | OANMX | I | 0.70% | $59,442 | $ 51,249 |
| Oakmark Global Select Fund | OAKWX | Investor | Jan-14 | Oct-16 | 1.14% | $174,209 | | | | | |
| | | Investor | Dec-16 | Dec-20 | 1.15% | $20,598 | OANWX | I | 0.98% | $20,598 | $ 16,947 |
| Oakmark International Fund | OAKIX | Investor | Jan-14 | Oct-16 | 0.97% | $100,746 | | | | | |
| | | Investor | Dec-16 | Mar-21 | 0.98% | $48,153 | OANIX | I | 0.80% | $48,153 | $ 42,100 |
| Oakmark Equity and Income Fund | OAKBX | Investor | Jan-14 | Oct-16 | 0.76% | $77,165 | | | | | |
| | | Investor | Dec-16 | Aug-20 | 0.80% | $42,426 | OANBX | I | 0.62% | $42,426 | $ 40,805 |
| *PIMCO Funds* | | | | | | | | | | | |
| PIMCO Income Fund | PONDX | D | Jan-14 | Jun-18 | 0.79% | $148,367 | PIMIX | I | 0.46% | $148,367 | $ 230,635 |
| PIMCO Unconstrained Bond Fund | PUBDX | D | Jan-14 | Jun-18 | 1.30% | $145,121 | PFIUX | I | 0.89% | $145,121 | $ 56,151 |
| PIMCO Total Return Fund | PTTDX | D | Jan-14 | Jun-18 | 0.75% | $127,713 | PTTRX | I | 0.46% | $127,713 | $ 69,865 |
| PIMCO All Asset All Authority Fund | PAUDX | D | Jan-14 | Jun-18 | 0.57% | $35,616 | PAUIX | I | 0.18% | $35,616 | $ 48,865 |
| PIMCO Real Return Fund | PRRDX | D | Jan-14 | Jun-18 | 0.85% | $29,033 | PRRIX | I | 0.45% | $29,033 | $ 38,977 |
| PIMCO All Asset Fund | PASDX | D | Jan-14 | Jun-18 | 0.48% | $26,734 | PAAIX | I | 0.09% | $26,734 | $ 37,073 |
| PIMCO TRENDS Managed Futures Strategy Fund | PQTDX | D | Jan-15 | Jun-18 | 1.55% | $25,593 | PQTIX | I | 1.15% | $25,593 | $ 19,180 |
| PIMCO Emerging Local Bond Fund | PLBDX | D | Jan-14 | Jun-18 | 1.34% | $22,523 | PELBX | I | 0.90% | $22,523 | $ 1,811 |
| *DoubleLine Funds* | | | | | | | | | | | |
| DoubleLine Total Return Bond Fund | DLTNX | N | Jan-14 | May-21 | 0.72% | $420,459 | DBLTX | I | 0.47% | $420,459 | $ 247,561 |
| *Loomis Sayles Funds* | | | | | | | | | | | |
| Loomis Sayles Bond Fund | LSBRX | Retail | Jan-14 | Dec-15 | 0.90% | $212,181 | LSBDX | I | 0.64% | $60,623 | $ 90,805 |
| | | Retail | Jan-16 | Nov-20 | 0.91% | $68,721 | LSBNX | N | 0.59% | $68,721 | $ 96,683 |
| | LSBDX | I | Jan-14 | Dec-15 | 0.64% | $24,156 | | | | | |
| | | I | Jan-16 | Feb-21 | 0.67% | $41,569 | LSBNX | N | 0.59% | $41,569 | $ 12,322 |
| *Harbor Funds* | | | | | | | | | | | |
| Harbor International Fund | HIINX | Investor | Jan-14 | Dec-20 | 1.12% | $174,819 | HAINX | I | 0.75% | $174,819 | $ 94,732 |
| Harbor Capital Appreciation Fund | HCAIX | Investor | Jan-14 | Feb-21 | 1.02% | $150,658 | HACAX | I | 0.65% | $150,658 | $ 137,246 |

**Exhibit 4b. Lower-Cost Share Class Alternative for NTF Share Classes in Selected Funds**
**CIRA's Holdings at Pershing**

| Fund Family/Fund | Symbol | Share Class | Start Date | End Date | Avg. Exp Ratio | CIRI's NTF Revenue | Lowest-Cost Alternative | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Symbol | Share Class | Avg. Exp Ratio | CIRI's Incremental Revenue | Incremental Cost to Investors |
| *Parnassus Funds* | | | | | | | | | | | |
| Parnassus Core Equity Fund | PRBLX | Investor | May-14 | Feb-21 | 0.86% | $194,896 | PRILX | I | 0.64% | $194,896 | $ 141,408 |
| Parnassus Endeavor Fund | PARWX | Investor | May-14 | Feb-15 | 0.95% | $1,231 | | | | | |
| | | Investor | May-15 | Oct-20 | 0.94% | $33,385 | PFPWX | I | 0.72% | $33,385 | $ 28,044 |
| Parnassus Mid Cap Growth Fund | PARNX | Investor | May-14 | Feb-15 | 0.84% | $9,220 | | | | | |
| | | Investor | May-15 | Jan-20 | 0.85% | $18,853 | PFPRX | I | 0.69% | $18,853 | $ 6,524 |
| *DWS Funds* | | | | | | | | | | | |
| DWS Floating Rate Fund | DFRPX | S | Feb-14 | Jul-20 | 0.88% | $73,625 | DFRTX | I | 0.78% | $73,625 | $ 8,657 |
| DWS RREEF Global Infrastructure Fund | TOLSX | S | Feb-14 | Jan-21 | 1.19% | $63,328 | TOLIX | I | 1.11% | $63,328 | $ 16,819 |
| DWS Managed Municipal Bond Fund | SCMBX | S | Feb-14 | Jan-21 | 0.56% | $34,830 | SMLIX | I | 0.54% | $34,830 | $ 2,856 |
| DWS Intermediate Tax-Free Fund | SCMTX | S | Feb-14 | Jul-20 | 0.54% | $27,816 | | | | | |
| Deutsche Small Cap Value Fund | KDSSX | S | Feb-14 | May-18 | 0.95% | $13,745 | | | | | |
| DWS Core Equity Fund | SCDGX | S | Feb-14 | Jan-21 | 0.58% | $11,770 | | | | | |
| DWS Fixed Income Opportunities Fund | SDUSX | S | Feb-14 | Jun-19 | 0.78% | $10,551 | | | | | |
| DWS RREEF Global Real Estate Securities Fund | RRGTX | S | Feb-14 | Apr-20 | 1.10% | $8,108 | RRGIX | I | 0.99% | $8,108 | $ 1,133 |
| *Baron Funds* | | | | | | | | | | | |
| Baron Emerging Markets Fund | BEXFX | Retail | Feb-14 | Jun-20 | 1.40% | $164,091 | BEXIX | I | 1.14% | $164,091 | $ 74,508 |
| Baron Real Estate Fund | BREFX | Retail | Jan-14 | Oct-19 | 1.32% | $33,217 | BREIX | I | 1.06% | $33,217 | $ 36,225 |
| Baron Growth Fund | BGRFX | Retail | Jan-14 | Nov-20 | 1.29% | $21,191 | BGRIX | I | 1.04% | $21,191 | $ 10,523 |
| *FMI Funds* | | | | | | | | | | | |
| FMI Large Cap Fund | FMIHX | Investor | Feb-14 | Jul-16 | 0.92% | $183,992 | | | | | |
| | | Investor | Nov-16 | Jul-20 | 0.84% | $27,203 | FMIQX | I | 0.70% | $27,203 | $ 14,916 |
| *American Century Funds* | | | | | | | | | | | |
| Equity Income Fund | TWEIX | Investor | Feb-14 | Apr-20 | 0.92% | $66,333 | ACIIX | I | 0.72% | $66,333 | $ 58,596 |
| Intermediate-Term Tax-Free Bond Fund | TWTIX | Investor | Feb-14 | Jan-21 | 0.47% | $23,186 | AXBIX | I | 0.27% | $23,186 | $ 20,990 |
| Inflation-Adjusted Bond Fund | ACITX | Investor | Feb-14 | Mar-17 | 0.47% | $9,811 | AIANX | I | 0.27% | $9,811 | $ 9,898 |
| | | Investor | Apr-17 | Jun-20 | 0.47% | $11,763 | AIAHX | I | 0.37% | $11,763 | $ 7,459 |
| Heritage Fund | TWHIX | Investor | Feb-14 | Feb-21 | 1.00% | $16,021 | ATHIX | I | 0.80% | $16,021 | $ 6,009 |
| Mid Cap Value Fund | ACMVX | Investor | Feb-14 | Dec-20 | 0.98% | $8,723 | AVUAX | I | 0.78% | $8,723 | $ 5,180 |

## Exhibit 4b. Lower-Cost Share Class Alternative for NTF Share Classes in Selected Funds
## CIRA's Holdings at Pershing

2021

| Fund Family/Fund | Symbol | Share Class | Start Date | End Date | Avg. Exp Ratio | CIRI's NTF Revenue | Lowest-Cost Alternative | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Symbol | Share Class | Avg. Exp Ratio | CIRI's Incremental Revenue | Incremental Cost to Investors |
| Government Bond Fund | CPTNX | Investor | Feb-14 | Mar-17 | 0.47% | $4,522 | ABTIX | I | 0.27% | $4,522 | $ 6,862 |
| | | Investor | Apr-17 | Jul-20 | 0.47% | $2,808 | ABHTX | I | 0.37% | $2,808 | $ 2,045 |
| California Intermediate-Term Tax-Free Bond Fund | BCITX | Investor | Feb-14 | Sep-19 | 0.47% | $6,285 | BCTIX | I | 0.27% | $6,285 | $ 9,725 |
| Growth Fund | TWCGX | Investor | Feb-14 | Feb-21 | 0.97% | $5,454 | TWGIX | I | 0.77% | $5,454 | $ 4,873 |
| Value Fund | TWVLX | Investor | Feb-14 | Dec-20 | 0.98% | $4,757 | AVLIX | I | 0.78% | $4,757 | $ 4,343 |
| Ultra Fund | TWCUX | Investor | Feb-14 | Feb-21 | 0.98% | $3,831 | TWUIX | I | 0.78% | $3,831 | $ 3,937 |
| Utilities Fund | BULIX | Investor | Feb-14 | Feb-21 | 0.67% | $3,357 | | | | | |
| *Guggenheim Funds* | | | | | | | | | | | |
| Consumer Products Fund | RYCIX | Investor | Mar-14 | Feb-21 | 1.40% | $28,863 | | | | | |
| Technology Fund | RYTIX | Investor | Mar-14 | Feb-21 | 1.41% | $17,300 | | | | | |
| Biotechnology Fund | RYOIX | Investor | Mar-14 | Feb-21 | 1.40% | $14,124 | | | | | |
| Internet Fund | RYIIX | Investor | Mar-14 | Feb-21 | 1.42% | $13,002 | | | | | |
| Electronics Fund | RYSIX | Investor | Mar-14 | Feb-21 | 1.40% | $12,902 | | | | | |
| Health Care Fund | RYHIX | Investor | Mar-14 | Feb-21 | 1.39% | $11,532 | | | | | |
| Utilities Fund | RYUIX | Investor | Mar-14 | Nov-20 | 1.40% | $11,121 | | | | | |
| NASDAQ-100 Fund | RYOCX | Investor | Mar-14 | Feb-21 | 1.31% | $10,365 | | | | | |
| Energy Fund | RYEIX | Investor | Mar-14 | Feb-21 | 1.40% | $8,598 | | | | | |
| Transportation Fund | RYPIX | Investor | Mar-14 | Feb-21 | 1.39% | $6,288 | | | | | |
| Leisure Fund | RYLIX | Investor | Mar-14 | Feb-21 | 1.39% | $6,180 | | | | | |
| | | | | | TOTAL | $3,592,070 | | | | $2,484,390 | $1,814,536 |

Notes: Average expense ratio is average over the time period between the start and end dates.

CIRI's NTF revenue is total over the time period between the start and end dates.

Incremental Cost to Investors reflects the annualized cost of holding the higher expense-ratio share class relative to the alternative and is based on each NTF share class' holdings. The calculation excludes customers for whom the but-for transaction fees (based on the number of trades in NTF share classes) outweigh the benefit of holding the lower expense-ratio share classes.

CIRI's Incremental Revenue is the difference in CIRI's actual revenue minus the revenue CIRI would have received if positions were held in the lower-cost alternative. All alternatives except LSBDX would have generated zero revenue. For LSBDX, the calculation reflects the difference in contract rates between LSBRX (35 basis points) and LSBDX (25 basis points). (The contract rate is a basis to calculate the amount that CIRI paid to Pershing on a recurring basis.)

## Exhibit 4c. Lower-Cost Share Class Alternative for NTF Share Classes in Selected Funds
### CIRA's Holdings at Schwab

| Fund Family/Fund | Symbol | Share Class | Start Date | End Date | Avg. Exp Ratio | CIRI's NTF Revenue | Lowest-Cost Alternative | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Symbol | Share Class | Avg. Exp Ratio | CIRI's Incremental Revenue | Incremental Cost to Investors |
| *American Funds* | | | | | | | | | | | |
| AMCAP Fund | AMPFX | F1 | Jan-14 | Dec-16 | 0.74% | $80,653 | | | | | |
| | | F1 | Jan-17 | May-19 | 0.73% | $66,295 | FMACX | F3 | 0.36% | $66,295 | $105,722 |
| | AMCPX | A | Jan-14 | Mar-15 | 0.68% | $36 | | | | | |
| | | A | Jan-17 | May-19 | 0.67% | $351 | FMACX | F3 | 0.36% | $351 | $451 |
| Growth Fund of America | GFAFX | F1 | Jan-14 | Dec-16 | 0.70% | $17,340 | GFFFX | F2 | 0.43% | $17,340 | $11,023 |
| | | F1 | Jan-17 | May-19 | 0.69% | $19,184 | GAFFX | F3 | 0.33% | $19,184 | $29,932 |
| | AGTHX | A | Jan-14 | Dec-16 | 0.65% | $131 | GFFFX | F2 | 0.43% | $131 | $51 |
| | | A | Jan-17 | May-19 | 0.63% | $1,221 | GAFFX | F3 | 0.33% | $1,221 | $733 |
| EuroPacific Growth Fund | AEGFX | F1 | Jan-14 | May-19 | 0.86% | $22,561 | AEPFX | F2 | 0.59% | $22,561 | $20,547 |
| | AEPGX | A | Jan-14 | May-19 | 0.83% | $6,194 | AEPFX | F2 | 0.59% | $6,194 | $10,503 |
| *Invesco Funds* | | | | | | | | | | | |
| Invesco International Bond Fund | OIBAX | A | Jan-14 | May-19 | 1.01% | $109,324 | OIBYX | Y | 0.76% | $109,324 | $75,114 |
| Invesco Developing Markets Fund | ODMAX | A | Jan-14 | May-19 | 1.30% | $55,772 | ODVYX | Y | 1.05% | $55,772 | $5,191 |
| Invesco Oppenheimer Real Estate Fund | OREAX | A | Jan-14 | May-19 | 1.34% | $36,435 | OREYX | Y | 1.09% | $36,435 | $6,210 |
| *Oakmark Funds* | | | | | | | | | | | |
| Oakmark International Fund | OAKIX | Investor | Jan-14 | Nov-16 | 0.97% | $67,560 | | | | | |
| | | Investor | Dec-16 | May-19 | 0.96% | $90,285 | OAYIX | Advisor | 0.84% | $90,285 | $15,116 |
| *Nuveen Funds* | | | | | | | | | | | |
| Nuveen Limited Term Municipal Bond Fund | FLTDX | A | Jan-14 | May-19 | 0.63% | $130,646 | | | | | |
| *AMG Funds* | | | | | | | | | | | |
| AMG Yacktman Focused Fund | YAFFX | N | Jan-14 | May-19 | 1.23% | $118,435 | YAFIX | I | 1.05% | $118,435 | $49,374 |
| *PIMCO Funds* | | | | | | | | | | | |
| PIMCO CommodityRealReturn Strategy Fund | PCRAX | A | Apr-16 | May-19 | 1.19% | $5,517 | PCRIX | I | 0.74% | $5,517 | $5,822 |
| | PCRDX | D | Jan-14 | Mar-18 | 1.19% | $33,869 | PCRIX | I | 0.74% | $33,869 | $31,162 |
| PIMCO Income Fund | PONAX | A | Jul-17 | May-19 | 0.89% | $6,170 | PIMIX | I | 0.49% | $6,170 | $288 |
| | PONDX | D | Jan-14 | Mar-18 | 0.79% | $9,505 | PIMIX | I | 0.46% | $9,505 | $849 |
| PIMCO Real Return Fund | PRRDX | D | Jan-14 | Mar-18 | 0.85% | $6,874 | PRRIX | I | 0.45% | $6,874 | $140 |

**Exhibit 4c. Lower-Cost Share Class Alternative for NTF Share Classes in Selected Funds**

**CIRA's Holdings at Schwab**

January 2014 - May 2019

| Fund Family/Fund | Symbol | Share Class | Start Date | End Date | Avg. Exp Ratio | CIRI's NTF Revenue | Lowest-Cost Alternative | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Symbol | Share Class | Avg. Exp Ratio | CIRI's Incremental Revenue | Incremental Cost to Investors |
| | PRTNX | A | Apr-14 | May-19 | 0.85% | $1,814 | PRRIX | I | 0.45% | $1,814 | $731 |
| PIMCO Total Return Fund | PTTAX | A | Apr-15 | May-19 | 0.83% | $542 | PTTRX | I | 0.46% | $542 | $685 |
| | PTTDX | D | Jan-14 | Mar-18 | 0.75% | $9,152 | PTTRX | I | 0.46% | $9,152 | $1,780 |
| PIMCO All Asset All Authority Fund | PAUAX | A | Jan-18 | May-19 | 0.63% | $1,210 | PAUIX | I | 0.18% | $1,210 | $2,571 |
| | PAUDX | D | Jan-14 | Mar-18 | 0.57% | $5,437 | PAUIX | I | 0.18% | $5,437 | $4,363 |
| *Cohen & Steers Funds* | | | | | | | | | | | |
| Cohen & Steers International Realty Fund, Inc | IRFAX | A | Jan-14 | May-19 | 1.35% | $54,324 | IRFIX | I | 1.00% | $54,324 | $43,810 |
| | | | | | TOTAL | $956,836 | | | | $677,941 | $422,168 |

Notes: Average expense ratio is average over the time period between the start and end dates.

Revenue share is total over the time period between the start and end dates.

Incremental Cost to Investors reflects the annualized cost of holding the higher expense-ratio share class relative to the alternative and is based on each NTF share class' holdings. The calculation excludes customers for whom the but-for transaction fees (based on the number of trades in NTF share classes) outweigh the benefit of holding the lower expense-ratio share classes.

CIRI's Incremental Revenue is the difference in CIRI's actual revenue minus the revenue CIRI would have received if positions were held in the lower-cost alternative. All alternatives would have generated zero revenue.

## Exhibit 5a. Lower-Cost Share Class Alternative for Money Market Sweep Fund Share Classes
## CIRA's Holdings at NFS
### March 2017 - April 2020

| Fund | | ▮are Class | Start Date | End Date | Avg. Return | CIRI Sweep Revenue Share | Alternative | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Symbol | Share Class | Avg. Return | CIRI Incremental Revenue | Incremental Cost to Investors |
| Fidelity Government Money Market Fund | FZBXX | Daily Money | Apr-17 | Mar-20 | 0.99% | $14,562 | SPAXX | Other | 1.25% | $14,562 | $27,163 |
| | FZAXX | Capital Reserves | Sep-16 | Apr-20 | 0.65% | $1,644,960 | SPAXX | Other | 1.07% | $1,644,960 | $1,762,240 |
| Fidelity Treasury Money Market Fund | FDUXX | Daily Money | Mar-17 | Mar-20 | 0.98% | $388 | FZFXX | Other | 1.23% | $388 | $732 |
| | FSRXX | Capital Reserves | Dec-16 | Mar-20 | 0.71% | $79,381 | FZFXX | Other | 1.17% | $79,381 | $80,840 |
| | | | | | TOTAL | $1,739,291 | | | | $1,739,291 | $1,870,976 |

Notes:  Average returns is average fund performance over the time period between the start and end dates.

Revenue share is total over the time period between the start and end dates.

Incremental Cost to Investors reflects the aggregated cost of holding the higher expense-ratio share class relative to the alternative and is based on each NTF share class' holdings.

CIRI's Incremental Revenue is the difference in CIRI's actual revenue minus the revenue CIRI would have received if positions were held in the lower-cost alternative. All alternatives would have generated zero revenue.

**Exhibit 5b. Lower-Cost Alternative for Money Market Sweep Funds**
**CIRA's Holdings at Pershing**
January 2014 - May 2020

| Fund | Symbol | Start Date | End Date | Avg. Return | CIRI Sweep Revenue Share | Alternative Fund | Symbol | Avg. Return | CIRI Incremental Revenue | Incremental Cost to Investors |
|---|---|---|---|---|---|---|---|---|---|---|
| *TOP 6 FUNDS ANALYZED* | | | | | | | | | | |
| Federated Hermes Capital Reserves Fund | FRFXX | Jan-14 | Aug-16 | 0.0008% | $505,989 | | | | | |
| | | [black] | [black] | [black] | [black]...151 | Federated Hermes Prime Cash Obligations Service Shares | PRCXX | 1.2964% | $2,183,151 | $1,203,533 |
| Federated Hermes Gover[black] | [black] | [black] | [black] | [black] | 273 | Federated Hermes Gov't Obligations Service Shares | GOSXX | 0.0101% | $273 | $456 |
| | | [black] | [black] | [black] | 515 | | | | | |
| | | [black] | [black] | [black] | 809 | Federated Hermes Gov't Obligations Service Shares | GOSXX | 0.8387% | $878,809 | $330,332 |
| Federated Hermes Treasury Obligations Fund Cash Series | TCSXX | Jan-19 | May-20 | 1.1067% | $554,162 | Federated Hermes Treasury Obligations Service Shares | TOSXX | 1.6831% | $554,162 | $219,660 |
| Federated Hermes Treasury Obligations Fund Cash II | TTIXX | Dec-15 | Aug-16 | 0.0009% | $9,885 | | | | | |
| | | Sep-16 | May-20 | 0.6889% | $85,775 | Federated Hermes Treasury Obligations Service Shares | TOSXX | 1.2250% | $85,775 | $42,373 |
| Federated Hermes U.S. Treasury Cash Reserves Service | TISXX | Nov-16 | May-20 | 1.0933% | $65,171 | | | | | |
| Federated Hermes Municipal Obligations Fund Cash Series | MFSXX | Sep-17 | May-20 | 0.4691% | $34,671 | Federated Hermes Municipal Obligations Service Shares | MOSXX | 0.9734% | $34,671 | $18,735 |
| | | | | TOTAL Top 6 | $4,319,400 | | | | $3,736,841 | $1,815,089 |
| *OTHER FUNDS with REVENUE SHARING* | | | | | | | | | | |
| Federated Municipal Trust | MUTXX | Jan-14 | Oct-17 | | $22,571 | | | | | |
| Federated New Jersey Municipal Cash Trust Cash Series Shares | NJCXX | Jan-14 | Oct-17 | | $10,405 | | | | | |
| Federated Hermes Prime Cash Obligations Service Shares | PRCXX | Jan-14 | May-20 | | $4,359 | | | | | |
| Federated Hermes New York Municipal Cash Trust Cash Series | FNCXX | Jan-14 | May-20 | | $1,087 | | | | | |
| Federated Ohio Municipal Cash Trust Cash II Shares | FOHXX | Jan-14 | Oct-17 | | $962 | | | | | |
| Federated Connecticut Municipal Cash Trust Cash Series | CTCXX | Oct-14 | Oct-17 | | $391 | | | | | |
| Dreyfus National Municipal Money Market - Service Shares | GBMXX | Jan-14 | Apr-20 | | $23 | | | | | |
| Federated Prime Management Obligations Fund Service Shares | PSSXX | Jan-14 | Mar-14 | | $5 | | | | | |
| Federated Hermes Institutional Prime Value Obligations Fund Service Shares | PVSXX | Mar-14 | Apr-14 | | $1 | | | | | |
| Federated Hermes Trust for U.S. Treasury | TTOXX | Aug-16 | Aug-16 | | $0.3 | | | | | |
| | | | | TOTAL Other | $39,804 | | | | | |
| | | | | GRAND TOTAL | $4,359,205 | | | | | |

Notes: Start Date and End Date are start and end dates of revenue sharing receipts as shown in CIRI's revenue sharing reports. Average returns shown are the average fund performance over the time period between the start and end dates.

Revenue share is total paid to CIRI over the time period between the start and end dates.

Incremental Cost to Investors reflects the aggregated cost of holding the higher expense-ratio money market sweep fund relative to the alternative and is based on holdings in each fund. According to a Pershing representative, Pershing paid revenue sharing to CIRI on certain sweep funds, based on the average daily value of the assets in the month prior to which the revenue sharing was paid. See Fried Declaration, ¶¶ 17-21. Based on this representation, I determined the availability of lower cost alternatives as of the month prior to the month of revenue sharing receipts and used average daily assets and average returns in the month prior to the month of revenue sharing receipts to calculate incremental cost.

CIRI's Incremental Revenue is the difference in CIRI's actual revenue minus the revenue CIRI would have received if positions were held in the lower-cost alternative. All alternatives would have generated zero revenue. As discussed above, I determined the availability of lower cost alternatives as of the month prior to the month of revenue sharing receipts.

Pershing offered two versions of the money market fund with the ticker PRCXX. The first version, identified with Pershing ID "PCOS," had an initial minimum purchase requirement. The "PCOS" version of the PRCXX fund is a fund with $4,359 in revenue sharing shown in the left column of this exhibit. The other version, Pershing ID "PCOM," did not have an initial minimum purchase requirement, and it is identified as an alternative fund in the right column of this exhibit. See Fried Declaration, ¶ 17 and footnote 6.

**Exhibit 6a. CIRI's Avoided Transaction Fees**
**for NTF Share Class Transactions at NFS**

| Month | Number of NTF Tickers with Trades |
|---|---|
| Jan-14 | 40 |
| Feb-14 | 41 |
| Mar-14 | 42 |
| Apr-14 | 41 |
| May-14 | 40 |
| Jun-14 | 40 |
| Jul-14 | 38 |
| Aug-14 | 40 |
| Sep-14 | 41 |
| Oct-14 | 42 |
| Nov-14 | 40 |
| Dec-14 | 41 |
| Jan-15 | 42 |
| Feb-15 | 42 |
| Mar-15 | 41 |
| Apr-15 | 42 |
| May-15 | 43 |
| Jun-15 | 44 |
| Jul-15 | 43 |
| Aug-15 | 44 |
| Sep-15 | 45 |
| Oct-15 | 44 |
| Nov-15 | 46 |
| Dec-15 | 46 |
| Jan-16 | 46 |
| Feb-16 | 45 |
| Mar-16 | 45 |
| Apr-16 | 45 |
| May-16 | 46 |
| Jun-16 | 46 |
| Jul-16 | 44 |
| Aug-16 | 46 |
| Sep-16 | 45 |
| Oct-16 | 46 |
| Total | |

### Exhibit 6b. CIRI's Avoided Transaction Fees
### for NTF Share Class Transactions at Pershing

| Month | Number of NTF Tickers with Trades | |
|-------|:---:|---|
| Jan-14 | 12 | |
| Feb-14 | 24 | |
| Mar-14 | 19 | |
| Apr-14 | 21 | |
| May-14 | 25 | |
| Jun-14 | 19 | |
| Jul-14 | 19 | |
| Aug-14 | 26 | |
| Sep-14 | 20 | |
| Oct-14 | 18 | |
| Nov-14 | 27 | |
| Dec-14 | 20 | |
| Jan-15 | 15 | |
| Feb-15 | 8 | |
| Mar-15 | 26 | |
| Apr-15 | 21 | |
| May-15 | 23 | |
| Jun-15 | 17 | |
| Jul-15 | 22 | |
| Aug-15 | 26 | |
| Sep-15 | 20 | |
| Oct-15 | 21 | |
| Nov-15 | 27 | |
| Dec-15 | 23 | |
| Jan-16 | 11 | |
| Feb-16 | 27 | |
| Mar-16 | 28 | |
| Apr-16 | 25 | |
| | | |
| Total | | |

75