**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TYLER HIMES, ET AL.** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 24-3638** |
| | **:** | |
| **FIVE BELOW, INC., ET AL.** | **:** | |

**ORDER**

This 20th day of April, 2026, it is hereby **ORDERED** that oral argument on the Motion

for Class Certification (ECF 61) will be heard on Thursday, **April 30, 2026**, at **10:00 a.m.**

Argument will be held in Courtroom 9-B of the United States Courthouse, 601 Market Street,

Philadelphia, PA.

 /s/ Gerald Austin McHugh
United States District Judge