**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TYLER HIMES, ET AL.** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 24-3638** |
| | **:** | |
| **FIVE BELOW, INC., ET AL.** | **:** | |

## **ORDER**

This 21st day of April, 2026, at the request of counsel, it is hereby **ORDERED** that oral argument on the Motion for Class Certification (ECF 61) previously scheduled for April 30, 2026, is **RESCHEDULED** for Thursday, **May 28, 2026**, at **10:00 a.m.**  Argument will be held in Courtroom 9-B of the United States Courthouse, 601 Market Street, Philadelphia, PA.


 /s/ Gerald Austin McHugh
United States District Judge