**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE FIVE BELOW, INC. SECURITIES LITIGATION | Case No. 2:24-cv-03638-GAM |

**STIPULATION AND ORDER REGARDING**
**EXTENSION OF FACT AND EXPERT DISCOVERY DEADLINES**

IT IS HEREBY AGREED, by and between the undersigned parties (each, a "Party," and together, the "Parties") to the above-captioned action (the "Action"), that the following provisions of this stipulation ("Stipulation") shall govern the schedule related to fact and expert discovery, as well as dispositive motion briefing. The Stipulation is based on the following and subject to the conditions set forth below:

WHEREAS, the Parties filed their Report of Rule 26(f) Meeting ("Rule 26(f) Report") with the Court on October 30, 2025, proposing a schedule for, *inter alia*, concluding fact discovery, expert discovery , and summary judgment briefing (ECF No. 56);

WHEREAS, pursuant to the Court's November 7, 2025 Case Management Order (the "Case Management Order"), the Court ordered that the schedule proposed by the Parties in their Rule 26(f) Report govern the timeline of the Action (ECF No. 58);

WHEREAS, this Court's Guidelines for Counsel provides a procedure for the Parties to follow when seeking to extend a specific deadline;

WHEREAS, the Parties have been engaged in ongoing discussions regarding the conclusion of fact and expert discovery in this Action and agree that allocating additional time for fact and expert discovery in this Action is necessary and appropriate;

WHEREAS, the Parties have engaged in extensive document discovery, with several hundred thousand pages of documents being produced, and more than ten depositions taken to date.  The Parties currently anticipate that approximately twenty additional depositions will be taken. However, due to the Parties' negotiations concerning the scope of document productions, which have been ongoing through May 2026 and are still ongoing, and the timing and volume of forthcoming productions that need to be completed before depositions can be completed, it would be virtually impossible to schedule and take the remaining depositions by the current discovery deadline of June 30, 2026; and

WHEREAS, the Parties have discussed and have reached an agreement regarding an extension of the deadlines related to fact and expert discovery (other than as related to class certification issues) and the schedule for briefing summary judgment motions, as set forth below. The Parties' proposed schedule extends the existing fact discovery cut-off from June 30, 2026 to October 15, 2026 while otherwise generally preserving the time intervals for expert discovery and summary judgment reflected in the Court's prior Case Management Order.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and subject to approval of the Court, that:

1.  The deadline for the Parties to conclude fact discovery shall be **October 15, 2026.**

2.  The deadline to serve opening expert reports for the Party bearing the burden of proof shall be **November 20, 2026**;

3.  The deadline to depose merits experts shall be **January 15, 2027**;

4.  The deadline to serve rebuttal expert reports shall be **February 5, 2027**;

5.  The deadline to serve reply expert reports shall be **March 12, 2027**;

6.  The deadline for the Parties to conclude expert discovery shall be **April 16, 2027.**

7.  The deadline for filing any Motions for Summary Judgment and any briefs in support of Motions for Summary Judgment shall be **May 14, 2027**;

8.  The deadline for filing any opposition brief to a Motion for Summary Judgment shall be **June 30, 2027**;

9.  The deadline for filing any reply brief in further support of a Motion for Summary Judgment shall be **August 4, 2027**.

IT IS SO STIPULATED.

SO ORDERED this __ day of _____ 2026.

_____
Hon. Gerald A. McHugh
United States District Judge


Dated: _____

TROUTMAN PEPPER LOCKE LLP

/s/ Jay A. Dubow
Jay A. Dubow (PA Bar No. 41741)
Erica H. Dressler (PA Bar No. 319953)
Katherine R. Hancin (PA Bar No. 335719)
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Email: jay.dubow@troutman.com
Email: erica.dressler@troutman.com
Email: katie.hancin@troutman.com

Mary M. Weeks (admitted *pro hac vice*)
Hannah Baskind (admitted *pro hac vice*)
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30062
Telephone: (404) 885-3000
Email: mary.weeks@troutman.com
Email: hannah.baskind@troutman.com

*Counsel for Defendants*

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP

/s/ James A. Harrod
Hannah Ross (admitted *pro hac vice*)
James A. Harrod (admitted *pro hac vice*)
Timothy G. Fleming (admitted *pro hac vice*)
Sarah Schmidt (admitted *pro hac vice*)
Kelly D. Hogan (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: hannah@blbglaw.com
Email: jim.harrod@blbglaw.com
Email: timothy.fleming@blbglaw.com
Email: sarah.schmidt@blbglaw.com
Email: kelly.hogan@blbglaw.com

BERGER MONTAGUE PC

/s/ Michael Dell'Angelo
Michael Dell'Angelo (PA Bar No. 80910)
Andrew D. Abramowitz (PA Bar No. 28429)
Jon J. Lambiras (PA Bar No. 92384)
Alex B. Heller (PA Bar No. 321134)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Email: mdellangelo@bergermontague.com
Email: aabramowitz@bergermontague.com
Email: jlambiras@bergermontague.com
Email: aheller@bergermontague.com

*Counsel for Lead Plaintiffs and Co-Lead
Counsel for the Class*

4