**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TYLER HIMES, *et al.*** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-3638** |
| | : | |
| **FIVE BELOW, INC., *et al.*** | : | |

**ORDER**

This 3rd day of August, 2026, upon consideration of the motion of Court-appointed Lead Plaintiffs Arkansas Teacher Retirement System ("ATRS") and Arkansas Public Employees' Retirement System ("APERS") (collectively, "Lead Plaintiffs") to certify this action as a class action pursuant to Rules 23(a), 23(b)(3), and 23(g) of the Federal Rules of Civil Procedure, ECF 61:

WHEREAS the Court has considered all materials submitted by the parties in support of and in opposition to the motion for class certification;

WHEREAS the Class is defined as follows:

> All persons and entities that purchased or otherwise acquired the common stock of Five Below, Inc. from December 1, 2022 through July 16, 2024, inclusive (the "Class Period"), and were damaged thereby (the "Class"). Excluded from the Class are: (i) Defendants; (ii) any directors and officers of Five Below during the Class Period and members of their immediate families; (iii) the subsidiaries and affiliates of Five Below; (iv) any firm, trust, corporation or other entity in which Five Below has or had a controlling interest; and (v) the legal representatives, heirs, successors, and assigns of any such excluded party.

WHEREAS the Court finds, pursuant to Rule 23(a) of the Federal Rules of Civil Procedure, that: (i) the Class is so numerous that joinder of all members is impracticable; (ii) there are questions of law or fact common to the Class; (iii) the claims of Lead Plaintiffs are typical of the claims of the Class; and (iv) Lead Plaintiffs will fairly and adequately protect the interests of the Class;

WHEREAS the Court finds, pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure, that: (i) questions of law or fact common to class members predominate over any questions affecting only individual members; and (ii) a class action is superior to other available methods for fairly and efficiently adjudicating the controversy; and

WHEREAS the Court finds, pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, that Co-Lead Counsel Berger Montague PC ("BMPC") and Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") will fairly and adequately represent the interests of the Class;

It is therefore **ORDERED** that:

1. Lead Plaintiffs' motion for class certification is **GRANTED**;

2. The Class defined above is certified pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure;

3. Lead Plaintiffs ATRS and APERS are appointed as Class Representatives pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure; and

4. Co-Lead Counsel BMPC and BLB&G are appointed as Class Counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

/s/ Gerald Austin McHugh
United States District Judge